UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES ZEPEDA, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>PAYPAL, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendant(s)._____/ | No. C 10-cv-02500-PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/9/10

Signature: [signature]

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")