| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | JULIA B. STRICKLAND (State Bar No. 083013) |
| 2 | LISA M. SIMONETTI (State Bar No. 165996) |
| | DAVID W. MOON (State Bar No. 197711) |
| 3 | GEORGE S. AZADIAN (State Bar No. 253342) |
| | 2029 Century Park East, Suite 1800 |
| 4 | Los Angeles, CA  90067-3086 |
| | Telephone: 310-556-5800 |
| 5 | Facsimile: 310-556-5959 |
| | Email: lacalendar@stroock.com |
| 6 | |
| | Attorneys for Defendant |
| 7 |     PAYPAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOISES ZEPEDA, on behalf himself and all others similarly situated, | Case No.  10-cv-02500 JW |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANT PAYPAL, INC. TO RESPOND TO COMPLAINT** |
| vs. | |
| PAYPAL, INC., a Delaware Corporation; and DOES 1 through 10, inclusive; | Action Filed: June 7, 2010 |
| Defendants. | <u>PROPOSED</u> CLASS ACTION |

1     WHEREAS, on June 7, 2010, plaintiff Moises Zepeda ("Plaintiff") filed the Complaint in
2 this action, which was served by personal service on June 15, 2010;

3     WHEREAS, defendant PayPal, Inc. ("PayPal") must answer or otherwise respond to the
4 Complaint by July 6, 2010;

5     WHEREAS, the parties have agreed to extend the date by which PayPal must answer or
6 otherwise respond to the Complaint from July 6, 2010, to and including August 16, 2010;

7     WHEREAS, pursuant to Local Rule 6-1, parties may stipulate in writing, without a Court
8 order to extend the time within which to answer or otherwise respond to a Complaint, provided the
9 change does not alter the date of any event or any deadline already fixed by Court order and a
10 Stipulation is promptly filed with the Court; and

11     WHEREAS, this Stipulation does not change the date of any event or any deadline already
12 fixed by Court order.

13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

1    IT IS HEREBY STIPULATED, by and between the parties, through their respective
2 counsel of record, that PayPal's time to answer or otherwise respond to the Complaint hereby is
3 extended from July 6, 2010 to and including August 16, 2010.

4
5 Dated: June 22, 2010                    STROOCK & STROOCK & LAVAN LLP
                                          JULIA B. STRICKLAND
                                          LISA M. SIMONETTI
6                                         DAVID W. MOON
                                          GEORGE S. AZADIAN
7
8
9                                         By:   /s/ George S. Azadian
                                                     George S. Azadian
10
                                          Attorneys for Defendant
11                                        PAYPAL, INC.

12
13 Dated: June __, 2010                   KABATECK BROWN KELLNER LLP
                                          BRIAN S. KABATECK
                                          RICHARD L. KELLNER
14                                        ALFREDO TORRIJOS
15
16                                        By: _____
                                                     Alfredo Torrijos
17
                                          Attorneys for Plaintiff
18                                        MOISES ZEPEDA

19
20            [~~PROPOSED~~] ORDER
21 **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

22 Dated: June 28 2010                    _/s/ James Ware_
                                          THE HONORABLE JUDGE JAMES WARE
23

-2-
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (CASE NO. 10-CV-02500 JW)
LA 51282119v1

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that PayPal's time to answer or otherwise respond to the Complaint hereby is extended from July 6, 2010 to and including August 16, 2010.

Dated: June __, 2010

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
DAVID W. MOON
GEORGE S. AZADIAN

By: _____
George S. Azadian

Attorneys for Defendant
PAYPAL, INC.

Dated: June 22, 2010

KABATECK BROWN KELLNER LLP
BRIAN S. KABATECK
RICHARD L. KELLNER
ALFREDO TORRIJOS

By: _____
Alfredo Torrijos

Attorneys for Plaintiff
MOISES ZEPEDA

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: June __, 2010

_____
THE HONORABLE JUDGE JAMES WARE

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

# CERTIFICATE OF SERVICE

I hereby certify that, on June 22, 2010, a copy of the foregoing **STIPULATION EXTENDING TIME FOR DEFENDANT PAYPAL, INC. TO RESPOND TO COMPLAINT** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

By:    /s/ *George S. Azadian*
        George S. Azadian