1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  LISA M. SIMONETTI (State Bar No. 165996)
   DAVID W. MOON (State Bar No. 197711)
3  GEORGE S. AZADIAN (State Bar No. 253342)
   2029 Century Park East, Suite 1800
4  Los Angeles, CA  90067-3086
   Telephone: 310-556-5800
5  Facsimile: 310-556-5959
   Email: lacalendar@stroock.com
6
   Attorneys for Defendant
7     PAYPAL, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 MOISES ZEPEDA, et al.,            ) Case No.  10-CV-02500 LHK
                                     )
12              Plaintiffs,          ) CLASS ACTION (Proposed)
                                     )
13       v.                          ) **STIPULATION AND [PROPOSED]**
                                     ) **ORDER EXTENDING TIME FOR**
14 PAYPAL, INC., et al.,             ) **DEFENDANT PAYPAL, INC. TO**
                                     ) **RESPOND**
15              Defendants.          )
                                     ) Action Filed: June 7, 2010
16                                   )
                                     )
17                                   )
                                     )
18                                   )
                                     )
19                                   )

1   WHEREAS, on June 7, 2010, plaintiff Moises Zepeda ("Plaintiff") filed the Complaint in
2   this action, which was served by personal service on June 15, 2010;

3   WHEREAS, the parties previously agreed to extend the date by which defendant PayPal,
4   Inc. ("PayPal") must answer or otherwise respond to the Complaint from July 6, 2010 until and
5   including August 16, 2010 and, pursuant to that stipulation, the Honorable James Ware so ordered
6   the extension;

7   WHEREAS, Plaintiff has informed PayPal that Plaintiff will file an Amended Complaint;

8   WHEREAS, the parties have agreed that PayPal shall not be required file a response to the
9   Complaint, and shall have until and including September 30, 2010 to respond to the Amended
10  Complaint; and

11  WHEREAS, the parties have agreed that if the Amended Complaint is not filed and served
12  on or before August 13, 2010, then PayPal's time to respond to the Amended Complaint shall be
13  further extended;

14  //
15  //
16  //

-1-
STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND
CASE NO. 10-CV-02500 LHK

LA 51298783v2

1   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel
2   of record, that PayPal shall not be required file a response to the Complaint, and shall have until
3   and including September 30, 2010 to respond to the Amended Complaint; if the Amended
4   Complaint is not filed and served on or before August 13, 2010, then PayPal's time to respond to
5   the Amended Complaint shall be further extended.

Dated: August ___, 2010                 Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
DAVID W. MOON
GEORGE S. AZADIAN

By: _____
             Julia B. Strickland

Attorneys for Defendants
   PAYPAL, INC. and EBAY INC.

Dated: August 11, 2010                  KABATECK BROWN KELLNER LLP
BRIAN S. KABATECK
RICHARD L. KELLNER
ALFREDO TORRIJOS

By: _____
             Alfredo Torrijos

Attorneys for Plaintiff
   MOISES ZEPEDA

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:
_____
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
CASE NO. 10-CV-02500 LHK

LA 51298783v2

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that PayPal shall not be required file a response to the Complaint, and shall have until and including September 30, 2010 to respond to the Amended Complaint; if the Amended Complaint is not filed and served on or before August 13, 2010, then PayPal's time to respond to the Amended Complaint shall be further extended.

Dated:  August 11, 2010

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
DAVID W. MOON
GEORGE S. AZADIAN

By:            /s/ David W. Moon
                    David W. Moon

Attorneys for Defendant
  PAYPAL, INC.

Dated:  August ___, 2010

KABATECK BROWN KELLNER LLP
BRIAN S. KABATECK
RICHARD L. KELLNER
ALFREDO TORRIJOS

By: 
                    Richard L. Kellner

Attorneys for Plaintiff
  MOISES ZEPEDA

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: August 12, 2010

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND
CASE NO. 10-CV-02500 LHK

LA 51298783v2

**CERTIFICATION**

I hereby certify that, on August 11, 2010, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT PAYPAL, INC. TO RESPOND** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

By: /s/ David W. Moon
David W. Moon

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
CASE NO. 10-CV-02500 LHK

LA 51298783v2