STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
DAVID W. MOON (State Bar No. 197711)
GEORGE S. AZADIAN (State Bar No. 253342)
2029 Century Park East, Suite 1800
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
   PAYPAL, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MOISES ZEPEDA, et al., | Case No.  10-CV-02500 LHK |
| Plaintiffs, | CLASS ACTION (Proposed) |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| PAYPAL, INC., et al., | |
| Defendants. | Action Filed: June 7, 2010 |

1  WHEREAS, on June 7, 2010, plaintiff Moises Zepeda ("Plaintiff") filed the Complaint in
2  this action, which was served by personal service on June 15, 2010;
3  WHEREAS, Plaintiff has informed PayPal that Plaintiff will file an Amended Complaint,
4  and the parties have stipulated to extend the time for defendant PayPal, Inc. ("PayPal") to respond
5  to the Amended Complaint until September 30, 2010;
6  WHEREAS, a Case Management Conference is currently set for September 29, 2010; and
7  WHEREAS, it would promote judicial efficiency to continue the Case Management
8  Conference and the parties' submission of their Joint Case Management Statement until after
9  PayPal responds to the Amended Complaint and after the hearing on any motion filed by PayPal in
10 response to the Amended Complaint;
11 WHEREAS, the parties have been advised that the Court is available for a Case
12 Management Conference on December 1, 2010;
13 ///
14 ///
15 ///

-1-
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 10-CV-02500 LHK

LA 51299308v1

1  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel
2  of record, that the Case Management Conference currently set for September 29, 2010 shall be
3  continued until December 1, 2010, and the parties' Joint Case Management Statement, currently
4  due by August 18, 2010, shall be filed by November 17, 2010.

5  Dated: August ___, 2010                     Respectfully submitted,

6                                              STROOCK & STROOCK & LAVAN LLP
                                               JULIA B. STRICKLAND
7                                              LISA M. SIMONETTI
                                               DAVID W. MOON
8                                              GEORGE S. AZADIAN

9
                                               By: _____
10                                                              Julia B. Strickland

11                                             Attorneys for Defendant
                                               PAYPAL, INC.
12

13  Dated: August _11_, 2010                   KABATECK BROWN KELLNER LLP
                                               BRIAN S. KABATECK
14                                             RICHARD L. KELLNER
                                               ALFREDO TORRIJOS
15

16                                             By: _____
                                                                Alfredo Torrijos
17
                                               Attorneys for Plaintiff
18                                             MOISES ZEPEDA

19

20                                          **ORDER**

21  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

22

23  Dated:
                                               _____
24                                             UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
CASE NO. 10-CV-02500 LHK

LA 51299308v1

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the Case Management Conference currently set for September 29, 2010 shall be continued until December 1, 2010, and the parties' Joint Case Management Statement, currently due by August 18, 2010, shall be filed by November 17, 2010.

| Dated: August 12, 2010 | Respectfully submitted, |
|---|---|
| | STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND<br>LISA M. SIMONETTI<br>DAVID W. MOON<br>GEORGE S. AZADIAN |
| | By: /s/ David W. Moon<br>          David W. Moon |
| | Attorneys for Defendant<br>   PAYPAL, INC. |
| Dated: August ___, 2010 | KABATECK BROWN KELLNER LLP<br>BRIAN S. KABATECK<br>RICHARD L. KELLNER<br>ALFREDO TORRIJOS |
| | By: _____<br>          Richard L. Kellner |
| | Attorneys for Plaintiff<br>   MOISES ZEPEDA |

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: August 12, 2010

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE

LA 51299308v1

## **CERTIFICATION**

I hereby certify that, on August 12, 2010, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

By:   /s/ David W. Moon
      David W. Moon

STROOCK & STROOOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 10-CV-02500 LHK

LA 51299308v1