UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>   v.<br>PAYPAL, INC.,<br><br>                Defendant. | Case No.: 10-CV-02500-LHK<br><br>ORDER OF RECUSAL |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case. The matter is hereby referred to the Assignment Committee for reassignment to another United States District Judge for all further proceedings. All pending dates of motions, pretrial conferences, and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: October 21, 2010

                                        *Lucy H. Koh*
                                        LUCY H. KOH
                                        United States District Judge