**E-Filed 11/4/2010**

1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  LISA M. SIMONETTI (State Bar No. 165996)
   DAVID W. MOON (State Bar No. 197711)
3  GEORGE S. AZADIAN (State Bar No. 253342)
   2029 Century Park East, Suite 1800
4  Los Angeles, CA  90067-3086
   Telephone: 310-556-5800
5  Facsimile: 310-556-5959
   Email: *lacalendar@stroock.com*
6
   Attorneys for Defendant
7     PAYPAL, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE BRANCH

11 | MOISES ZEPEDA, MICHAEL SPEAR,           ) Case No.  10-CV-02500 JF
   | RONYA OSMAN, BRIAN PATTEE,              )
12 | CASEY CHING, DENAE ZAMORA,              ) **STIPULATION AND [PROPOSED]**
   | MICHAEL LAVANGA, and GARY               ) **ORDER SETTING BRIEFING SCHEDULE**
13 | MILLER, on behalf of themselves and all ) **ON MOTION OF DEFENDANT PAYPAL,**
   | others similarly situated,              ) **INC. TO DISMISS PLAINTIFFS'**
14 |                                         ) **AMENDED COMPLAINT AND**
   |                                         ) **CONTINUING CASE MANAGEMENT**
15 |             Plaintiffs,                  ) **CONFERENCE**
   |                                         )
16 |      v.                                  ) Action Filed: June 7, 2010
   |                                         )
17 | PAYPAL, INC., a Delaware Corporation,   ) [Declaration of George S. Azadian lodged
   | and DOES 1 through 10, inclusive,        ) concurrently]
18 |                                         )
   |             Defendants.                  )
19 |                                         )

Defendant PayPal, Inc. ("PayPal") and plaintiffs Moises Zepeda, Michael Spear, Ronya Osman, Brian Pattee, Casey Ching, Denae Zamora, Michael Lavanga and Gary Miller (together, "Plaintiffs"), hereby submit this stipulation for an Order setting a briefing schedule on PayPal's Motion to Dismiss Plaintiffs' Amended Complaint.

WHEREAS, on September 30, 2010, PayPal filed a Motion to Dismiss Plaintiffs' Amended Complaint, which is scheduled for hearing on January 21, 2011;

WHEREAS, pursuant to Civil Local Rule 7-3, Plaintiffs' Opposition must be filed by December 31, 2010 and PayPal's Reply must be filed by January 7, 2011;

WHEREAS, the parties have agreed and hereby submit this stipulation, pursuant to Civil Local Rules 6-2 and 7-12, for an Order adopting the following modified briefing schedule: (a) Plaintiffs' Opposition must be served and filed by November 19, 2010; and (b) PayPal's Reply must be served and filed by December 15, 2010;

WHEREAS, a Case Management Conference is currently set for December 3, 2010;

WHEREAS, it would promote judicial efficiency to continue the date of the Case Management Conference to January 21, 2011 (the date of the hearing on PayPal's Motion to Dismiss Plaintiffs' Amended Complaint); and

WHEREAS, the parties have been advised that the Court is available for a Case Management Conference on January 21, 2011.

//
//
//

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record that: (a) Plaintiffs' Opposition must be served and filed by November 19, 2010; (b) PayPal's Reply must be served and filed by December 15, 2010; and (c) the Case Management Conference, currently set for December 3, 2010, shall be continued until January 21, 2011, and the parties' Joint Case Management Statement, currently due by November 19, 2010, shall be filed by January 7, 2011.

Respectfully submitted,

Dated: November 1, 2010

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
DAVID W. MOON
GEORGE S. AZADIAN

By: /s/ George S. Azadian
George S. Azadian

Attorneys for Defendant
PAYPAL, INC.

Dated: November 1, 2010

LEXINGTON LAW GROUP
MARK M. TODZO
HOWARD HIRSCH

By: _____
Mark M. Todzo

Attorneys for Plaintiffs
MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA AND GARY MILLER

### [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____

UNITED STATES DISTRICT JUDGE

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel
2  of record that: (a) Plaintiffs' Opposition must be served and filed by November 19, 2010;
3  (b) PayPal's Reply must be served and filed by December 15, 2010; and (c) the Case Management
4  Conference, currently set for December 3, 2010, shall be continued until January 21, 2011, and the
5  parties' Joint Case Management Statement, currently due by November 19, 2010, shall be filed by
6  January 7, 2011.

Respectfully submitted,

Dated: November __, 2010

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
DAVID W. MOON
GEORGE S. AZADIAN

By: _____
George S. Azadian

Attorneys for Defendant
PAYPAL, INC.

Dated: November 1, 2010

LEXINGTON LAW GROUP
MARK M. TODZO
HOWARD HIRSCH

By: _____
Mark M. Todzo

Attorneys for Plaintiffs
MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA AND GARY MILLER

[PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 11/4/2010

_____
UNITED STATES DISTRICT JUDGE

- 2 -
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND CONTINUING CMC
CASE NO. 10-CV-02500 JF

LA 51320154V2