1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  LISA M. SIMONETTI (State Bar No. 165996)     **E-Filed 1/12/2011**
   DAVID W. MOON (State Bar No. 197711)
3  GEORGE S. AZADIAN (State Bar No. 253342)
   2029 Century Park East, Suite 1800
4  Los Angeles, CA  90067-3086
   Telephone: 310-556-5800
5  Facsimile: 310-556-5959
   Email: *lacalendar@stroock.com*
6
   Attorneys for Defendant
7     PAYPAL, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE BRANCH

11  MOISES ZEPEDA, MICHAEL SPEAR,          )  Case No.  10-CV-02500 JF
    RONYA OSMAN, BRIAN PATTEE,             )
12  CASEY CHING, DENAE ZAMORA,             )  **STIPULATION AND [PROPOSED]**
    MICHAEL LAVANGA, and GARY              )  **ORDER EXTENDING TIME TO**
13  MILLER, on behalf of themselves and all )  **CONDUCT RULE 26(f) CONFERENCE**
    others similarly situated,              )  **AND FILE JOINT CASE MANAGEMENT**
14                                          )  **STATEMENT**
                                            )
15                  Plaintiffs,             )  Action Filed: June 7, 2010
                                            )
16          v.                              )
                                            )
17  PAYPAL, INC., a Delaware Corporation,   )
    and DOES 1 through 10, inclusive,       )
18                                          )
                                            )
19                  Defendants.             )

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
CASE NO. 10-CV-02500 JF

LA 51349985V2

1  Defendant PayPal, Inc. and plaintiffs Moises Zepeda, Michael Spear, Ronya Osman, Brian
2  Pattee, Casey Ching, Denae Zamora, Michael Lavanga and Gary Miller hereby submit this
3  stipulation for an Order extending time to conduct their conference pursuant to Federal Rule of
4  Civil Procedure 26(f) and to file their Joint Case Management Statement.
5  WHEREAS, on November 1, 2010, the parties filed a stipulation (the "Prior Stipulation"),
6  whereby, among other things, the parties agreed to extend the date of the Case Management
7  Conference to January 21, 2011 and the date to file the parties' Joint Case Management Statement
8  to January 7, 2011 (Dkt. 37);
9  WHEREAS, on November 4, 2010, the Court entered the Prior Stipulation (Dkt. 39);
10  WHEREAS, the Prior Stipulation inadvertently stated that the parties shall file their Joint
11  Case Management Statement by January 7, 2010, instead of January 14, 2011; and
12  WHEREAS, due to scheduling conflicts related to the holidays, the parties will not be able
13  to complete their conference pursuant to Federal Rule of Civil Procedure 26(f) prior to the current
14  deadline of December 31, 2010, and are currently attempting to schedule the conference during the
15  week of January 3, 2011;
16  //
17  //
18  //

- 1 -

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
CASE NO. 10-CV-02500 JF

LA 51349985V2

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) on or before January 7, 2011 and shall file their Joint Case Management Statement on or before January 14, 2011.

Dated: December 23, 2010

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
DAVID W. MOON
GEORGE S. AZADIAN

By: /s/ George S. Azadian
George S. Azadian

Attorneys for Defendant
  PAYPAL, INC.

Dated: December 23, 2010

LEXINGTON LAW GROUP
MARK M. TODZO
HOWARD HIRSCH

By: /s/ Mark M. Todzo (Signed With Permission)
Mark M. Todzo

Attorneys for Plaintiffs
  MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA AND GARY MILLER

## [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 1/12/2011

_____
UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
CASE NO. 10-CV-02500 JF

LA 51349985V2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2010, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT RULE 26(f) CONFERENCE AND FILE JOINT CASE MANAGEMENT STATEMENT** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

                                                          /s/ *George S. Azadian*
                                                          George S. Azadian

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086