**FREED & WEISS LLC**
ERIC D. FREED, SBN 164526
 (eric@freedweiss.com)
JULIE D. MILLER (*Pro hac* forthcoming)
 (Julie@freedweiss.com)
111 West Washington St., Suite 1331
Chicago, Illinois 60602
Telephone:   (312) 220-0000
Facsimile:    (312) 220-7777

**LEXINGTON LAW GROUP**
MARK N. TODZO, SBN 168389
(mtodzo@lexlawgroup.com)
HOWARD HIRSCH, SBN 213209
(hhirsch@lexlawgroup.com)
1627 Irving Street
San Francisco, CA 94122
Telephone:   (415) 759-4111
Facsimile:    (415) 759-4112

Attorneys for Plaintiffs and the
proposed class along with other counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>PAYPAL, INC.,<br><br>     Defendant. | Case No. 10-cv-02500 JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: June 7, 2010<br><br><u>PROPOSED</u> CLASS ACTION |

1      Plaintiffs Moises Zepeda, Michael Spear, Ronya Osman, Brian Pattee, Casey Ching, Denae
2  Zamora, Michael Lavanga and Gary Miller (together, "Plaintiffs") and Defendant PayPal, Inc.
3  ("Defendant") hereby submit this Stipulation for an Order extending time for Plaintiffs to file a
4  Second Amended Complaint and continuing the Case Management Conference set for April 1,
5  2011.
6      WHEREAS, on August 13, 2010, Plaintiffs filed the First Amended Complaint ("FAC") in
7  this action;
8      WHEREAS, Defendant moved to dismiss the FAC on September 30, 2010;
9      WHEREAS, the Court granted Defendant's motion by Order dated February 15, 2011,
10 which dismissed the FAC and granted Plaintiffs leave to file a Second Amended Complaint within
11 thirty days following the date of the Order;
12     WHEREAS, the current deadline for Plaintiffs to file a Second Amended Complaint is
13 March 17, 2011;
14     WHEREAS, the parties are currently exploring a potential resolution of Plaintiffs' claims
15 and believe that the filing of the Second Amended Complaint will be counterproductive to their
16 discussions of a potential resolution of this matter;
17     WHEREAS, the parties request a ninety (90) day extension of the deadline for filing the
18 Second Amended Complaint, from March 17, 2011 to and including June 14, 2011;
19     WHEREAS, good cause for the extension exists because the parties believe that the
20 foregoing discussions will have a greater chance of success if the parties are unencumbered by
21 litigation deadlines;
22     WHEREAS, a Case Management Conference is currently set for April 1, 2011 at 10:30 a.m.
23 (Dkt. No. 47);
24     WHEREAS, it would promote judicial efficiency to continue the date of the Case
25 Management Conference; and
26
27
28

-1-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND
CONTINUING CASE MANAGEMENT CONFERENCE (CASE NO. 10-CV-02500 JF)
LA 51387270V1

1   WHEREAS, the parties have agreed and hereby submit this Stipulation, pursuant to Civil
2   Local Rules 6-2 and 7-12, for an Order: (a) extending the deadline for Plaintiffs to file a Second
3   Amended Complaint from March 17, 2011 to and including June 14, 2011; and (b) continuing the
4   date of the Case Management Conference until July 29, 2011 at 10:30 a.m., or such other date and
5   time as is convenient for the Court;

6   IT IS HEREBY STIPULATED, by and between the parties, through their respective
7   counsel of record, that: (a) the deadline for Plaintiffs to file a Second Amended Complaint is
8   extended until June 14, 2011; and (b) the date of the Case Management Conference is continued
9   until July 29, 2011 at 10:30 a.m.

10

11  Dated: March 17, 2011                    STROOCK & STROOCK & LAVAN LLP
                                             JULIA B. STRICKLAND
12                                           LISA M. SIMONETTI
                                             DAVID W. MOON
13                                           GEORGE S. AZADIAN

14

15                                           By:    */s/ George S. Azadian*
                                                         George S. Azadian
16

17                                           Attorneys for Defendants
                                                PAYPAL, INC.

18  Dated: March 17, 2011                    FREED & WEISS LLC
                                             ERIC D. FREED
19                                           JULIE D. MILLER

20                                           LEXINGTON LAW GROUP
                                             MARK N. TODZO
21                                           HOWARD J. HIRSCH

22

23                                           By:    */s/ Mark N. Todzo*
                                                         Mark N. Todzo
24

25                                           Attorneys for Plaintiffs
                                             MOISES ZEPEDA, MICHAEL SPEAR,
26                                           RONYA OSMAN, BRIAN PATTEE, CASEY
                                             CHING, DENAE ZAMORA, MICHAEL
27                                           LAVANGA, and GARY MILLER

28
-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND
CONTINUING CASE MANAGEMENT CONFERENCE (CASE NO. 10-CV-02500 JF)
LA 51387270V1

1 **[PROPOSED] ORDER**

2     PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

4 Dated: 3/23/11

                                UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

On March 17, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of California, using the electronic case files ("ECF") system of the Court. All parties who have consented to electronic service will receive notice of this filing by operation of the ECF system. Any parties who have not consented to electronic service will receive a paper copy of this electronically filed document through the United States Postal Service.

/s/ Mark N. Todzo
Mark N. Todzo
LEXINGTON LAW GROUP
1627 Irving Street
San Francisco, CA 94122
Telephone: (415) 759-4111
Facsimile: (415) 759-4112
Email: mtodzo@lexlawgroup.com