**FREED & WEISS LLC**
ERIC D. FREED, SBN 164526
 (eric@freedweiss.com)
JULIE D. MILLER (*Pro hac* forthcoming)
 (Julie@freedweiss.com)
111 West Washington St., Suite 1331
Chicago, Illinois 60602
Telephone:     (312) 220-0000
Facsimile:     (312) 220-7777

**LEXINGTON LAW GROUP**
MARK N. TODZO, SBN 168389
(mtodzo@lexlawgroup.com)
HOWARD HIRSCH, SBN 213209
(hhirsch@lexlawgroup.com)
503 Divisadero Street
San Francisco, CA 94117
Telephone:     (415) 913-7800
Facsimile:     (415) 759-4112

Attorneys for Plaintiffs and the
proposed class along with other counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>     v.<br><br>PAYPAL, INC.,<br><br>               Defendant. | Case No.  10-cv-02500 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING PLAINTIFFS' DEADLINE TO FILE SECOND AMENDED COMPLAINT**<br><br>Action Filed: June 7, 2010<br><br><u>PROPOSED</u> CLASS ACTION |

---

STIPULATION AND [PROPOSED] ORDER VACATING PLAINTIFFS' DEADLINE TO FILE SECOND
AMENDED COMPLAINT (CASE NO. 10-CV-02500 EJD)

1    Plaintiffs Moises Zepeda, Michael Spear, Ronya Osman, Brian Pattee, Casey Ching, Denae
2  Zamora, Michael Lavanga and Gary Miller (together, "Plaintiffs") and Defendant PayPal, Inc.
3  ("Defendant") hereby submit this Stipulation for an Order vacating Plaintiffs' deadline to file a
4  Second Amended Complaint.
5    WHEREAS, on August 13, 2010, Plaintiffs filed the First Amended Complaint ("FAC") in
6  this action;
7    WHEREAS, Defendant moved to dismiss the FAC on September 30, 2010;
8    WHEREAS, the Court granted Defendant's motion by Order dated February 15, 2011,
9  which dismissed the FAC and granted Plaintiffs leave to file a Second Amended Complaint within
10  thirty days following the date of the Order;
11    WHEREAS, the parties previously agreed by stipulation approved by the Court that
12  Plaintiffs' deadline to file a Second Amended Complaint is June 14, 2011;
13    WHEREAS, pursuant to the Reassignment Order dated April 25, 2011, this action was
14  reassigned to the Honorable Edward J. Davila;
15    WHEREAS, the April 25, 2011 Reassignment Order vacates all future Status and Case
16  Management Conference dates;
17    WHEREAS, the parties are currently exploring a potential resolution of Plaintiffs' claims
18  and believe that the filing of the Second Amended Complaint will be counterproductive to their
19  discussions of a potential resolution of this matter;
20    WHEREAS, good cause for vacating the current deadline for Plaintiffs to file a Second
21  Amended Complaint exists because the parties believe that the foregoing discussions will have a
22  greater chance of success if the parties are unencumbered by litigation deadlines;
23    WHEREAS, a Case Management Conference is currently set for August 19, 2011, at 10:00
24  a.m. (Dkt. No. 55);
25    WHEREAS, the parties have agreed and hereby submit this Stipulation, pursuant to Civil
26  Local Rules 6-2 and 7-12, for an Order: (a) vacating the June 14, 2011 deadline for Plaintiffs to file
27  a Second Amended Complaint; and (b) the Court shall reschedule Plaintiffs' deadline to file a
28

Second Amended Complaint at the Case Management Conference set for August 19, 2011 at 10:00 a.m., or such other date and time as is convenient for the Court;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that: (a) the June 14, 2011 deadline for Plaintiffs to file a Second Amended Complaint is vacated; and (b) the Court shall reschedule Plaintiffs' deadline to file a Second Amended Complaint at the Case Management Conference set for August 19, 2011 at 10:00 a.m., or such other date and time as is convenient for the Court.

Dated:  June 14, 2011                STROOCK & STROOCK & LAVAN LLP
                                     JULIA B. STRICKLAND
                                     LISA M. SIMONETTI
                                     DAVID W. MOON


                                     By:   */s/ David W. Moon*
                                                 David W. Moon

                                     Attorneys for Defendants
                                        PAYPAL, INC.


Dated: June 14, 2011                 FREED & WEISS LLC
                                     ERIC D. FREED
                                     JULIE D. MILLER

                                     LEXINGTON LAW GROUP
                                     MARK N. TODZO
                                     HOWARD J. HIRSCH

                                     By:  */s/ Mark N. Todzo*
                                                 Mark N. Todzo

                                     Attorneys for Plaintiffs
                                     MOISES ZEPEDA, MICHAEL SPEAR,
                                     RONYA OSMAN, BRIAN PATTEE, CASEY
                                     CHING, DENAE ZAMORA, MICHAEL
                                     LAVANGA, and GARY MILLER

1 **[PROPOSED] ORDER**

2     PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

4 Dated: June 15, 2011

                                      UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

On June 14, 2011, I electronically submitted the foregoing document with the Clerk of court for the U.S. District Court, Northern District of California, using the electronic case filing ("ECF") system of the Court. All parties who have consented to electronic service will receive notice of this filing by operation of the ECF system. Any parties who have not consented to electronic service will receive a paper copy of this electronically filed document through the United States Postal Service.

/s/ Mark N. Todzo
Mark N. Todzo
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
Email: mtodzo@lexlawgroup.com