IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moises Zepeda, | No. C 10-02500 EJD |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| Paypal, Inc. Et al, | |
| Defendant. | |

The parties having filed a Joint Case Management Conference on August 12, 2011 notified the Court that they had reached a tentative settlement. (See Docket Item No. 58) . The parties are ordered to appear before the Honorable Edward J. Davila on **October 28, 2011 at 9:00 AM** in Courtroom No. 1, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **October 21, 2011**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **October 21, 2011.**

All other pretrial deadlines and hearing dates are vacated.

//

1 //

2   Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss
3 the action.

4 **IT IS SO ORDERED.**

6 Dated: August 15, 2011

7 EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alfredo Torrijos alfredo@torrijoslaw.com
Brian Stephen Kabateck bsk@kbklawyers.com
David Wesley Moon dmoon@stroock.com
Eric David Freed eric@freedweiss.com
George Stephen Azadian gazadian@stroock.com
Howard Judd Hirsch hhirsch@exlawgroup.com
Jonathan Shub jshub@seegerweiss.com
Julia B. Strickland jstrickland@stroock.com
Lisa Marie Simonetti lsimonetti@stroock.com
Mark N. Todzo mtodzo@lexlawgroup.com
Michael Vincent Storti ms@stortilaw.com
Richard Kellner rlk@kbklawyers.com
Seth Michael Lehrman seth@pathtojustice.com

**Dated: August 15, 2011**            **Richard W. Wieking, Clerk**

**By:   /s/ EJD Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**