1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  DAVID W. MOON (State Bar No. 197711)
   BENJAMIN T. POTTER (State Bar No. 260588)
3  2029 Century Park East, Suite 1800
   Los Angeles, CA  90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  Email: *lacalendar@stroock.com*

6  Attorneys for Defendant
      PAYPAL, INC.
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       **OAKLAND BRANCH**

11 | MOISES ZEPEDA, MICHAEL SPEAR, | Case No. 10-CV-02500 SBA
   | RONYA OSMAN, BRIAN PATTEE,
12 | CASEY CHING, DENAE ZAMORA,   | **STIPULATION AND [PROPOSED]**
   | MICHAEL LAVANGA, and GARY    | **ORDER VACATING HEARING DATE**
13 | MILLER, on behalf of themselves and all | **ON INTERVENER'S MOTION TO**
   | others similarly situated,   | **INTERVENE AND STRIKE ZEPEDA'S**
14                                  **CLASS ALLEGATIONS**
                Plaintiffs,
15                                  Action Filed: June 7, 2010
        v.
16                                  [Declaration of David W. Moon filed
   PAYPAL, INC., a Delaware Corporation, concurrently]
17
                Defendant.          [Related Action: <u>Fernando v. PayPal, Inc.</u>,
18                                  Case No. 10-CV-01668 SBA]

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER VACATING HEARING DATE
(CASE NO. 10-CV-02500 SBA)

LA 51503623

1  Plaintiffs Moises Zepeda, Michael Spear, Ronya Osman, Brian Pattee, Casey Ching, Denae
2  Zamora, Michael Lavanga and Gary Miller (together, "Plaintiffs"), defendant PayPal, Inc.
3  ("Defendant") and interveners Devinda Fernando, Vadim Tsigel, Michail Zinger, Amy Rickel,
4  Fred Rickel, Ira Gilman, Lacy Reinstma and Shaul Behr (together, "Interveners") hereby submit
5  this Stipulation for an Order vacating the hearing date on Interveners' Motion to Intervene and
6  Strike Zepeda's Class Allegations (the "Motion to Intervene").

7  WHEREAS, on October 10, 2011, Interveners filed the Motion to Intervene;

8  WHEREAS, the Motion to Intervene is scheduled to be heard before this Court on February
9  14, 2012;

10 WHEREAS, the parties have reached a tentative resolution of Plaintiffs' and Interveners'
11 claims, obviating the need for the Court to rule on the Motion;

12 IT IS HEREBY STIPULATED by and between the parties, through their respective counsel
13 of record, that the hearing on the Motion to Intervene currently set for February 14, 2012 be taken
14 off the Court's calendar.

15 Dated: January 18, 2012                STROOCK & STROOCK & LAVAN LLP
                                          JULIA B. STRICKLAND
16                                        DAVID W. MOON
                                          BENJAMIN T. POTTER
17

18
                                          By:        /s/ David W. Moon
19                                                    David W. Moon

20                                        Attorneys for Defendant
                                          PAYPAL, INC.
21

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

- 1 -

STIPULATION AND [PROPOSED] ORDER VACATING HEARING DATE
(CASE NO. 10-CV-02500 SBA)

LA 51503623

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

| | | |
|---|---|---|
| 1 | Dated: January 18, 2012 | FREED & WEISS LLC |
| 2 | | ERIC D. FREED |
| | | JULIE D. MILLER |
| 3 | | LEXINGTON LAW GROUP |
| | | MARK N. TODZO |
| 4 | | HOWARD J. HIRSCH |

By:     /s/ Mark N. Todzo
            Mark N. Todzo

Attorneys for Plaintiffs
    MOISES ZEPEDA, MICHAEL SPEAR,
    RONYA OSMAN, BRIAN PATTEE, CASEY
    CHING, DENAE ZAMORA, MICHAEL
    LAVANGA, and GARY MILLER

Dated: January 18, 2012

LAW OFFICES OF MARINA TRUBITSKY, PC
MARINA TRUBITSKY

By:     /s/ Marina Trubitsky
            Marina Trubitsky

Attorneys for Interveners
    DEVINDA FERNANDO, VADIM TSIGEL,
    MICHAIL ZINGER, AMY RICKEL, FRED
    RICKEL, IRA GILMAN, LACY REINTSMA,
    and SHAUL BEHR

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: __1/20/12__

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that, on January 18, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

                                                                                    /s/ David W. Moon
                                                                                      David W. Moon

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 4 -
STIPULATION AND [PROPOSED] ORDER VACATING HEARING DATE
(CASE NO. 10-CV-02500 SBA)
LA 51503623