UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., a Delaware Corporation, Defendant. | Case No: C 10-2500 SBA<br><br>**AMENDED ORDER STRIKING PLAINTIFFS' MOTION TO INTERVENE**<br><br>Related to:<br>No. C 10-1668 SBA<br><br>Docket 94 |

Plaintiffs, through their counsel of record, Marina Trubitsky and Joseph Wood, have filed a Motion to Intervene and for Stay of Both Proceedings. Dkt. 94. In direct violation of Civil Local Rule 7-2, the motion is not noticed for hearing. In addition, the motion is twenty pages long. This violates the Court's Standing Orders, which limit motions (other than summary judgment motions) to fifteen pages. Motions filed in violation of this Court's rules and orders need not be considered and may be stricken. Tri-Valley CARES v. U.S. Dept. of Energy, 671 F.3d 1113, 1131 (9th Cir. 2012) ("Denial of a motion as the result of a failure to comply with local rules is well within a district court's discretion."); Ready Transp., Inc. v. AAR Mfg., Inc., 627 F.3d 402, 404 (9th Cir. 2010) (recognizing that the district court has "the power to strike items from the docket as a sanction for litigation conduct"). Accordingly,

1 | IT IS HEREBY ORDERED THAT Plaintiffs' Motion to Intervene and for Stay of
2 | Both Proceedings (Dkt. 94) shall be STRICKEN from the record. Plaintiffs shall
3 | immediately educate themselves regarding the rules of this Court. Further transgressions of
4 | any applicable procedural rule and/or order may result in the imposition of sanctions
5 | against Plaintiffs and/or their counsel, up to and including dismissal of the action. This
6 | order supersedes Docket 95.
7 |     IT IS SO ORDERED.
8 | Dated: July 11, 2012
9 | SAUNDRA BROWN ARMSTRONG
   | United States District Judge

- 2 -