UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., E-BAY INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: C 10-2500 SBA<br><br>Related to:<br>No. C 10-1668 SBA<br><br>**ORDER REFERRING SECOND MOTION TO INTERVENE AND AMEND COMPLAINT TO MAGISTRATE JUDGE JOSEPH SPERO** |

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a), Putative Interveners' Second Motion to Intervene and Amend Complaint (Dkt. 200) is hereby REFERRED to a **Magistrate Judge Joseph Spero** to hear and decide. The motion shall be held in abeyance pending the Court's ruling on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. 166). Upon the issuance of such ruling, the assigned Magistrate Judge shall enter a briefing schedule on the motion to intervene. The Magistrate Judge shall conduct any proceedings authorized by 28 U.S.C. § 636(b)(1) that appear necessary to formulate the disposition, at the convenience of his calendar. Counsel will be advised of the date, time and place of such proceedings by notice from Magistrate Judge Spero. The noticed motion hearing date of March 18, 2014, is VACATED.

IT IS SO ORDERED.

Dated: 2/14/14

SAUNDRA BROWN ARMSTRONG
United States District Judge