UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES ZEPEDA, et al.,<br><br>　　　　Plaintiffs.<br><br>　　v.<br><br>PAYPAL, INC., et al.,<br><br>　　　　Defendant. | Case No. 10-cv-02500-SBA  (JCS)<br><br>**NOTICE OF REFERENCE, TIME AND PLACE OF HEARING AND ORDER ON SECOND MOTION TO INTERVENE AND AMEND COMPLAINT**<br>**RE: DKT. NO. 200** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for a report and recommendation on Putative Interveners' Second Motion to Intervene and Amend Complaint (the "Motion").

The hearing on the Motion has been set for **April 25, 2014**, at **9:30 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.  The opposition (s) shall be filed and served by **March 21, 2014**.  Any reply to the opposition(s) shall be filed and served by **March 28, 2014**.  All documents shall be filed with the Clerk's Office in compliance with Civil L.R. 7-2 through 7-5.  Documents not filed in compliance with those rules will not be considered by the Court.

**LAW AND MOTION PROCEDURES**

Civil law and motion is heard on Friday mornings at 9:30 a.m., Courtroom G, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California.  All documents shall be filed at the Clerk's Office in compliance with the Civil Local Rules.  Documents not filed in compliance with those rules will not be considered by the Court. Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance

with Civil L. R. 37-3.

Law and motion matters may be submitted without argument upon stipulation of the parties and notification of the Court no later than 4:30 p.m. the day before the hearing.  Pursuant to Civil L. R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of the date for service of the opposition.  Thereafter, leave of the Court must be sought.

ELECTRONIC FILING AND COURTESY COPIES

Please refer to Civil L. R. 5-4 and General Order NO. 45 for the Northern District of California for information relating to electronic filing procedures and requirements.

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS' COPY."  All filings of documents relating to motions referred to the undersigned shall list the civil case number and the district court judge's initials followed by the designation "(JCS)".

The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Federal Rule of Civil Procedure 16(f).

IT IS SO ORDERED.

Dated:  March 11, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge