```
 1  STROOCK & STROOCK & LAVAN LLP
    JULIA B. STRICKLAND (State Bar No. 083013)
 2  DAVID W. MOON (State Bar No. 197711)
    BENJAMIN T. POTTER (State Bar No. 260588)
 3  2029 Century Park East, Suite 1800
    Los Angeles, CA  90067-3086
 4  Telephone: 310-556-5800
    Facsimile: 310-556-5959
 5  Email: lacalendar@stroock.com

 6  Attorneys for Defendants
       PAYPAL, INC. and EBAY INC.
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated, <br><br>                       Plaintiffs, <br>         v. <br><br>PAYPAL, INC., et al., <br><br>                       Defendants. | Case No. 10-CV-02500 SBA <br><br> Related to : Case No. 10-CV-1668 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT AN AMENDED MOTION FOR PRELIMINARY APPROVAL** |

# **STIPULATION**

WHEREAS, on February 24, 2014, the Court issued its Order Denying Plaintiffs' Motion For Preliminary Approval Of Class Action Settlement Agreement (the "Order") (Dkt. No. 205);

WHEREAS, the Order permits plaintiffs Moises Zepeda, Michael Spear, Ronya Osman, Brian Pattee, Casey Ching, Denae Zamora, Michael Lavanga and Gary Miller (the "Plaintiffs") to resubmit an amended motion for preliminary approval within thirty (30) days of the Order;

WHEREAS, Plaintiffs intend to submit an amended motion for preliminary approval;

WHEREAS, Plaintiffs and defendants PayPal, Inc. and eBay Inc. ("Defendants") have reengaged in active settlement negotiations in light of the Order;

WHEREAS, a mediation session between the parties is scheduled for March 24, 2014, before the Honorable Edward A. Infante (Ret.);

WHEREAS, the parties require additional time to conduct settlement negotiations;

WHEREAS, Plaintiffs require additional time to prepare an amended motion for preliminary approval; and

WHEREAS, the undersigned counsel represent and warrant that they are authorized to enter into this Stipulation on behalf of each of the parties listed below;

IT IS HEREBY STIPULATED, by and between Defendants and Plaintiffs, through their respective counsel of record, as follows:

(1) Plaintiffs shall have until May 27, 2014, to file an amended motion for preliminary approval .

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated:  March 12, 2014

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
DAVID W. MOON
BENJAMIN T. POTTER

By:    */s/ David W. Moon*
           David W. Moon

Attorneys for Defendants
  PAYPAL, INC. and EBAY INC.

Dated:  March 12, 2014

LEXINGTON LAW GROUP

By:    */s/ Mark M. Todzo*
           Mark M. Todzo

Attorneys for Plaintiffs
  MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA and GARY MILLER

- 2 -

STIPULATION EXTENDING TIME TO SUBMIT AN AMENDED MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA

LA 51734815

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 3/12/2014

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

- 3 -
STIPULATION EXTENDING TIME TO SUBMIT AN AMENDED MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA

LA 51734815

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

*/s/ Benjamin T. Potter*
Benjamin T. Potter

- 4 -
STIPULATION EXTENDING TIME TO SUBMIT AN AMENDED MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA

LA 51734815