STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
DAVID W. MOON (State Bar No. 197711)
BENJAMIN T. POTTER (State Bar No. 260588)
2029 Century Park East, Suite 1800
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
   PAYPAL, INC. and EBAY INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>PAYPAL, INC., et al.,<br><br>        Defendants. | Case No. 10-CV-02500 SBA<br><br>Related to : Case No. 10-CV-1668 SBA<br><br>**SECOND STIPULATION AND ORDER EXTENDING TIME TO SUBMIT AN AMENDED MOTION FOR PRELIMINARY APPROVAL** |

## **STIPULATION**

WHEREAS, on March 12, 2014, the Court issued its Order Extending Time To Submit An Amended Motion For Preliminary Approval (the "Order") (Dkt. No. 210);

WHEREAS, the Order permits plaintiffs Moises Zepeda, Michael Spear, Ronya Osman, Brian Pattee, Casey Ching, Denae Zamora, Michael Lavanga and Gary Miller ("Plaintiffs") to resubmit an amended motion for preliminary approval by May 27, 2014;

WHEREAS, Plaintiffs intend to submit an amended motion for preliminary approval;

WHEREAS, Plaintiffs and defendants PayPal, Inc. and eBay Inc. ("Defendants") participated in a mediation session on March 24, 2014, before the Honorable Edward A. Infante (Ret.);

WHEREAS, the parties have scheduled an additional mediation session before Judge Infante on June 9, 2014;

WHEREAS, the parties require additional time to conduct the June 9, 2014 mediation session prior to the submission of an amended motion for preliminary approval;

WHEREAS, the undersigned counsel represent and warrant that this Stipulation is made in good faith and not for the purposes of delay; and

WHEREAS, the undersigned counsel represent and warrant that they are authorized to enter into this Stipulation on behalf of each of the parties listed below;

///
///
///
///
///
///
///
///
///

- 1 -

STIPULATION EXTENDING TIME TO SUBMIT AMENDED MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA

LA 51742593V2

IT IS HEREBY STIPULATED, by and between Defendants and Plaintiffs, through their respective counsel of record, as follows:

(1) Plaintiffs shall have until July 9, 2014, to file an amended motion for preliminary approval.

IT IS SO STIPULATED.

Dated:  April 7, 2014                              STROOCK & STROOCK & LAVAN LLP
                                                              JULIA B. STRICKLAND
                                                              DAVID W. MOON
                                                              BENJAMIN T. POTTER

                                                              By:      */s/ David W. Moon*
                                                                          David W. Moon

                                                              Attorneys for Defendants
                                                                PAYPAL, INC. and EBAY INC.

Dated:  April 7, 2014                              LEXINGTON LAW GROUP

                                                              By:      */s/ Mark M. Todzo*
                                                                          Mark M. Todzo

                                                              Attorneys for Plaintiffs
                                                                MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA and GARY MILLER

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 2 -
STIPULATION EXTENDING TIME TO SUBMIT AMENDED MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA

LA 51742593V2

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 4/8/2014

*Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 3 -
STIPULATION EXTENDING TIME TO SUBMIT AMENDED MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA

LA 51742593V2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 7, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

                                              */s/ Benjamin T. Potter*
                                                Benjamin T. Potter

- 4 -

STIPULATION EXTENDING TIME TO SUBMIT AMENDED MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA

LA 51742593V2