# DAVID HICKS, A.P.L.C.
A CALIFORNIA PROFESSIONAL LAW CORPORATION

| | | |
|---|---|---|
| <u>DAVID KEITH HICKS</u><br>Admitted in the U.S. Supreme Court,<br>U.S. District Courts for Maine &<br>California (the Northern, Central &<br>Eastern Districts), and the State<br>Courts of New York [ret.] and California | <u>NORTHERN CALIFORNIA</u><br><br>Administrative Office: P.O. Box 562<br>Dunsmuir CA 96025-0562<br>530-235-0235 | <u>SAN FRANCISCO BAY AREA</u><br><br>Telephone   510-595-2000<br>Fax           530-239-4301<br>E-Mail      dhcases@aol.com |

April 17, 2014

E-filed per standing order

Magistrate Judge Joseph C. Spero
Courtroom G, 15th Floor
United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Re: Case No: 4:10-cv-02500-SBA - Zepeda v. Paypal, Inc.
Motion to Intervene
April 25, 2014 at 2:00 p.m.

Your Honor:

I am local counsel on the related conjointly settled case of Fernando v. Paypal, Inc.

I request leave to appear by telephone, have reviewed your standing order, and will be available to receive the Court's call at 530 235 0235. An alternate number is 510 517 2622 if there is any connection problem.

Good cause exists because I am not the moving party and am in support of the opposition filed to the motion to intervene: (1) I would be required to make a nine hour drive round trip on that date to appear, and (2) it would be against current medical advice (recent hip replacement).

Thank you for your kind consideration.

Respectfully yours,

/s/ David Hicks

IT IS HEREBY ORDERED THAT Mr. Hicks shall use the following conference call number and pass code that has been arranged by Ben Potter. Conference call number is 877 509 4716 PW: 310 556 5949

Dated: 4/21/14

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*