1 | STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
2 | DAVID W. MOON (State Bar No. 197711)
BENJAMIN T. POTTER (State Bar No. 260588)
3 | 2029 Century Park East, Suite 1800
Los Angeles, CA  90067-3086
4 | Telephone: 310-556-5800
Facsimile: 310-556-5959
5 | Email: *lacalendar@stroock.com*

6 | Attorneys for Defendants
PAYPAL, INC. and EBAY INC.

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **OAKLAND BRANCH**

11 | MOISES ZEPEDA, MICHAEL SPEAR, ) Case No.  10-CV-02500 SBA (JCS)
RONYA OSMAN, BRIAN PATTEE, )
12 | CASEY CHING, DENAE ZAMORA, ) **REQUEST OF DEFENDANTS'**
MICHAEL LAVANGA, and GARY ) **COUNSEL TO APPEAR**
13 | MILLER, on behalf of themselves and all ) **TELEPHONICALLY FOR THE**
others similarly situated, ) **HEARING ON PUTATIVE**
14 | ) **INTERVENERS' SECOND MOTION**
Plaintiffs, ) **TO INTERVENE AND AMEND**
15 | ) **COMPLAINT**
16 | v. ) Date:   April 25, 2014
) Time:  2:00 p.m.
17 | PAYPAL, INC., et al., ) Ctrm.: G
)
18 | Defendants. ) Action Filed: June 7, 2010
)
19 | )
)
20 | ) [Related Action:  Fernando v. PayPal, Inc.,
) Case No. 10-CV-01668 SBA]
21 | )
)
22 | )

23 |

24 |

25 |

26 |

27 |

28 |

1

**REQUEST TO APPEAR TELEPHONICALLY**

2

   Pursuant to L.R. 16-10(a) and the Court's Standing Order, counsel for defendants PayPal,

3

Inc. ("PayPal") and eBay Inc. ("eBay") (together, "Defendants") hereby request to participate

4

telephonically in the hearing scheduled in this action in connection with Putative Interveners'

5

Second Motion To Intervene And Amend Complaint currently set for April 25, 2014, at 2:00 p.m.,

6

in courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

7

   Counsel for Defendants can offer the following dial-in number if the Court so desires:

8

   Dial In:  877-509-4716

9

   Participant Passcode:  310-556-5949

10

11

Dated:  April 18, 2014



Respectfully submitted,

12

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND

13

Dated: 4/21/14

DAVID W. MOON
BENJAMIN T. POTTER

14

IT IS SO ORDERED

15

Judge Joseph C. Spero

By:   */s/ Benjamin T. Potter*
         Benjamin T. Potter

16

Attorneys for Defendants
   PAYPAL, INC. and EBAY INC.

17

18

19

20

21

22

23

24

25

26

27

28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

- 1 -

LA 51748188

## CERTIFICATE OF SERVICE

I hereby certify that, on April 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

/s/  Benjamin T. Potter
Benjamin T. Potter

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

- 2 -

LA 51748188