1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,

                          Plaintiffs,

       v.

PAYPAL, INC., E-BAY INC., and DOES 1 through 10, inclusive,

                          Defendants.

Case No:  C 10-2500 SBA

Related to:
No. C 10-1668 SBA

**ORDER SETTING BRIEFING SCHEDULE**

       Plaintiffs/Defendants shall file their responses to Putative Interveners' Objection to Order of Magistrate (Dkt. 225) by no later than May 16, 2014.  Any reply thereto shall be filed by no later than May 23, 2014.  The matter will be resolved without a hearing.  Civ. L.R. 7-1(b).

       IT IS SO ORDERED.

Dated:  May 1, 2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge