STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
DAVID W. MOON (State Bar No. 197711)
WESLEY M. GRIFFITH (State Bar No. 286390)
2029 Century Park East, Suite 1800
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
   PAYPAL, INC. and EBAY INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>  v.<br><br>PAYPAL, INC., et al.,<br><br>            Defendants. | Case No. 10-CV-02500 SBA<br><br>Related to : Case No. 10-CV-1668 SBA<br><br>**THIRD STIPULATION AND ORDER EXTENDING TIME TO SUBMIT AMENDED MOTION FOR PRELIMINARY APPROVAL** |

## **STIPULATION**

WHEREAS, on March 12, 2014 and April 9, 2014, this Court issued orders extending the time for plaintiffs Moises Zepeda, Michael Spear, Ronya Osman, Brian Pattee, Casey Ching, Denae Zamora, Michael Lavanga and Gary Miller ("Plaintiffs") to file an amended motion for preliminary approval (Dkt. Nos. 210, 217);

WHEREAS, the deadline to file an amended motion for preliminary approval is currently July 9, 2014;

WHEREAS, Plaintiffs and defendants PayPal, Inc. and eBay Inc. ("Defendants") participated in mediation sessions on March 24, 2014 and June 9, 2014 before the Honorable Edward A. Infante (Ret.), and the parties are currently in the process of finalizing amendments to the existing settlement;

WHEREAS, once those amendments are finalized, Plaintiffs intend to submit an amended motion for preliminary approval;

WHEREAS, the undersigned counsel represent and warrant that this Stipulation is made in good faith and not for the purposes of delay; and

WHEREAS, the undersigned counsel represent and warrant that they are authorized to enter into this Stipulation on behalf of each of the parties listed below;

///

///

///

- 1 -
STIPULATION EXTENDING TIME TO SUBMIT AMENDED MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA

LA 51772235

IT IS HEREBY STIPULATED, by and between Defendants and Plaintiffs, through their respective counsel of record, that Plaintiffs shall have until August 15, 2014 to file an amended motion for preliminary approval.

IT IS SO STIPULATED.

Dated: June 25, 2014

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
DAVID W. MOON
WESLEY M. GRIFFITH

By: */ s / Wesley M. Griffith*
Wesley M. Griffith

Attorneys for Defendants
PAYPAL, INC. and EBAY INC.

Dated: June 25, 2014

LEXINGTON LAW GROUP

By: */ s / Mark Todzo*
Mark Todzo

Attorneys for Plaintiffs
MOISES ZEPEDA, MICHAEL SPEAR,
RONYA OSMAN, BRIAN PATTEE,
CASEY CHING, DENAE ZAMORA,
MICHAEL LAVANGA and
GARY MILLER

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 2 -
STIPULATION EXTENDING TIME TO SUBMIT AMENDED MOTION FOR PRELIMINARY APPROVAL
CASE NO. 10-CV-02500 SBA

LA 51772235

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

**No further extensions of time to file an amended motion for preliminary approval will be granted absent exigent circumstances.**

Dated: 6/26/14

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 25, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

> */ s / Wesley M. Griffith*
> Wesley M. Griffith