UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., E-BAY INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No:  C 10-2500 SBA<br><br>Related to:<br>No. C 10-1668 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Plaintiffs shall file their motion for preliminary approval by no later than August 26, 2015.  Briefing on the motion shall be in accordance with Civil Local Rule 7-2 through 7-6.  The hearing on the motion will take place on **October 14, 2015, at 1:00 p.m.**  The Court, in its discretion, may resolve the motion without a hearing.  See Civ. L.R. 7-1(b)

IT IS SO ORDERED.

Dated:  July 29, 2015

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge