# Exhibit 1

# AMENDMENT TO SETTLEMENT AGREEMENT

WHEREAS, in connection with the actions entitled <u>Fernando v. PayPal, Inc.</u>, United States District Court for the Northern District of California, Case No. 10-cv-01668-SBA (the "<u>Fernando</u> Action"), and <u>Zepeda v. PayPal, Inc.</u>, United States District Court for the Northern District of California, Case No. 10-cv-02500-SBA (the "<u>Zepeda</u> Action"), plaintiffs Moises Zepeda, Michael Spear, Ronya Osman, Brian Pattee, Casey Ching, Denae Zamora, Michael Lavanga and Gary Miller (the "<u>Zepeda</u> Plaintiffs" or "Plaintiffs"), individually and as putative representatives of a proposed settlement class, and defendants PayPal, Inc. ("PayPal") and eBay Inc. ("eBay") (together, "Defendants") (Plaintiffs and Defendants are referred to collectively as the "Parties"), entered into a Settlement Agreement, a fully executed copy of which is attached hereto as Exhibit A (the "Settlement Agreement");

WHEREAS, on August 15, 2014, Plaintiffs submitted the Settlement Agreement to the United States District Court for the Northern District of California, the Honorable Saundra B. Armstrong presiding (the "Court"), for preliminary approval of a class-action settlement;

WHEREAS, on March 25, 2015, the Court entered an Order Denying Plaintiffs' Motion for Preliminary Approval of Class Action Settlement Agreement (the "March 25, 2015 Order);

WHEREAS, in its March 25, 2015 Order, the Court questioned whether claims based on alleged violations of the settlement in <u>In re PayPal Litigation</u>, United States District Court for the Northern District of California, Case No. CV-02-01227-JF (PVT) (the "<u>Comb</u> Settlement"), should be litigated in the <u>Zepeda</u> Action and why the settlement classes in the <u>Zepeda</u> Action include persons who have been PayPal accountholders since 2006 rather than persons who have been PayPal accountholders since 2008;

WHEREAS, to address the Court's question in the March 25, 2015 Order regarding litigating or settling claims for violation of the <u>Comb</u> Settlement in this action, Plaintiffs have agreed to file a Third Amended Complaint that omits claims for breach of the <u>Comb</u> Settlement, and the Parties have agreed to exclude those claims from the Released Claims as defined in the

- 1 -

Settlement Agreement, as the Parties do not believe that omitting these claims from the settlement will have a material effect on the settlement;

WHEREAS, to address the Court's question in the March 25, 2015 Order regarding the length of the class period, the Parties agree that the proposed class period for both of the proposed settlement classes should run from April 19, 2006, which is four years prior to the filing of the Complaint in the <u>Fernando</u> Action on April 19, 2010 (which claims are now being asserted in the <u>Zepeda</u> Action), and that this class period is appropriate for both the Injunctive Relief Class and the Claims Class (as those classes are defined in the Settlement Agreement) because Plaintiffs' claims are not limited to allegedly improper holds on sellers' accounts arising in or after 2008; for example, Plaintiffs also assert claims based on the closing or suspending of accounts and claims arising from PayPal's handling of buyers' accounts, and these activities occurred both before and after 2008; and, accordingly, the Parties agree that the relevant class period should run from April 19, 2006 through the date of preliminary approval and do not propose to change the proposed class period through this Amendment; and

WHEREAS, in consideration of the mutual undertakings contained in this Amendment and the Settlement Agreement, and other good, valuable and sufficient consideration, Plaintiffs and Defendants hereby agree as follows:

1.      Section 1.29 of the Settlement Agreement is revised by deleting the phrase "or (d) that relate to Defendants' obligations under the <u>Comb</u> settlement" in the first sentence and by inserting the word "or" before the preceding item (c), so that section 1.29 reads as follows:

> 1.29     "Released Claims" means and refers to any and all rights, duties, obligations, claims, actions, causes of action or liabilities, whether arising under local, state or federal law (including, without limitation, California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 et seq., California's Consumers Legal Remedies Act, Cal. Civ. Code § 1750 et seq., the Electronic Fund Transfer Act, 15 U.S.C. § 1693 et seq. (the "EFTA"), and 12 C.F.R. pt. 1005 ("Regulation E"), whether by constitution, statute, contract, common law or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated and which has been or could be asserted in an individual, class, private attorney-general, representative, parens patriae or any other capacity:  (a)

- 2 -

that relate to the placing of holds or reserves or any other limitations on PayPal transactions or accounts, or the closing, suspending or limiting of PayPal accounts, including without limitation any disclosure or non-disclosure with respect thereto; (b) that relate to the payment or failure to pay interest on funds subject to a hold, reserve or limitation, including without limitation any disclosure or non-disclosure with respect thereto; or (c) that relate to Defendants' obligations under the EFTA and/or Regulation E. Notwithstanding the foregoing, "Released Claims" shall not include any claim for monetary relief, other than a claim for statutory damages under the EFTA and/or Regulation E, by an Injunctive Relief Class Member who is not also a Claims Class Member or who timely opts out of the Claims Class.

2.      A new section 7.4 is added to the Settlement Agreement, clarifying that the release (including the general release) in section 7.1, the stay/bar of other proceedings in section 7.2 and the dismissal of claims in section 7.3 of the Settlement Agreement do not include claims for breach of the <u>Comb</u> Settlement, as follows:

> 7.4     For purposes of clarification, the Released Claims referred to in sections 7.1, 7.2 and 7.3 do not include any claim for breach of the <u>Comb</u> Settlement.

3.      A clarifying amendment to Section 1.30 is made by inserting the word "insurers" after the first instance of the word "agents," as follows:

> 1.30    "Released Parties" means and refers to Defendants and each and all of their respective present, former and future direct and indirect parent companies, affiliates, subsidiaries, agents, insurers, successors and predecessors-in-interest, and all of the aforementioneds' prior, current and future respective officers, directors, employees, attorneys, shareholders, agents, independent contractors, vendors and assigns.

4.      Exhibit H (Current User Agreement) and J (Screenshots) to the Settlement Agreement are replaced with Exhibits H (Current User Agreement) and J (Screenshots) hereto.

5.      Plaintiffs shall file a Third Amended Complaint, which shall be deemed controverted without the need for Defendants to file a responsive pleading, and which shall include all claims asserted in the Second Amended Complaint (ECF No. 110) except any claims for breach of the <u>Comb</u> Settlement.

{Signature Pages Follow}

DATED: _____, 2015

Moises Zepeda, individually and as
representative of the Settlement Class

DATED: _____, 2015

*Michael Spear*

Michael Spear, individually and as
representative of the Settlement Class

DATED: _____, 2015

Ronya Osman, individually and as
representative of the Settlement Class

DATED: _____, 2015

Brian Pattee, individually and as
representative of the Settlement Class

DATED: _____, 2015

Casey Ching, individually and as
representative of the Settlement Class

DATED: _____, 2015

Denae Zamora, individually and as
representative of the Settlement Class

DATED: _____, 2015

Michael Lavanga, individually and as
representative of the Settlement Class

DATED: _____, 2015

Gary Miller, individually and as
representative of the Settlement Class

DATED: _____, 2015

PAYPAL, INC.

By: _____

Its: _____

DATED: _____, 2015

EBAY INC.

By: _____

Its: _____

- 4 -

DATED: _____, 2015

_____
Moises Zepeda, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Michael Spear, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Ronya Osman, individually and as
representative of the Settlement Class

DATED: _8/24/15_, 2015

~~Brian Pattee~~, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Casey Ching, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Denae Zamora, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Michael Lavanga, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Gary Miller, individually and as
representative of the Settlement Class

DATED: _____, 2015

PAYPAL, INC.

By: _____

Its: _____

DATED: _____, 2015

EBAY INC.

By: _____

Its: _____

LA 51900091

DATED:  _____, 2015

Moises Zepeda, individually and as
representative of the Settlement Class

DATED:  _____, 2015

Michael Spear, individually and as
representative of the Settlement Class

DATED:  _____, 2015

Ronya Osman, individually and as
representative of the Settlement Class

DATED:  _____, 2015

Brian Pattee, individually and as
representative of the Settlement Class

DATED:  8/24, 2015

Casey Ching, individually and as
representative of the Settlement Class

DATED:  _____, 2015

Denae Zamora, individually and as
representative of the Settlement Class

DATED:  _____, 2015

Michael Lavanga, individually and as
representative of the Settlement Class

DATED:  _____, 2015

Gary Miller, individually and as
representative of the Settlement Class

DATED:  _____, 2015

PAYPAL, INC.

By:  _____

LA 51900091

DATED: _____, 2015

Moises Zepeda, individually and as
representative of the Settlement Class

DATED: _____, 2015

Michael Spear, individually and as
representative of the Settlement Class

DATED: _____, 2015

Ronya Osman, individually and as
representative of the Settlement Class

DATED: _____, 2015

Brian Pattee, individually and as
representative of the Settlement Class

DATED: _____, 2015

Casey Ching, individually and as
representative of the Settlement Class

DATED: _____, 2015

Denae Zamora, individually and as
representative of the Settlement Class

DATED: _____, 2015

Michael Lavanga, individually and as
representative of the Settlement Class

DATED: Sept 8, _____, 2015

Gary Miller, individually and as
representative of the Settlement Class

DATED: _____, 2015     PAYPAL, INC.

By: _____

Its: _____

DATED: _____, 2015     EBAY INC.

By: _____

Its: _____

- 4 -

DATED: _____, 2015

_____
Moises Zepeda, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Michael Spear, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Ronya Osman, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Brian Pattee, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Casey Ching, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Denae Zamora, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Michael Lavanga, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Gary Miller, individually and as
representative of the Settlement Class

DATED: _____, 2015

PAYPAL, INC.

By: _____

Its: _VP & Deputy General Counsel_

DATED: _____, 2015

EBAY INC.

By: _____

Its: _____

- 4 -

DATED: _____, 2015

_____
Moises Zepeda, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Michael Spear, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Ronya Osman, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Brian Pattee, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Casey Ching, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Denae Zamora, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Michael Lavanga, individually and as
representative of the Settlement Class

DATED: _____, 2015

_____
Gary Miller, individually and as
representative of the Settlement Class

DATED: _____, 2015

PAYPAL, INC.

By: _____

Its: _____

DATED: _9/8_____, 2015

EBAY INC.

By: _____

Its: _Associate General Counsel Litigation_

- 4 -

Approved as to form and content:

DATED: _____, 2015

QUANTUM LEGAL LLC
Jeffrey A. Leon

By: _____
    Jeffrey A. Leon

DATED: 9/9/15 _____, 2015

LEXINGTON LAW GROUP
Mark N. Todzo

By: _____
    Mark N. Todzo

DATED: 9/9/15 _____, 2015

FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHERMAN, P.L.
Steven R. Jaffe

By: _____
    Steven R. Jaffe

DATED: 9/9/15 _____, 2015

SEEGER WEISS LLP
Jonathan Shub

By: _____
    Jonathan Shub

Attorneys for Plaintiffs

- 5 -

Approved as to form:

DATED: _____9/9_____, 2015

STROOCK & STROOCK & LAVAN LLP

By: _____

Julia B. Strickland
David W. Moon
Wesley M. Griffith

Attorneys for Defendants
PAYPAL, INC. and EBAY INC.

# Exhibit H – Current User Agreement

>> **View all legal agreements**

# PayPal User Agreement

**YOU AGREE THAT THIS USER AGREEMENT WILL BE EFFECTIVE AS TO <u>ALL USERS</u> ON JULY 1, 2015**

Print  Download PDF

Welcome to PayPal

This Agreement is a contract between you and PayPal and governs your use of al PayPal Services  Using the PayPal Services means that you must accept all of the terms and conditions contained n this Agreement and the agreements on the **Legal Agreements** page including the Privacy Policy, the Acceptable Use Policy and the Electronic Communications Delivery Policy  You should read all of these terms carefully

This Agreement contains sixteen sections  You may  ump directly to any section by selecting the appropriate link below  The headings and subheadings below are for reference only and do not limit the scope of each section  Some capitalized terms have specific definitions in Section 16 (Definitions)  Underlined words in this Agreement and on our website hyperlink to relevant information

**Jump to section:**

**Electronic Communications Delivery Policy**
**1. Our Relationship with You.**
**2. Accounts.**
**3. Sending Money.**
**4. Receiving Money.**
**5. Account Balances.**
**6. Withdrawing Money.**
**7. Closing Your Account.**
**8. Fees and Currency Conversion.**
**9. Restricted Activities.**
**10. Your Liability - Actions We May Take.**
**11. Protection for Sellers.**
**12. Resolution Procedures for Unauthorized Transactions and Other Errors.**
**13. Protection for Buyers.**
**14. Disputes with PayPal.**
**15. General Provisions.**
**16. Definitions.**

We may amend this Agreement at any time by posting a revised version on our website  The revised version will be effective at the time we post it  in addition, if the revised version includes a Substantial Change, we will provide you with 30 Days' prior notice of any Substantial Change by posting notice on the **Policy Updates** page of our website

**This is an important document which you must consider carefully when choosing whether to use the PayPal Services. Please be advised: This Agreement contains provisions that govern how legal claims you and we have against each other are resolved (see Section 14 "Disputes with PayPal" below). Those dispute-resolution provisions contain an Agreement to Arbitrate, which will, with limited exception, require you to submit claims you have against us to binding and final arbitration, unless you opt out of the Agreement to Arbitrate (see Section 14.3 "Agreement to Arbitrate") within 30 Days after the date you accept the User Agreement for the first time. Unless you opt out: (1) you will only be permitted to pursue claims against PayPal on an individual basis, not as a plaintiff or class member in any class or representative action or proceeding, and (2) you will only be permitted to seek relief (including monetary, injunctive, and declaratory relief) on an individual basis.**

**Please note the following risks of using the PayPal Services, which are set forth in more detail in the relevant sections of this Agreement:**

**Payments received in your Account may be reversed at a later time, for example, if such a payment is subject to a Chargeback, Reversal, Claim or is otherwise invalidated. This means that for some of our Sellers, payments received into their Account may be returned to the sender or otherwise removed from their Account after they have been paid and/or delivered any goods or services sold.**

**If you are a Seller, you can help protect yourself from the risk of a payment being reversed from your Account by following the criteria set out in the Protection for Sellers section and by following the other guidance provided in the** Security **page accessible via every page of the PayPal website.**

**We may close, suspend, or limit your access to your Account or the PayPal Services, and/or limit access to your Balance for up to 180 Days (or longer if pursuant to a court order or other legal process) if you violate this Agreement, the** PayPal Acceptable Use Policy, **any other agreement you enter into with PayPal, or as otherwise specified in this Agreement or other agreement you have entered into with PayPal. We may also use proprietary fraud and risk modeling when assessing the risk associated with your Account. If you wish to open a Dispute through PayPal's Online Resolution Center, you must do so within 180 Days of making your payment or initiating your transaction in the case of Pay After Delivery.**

**CONSUMER FRAUD WARNING: We're always looking for ways to help keep you even more secure. So stay on the lookout for some of these common scams:**

- **Spoofing – a scammer sends forged or faked electronic documents or emails falsely claiming to be PayPal or coming from PayPal but asks you to send money outside your PayPal account.**

- **Relative in Need – a scammer impersonates a family member (commonly grandchildren) and claims there is an emergency requiring you to send money.**

- **Lottery or Prize – a scammer informs you that you've won a lottery or prize and must send money in order to claim it.**

- **Debt Collection – a scammer impersonates a debt collector and induces you to send money using threats or intimidation.**

- **Employment Related – a scammer instructs you to send money in connection with a fraudulent offer of employment.**

**Always use common sense when sending money. If something sounds too good to be true, it probably is. Only send money for yourself and not for others. Remember that if you don't send the payment through your PayPal account, you're not covered by PayPal Purchase Protection. Please let us know immediately if you believe someone is trying to scam or defraud you by contacting us at 1-888-221-1161 or 1-402-935-2050 if calling outside the U.S..**

# Electronic Communications Delivery Policy

This policy describes how PayPal communicates with you electronically, provides additional detail about the Communications we provide you, and sets out the hardware and software you need to receive these Communications

**Electronic delivery of communications**

- You agree and consent to receive electronically all communications, agreements, documents, notices and disclosures (collectively, "Communications") that we provide in connection with your PayPal account ("Account") and your use of our services  Communications include, but are not limited to

- agreements and policies you agree to (e g , the PayPal User Agreement and the PayPal Privacy Policy), including updates to these agreements or policies;

- annual disclosures, including prospectuses and reports for PayPal Funds;

- transaction receipts or confirmations;

- Account statements and history;

- federal and state tax statements we are required to make available to you; and

- information related to any other Account, PayPal Funds account, or transaction

We will provide these Communications to you by posting them on the PayPal website and/or by emailing them to you at the primary email address listed in your PayPal Account Profile

**Hardware and software requirements**

In order to access and retain electronic Communications, you will need the following computer hardware and software

- a computer with an internet connection;

- a current web browser that includes 128 bit encryption (e g  internet Explorer version 6 0 and above, Firefox version 2 0 and above, Chrome version 3 0 and above, or Safari 3 0 and above) with cookies enabled;

- Adobe Acrobat Reader version 8 0 and above to open documents in  pdf format;

- a valid email address (your primary email address on file with PayPal); and

- sufficient storage space to save past Communications or an installed printer to print them

We will notify you if there are any material changes to the hardware or software needed to receive electronic Communications from PayPal  By giving your consent you are confirming that you have access to the necessary equipment and are able to receive, open, and print or download a copy of any Communications for your records  You may print or save a copy of these Communications for your records as they may not be accessible online at a later date

**How to withdraw your consent**

You may withdraw your consent to receive Communications electronically by writing to us at "Attn  Electronic Communications Delivery Policy, P O  Box 45950, Omaha, NE 68145 0950, or by contacting us via the "Contact" or "Contact Us" link at the bottom of each page of the PayPal website  If you fail to provide or if you withdraw your consent to receive Communications electronically, PayPal reserves the right to either deny your application for an Account, restrict or deactivate your Account, close your Account and any sub account (such as a Student Account), or charge you additional fees for paper Communications

After you consent to receive Communications electronically, you may withdraw your consent to receive  RS Form 1099 K electronically by contacting us as described above  You will continue to receive all your other Communications electronically, but we will send your Form 1099 K to you by U S  mail

**Requesting paper copies of electronic Communications**

 f, after you consent to receive Communications electronically, you would like a paper copy of a Communication we previously sent you, you may request a copy within 180 Days after the date we provided the Communication to you by contacting us as described above  We will send your paper copy to you by U S  mail  n order for us to send you paper copies, you must have a current street address on file as your "Home" address in your PayPal Account Profile  f you request paper copies, you understand and agree that PayPal may charge you a Records Request Fee for each Communication  The Records Request Fee will not be charged if you request a Form 1099 K in paper form; for all other Communications, the Records Request Fee is set out in Section 8 of the User Agreement

**Updating your contact information**

 t is your responsibility to keep your primary email address up to date so that PayPal can communicate with you electronically  You understand and agree that f PayPal sends you an electronic Communication but you do not receive it because your primary email address on file is incorrect, out of date, blocked by your service provider, or you are otherwise unable to receive electronic Communications, PayPal will be deemed to have provided the Communication to you

Please note that if you use a spam filter that blocks or re routes emails from senders not listed in your email address book, you must add PayPal to your email address book so that you will be able to receive the Communications we send to you

You can update your primary email address or street address at any time by logging into the PayPal website  f your email address becomes invalid such that electronic Communications sent to you by PayPal are returned, PayPal may deem your Account to be inactive, and you will not be able to transact any activity using your PayPal Account until we receive a valid, working primary email address from you

**Back to top**

# 1. Our Relationship with You.

**1.1 PayPal is Only a Payment Service Provider.** PayPal helps you make payments to and accept payments from third parties  PayPal is an independent contractor for all purposes, and is not your agent or trustee  PayPal does not have control of, or liability for, the products or services that are paid for with the PayPal Services  We do not guarantee the identity of any User or ensure that a buyer or a Seller will complete a transaction

**1.2 Your Privacy.** Protecting your privacy is very important to us  Please review our **Privacy Policy** in order to better understand our commitment to maintaining your privacy, as well as our use and disclosure of your  nformation

**1.3 Privacy of Others; Marketing.**  f you receive  nformation about another User through the PayPal Services, you must keep the  nformation confidential and only use it in connection with the PayPal Services  You may not disclose or distribute a User's  nformation to a third party or use the  nformation for marketing purposes unless you receive the User's express consent to do so

You may not send unsolicited email to a User or use the PayPal Services to collect payments for sending, or assisting in sending, unsolicited email to third parties

**1.4 Intellectual Property.** "PayPal com", "PayPal", and all logos related to the PayPal Services are either trademarks or registered trademarks of PayPal or PayPal's licensors  You may not copy, imitate or use them without PayPal's prior written consent  n addition, all page headers, custom graphics, button icons, and scripts are service marks, trademarks, and/or trade dress of PayPal  You may not copy, imitate, or use them without our prior written consent  You may use HTML logos provided by PayPal through our Merchant services, auction tools features or affiliate programs without prior written consent for the purpose of directing web traffic to the PayPal Services  You may not alter, modify or change these HTML logos in any way, use them in a manner that is disparaging to PayPal or the PayPal Services or display them in any manner that implies PayPal's sponsorship or endorsement  All right, title and interest in and to the PayPal website, any content thereon, the PayPal Services, the technology related to the PayPal Services, and any and all technology and any content created or derived from any of the foregoing is the exclusive property of PayPal and its licensors

these terms and conditions, or transfer or assign any rights or obligations you have under this Agreement without PayPal's prior written consent. PayPal reserves the right to transfer or assign this Agreement or any right or obligation under this Agreement at any time.

**1.6 Password Security and Keeping Your Email and Address Current.** You are responsible for maintaining adequate security and control of any and all IDs, passwords, personal identification numbers (PINs), or any other codes that you use to access the PayPal Services. If you use a PayPal Payment Card, you should also carefully safeguard this card. You are responsible for keeping your mailing address and email address up to date in your Account Profile.

**1.7 Notices to You.** You agree that PayPal may provide you Communications about your Account and the PayPal Services electronically as described in our **Electronic Communications Delivery Policy**. Any electronic Communications will be considered to be received by you within 24 hours after the time we post it to our website or email it to you. Any Communications sent to you by postal mail will be considered to be received by you 3 Business Days after we send it.

**1.8 Notices to PayPal.** Except as otherwise stated above in the Electronic Communications Delivery Policy, and below in Section 12 (Resolution Procedures for Unauthorized Transactions and Other Errors) and Section 14 (Disputes with PayPal), notice to PayPal must be sent by postal mail to PayPal, Inc., Attention: Legal Department, 2211 North First Street, San Jose, California 95131.

**1.9 Account Statement.** You have the right to receive an Account statement. You may view your Account statement by logging into your Account.

**1.10(a) Contacting You.** In order to contact you more efficiently, we may at times contact you using autodialed or prerecorded message calls or text messages at the telephone number(s) you have provided us. We may place such calls or texts to (i) provide notices regarding your Account or Account activity, (ii) investigate or prevent fraud, or (iii) collect a debt owed to us. You agree that we and our service providers may contact you using autodialed or prerecorded message calls and text messages to carry out the purposes we have identified above. We may share your phone number(s) with service providers with whom we contract to assist us in pursuing these interests, but will not share your phone number(s) with third parties for their own purposes without your consent. Standard telephone minute and text charges may apply. We and our service providers will not use autodialed or prerecorded message calls or texts to contact you for marketing purposes at the telephone number(s) you designate unless we receive your prior express written consent.

**1.10(b) Your Choices.** You do not have to consent to receive autodialed or prerecorded message calls or texts in order to use and enjoy PayPal's products and services. Where PayPal is required to obtain your consent for such communications, you may choose to revoke your consent by contacting customer support at 1 844 629 9108 and informing us of your preferences.

**1.11 Recording Calls.** You understand and agree that PayPal may, without further notice or warning and in our discretion, monitor or record telephone conversations you or anyone acting on your behalf has with PayPal or its agents for quality control and training purposes or for its own protection. You acknowledge and understand that, while your communications with PayPal may be overheard, monitored, or recorded without further notice or warning, not all telephone lines or calls may be recorded by PayPal, and PayPal does not guarantee that recordings of any particular telephone calls will be retained or retrievable.

**Back to top**

# 2. Accounts.

**2.1 Eligibility.** To be eligible to use the PayPal Services, you must be at least 18 years old and a resident of the United States or one of the countries listed on the **PayPal WorldWide** page. This Agreement applies only to Users who are residents of the United States. If you are a resident of another country, you may access the agreement that applies to you from our website in your country.

**2.2 Personal and Business Accounts; Types of Transactions.** We offer the following types of Accounts: Personal and Business Accounts. By opening a Business Account and accepting the terms as outlined in this Agreement, you attest that you are not establishing the Account primarily for personal, family, or household purposes.

You may send money from, and receive money into, your Account, as described in more detail in Section 3 (Sending Money) and Section 4 (Receiving Money). You may also add money to your Balance using an available Payment Method, as described in more detail in Section 3, and withdraw money from your Balance, as described in more detail in Section 6 (Withdrawing Money).

**2.3 Identity Authentication.** You authorize PayPal, directly or through third parties, to make any inquiries we consider necessary to validate your identity. This may include asking you for further information, requiring you to provide your date of birth, a taxpayer identification number and other information that will allow us to reasonably identify you, requiring you to take steps to confirm ownership of your email address or financial instruments, ordering a credit report, or verifying your information against third party databases or through other sources. We may also ask to see your driver's license or other identifying documents at any time. If you use certain PayPal Services, federal law requires that PayPal verify some of your information. PayPal reserves the right to close, suspend, or limit access to your Account and/or the PayPal Services in the event we are unable to obtain or verify this information.

**2.4 Credit Report Authorization.** If you open a Business Account, you are providing PayPal with written instructions and authorization in accordance with the Fair Credit Reporting Act to obtain your personal and/or business credit report from a credit bureau. You are also authorizing PayPal to obtain your personal and/or business credit report: (a) when you upgrade your Personal Account to a Business Account, (b) when you request certain new products, such as the PayPal Debit Card, or (c) at any time PayPal reasonably believes there may be an increased level of risk associated with your Business Account.

**2.5 Third Party Permissions.** If you grant express permission to a third party to take specific actions on your behalf, or access particular information about your Account, either through your use of the third party's product or service or through your Account Profile, you acknowledge that PayPal may disclose the information about your Account that is specifically authorized by you to this third party. You also acknowledge that granting permission to a third party to take specific actions on your behalf does not relieve you of any of your responsibilities under this Agreement. Further, you acknowledge and agree that you will not hold PayPal responsible for, and will indemnify PayPal from, any liability arising from the actions or inactions of this third party in connection with the permissions you grant. You may change or remove these permissions at any time by changing your settings in your Account Profile.

**Back to top**

# 3. Sending Money.

**3.1 Sending Limits.** We may, at our discretion, impose limits on the amount of money you can send through the PayPal Services, including money you send for purchases. You can view your sending limit, if any, by logging into your Account. If you have a Verified Account, we may increase your sending limits.

**3.2 Default Payment Methods.** When you make a payment, if you have not selected a Preferred Payment Method, PayPal will fund your transaction in this order

a  Balance

b  Instant Transfer from your bank account

c  PayPal Credit

d  PayPal Cards

e  Debit card

f  Credit card

g  eCheck

**Note:** If you do not want to use your Balance, you can withdraw it before making a payment

**3.3 Preferred Payment Method.** You may select a Preferred Payment Method each time you make a payment, except when making a Preapproved Payment, a No Login Payment, or an In Store Checkout payment. Certain funding sources may not be available for certain products; if there are funding source limitations, these will be disclosed to you as part of your transaction flow for the specific product in question. For a Preapproved Payment or, in most instances, a No Login Payment,

select a Preferred Payment Method but your initial authorization for this payment and/or through the My Preapproved Payments section of your Account Profile (it may be called "Backup Payment Method") For n Store Checkout payments, you may change your Preferred Payment Method in your Account Profile prior to initiating your transaction

f you select a Preferred Payment Method but have available Balance in your Account, your Balance will be used to fund your payment first f you set PayPal Credit, PayPal Cards or eCheck as your Preferred Payment Method in your Account Profile, it will be used to fund your PayPal payments first, even if you have a Balance

**3.4 Payment Method Limitations.** n order to manage risk, PayPal may limit the Payment Methods available for a transaction n addition, Payment Methods may be limited f you make a PayPal payment through certain third party websites or applications For PayPal Business Payments, you are limited to funding your PayPal payment with either (or both) your Balance or by eCheck n all such cases, you may choose to continue with the transaction with the understanding that you may have fewer avenues available for dispute resolution should the transaction turn out to be unsatisfactory

**3.5 Bank Transfers.** When you use your bank account as your Payment Method for any transaction or to initiate an Add Money transaction, you are requesting an electronic transfer from your bank account For these transactions, PayPal will make electronic transfers via ACH from your bank account in the amount you specify You agree that such requests constitute your authorization to PayPal to make the transfers Once you have provided your authorization for the transfer, you will not be able to cancel the electronic transfer For Pay After Delivery transactions please see Section 3 14 You give PayPal the right to resubmit any ACH debit you authorized that is returned for insufficient or uncollected funds

**3.6 Refused and Refunded Transactions.** When you send money, the recipient is not required to accept it You agree that you will not hold PayPal liable for any damages resulting from a recipient's decision not to accept a payment made through the PayPal Services Any unclaimed, refunded or denied payment will be returned to your Balance or to the original Payment Method We will return any unclaimed payment to you within 30 Days of the date you initiated payment

**3.7 Merchant Processing Delay.** When you send a payment to certain Merchants, you are providing an Authorization to the Merchant to process your payment and complete the transaction The payment will be held as pending until the Merchant processes your payment Some Merchants may delay processing your payment n such an instance, your Authorization will remain valid for up to 30 Days f your payment requires a currency conversion, the exchange rate, which will include the Currency Conversion spread described in Section 8 (Fees), will be determined at the time the Merchant processes your payment and completes the transaction

**3.8 Preapproved Payments.** A Preapproved Payment, including an n Store Checkout payment, is a payment in which you authorize a Merchant to directly charge your Account on a one time, regular, or sporadic basis Preapproved Payments are sometimes called "subscriptions", "recurring payments", "preauthorized transfers" or "automatic payments" Within 2 Business Days of any Preapproved Payment made from your Account, you will receive a confirmation of this transaction by email The following applies to any Preapproved Payments you make

a **Notice for Certain Preapproved Payments** f a Preapproved Payment will vary in amount and is made using an instant Transfer, eCheck, debit card Payment Method or your Balance, you have the right to advance notice of the amount and date of the transfer from the Merchant at least 10 Days before the transfer is made f the Merchant provides the option, you may choose to receive this advance notice only when the amount of your Preapproved Payment will fall outside a range established between you and the Merchant This notice is designed to protect you from having insufficient funds in your bank account to cover the Preapproved Payment

b **Stopping a Preapproved Payment** You may stop a Preapproved Payment at any time up to 3 Business Days before the date of the next scheduled payment by notifying PayPal and/or the Merchant To stop a Preapproved Payment by notifying PayPal, you must access the My Preapproved Payments section of your Account Profile and follow the links to stop the payment You may also stop a Preapproved Payment by calling PayPal at (402) 935 2050 Please keep in mind that Preapproved Payments are sometimes referred to as "subscriptions", "recurring payments", "preauthorized transfers", or "automatic payments" Once you contact PayPal to stop a Preapproved Payment, all future Preapproved Payments under your agreement with the Merchant will be stopped f you stop a Preapproved Payment you may still be liable to the Merchant for the payment or other penalties under the terms of your agreement with the Merchant and you may be required to pay the Merchant through alternative means We will be liable for your losses or damages directly caused by our failure to stop any Preapproved Payment if you have followed the instructions in this section to notify us

c **Preapproved Payments for In-Store Checkout** For n Store Checkout transactions, if we are not able to get an authorization from the Preferred Payment Method you have set with us but we allow you to proceed with the transaction and pay the Merchant, you authorize us to debit your PayPal Account or any of the Payment Methods linked to your PayPal Account to fund your transaction or recover any amounts we paid the Merchant on your behalf We will only recover up to the amount of the n Store Checkout transaction you authorized and we paid You may cancel the authorization for n Store Checkout n your Account Profile, but you will still be able to pay in stores using Mobile n Store Payments

**3.9 Accuracy of Information.**

You are responsible for confirming the accuracy of the information you provide about each payment you send, including the email address or telephone number of the recipient and the amount of the transaction

**3.10 PayPal Mobile.** PayPal Mobile allows you to access certain PayPal Services through your mobile phone PayPal Mobile is not available in all countries f you use PayPal Mobile, you are responsible for any fees that your phone service provider charges, such as fees for SMS, data services, and any other fees that your phone service provider may charge Your phone service provider is not the provider of the PayPal Services

**3.11 Debit Card Processing.** PayPal will process your debit card funded transactions through either the ATM debit network or the Visa/MasterCard network f we process your debit card through an ATM debit network, we may provide you with the opportunity to switch to a Visa or MasterCard network by changing your preferences for that debit card in your Account Profile f you use your PayPal Debit Card for a payment that is not in U S Dollars, your transaction will be funded with your U S Dollar Balance, even if you have a Balance in another currency Any required currency conversion will be performed by Visa, MasterCard, or a similar third party and may be subject to a fee by that third party

**3.12 Credit Card Information.** f your credit card account number changes or your credit card expiration date changes, we may acquire that information from our financial services partner and update your Account

**3.13 Digital Goods Micropayment Purchases.** f you purchase Digital Goods from certain Merchants using PayPal, we may offer you the option to pay for those goods at a later date, at no additional cost to you ("Post Payment Option") We may offer you this option at our discretion, which we may revoke at any time The Post Payment Option is only enabled if you have no Balance in your Account The amounts you pay using the Post Payment Option will be deducted from your Account no more than 21 Days following your initial purchase, or when your Digital Goods purchases using the Post Payment Option reach a certain amount that is no more than $25 00 USD, whichever is earlier This date and amount will be stated n your transaction details shown under your History in the "My Account" tab or in the Account activity in the "Summary" and "Activity" tabs of your Account f you use the Post Payment Option but subsequently change your settings through your Account Profile to pay for these purchases at the time you make them, you will be able to switch back to the Post Payment Option for a period of 6 months

**3.14 Pay After Delivery ("PAD")** The Pay After Delivery payment option allows qualifying buyers to purchase eligible items and wait up to 14 days to pay for them The PAD payment option is only available for eligible purchases under $10,000 00 and is not available to all buyers n order to use PAD, qualifying buyers must have a valid checking or other qualifying account at a bank which is linked to their PayPal Account and identified as their primary bank account from which funding transfers may be withdrawn; if there is no valid linked bank account then PAD will not be available, even if the qualifying buyer has used PAD before Where a buyer and item purchased are eligible for PAD, which shall be determined in PayPal's sole discretion, buyer may choose the PAD payment option at the time of purchase Although PayPal will not impose a fee for a buyer's use of PAD, it is possible a third party, such as the financial institution holding the primary bank account, may impose a fee n connection with the payment or purchase, in addition to the amount of the transaction

f buyer selects PAD as the payment method

a The entire transaction amount will be funded from the buyer's primary bank account linked to buyer's PayPal Account, even if the buyer has a balance n their PayPal Account, except where there are insufficient available funds in the primary bank account Buyer authorizes PayPal to submit the debit to buyer's primary bank account for the amount of the transaction, and resubmit it again f the initial debit is re ected or insufficient n the event there are insufficient available funds in buyer's primary bank account, buyer authorizes PayPal to fund the remaining amount of the transaction from any of the following sources PayPal Balance, credit card, or debit card For each payment using PAD, buyer authorizes PayPal to debit her primary bank account for the full amount of the payment 14 Days after the transaction date, or sooner in accordance with buyer's instructions PayPal will send buyer by email a reminder before the scheduled debit

b Where buyer has qualified for and initiated a PAD transaction, PAD will be identified as buyer's Preferred Payment Method for future eligible transactions; however, buyer may change their Preferred Payment Method at any time for future transactions Buyer will still need to select the PAD payment option for each qualifying

Wallet at the same time as they make a purchase, select a different Payment Method for future transactions and change their Payment Method at the time the buyer makes the payment

c Buyer's PayPal Purchase Protection rights described in Section 13 of the User Agreement will apply to a purchase using a PAD payment option, except a buyer using PAD must file a dispute within 180 Days from the date of the purchase f buyer has a problem with their purchase buyer must follow the procedures described n Section 13 of the PayPal User Agreement f buyer files a dispute within 14 Days of making the purchase with PAD, PayPal will debit the primary bank account after the resolution process is complete and only if buyer loses Buyer authorizes PayPal to debt their primary bank account for the full amount of the payment if buyer loses a PayPal Purchase Protecton claim

PayPal has the right, at any time and in its sole discretion, to termnate, cancel, suspend or modify the PAD payment option, qualfications or eligibility for PAD, or any buyer's ability to use PAD

### 3.15 In-Store Checkout

a **General** n Store Checkout allows you to make payments using your PayPal Account in a Merchant's physical store if the Merchant accepts PayPal n Store Checkout payments are made using your mobile phone number, a PayPal payment card (the "**PayPal Payment Card**"), or Mobile n Store Payments You must confrm your mobile phone number with PayPal by registering it with PayPal, setting a P N, and receiving a confirmaton from us via SMS You request a PayPal Payment Card when you sgn up for n Store Checkout at **www.PayPal.com/anywhere** f you do not receive your PayPal Payment Card within 14 Days after requestng it, or if your card is lost or stolen, you must follow the procedures set forth in Secton 12 to report the lost or stolen card

b **Wish Lists** f you sgn up for n Store Checkout, you will be able to create wish lists of goods or servces wthin your PayPal Account that you would like to store for future purchasng decisions ("**Wish Lists**") You can create a Wish List by adding a product or service directly to your Wish List by logging into your PayPal Account, or through PayPal Shopping searches The results of any search on PayPal Shopping will be generated by third party service providers of PayPal These search results can be saved into your Wish List PayPal has no liability for the search resuts generated by its third party service providers, the information contained in those results, or the failure of any Merchant to honor the price or terms included n the search results

c **Social Sharing of Offers** f you have an Offer in your PayPal Account, you can share t with your online community of friends and family via social sharing sites with whom we ntegrate f you share any Offers, you may be required to first consent to certain informaton being shared by us with the social sharing ste Any data received by PayPal from these social sharing sites will be sub ect to our **Privacy Policy** n addition to comply ng with the other requirements of Section 9 1 below, you agree that you will not post any content that is obscene or offensive from your PayPal Account or in connection with the Offer you are sharing

d **Loyalty Cards** n Store Checkout allows you to store your Merchant loyalty card numbers or bar codes, where applicable, in your PayPal Account for certain Merchants When you store your loyalty card numbers or bar codes in your PayPal Account, you will earn any rewards, subject to the Merchant's loyalty card terms and condtions, at the time you make your payment to the Merchant by presentng the stored loyalty card number or bar code to the Merchant at the point of sale t is your responsblity to make sure that you have entered in your loyalty card information correctly and that you update it as necessary t is also your responsibility to ensure that you are receiving the rewards to which you are entitled PayPal is not responsible for managing your loyalty card account by offering this service and any questons about your loyalty card or associated rewards program should be directed to the Merchant that offers the card

### 3.16 Special Offers. You may receive promotonal offers from PayPal, such as coupons, Merchant Specfic Promotional Balances and other deals (together, "Offers") that can be applied to purchases you make at partcipating stores and websites using your PayPal Account

a **Offer Redemption.** To redeem an Offer, you must frst save t to your PayPal Account Some Offers are saved automatically The Offer apples to your next eligible purchase made through your PayPal Account at the offering Merchant, unless you mark the Offer for later use Some Offers may apply solely to n Store Checkout transactons, while others may be used solely for online transactions check Offer terms for details The Offer is valid from 12 01 AM EST on the Offer's start date through 11 59 EST on the Offer's expiration date Merchant Specfic Promotonal Balances are applied to post sales tax amounts

b **Terms.** Offers may be sub ect to addtional terms provded with the Offer The Merchant and/or PayPal set the Offer terms, which may be viewed when you receive the Offer or in your PayPal Account if the Offer is saved there

c **Refunds.** Offer terms apply to refunds for items purchased using the Offer The refunded amount may go back to the Offer, your Payment Method for the transacton, your PayPal Balance or a combination of the above f you redeem a Merchant Specfic Promotional Balance, the followng refund terms apply f you seek a ful refund for a purchase that applied the Offer, you will receive the ful refund amount minus the Offer value f a partial refund is provided, you will receive the partial refund amount minus the Offer value Offers are still sub ect to their expiraton dates Refunds are also sub ect to the merchant's refund policy

d **Limits of Liability and Exclusions.** PayPal has no liability if you fal to use any Offers prior to expiration or f PayPal does not remind you of pending Offers or their expiration dates PayPal is not responsible for Offer terms set by a Merchant or for the compliance of those terms with any applicable laws

### 3.17 Initial Transaction Covered by PayPal

a f PayPal has covered your first transacton when you set up your PayPal Account this section apples to you

b Having your initial transacton covered by PayPal is a one tme feature to allow eligible new customers additional time to add a Payment Method and pay for your transacton Eligibility is determned by PayPal in our sole discretion f you are an elgible new customer, we will pay the Merchant on your behalf You agree that you may have up to 30 Days to pay for your transacton by logging into your PayPal Account and adding a Payment Method to pay for your transaction

c You authorize PayPal to charge the first Payment Method that you add after your initial transaction to pay for this transaction

d f the first Payment Method that you add to your PayPal Account is not available or is re ected, you authorize us to use any of the elgible Payment Methods linked to your PayPal Account to recover this amount We will only recover up to the amount of the transaction you authorized f you do not pay this amount back after 60 Days we may take action to collect the amount due from you to the full extent permtted by law, and we may restrict further use of your PayPal Account

e f we covered a purchase for you at the time you opened your PayPal Account, we will not cover any later purchase

f PayPal has the right, sub ect to applicable law, to terminate, cancel, suspend or modfy this section at any time, but any modification will not affect purchases previously covered

### 3.18 Other Disclosures Regarding Credit

The Ohio laws against discriminaton require that all creditors make credit equally available to all creditworthy customers and that credt reporting agencies mantain separate credt histories on each individual upon request The Ohio Civl Rights Commission administers compliance with this law

As required by California law, a married applicant may apply separately for credit

**Back to top**

# 4. Receiving Money.

**4.1 Receiving Personal Payments.** f you are selling goods or services, you may not ask the buyer to send you a Personal Payment for the purchase f you do so, PayPal may remove your ability to accept Personal Payments

**4.2 Payment Review.** Payment Review is a process by which PayPal reviews certain potentially hgh risk transactions f a payment is sub ect to Payment Revew, PayPal will place a hold on the payment and provide notice to the Seler to delay shpping of the item PayPal will conduct a review and either clear or cancel the payment f the payment is cleared, PayPal will provde notice to the Seller to ship the item Otherwise, PayPal will cancel the payment and the funds will be returned to the buyer Al payments that clear Payment Review will be eligible for PayPal Seller protection coverage if they meet the PayPal Seler protecton requirements PayPal will provide notices to you by emal and in the "History" or "Activity" tab of your Account

**4.3 Risk of Reversals, Chargebacks and Claims.** When you receive a payment, you are liable to PayPal for the full amount of the payment sent to you plus any Fees if the payment is later invalidated for any reason This means that, in addtion to any other liability, you will be responsible for the amount of the payment sent by

under this Agreement if you lose a Claim or a Chargeback or if there is a Reversal of the payment. You agree to allow PayPal to recover any amounts due to PayPal by debiting your Balance. If there are insufficient funds in your Balance to cover your liability, you agree to reimburse PayPal through other means. If a sender of a payment files a Chargeback, the credit card issuer, not PayPal, will determine who wins the Chargeback.

**4.4 Refund and Reversal Currencies.** All refunds and reversals will be made in the same currency as the original transaction. If your transaction must be refunded or reversed and you do not have the correct currency available in your Balance, a currency conversion will be performed.

**4.5 No Surcharges.** You agree that you will not impose a surcharge or any other fee for accepting PayPal as a payment method. You may charge a handling fee in connection with the sale of goods or services as long as the handling fee does not operate as a surcharge and is not higher than the handling fee you charge for non PayPal transactions.

**4.6 Taxes.** It is your responsibility to determine what, if any, taxes apply to the payments you make or receive, and it is your responsibility to collect, report and remit the correct tax to the appropriate tax authority. PayPal is not responsible for determining whether taxes apply to your transaction, or for collecting, reporting or remitting any taxes arising from any transaction. You acknowledge that PayPal will report to the internal Revenue Service the total amount of payments for goods and services you receive each calendar year into all the Accounts you own if you receive into these Accounts (i) more than $20,000 in payments for goods or services and (ii) receive more than 200 payments for goods or services in the same calendar year.

**4.7 Receiving Payments from Student Accounts.** PayPal may block your ability to receive payments from Student Accounts if you sell goods or services that may be illegal for minors to purchase under any applicable laws or regulations. This includes, but is not limited to, alcohol, tobacco or adult oriented materials.

**4.8 Your Refund Policy and Privacy Policy.** If you sell goods or services, we recommend that you have a published return policy and a published privacy policy on your website and, if applicable, at your point of sale, including your in Store Checkout point of sale.

**4.9 Receiving Preapproved Payments.**

If you receive Preapproved Payments, you must comply with the following requirements:

a   Authorization. You must receive your buyer's prior Authorization for the amount, frequency, and duration of the Preapproved Payment. You must provide your buyer with notice of the amount and date of each Preapproved Payment at least 10 Days before the transfer, unless the buyer has elected to receive notices only for varying amounts, as described in clause (b) below.

b   Notice Requirements for Varying Amounts. If the amount of the Preapproved Payment varies, you must provide your buyer with notice of the amount and date of each Preapproved Payment transfer at least 10 Days before the transfer. You may also give the buyer the option to receive notice only when the amount of a Preapproved Payment falls outside a range that you and the buyer have agreed upon in advance. If the buyer has chosen to receive notices only for Preapproved Payments falling outside the agreed upon range, then you must send your buyer notice of the amount and date of those transfers at least 10 Days before the transfer.

c   Required Stop Payment Procedures for Preapproved Payments. You must provide buyers with the ability to stop a Preapproved Payment up to 3 Business Days before the scheduled date of the Preapproved Payment. If a buyer has stopped or canceled a Preapproved Payment, you may not restart future payments without the written Authorization of the buyer. In addition, if your buyer signed up for the Preapproved Payment through an online method, you must provide a simple and easily accessible online cancellation procedure.

**4.10 No Log-In Payments.** If you receive No Log in Payments you must receive your buyer's Authorization for the payment amount prior to submitting the No Log in Payment.

**4.11 Micropayments for Digital Goods.** To qualify to receive Micropayments for Digital Goods, you must submit an application, be approved by us, and have an Account in good standing. By applying for Micropayments for Digital Goods, you agree that for Digital Goods transactions you receive up to the amounts in the table below, if a buyer opens a Dispute, PayPal may reverse the transaction, and remove the funds from your Account without requiring the buyer to escalate the Dispute to a Claim.

Each buyer will be limited to a maximum of three such reversals per month and after reaching this limit will be required to follow PayPal's standard dispute resolution process for any additional Disputes they file.

| Currency | Amount | Currency | Amount |
|---|---|---|---|
| Australian Dollar | $9.99 AUD | New Zealand Dollar | $9.99 NZD |
| Brazilian Real | 7.99 BRL | Norwegian Krone | 29.99 NOK |
| Canadian Dollar | $3.99 CAD | Philippine Peso | 499.99 PHP |
| Czech Republic Koruna | 99.99 CZK | Polish New Zloty | 19.99 PLN |
| Danish Krone | 24.99 DKK | Singaporean Dollar | $9.99 SGD |
| Euro | €3.99 EUR | Swedish Krona | 34.99 SEK |
| Hong Kong Dollar | $49.99 HKD | Swiss Franc | 4.99 CHF |
| Hungarian Forint | 999 HUF | Taiwan New Dollar | 249.00 TWD |
| Israeli New Shekel | 15.99 ILS | Thai Baht | 249.99 THB |
| Japanese Yen | ¥999 JPY | U.K. Pound Sterling | £3.99 GBP |
| Mexican Peso | $39.99 MXN | U.S. Dollar | $3.99 USD |

**4.12 PayPal Business Payments.** If you offer PayPal Business Payments in a payment flow, you shall not offer any other PayPal branded payment option in the same flow.

**4.13 Card Not Present Transactions.** Except for PayPal Debit Card transactions, you acknowledge that all debit or credit card funded transactions from a buyer's Account are processed as "card not present" transactions, even where the buyer is at the physical point of sale. Under the card association rules, a buyer has different Chargeback rights for "card not present" transactions than for transactions where the buyer physically presents the card to the seller.

**4.14 Mobile In-Store Payments.** If you receive Mobile in Store Payments you must communicate the amount of the transaction to the customer before the transaction takes place. You may charge your customer's PayPal account only for transactions that they have authorized. You must also provide customers with a physical receipt if they request one. You agree that any transaction that you submit shall have an accurate and true description of the goods and services being purchased.

**4.15 PayPal Advertising Program.** The PayPal Advertising Program enables qualifying Merchants to place PayPal hosted banners and buttons promoting PayPal Services and/or PayPal Credit ("Advertising Banners") on their websites, in their customer emails, and on their eBay stores.

If you participate in the PayPal Advertising Program, you must comply with the following requirements:

a   You must comply with Advertising Banner integration requirements provided by PayPal or authorized third party providers to ensure that Advertising Banners are accurately presented.

b   You are prohibited from modifying Advertising Banners or altering their presentation in any way.

c   You are prohibited from copying Advertising Banners from other websites. Instead, you must use the HTML code as provided by PayPal to place Advertising Banners on your websites, eBay stores or in customer communications.

d   You are prohibited from creating, hosting and displaying your own Advertising Banners on your websites, eBay stores or in customer communications, unless authorized by PayPal in writing.

e   You must use the Advertising Banners in their entirety with all the links and language provided by PayPal.

f   You may not post Advertising Banners on social media networks or platforms, unless authorized by PayPal in writing.

g   If Advertising Banners on your website, customer communications or eBay stores fail to automatically update, you will cooperate with PayPal to (i) manually update the Advertising Banners as they appear on your sites; (ii) repair or reinstall the HTML code to facilitate future updates; and (ii) remove any non current

h    If you fail to comply with any use or implementation requirements as communicated by PayPal or authorized third party providers, you will be liable for any resulting damages suffered by PayPal or any third parties, and PayPal may remove or modify your Advertising Banners

i    If you stop using a qualifying PayPal payments solution, you must immediately remove all Advertising Banners from your sites and customer communications and/or cooperate with PayPal or your third party provider to do so

If you present Advertising Banners that include PayPal Credit messaging, you must also comply with the following, additional requirements

a    You must use a PayPal payments solution that is pre integrated with PayPal Credit, unless authorized by PayPal in writing  See **eligible PayPal payments solutions**

b    If you receive customer inquiries relating to PayPal Credit, you must direct the customer to PayPal Credit Customer Support at (866) 528 3733   If a customer is unable to process a transaction using PayPal Credit, you are prohibited from communicating any reason for the customer's decline  You are also prohibited from representing or holding yourself out to represent PayPal Credit in any way

Advertising Banners may be changed at any time for any reason  PayPal may also discontinue any Advertising Banners and/or the PayPal Advertising Program at any time, at its sole discretion

Back to top

## 5. Account Balances.

**5.1 Balances.** You do not need to maintain a Balance in your Account in order to make or receive payments   If you do hold a Balance, that Balance represents an unsecured claim against PayPal and is not insured by the FDIC  PayPal will combine your Balance with the Balances of other Users and will invest those funds in liquid investments in accordance with State money transmitter laws  PayPal will own the interest or other earnings on pooled Balances  PayPal will hold pooled Balances separate from its corporate funds and will not use Balances for its operating expenses or for any other corporate purposes  PayPal will not voluntarily make Balances available to its creditors in the event of bankruptcy   In addition, the issuer of the PayPal Debit Card, which is The Bancorp Bank, holds debit card customer balances in a pooled account held in the debit card issuer's name for the benefit of PayPal debit card users

**5.2 Negative Balances and Multiple Currencies.**   If your Account has a negative Balance, PayPal may deduct amounts you owe PayPal from money you subsequently add or receive into your Account   If you have multiple currency Balances in your Account and one of the currency Balances becomes negative for any reason, PayPal may set off the negative Balance by using funds you maintain in a different currency Balance   If you have a negative balance in non US Dollars for a period of 21 Days or longer, PayPal will convert this negative Balance to US Dollars   If you open more than one Account, PayPal may set off the negative Balance in one Account by using any Balance that you maintain in your other Account(s)   In the event that a negative Balance is offset by PayPal pursuant to this paragraph, it may be bundled with another debit coming out of your Account

**5.3 Risks of Maintaining Balances in Multiple Currencies.**  You are responsible for all risks associated with maintaining Balances in multiple currencies  You agree that you will not attempt to use multiple currencies for speculative trading

**5.4 Setoff of Past Due Amounts.**  If you have a past due amount owed to PayPal, an Affiliate or eBay, Inc , PayPal may debit your Account to pay any amounts that are more than 180 Days past due

**5.5 Security Interest.** To secure your performance of this Agreement, you grant to PayPal a lien on and security interest in and to the Balances in your Account in the possession of PayPal

Back to top

## 6. Withdrawing Money.

**6.1 How to Withdraw Money.** You may withdraw funds from your Account by electronically transferring them to your bank account, requesting a physical check through the mail, or using your PayPal Debit Card (eligible Users only)  Funds may only be withdrawn in US Dollars   If you request a physical check, you will be charged the Withdrawing your Balance Fee as set out in Section 8  Generally, we will send checks only to Confirmed Addresses, unless you have a Verified Account  We will not send checks to P O  Boxes   If you would like us to send a check to an address that does not meet these criteria, you must contact Customer Service and provide the documentation that we request to verify your association with the address   If you fail to cash a check within 180 Days of the date of issuance, we will return the funds to your Balance but we will retain the Withdrawing your Balance Fee

**6.2 Withdrawal Limits.** Depending on the degree to which you have Verified your Account, we may limit the amount you may withdraw to $500 00 USD per month  You can view your withdrawal limit, if any, by logging into your Account   In addition, we may delay withdrawals of large sums of money while we perform a risk review

Back to top

## 7. Closing Your Account.

**7.1 How to Close Your Account.** You may close your Account at any time by following the instructions in your Account Profile  Upon Account closure, we will cancel any pending transactions and you will forfeit any Balances associated with Redemption Codes, unless otherwise legally prohibited  You must withdraw your Balance prior to closing your Account   If you have a pending PAD payment, we will not close your Account until that payment has been made, but we may limit your ability to make additional transactions using your Account

**7.2 Limitations on Closing Your Account.** You may not close your Account to evade an investigation   If you attempt to close your Account while we are conducting an investigation, we may hold your Balance for up to 180 Days to protect PayPal, its affiliates, or a third party against the risk of Reversals, Chargebacks, Claims, fees, fines, penalties and other liability  You will remain liable for all obligations related to your Account even after the Account is closed  You may not close your Account if you have an open PayPal Credit Account linked to your Account; however, your Account may be restricted at your request so it is only open to enable you to service your PayPal Credit Account online

**7.3 Escheatment of Dormant Accounts.**  If you do not log in to your Account for two or more years, PayPal may close your Account and send the Balance to your primary address or, if required, escheat (send) your Balance to your state of residency  PayPal will determine your residency based on the state listed in your primary address   If your address is unknown or registered in a foreign country, your Balance will be escheated to the state of Delaware  Where required, PayPal will send you a notice prior to escheating or closing your Account   If you fail to respond to this notice, your Balance will be escheated to the applicable state   If you would like to claim any escheated Balance from the state, please contact your state's Unclaimed Property Administrator

Back to top

## 8. Fees and Currency Conversion.

**8.1 Fees Overview.**

Fees are based on whether you are making a Purchase Payment, a Personal Payment or a PayPal Business Payment  Some fees are expressed as a percentage of

# Exhibit H - Current User Agreement

... unless amounts are not determined on a percentage base stated

a For Purchase Payments, the recipient of the payment will always pay the Fee

b For Personal Payments, the following applies

  a The Fee depends on the Payment Method you use

  b The Fee is paid by either the sender or recipient, not both

  c The sender of the payment generally determines who pays the Fee at the time the sender makes the payment  f you send a Personal Payment from a third party (non PayPal) website or by using a third party's product or service, then the third party will determine if the sender or recipient of the Personal Payment will pay the Personal Payment Fee  This will be disclosed to you by the third party before the  ersonal Payment is  ntiated

  However, for senders that have been upgraded to the updated PayPal user experience, there is no longer an option to allow the recipient of a Personal Payment to pay the Fee  A sender of a Personal Payment that has been upgraded to the updated PayPal user experience will always pay the Fee (if a Fee applies)  The Fee will be disclosed to you before the Personal Payment is sent

  Senders of Personal Payments that have not been upgraded to the updated PayPal experience may generally still determine whether the sender or recipient pays the fee  Therefore, if you receive a Personal Payment from a sender that has not been upgraded to the updated PayPal experience, the recipient may pay the Fee, depending on the sender's determination

  The Fee is waived  f you send a Personal Payment to someone in the United States in U S  Dollars and you use your bank or Balance as the exclusive Payment Method  f you use a different Payment method to send a Personal Payment, the Fees set out below will apply

  d Additional Fees apply if you are sending or receiving money to or from a country outside the United States or transacting in a foreign currency

  e  f you use your credit card as the Payment Method for a Personal Payment, you may be charged a cash advance fee by your credit card company

  f  n some instances, Personal Payment pricing may not be available  n these instances, all payments must be Purchase Payments

  g Personal Payments may not be available on non PayPal websites or other applications that offer you the ability to send a payment from your Account

  h Personal Payments may not be sent to recipients  n certain countries

c For PayPal Business Payments, the PayPal Business Payment Fee is paid by the recipient unless it is disclosed to you before you send the payment that you, the sender, must pay this Fee

d We reserve the right to adjust your future Fees at our sole discretion upon 30 days' written notice to you

**8.2 Domestic Payments in U.S. Dollars.** This applies when both the sender and recipient are in the United States and the payment is in U S  Dollars

a **Domestic Personal Payments in U.S. Dollars.**

| Activity | Payment Method | Personal Payment Fee |
|---|---|---|
| Sending or receiving* | Exclusively Balance or bank account | Fee waived |
| | Other, including a fully or partially funded payment by credit or debit card, or PayPal Credit | Standard rate: 2.9% + $0.30 USD |
| *Sender generally determines whether the sender or recipient pays the Fee  See Section 8 1(b) <br> However, for senders that have been upgraded to the newly updated PayPal user experience, there will no longer an option to allow the recipient of the Personal Payment to pay the Fee and such sender will always pay the Fee (f a Fee applies) | | |

b **Domestic Purchase Payments in U.S. Dollars.**

| Activity | Purchase Payment Fee | |
|---|---|---|
| Sending (buying) | Free | |
| Receiving (selling) | Standard rate: | 2.9% + $0.30 USD |
| | Mobile In-Store Payments rate: | 2.7% |
| | Merchant rates*: | **Monthly Sales Volume:** / **Fee:** <br> $0 01  $3,000 00 → 2.9% + $0.30 USD <br> $3,000 01  $10,000 00 → 2.5% + $0.30 USD <br> Over $10,000 01 → 2.2% + $0.30 USD |
| | Nonprofit rate**: | 2.2% + $0.30 |
| * To qualify for our Merchant rates you must submit a one t me applicat on, have qualifying monthly sales volume, and have an Account in good standing <br> ** Nonprofit rate is only available for registered chart es w th 501(c)(3) status | | |

**8.3 Domestic Payments in a Foreign Currency.** When both the sender and recipient are in the United States, but the payment is in a currency other than U S  Dollars, then the Fees above shall apply with the following change  The $0 30 USD fixed fee port on of the Fees above will be replaced by the fixed fee of the currency of the payment as described in Section 8 4(c) below

**8.4 International Payments.** The following Fees apply when either the sender or recipient is outside the United States

a Sending  nternational Personal Payments from the United States  The Fee is based on the country of the recipient

| Activity | Recipient's Country | Discount rate: Personal Payment Fee when Payment Method is exclusively Balance or bank | Standard rate: Personal Payment Fee when another Payment Method is used to fully or partially fund the payment, including a credit or debit card, PayPal Credit or PayPal Cards |
|---|---|---|---|
| Sending* | Australia | 1% | 3 4%    Fixed Fee** |
| | Brazil | 1% | 5 99%    Fixed Fee** |
| | Canada | 0% | 2 9%    Fixed Fee** |
| | Germany | 2% | 3 9%    Fixed Fee** |
| | Japan | 0 3% | 3 9%    Fixed Fee** |
| | Poland | 1 0% | 3 9%    Fixed Fee** |
| | All countries except as listed above | 0 5% | 3 9%    Fixed Fee** |
| * Sender general y determines whether the sender or recipient pays the Fee  See Section 8 1(b) <br> However, for senders that have been upgraded to the newly updated PayPal user experience, there will no longer an option to allow the recipient of the Personal Payment to pay the Fee and such sender will always pay the Fee <br> **See Section 8 4(d) below for detailed list of fixed fees for international payments | | | |

b **Receiving International Personal Payments in the United States.**

| Activity | Personal Payment Fee when Payment Method is exclusively Balance or bank | Personal Payment Fee when another Payment Method is used to fully or partially fund the payment, including a credit or debit card, PayPal Credit or PayPal Cards |
|---|---|---|

| Receiving in Current User Agreement | 3.9% | Fixed Fee** |
|---|---|---|

*Sender may determine whether the sender or the recipient pays the fee
**See Section 8 4(d) below for detailed list of fixed fees for international payments

c  **International Purchase Payments.**

| Activity | Purchase Payment Fee | | |
|---|---|---|---|
| Sending from the United States (buying) | Free* | | |
| | Standard rate | 3.9% + Fixed Fee*** | |
| | | | |
| | Mobile In-Store Payments rate: | 3.7% | |
| | | Monthly Sales Volume: | Fee: |
| Receiving in the United States (selling) | Merchant rates**: | $0 01  $3,000 00 | 3.9% + Fixed Fee*** |
| | | $3,000 01  $10,000 00 | 3.5% + Fixed Fee*** |
| | | $10,000 01  $100,000 00 | 3.2% + Fixed Fee*** |
| | | Over $100,000 00 | 2.9% + Fixed Fee*** |
| | | Monthly Donation Volume: | Fee: |
| | Nonprofit rates****: | $0 01  $100,000 00 | 3.2% + Fixed Fee*** |
| | | Over $100,000 00 | 2.9% + Fixed Fee*** |

* Your financial institution may charge fees directly to the card you use to fund a recipient's country border payment even where no currency conversion is involved
** To qualify for our Merchant rates you must submit a one time application, have qualifying monthly sales volume, and have an Account in good standing
*** See Section 8 4(d) below for detailed list of fixed fees for international payments
**** Nonprofit rates are only available for registered charities with 501(c)(3) status

d  **Fixed Fees.** The fixed fee that applies is based on the currency of the payment

| Currency | Fee | | |
|---|---|---|---|
| Australian Dollar | $0.30 AUD | | |
| Brazilan Real | 0.60 BRL | | |
| Canadian Dollar | $0.30 CAD | Currency | Fee |
| Czech Koruna | 10.00 CZK | Norwegian Krone | 2.80 NOK |
| Danish Krone | 2.60 DKK | Philippine Peso | 15.00 PHP |
| Euro (France) (Applicable to  international | | Polish Zlotych | 1.35 PLN |
| Personal and Purchase Payments from | €0.25 EUR | Russian Ruble | 10 RUB |
| US sender to a receiver in France) | | Singapore Dollar | $0.50 SGD |
| Euro (Applicable where the currency | | Swedish Krona | 3.25 SEK |
| of the payment is Euro but the receiver | €0.35 EUR | Swiss Franc | 0.55 CHF |
| is not in France) | | Taiwan New Dollar | 10.00 TWD |
| Hong Kong Dollar | $2.35 HKD | Thai Baht | 11.00 THB |
| Hungarian Forint | 90 HUF | U K  Pounds Sterling | £0.20 GBP |
| Israeli Shekel | 1.20 ILS | U S  Dollar | $0.30 USD |
| Japanese Yen | ¥40 JPY | | |
| Mexican Peso | $4.00 MXN | | |
| New Zealand Dollar | $0.45 NZD | | |

**8.5 Micropayments Fees.**  f you sign up for Micropayments pricing, then the micropayment Fees provided in clauses (a) to (c) below will apply to all Purchase Payments you receive into your Account  f you have both a Micropayments Pricing enabled Account and a standard pricing Account, you acknowledge that it is your responsibility to correctly route your payments to the appropriate Account, and that once a transaction is processed through the Account you selected, you may not request that the transaction be processed through a different Account  f you use PayPal Payments Pro, you are not eligible for Micropayments pricing

a  **Domestic Micropayments in U.S. Dollars.** The following Fees apply when both the sender and recipient are  n the United States and the payment is in U S Dollars

| Activity | Micropayments Pricing Fees | |
|---|---|---|
| Sending (buying) | Free | |
| Receiving (selling) | 5% | $0 05 USD |

b  **International Micropayments.** The following Fees apply when either the sender or recipient is outside the United States

| Activity | Micropayments Pricing Fees |
|---|---|
| Sending (buying) | Free* |
| Receiving (selling) | 6%    Fixed Fee** |

* Your financial institution may charge fees directly to the card you use to fund a cross border payment even where no currency conversion is involved
** See clause 8 5(c) below for a detailed list of fixed fees for international payments

c  **Fixed Fees.** The fixed fee that applies to international micropayments pricing is based on the currency of the payment

| Currency | Fee | | |
|---|---|---|---|
| Australian Dollar | $0.05 AUD | Currency | Fee |
| Brazilan Real | 0.10 BRL | Norwegian Krone | 0.47 NOK |
| Canadian Dollar | $0.05 CAD | Philippne Peso | 2.5 PHP |
| Czech Koruna | 1.67 CZK | Polish Zlotych | 0.23 PLN |
| Danish Krone | 0.43 DKK | Russian Ruble* | 2 RUB |
| Euro | €0.05 EUR | Singapore Dollar | $0.08 SGD |
| Hong Kong Dollar | $0.39 HKD | Swedish Krona | 0.54 SEK |
| Hungarian Forint | 15 HUF | Swiss Franc | 0.09 CHF |
| Israeli Shekel | 0.20 ILS | Taiwan New Dollar | 2.00 TWD |
| Japanese Yen | ¥7 JPY | Thai Baht | 1.80 THB |
| Mexican Peso | $0.55 MXN | U K  Pounds Sterling | £0.05 GBP |
| New Zealand Dollar | $0.08 NZD | U S  Dolar | $0.05 USD |

d  *Subject to commencement of PayPal's Russian Ruble service

**8.6 PayPal Business Payment Fee.** The PayPal Business Payment Fee is currently being offered as a pilot and only through third parties' products or services (not by PayPal directly)  PayPal will apply the following Fee to each PayPal Business Payment transaction

a  **Domestic PayPal Business Payments in U.S. Dollars.** This Fee applies when both the sender and recipient are in the United States, and the payment is in U S Dollars

# Exhibit H – Current User Agreement

| Activity | PayPal Business Payment Fee |
|---|---|
| Sending or receiving* | $0.50 USD |
| * The PayPal Business Payment Fee is paid by the recipient unless you are the sender and it is disclosed to you before you send the payment that you must pay this fee | |

b **International Business Payments in U.S. Dollars.** The following Fees apply when either the sender or recipient is outside the United States, and the payment is in U.S. Dollars

| Activity | Country | PayPal Business Payment Fee |
|---|---|---|
| Sending* | Canada | $5.00 USD |
| | China** | 2%, up to a maximum of $60.00 USD |
| Receiving* | Canada | 1%    $0.50 USD, up to a maximum of $15.00 USD |
| * The PayPal Business Payment Fee is paid by the recipient unless you are the sender and it is disclosed to you before you send the payment that you must pay this fee | | |
| ** PayPal Business Payments may only be sent to China in U.S. Dollars and the payment must be equal to or greater than $2000.00 USD | | |

c **International Business Payments in a Foreign Currency.** The following Fees apply when either the sender or recipient is outside the United States, and the payment is in a currency other than U.S. Dollars

| Activity | Country | PayPal Business Payment Fee |
|---|---|---|
| Sending* | Canada | $5.00 CAD |
| Receiving* | Canada | 1%    $0.50 CAD, up to a maximum of $15.00 CAD |
| * The PayPal Business Payment Fee is paid by the recipient unless you are the sender and it is disclosed to you before you send the payment that you must pay this fee | | |

**8.7 Mass Payment Fees.** The following fees apply when you use Mass Payments to send multiple payments at the same time

a **Domestic Mass Payments.** If you send Mass Payments within the U.S., your fee is **2%** of each recipient's payment amount, up to a maximum amount of **$1.00 USD** per recipient, or its foreign currency equivalent as set out below

| Currency | Fee |
|---|---|
| Australian Dollar | $1.25 AUD |
| Brazilian Real | 2.00 BRL |
| Canadian Dollar | $1.25 CAD |
| Czech Koruna | 24.00 CZK |
| Danish Krone | 6.00 DKK |
| Euro | €0.85 EUR |
| Hong Kong Dollar | $7.00 HKD |
| Hungarian Forint | 210 HUF |
| Israeli Shekel | 4.00 ILS |
| Japanese Yen | ¥120 JPY |
| Mexican Peso | $11.00 MXN |
| New Zealand Dollar | $1.50 NZD |

| Currency | Fee |
|---|---|
| Norwegian Krone | 6.75 NOK |
| Philippine Peso | 50.00 PHP |
| Polish Zlotych | 3.00 PLN |
| Russian Ruble* | 240 RUB |
| Singapore Dollar | $1.60 SGD |
| Swedish Krona | 9.00 SEK |
| Swiss Franc | 1.30 CHF |
| Taiwan New Dollar | 33.00 TWD |
| Thai Baht | 36.00 THB |
| U.K. Pounds Sterling | £0.65 GBP |
| U.S. Dollar | $1.00 USD |

b *Subject to commencement of PayPal's Russian Ruble service

c **Domestic Mass Payments Using Payouts API.** If you send Mass Payments using the Payouts API within the U.S., your fee is a flat fee of **$0.25 USD** per recipient, or its foreign currency equivalent as set out below

| Currency | Fee |
|---|---|
| Australian Dollar | $0.32 AUD |
| Brazilian Real | 0.50 BRL |
| Canadian Dollar | $0.32 CAD |
| Czech Koruna | 6.00 CZK |
| Danish Krone | 1.50 DKK |
| Euro | €0.22 EUR |
| Hong Kong Dollar | $1.75 HKD |
| Hungarian Forint | 52.5 HUF |
| Israeli Shekel | 1.00 ILS |
| Japanese Yen | ¥30 JPY |
| Mexican Peso | $2.75 MXN |
| New Zealand Dollar | $0.38 NZD |

| Currency | Fee |
|---|---|
| Norwegian Krone | 1.70 NOK |
| Philippine Peso | 12.50 PHP |
| Polish Zlotych | 0.75 PLN |
| Russian Ruble* | 60 RUB |
| Singapore Dollar | $0.40 SGD |
| Swedish Krona | 2.25 SEK |
| Swiss Franc | 0.33 CHF |
| Taiwan New Dollar | 8.25 TWD |
| Thai Baht | 9.00 THB |
| U.K. Pounds Sterling | £0.17 GBP |
| U.S. Dollar | $0.25 USD |

d *Subject to commencement of PayPal's Russian Ruble service

e **International Mass Payments.** If you send Mass Payments internationally, your fee is **2%** of each recipient's payment amount, up to a maximum of **$20.00 USD** per recipient, or its foreign currency equivalent as set out below

| Currency | Fee |
|---|---|
| Australian Dollar | $24.00 AUD |
| Brazilian Real | 40.00 BRL |
| Canadian Dollar | $24.00 CAD |
| Czech Koruna | 400.00 CZK |
| Danish Krone | 120.00 DKK |
| Euro | €16.00 EUR |
| Hong Kong Dollar | $160.00 HKD |
| Hungarian Forint | 6000 HUF |
| Israeli Shekel | 80.00 ILS |
| Japanese Yen | ¥2,000 JPY |
| Mexican Peso | $300.00 MXN |
| New Zealand Dollar | $30.00 NZD |

| Currency | Fee |
|---|---|
| Norwegian Krone | 120.00 NOK |
| Philippine Peso | 1,000.00 PHP |
| Polish Zlotych | 60.00 PLN |
| Russian Ruble* | 1,400 RUB |
| Singapore Dollar | $32.00 SGD |
| Swedish Krona | 160.00 SEK |
| Swiss Franc | 20.00 CHF |
| Taiwan New Dollar | 800.00 TWD |
| Thai Baht | 800.00 THB |
| U.K. Pounds Sterling | £14.00 GBP |
| U.S. Dollar | $20.00 USD |

f *Subject to commencement of PayPal's Russian Ruble service

**8.8 Additional Fees.**

| Activity | Fee |
|---|---|
| Withdrawing your Balance | Free to transfer to a bank. $1.50 for a physical check. |
| | The Chargeback Fee applies at the time a Chargeback is applied to your Account for a payment you received and for which you are not eligible for |

... processed in TRANSACTION the currency received as follows

|  | Currency | Chargeback Fee |
|---|---|---|
| **Chargeback** | Australian Dollar | **$22.00 AUD** |
|  | Brazilian Real | **35.00 BRL** |
|  | Canadian Dollar | **$20.00 CAD** |
|  | Czech Koruna | **400.00 CZK** |
|  | Danish Krone | **120.00 DKK** |
|  | Euro | **€16 EUR** |
|  | Hong Kong Dollar | **$155.00 HKD** |
|  | Hungarian Forint | **4325 HUF** |
|  | Israeli Shekel | **75.00 ILS** |
|  | Japanese Yen | **¥1875 JPY** |
|  | Mexican Peso | **$250.00 MXN** |
|  | New Zealand Dollar | **$28.00 NZD** |
|  | Norwegian Krone | **125.00 NOK** |
|  | Philippine Peso | **900.00 PHP** |
|  | Polish Zlotych | **65.00 PLN** |
|  | Russian Ruble* | **640 RUB** |
|  | Singapore Dollar | **$28.00 SGD** |
|  | Swedish Krona | **150.00 SEK** |
|  | Swiss Franc | **22.00 CHF** |
|  | Taiwan New Dollar | **625.00 TWD** |
|  | Thai Baht | **650.00 THB** |
|  | U.K. Pounds Sterling | **£14.00 GBP** |
|  | U.S. Dollar | **$20.00 USD** |
|  | *Subject to commencement of PayPal's Russian Ruble service | |

| **Purchase Payment Refund Fee** | If you refund a Purchase Payment, we will retain the fixed fee portion of the Purchase Payment Fee. The buyer's Account will be credited with the full Purchase Payment amount and the fixed fee portion of the Purchase Payment Fee will be deducted from your Account in addition to the amount of the refunded payment. The fixed fee will depend on the currency of the original Purchase Payment and is listed above |
|---|---|
| **Credit Card and Debit Card Confirmation** | **$1.95**<br><br>This fee will be refunded if you successfully complete the credit card or debit card confirmation process |
| **Records Request** | **$10.00 per item requested**<br><br>We will not charge you for records requested in connection with your good faith assertion of an error in your Account |

**8.9 Currency Conversion**

| Activity | Spread |
|---|---|
| **Currency Conversion** | **2.5% added to the exchange rate**<br><br>The Currency Conversion spread applies whenever a currency conversion is required to complete your transaction. The exchange rate is determined by a financial institution and is adjusted regularly based on market conditions. Adjustments may be applied immediately and without notice to you. When your payment is funded by a debit or credit card and requires a currency conversion, you consent to and authorize PayPal to convert the currency in place of your debit or credit card issuer. You have the right to have your card issuer perform the currency conversion and can choose this option during checkout on your transaction review page before you complete the transaction |

**Back to top**

## 9. Restricted Activities.

**9.1 Restricted Activities.** In connection with your use of our website, your Account, the PayPal Services, or in the course of your interactions with PayPal, other Users, or third parties, you will not

a. Breach this Agreement, the **Commercial Entity Agreement**, the **Acceptable Use Policy** or any other agreement or policy that you have agreed to with PayPal;

b. Violate any law, statute, ordnance, or regulation (for example, those governing financial services, consumer protections, unfair competition, anti-discrimination or false advertising);

c. Infringe PayPal's or any third party's copyright, patent, trademark, trade secret or other intellectual property rights, or rights of publicity or privacy;

d. Sell counterfeit goods;

e. Act in a manner that is defamatory, trade libelous, threatening or harassing;

f. Provide false, inaccurate or misleading information;

g. Send or receive what we reasonably believe to be potentially fraudulent funds;

h. Refuse to cooperate in an investigation or provide confirmation of your identity or any information you provide to us;

i. Attempt to double dip during the course of a dispute by receiving or attempting to receive funds from both PayPal and the Seller, bank or credit card issuer for the same transaction;

Control an Account that is linked to another Account that has engaged in any of these Restricted Activities;

k. Conduct your business or use the PayPal Services in a manner that results in or may result in complaints, Disputes, Claims, Reversals, Chargebacks, fees, fines, penalties or other liability to PayPal, other Users, third parties or you;

l. Have a credit score from a credit reporting agency that indicates a high level of risk associated with your use of the PayPal Services;

m. Use your Account or the PayPal Services in a manner that PayPal, Visa, MasterCard, American Express, Discover or any other electronic funds transfer network reasonably believes to be an abuse of the card system or a violation of card association or network rules;

n. Allow your Account to have a negative Balance;

o. Provide yourself a cash advance from your credit card (or help others to do so);

p. Access the PayPal Services from a country that is not included on PayPal's **permitted countries list**;

q. Take any action that imposes an unreasonable or disproportionately large load on our infrastructure; facilitate any viruses, Trojan horses, worms or other computer programming routines that may damage, detrimentally interfere with, surreptitiously intercept or expropriate any system, data or information; use an anonymizing proxy; use any robot, spider, other automatic device, or manual process to monitor or copy our website without our prior written permission; or use any device, software or routine to bypass our robot exclusion headers, or interfere or attempt to interfere with our website or the PayPal Services;

... not lawfully access or attempt to access services from our Internet service providers, payment processors, or other suppliers;

s   Use the PayPal Services to test credit card behaviors;

t   Circumvent any PayPal policy or determinations about your Account such as temporary or indefinite suspensions or other Account holds, limitations or restrictions, including, but not limited to, engaging in the following actions: attempting to create new or additional PayPal Account(s) when an Account has a negative balance or has been restricted, suspended or otherwise limited; creating new or additional PayPal Accounts using information that is not your own (e.g. name, address, email address, etc.); or using someone else's PayPal Account;

u   Harass and/or threaten our employees, agents, or other users

**9.2 Unlawful Internet Gambling Notice.** Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through your Account or your relationship with PayPal. Restricted transactions generally include, but are not limited to, transactions in which credit, electronic fund transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with unlawful Internet gambling.

**Back to top**

# 10. Your Liability - Actions We May Take.

**10.1 Your Liability.**

a   General. You are responsible for all Reversals, Chargebacks, Claims, fees, fines, penalties and other liability incurred by PayPal, a User, or a third party caused by or arising out of your breach of this Agreement, and/or your use of the PayPal Services. You agree to reimburse PayPal, a User, or a third party for any and all such liability.

b   Liability for Claims under PayPal Purchase Protection. If you are a Seller and PayPal makes a final decision that you lose a Claim filed directly with PayPal, you will be required to reimburse PayPal for your liability. Where you receive payment from a PayPal Account holder in another country and we determine under the PayPal Buyer Protection Policy of that country that the funds received should be returned or reversed, you will be subject to that country's PayPal Purchase Protection Policy and required to reimburse PayPal for your liability (before receiving payment from a PayPal Account holder in another country), you should review the relevant PayPal Buyer Protection Policies accessible via the "Legal" or "Legal Agreements" footer on most PayPal site pages) Your liability will include the full purchase price of the item plus the original shipping cost (and in some cases you may not receive the item back). You will not receive a refund of your PayPal fees. PayPal Seller protection may cover your liability - see Section 11 (Protection for Sellers) below

    If a buyer files a Significantly Not as Described (SNAD) Claim for an item they purchased from you, you will generally be required to accept the item back and refund the buyer the full purchase price plus original shipping costs. You will not receive a refund of your PayPal fees. Further, if you lose a SNAD Claim because we, in our sole discretion, reasonably believe the item you sold is counterfeit, you will be required to provide a full refund to the buyer and you will not receive the item back (it will be destroyed). PayPal Seller protection will not cover your liability

c   Liability for claims filed under eBay's Buyer Protection resolution process. If you are an eBay Seller and eBay makes a final decision pursuant to its eBay Money Back Guarantee program holding you liable to reimburse the buyer, then you authorize PayPal to remove funds from your Account in an amount not greater than the amount of such claim and remit such funds to eBay or your buyer. If your Balance is insufficient to cover the amount of such a claim, PayPal will place a hold on your Account. This hold will remain on your Account until (1) the date that sufficient funds become available to cover the amount of such claim, at which time such funds will be removed from your Account; or (2) 20 Days from the date of eBay's final decision, at which time an amount not greater than the amount of such claim will be removed from your Account

    If you do not want to allow PayPal to reimburse eBay for your liability, you may opt out by calling eBay at 1 866 643 0898. Your opt out will be effective within 3 Business Days. If you opt out then eBay will not use your Account to recover amounts that you owe due to an eBay claim that you lost. This opt out will not affect other amounts that you pay to eBay using your Account (such as your eBay fees)

**10.2 Reimbursement for Your Liability.** In the event that you are liable for any amounts owed to PayPal, PayPal may immediately remove such amounts from your Balance. If you do not have a Balance that is sufficient to cover your liability, your remaining Balance (if any) will be removed, your Account will have negative Balance up to the amount of your liability, and you will be required to immediately add funds to your Balance to eliminate the negative Balance. If you do not do so, PayPal may engage in collection efforts to recover such amounts from you

**10.3 Actions by PayPal - Restricted Activities.** If PayPal, in its sole discretion, believes that you may have engaged in any Restricted Activities, we may take various actions to protect PayPal, other Users, other third parties, or you from Reversals, Chargebacks, Claims, fees, fines, penalties and any other liability. The actions we may take include but are not limited to the following

a   We may close, suspend, or limit your access to your Account or the PayPal Services (such as limiting access to any of your Payment Methods, and/or your ability to send money, make withdrawals, or remove financial information). Use the Report Form link to request information in connection with an account limitation, hold or reserve. To access the Report Form, go to **https://www.paypal.com/us/webapps/helpcenter/helphub/home/?dwf=neg_infolimit**

b   We may suspend your eligibility for PayPal Purchase Protection and/or PayPal Seller Protection

c   We may contact Users who have purchased goods or services from you, contact your bank or credit card issuer, and/or warn other Users, law enforcement, or impacted third parties of your actions;

d   We may update inaccurate information you provided us;

e   We may refuse to provide the PayPal Services to you in the future;

f   We may hold your Balance for up to 180 Days if reasonably needed to protect against the risk of liability or if you have violated our Acceptable Use Policy;

g   We may take legal action against you; and

h   If you violate the **PayPal Acceptable Use Policy**, then in addition to the above actions you will be liable to PayPal for the amount of PayPal's damages caused by your violation of the Acceptable Use Policy. You acknowledge and agree that $2,500.00 USD per violation of the Acceptable Use Policy is presently a reasonable minimum estimate of PayPal's actual damages considering all currently existing circumstances, including the relationship of the sum to the range of harm to PayPal that reasonably could be anticipated because, due to the nature of the violations of the Acceptable Use Policy, actual damages would be impractical or extremely difficult to calculate. PayPal may deduct such damages directly from any existing Balance in the offending Account or any other Account you control

i   PayPal, in its sole discretion, reserves the right to terminate this Agreement, access to its website, or access to the PayPal Services for any reason and at any time upon notice to you and payment to you of any unrestricted funds held in your Balance

**10.4 Actions by PayPal - Court Orders or Other Legal Process.**

PayPal, in its sole discretion, may take various actions including placing a hold, Reserve, or other limitation on your Account or the funds in it and/or releasing any or all of your funds in the event it receives notice of a court order or other legal process that restricts the use of or access to your funds or requires their release. PayPal will give notice of a hold, Reserve, or limitation it makes to comply with a court order or other legal process, unless the court order or other process directs that PayPal not provide you notice, in which case the court order or other process supersedes any notice obligation PayPal has undertaken or agreed to under the terms of this Agreement. PayPal has no obligation to contest or appeal from any such order or process. Holds, Reserves, or limitations on your account that are placed in response to a court order or other legal process may be maintained longer than 180 Days. PayPal will decide in its sole discretion the appropriate scope of a hold, Reserve, and/or limitation to assure compliance with a court order or other legal process

Additionally, in the event PayPal receives notice of a garnishment or equivalent legal process directing the restraint of funds in your Account or directing payment of funds from your Account to the court or another third party, PayPal may limit your Account and hold the funds in it for up to 180 days, and may disburse funds from your Account, as needed, for the purpose of resolving any Dispute, Claim, Chargeback, or Reversal

a  <u>Risk Based Holds</u>  PayPal, in its sole discretion, may place a hold on any or all of the payments you receive when PayPal believes there may be a high level of risk associated with you, your Account, or any or all of your transactions  PayPal's determination may be based on a number of different factors and PayPal may rely on information it receives from third parties   f PayPal places a hold on a payment, the funds will appear in your "Pending Balance" and the payment status will show as "Completed   Funds not yet available"   f PayPal places a hold on any or all of the payments you receive PayPal will provide you with notice of our actions  PayPal will release the hold on any payment after 21 Days from the date the payment was received  nto your Account unless you receive a Dispute, Claim, Chargeback, or Reversal or PayPal has taken another action permitted under this Section 10  PayPal, in ts sole discreton, may release the hold earlier under certain circumstances, for example PayPal may release the hold earlier if you have uploaded tracking information   f you receive a Dispute, Claim, Chargeback, or Reversal, PayPal may continue holding the payment in your Account until the matter is resolved pursuant to this Agreement

b  <u>Disputed Transaction Holds</u>   f a User files a Dispute, Claim, Chargeback or Reversal on a payment you received, PayPal may place a temporary hold on the funds in your Account to cover the amount of the liability   f you win the dispute or the transaction is eligible for PayPal Seller protection, PayPal will lift the temporary hold   f you lose the dispute, PayPal will remove the funds from your Account

This process also applies to any claim that a buyer files directly with eBay through the eBay Money Back Guarantee program, provided that your Account is your reimbursement method for amounts you owe to eBay or to the buyer (as the case may be) under the terms of the eBay Money Back Guarantee program

**10.6 Actions by PayPal - Reserves.**

PayPal, in its sole discretion, may place a Reserve on funds held in your Business Account when PayPal believes there may be a high level of risk associated with your Account   f PayPal places a Reserve on funds in your Account, they will be shown as "pending" in your PayPal Balance   f your Account is sub ect to a Reserve, PayPal will provide you with notice specify ng the terms of the Reserve  The terms may requre that a certain   ercentage of the amounts received  nto your Account are held for a certain period of time, or that a certain amount of money is held in reserve, or anything else that PayPal determines is necessary to protect against the risk associated with your Account  PayPal may change the terms of the Reserve at any time by providing you with notice of the new terms

**10.7 Actions by PayPal - Account Closure, Termination of Service, Limited Account Access; Confidential Criteria**   f we close your Account or terminate your use of the PayPal Services for any reason, we will provide you with notice of our actions  Except as expressly prov ded otherwise in this Agreement, if we limit access to your Account, including through a Reserve or hold, we will provide you with not ce of our act ons; we w ll also prov de you with an opportunity to request restoration of access if, in our sole discretion, we deem it appropriate  Further, you acknowledge that PayPal's decis on to take certain actions, ncluding limiting access to your Account by plac ng holds or imposing Reserves, may be based on confidential criteria that are essential to our management of risk and the security of Users' Accounts and the PayPal system  You agree that PayPal is under no obligation to disclose the details of its risk management or security procedures to you

**Back to top**

# 11. Protection for Sellers.

**11.1 PayPal Seller Protection.**
PayPal Seller protection is protection we provide Sellers from Claims, Chargebacks, or Reversals that are based on

- Unauthorized Transaction or
-  tem Not Received

PayPal Seller protection is available for eligible payments from buyers in any country  However, if you sel or market to buyers outside the U S , please read the PayPal Buyer Protection policy and PayPal Seller Protection policy of the countries in which you are selling (access ble via the "Legal" or "Legal Agreements" footer on most PayPal site pages) as these polices will apply to you as a Payment Recipient or seller

**11.2 Scope of Protection.**

PayPal will protect you for the full amount of the eligible payment and waive the Chargeback Fee, f applicable  There is no limit on the number of payments for which you can receive coverage

**11.3 Eligibility Requirements.**

To be eligible for PayPal Seller protection, you must meet all of the basic requirements listed below under (a) Basic Requirements  To be covered for  tem Not Received protection, you must meet both the Bas c Requirements and the  tem Not Received Additonal Requirements listed below under (b)  To be covered for Unauthorized Transaction protection, you must meet both the Basic Requirements and the Unauthorized Transactions Additional Requirements listed below under (c)

a  **Basic Requirements:**

- You must ship the item to the shipping address on the Transaction Details Page
- You must respond to PayPal's requests for documentat on and other  nformation in a timely manner
- The item must be a phys cal, tangible good that can be shipped
- Your primary res dence, as listed in your Account, must be in the United States

b  **Item Not Received Additional Requirements:**

- For Chargebacks, the payment must be marked "eligible" or "partially eligible" for PayPal Seller protect on on the Transaction Details Page
- You must provide Proof of Delivery as described below in Section 11 4
-  f the payment is for pre ordered or made to order goods, shipment is required within the timeframe specified in your item listing  Otherwise, it is recommended that you ship all items within 7 Days after receipt of payment

c  **Unauthorized Transactions Additional Requirements:**

- The payment must be marked "eligible" for PayPal Seller protection on the Transaction Details Page
- You must provide Proof of Shipment or Proof of Delivery

**11.4 Proof of Shipment, Proof of Delivery and Signature Confirmation Requirements.**
"Proof of Shipment" is online or physical documentat on from a shipping company that ncludes a l of the following

- The date the item is shipped
- The recipient's address matches the shipping address provided on the Transaction Details Page
- The recipient's address, showing at least the city & state, or city & country, or zip/postal code (or international equivalent)

"Proof of Delivery" for intangible or v rtual items or services is documentation satisfactory to PayPal that the  tem or service was provided to the buyer such as proof of download including the date of fulfillment

*NOTE: Although Purchase Protect on extends coverage to buyers for intangible items, Seller Protection does not apply to intangible items  However, having proper Proof of Delivery can help a seller win a buyer s Item Not Received Purchase Protection Claim*

"Proof of Delivery" for tangible  tems is online documentation from a shipping company that includes all of the following

- The item's status as delivered

# Exhibit H – Current User Agreement

- The date the item is delivered

- The recipient address is the same as in the shipping address section on the Transaction Details Page

- The recipient's address, showing at least the city & state, or city & country, or zip/postal code (or international equivalent)

- Signature Confirmation as described below if the full amount of the payment including shipping and taxes is $750 USD or more or its foreign currency equivalent provided below

| | |
|---|---|
| 850 Australian Dollar (AUD) | 950 New Zealand Dollar (NZD) |
| 1,750 Brazilian Real (BRL) | 4,600 Norwegian Krone (NOK) |
| 850 Canadian Dollar (CAD) | 34,000 Philippine Peso (PHP) |
| 15,000 Czech Republic Koruna (CZK) | 2,300 Polish New Zloty (PLN) |
| 4,100 Danish Krone (DKK) | 450 Pound Sterling   United Kingdom (GBP) |
| 550 Euro (EUR) | 950 Singaporean Dollar (SGD) |
| 6,000 Hong Kong Dollar (HKD) | 4,950 Swedish Krona (SEK) |
| 170,000 Hungarian Forint (HUF) | 700 Swiss Franc (CHF) |
| 2,700  Israeli Shekel ( LS) | 23,000 Taiwan New Dollar (TWD) |
| 77,000 Japanese Yen (JPY) | 24,500 Thai Baht (THB) |
| 10,000 Mexican New Peso (MXN) | |

"Signature Confirmation" is online documentation that can be viewed at the shipping company's website and indicates that the item was signed for on delivery

**11.5 Items/transactions not eligible for PayPal Seller protection.** The following are examples of items/transactions not eligible for PayPal Seller protection

- intangible items, including Digital Goods, and services

- Claims or Chargebacks for Significantly Not as Described

- items that you deliver in person, including in connection with in Store Checkout

- PayPal Direct Payments

- Virtual Terminal Payments

- PayPal Business Payments

 items that are not shipped to the recipient's shipping address on the Transaction Details Page   if you originally ship the item to the recipient's shipping address on the Transaction Details Page but the item is later redirected to a different address, you will not be eligible for PayPal Seller protection  We therefore recommend not using a shipping service that is arranged by the buyer, so that you will be able to provide valid proof of shipping and delivery

**Back to top**

# 12. Resolution Procedures for Unauthorized Transactions, Remittance Transfer Errors and Other Errors.

**(Previously called the Electronic Funds Transfer Rights and Error Resolution Policy)**

**12.1 Protection for Unauthorized Transactions and Other Errors.** When an Unauthorized Transaction or Other Error occurs in your Account, including Unauthorized Transactions that occur because your PayPal Debit Card or PayPal Mobile activated phone has been lost or stolen, PayPal will cover you for the full amount of every eligible Unauthorized Transaction or Other Error as long as you follow the procedures discussed below in Section 12 2   f you add a Closed Loop gift card to your Account, but this card does not act as a funding source in your Account, then any use of this card is not considered a transaction in your Account  Accordingly, any Unauthorized Transaction, Other Error, or Remittance Transfer Error on this gift card is not PayPal's responsibility and you are not covered under any PayPal protection programs

An **"Unauthorized Transaction"** is a type of error that occurs when money is sent from your Account that you did not authorize and that did not benefit you  For example, if someone steals your password, uses the password to access your Account, and sends a payment from your Account, an Unauthorized Transaction has occurred   f you give someone access to your Account (by giving them your login information) and they conduct transactions without your knowledge or permission, you are responsible for any resulting use  Such transactions are not considered Unauthorized Transactions and are not covered under any PayPal protection programs

 n addition, **"Other Errors"** occur when money is either incorrectly taken from your Account or incorrectly placed into your Account, or when transactions are incorrectly recorded in your Account  Other Errors that are covered by PayPal are limited to the following events  if you send a payment and it is incorrectly debited from your Account; if an incorrect amount is credited to your Account; if a transaction is missing from or not properly identified in your Account statement; if you receive an incorrect amount of money at an ATM; and if there is a computational or mathematical error by PayPal  Unauthorized Transactions and Other Errors do not include Disputes, Claims, Chargebacks, and Reversals  You agree that PayPal is authorized to handle Disputes, Claims, Chargebacks, and Reversals as set forth in this Agreement, and that no determination made by PayPal or a card issuer with respect to a Dispute, Claim, Chargeback or Reversal will be considered an Unauthorized Transaction or Other Error  Routine inquiries about your Account balance or the status of a pending transfer into or out of your Account are not considered Unauthorized Transactions or Other Errors unless you expressly notify us of an Unauthorized Transaction or Other Error in connection with the transfer  Requests for information for tax or other recordkeeping purposes and requests for duplicate documentation also are not deemed to be Unauthorized Transactions or Other Errors

PayPal also covers you for Remittance Transfer Errors as long as you follow the procedures discussed below in Section 12 5

You may request documentation or information regarding your Account or transaction to determine whether an Unauthorized Transaction, Other Error or a Remittance Transfer Error exists by contacting us through the "Contact" or "Contact Us" link at the bottom of each page of the PayPal website

**12.2 Notification Requirements.**

a  You should immediately notify PayPal if you believe

    a  there has been an Unauthorized Transaction, unauthorized access to your Account, or the occurrence of an Other Error;

    b  there is an error in your Account statement (you can access your Account statement by logging into your Account) or your transaction confirmation sent to you by email;

    c  your password or PayPal Mobile P N has been compromised;

    d  your PayPal Debit Card or PayPal Mobile activated phone has been lost, stolen or deactivated; or

    e  you need more information about a transaction listed on the statement or transaction confirmation

b  To be eligible for 100% protection for Unauthorized Transactions or Other Errors in your Account, you must notify us within 60 days after any Unauthorized Transaction or Other Error first appears in your Account statement   f you do not notify us within 60 days, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had notified us in time  We will extend the 60 Day time period if a good reason, such as a hospital stay, kept you from notifying us within 60 Days

    You should regularly log into your Account and review your Account statement to ensure that there has not been an Unauthorized Transaction or Other Error

Exhibit L - Current User Agreement

notification to the email address you have provided in order to notify you of each transaction from your Account, unless you have opted out of receiving certain notifications. You should also review these transaction confirmations to ensure that each transaction was authorized and is accurate.

For Unauthorized Transactions or Other Errors involving your PayPal Debit Card, notify us as follows

a Log into your Account, go to the "Account Overview" page or "Summary" or "Activity" tab, select the transaction details for the transaction you wish to dispute and then follow the directions. Please print and sign the completed form, then mail it to us (PayPal, Attn  PayPal Debit Card Department, P O  Box 45950, Omaha, NE 68145 0950) or send it by fax to (303) 395 2855; or

b Telephone PayPal Customer Service at (402) 935 7733

For Unauthorized Transactions or Other Errors in your Account, notify us as follows

a **Use this form** to file an error report in the PayPal Resolution Center; or

b Write to PayPal, Attn  Error Resolution Department, P O  Box 45950, Omaha, NE 68145 0950; or

c Telephone PayPal Customer Service at (402) 935 7733

When you notify us, provide us with all of the following information

a Your name and email address registered to your Account;

b A description of any suspected Unauthorized Transaction or Other Error and an explanation as to why you believe it is incorrect or why you need more information to identify the transaction; and

c The dollar amount of any suspected Unauthorized Transaction or Other Error

If you notify us orally, we may require that you send us your complaint or question in writing within 10 Business Days  During the course of our investigation, we may request additional information from you

**12.3 PayPal Actions after Receipt of Your Notification.** Once you notify us of any suspected Unauthorized Transaction or Other Error, or we otherwise learn of one, we will do the following

• We will conduct an investigation to determine whether there has been an Unauthorized Transaction or Other Error that is eligible for protection

• We will complete our investigation within 10 Business Days of the date we received your notification of the suspected Unauthorized Transaction or Other Error  If your Account is new (the first transaction from your Account was less than 30 Business Days from the date you notify us), we may take up to 20 Business Days to complete this investigation  If we need more time, we may take up to 45 Days to complete our investigation (or up to 90 Days for new Accounts, or if your transaction was at a point of sale where you were physically present, or a foreign initiated transaction)

If we decide that we need more time to complete our investigation, we will provisionally credit your Account for the amount of the suspected error  You will receive the provisional credit within 10 Business Days of the date we received your notice (or 20 Business Days for new Accounts)  This will allow you to have use of the money until we complete the investigation  We will notify you of the provisional credit within 2 Business Days of the crediting  If we ask you to put your complaint or question in writing and we do not receive it within 10 Business Days (or 20 Business Days for new Accounts), we will not provisionally credit your Account

• We will inform you of our decision within 3 Business Days after completing our investigation

If we determine that there was an error, we will promptly credit the full amount of the error into your Account within 1 Business Day of our determination  Or, if you have already received a provisional credit, you will be allowed to retain those amounts

If we decide that there was not an error, we will include an explanation of our decision in our email to you  If you received a provisional credit, we will remove it from your Account and notify you of the date and amount of the debit  You may request copies of the documents that we used in our investigation

**12.4 PayPal Processing Errors.** We will rectify any processing error that we discover  If the error results in your receipt of less than the correct amount to which you are entitled, PayPal will credit your Account for the difference  If the error results in your receipt of more than the correct amount to which you are entitled, PayPal will debit the extra funds from your Account  If the error resulted in our not completing a transaction on time or in the correct amount, we will be liable for your losses or damages directly caused by this failure, unless  (a) through no fault of ours, you did not have enough available funds to complete the transaction, (b) our system was not working properly and you knew about the breakdown when you started the transaction, or (c) circumstances beyond our control (such as fire, flood or loss of internet connection) prevented the transaction, despite our reasonable precautions

**12.5 Protection for Remittance to Recipients with PayPal Accounts Outside of the United States**

**Protection for Remittance Transfer Errors.**

When you send a Remittance Transfer and a Remittance Transfer Error occurs in your Account, you may have the right to certain remedies, so long as you follow the procedures discussed below  A **"Remittance Transfer"** must meet the following requirements

1 A payment sent from a Personal Account where the sender is not a commercial entity and has not accepted the Commercial Entity Agreement

2 A payment sent to a recipient with an Account in a country outside of the US

3 The sender sends the payment for personal, family or household purposes

4 The payment sent is more than $15 USD or more than $15 USD equivalent (not including fees or taxes charged to the sender) in the currency in which the transaction is funded

5 Sender received a Remittance Receipt which states that they have up to 180 days to report a Remittance Transfer Error

6 The payment is sent later than 10 27 2013

Payments that you make at a merchant website or location by selecting PayPal as a payment option are not "Remittance Transfers "

A **"Remittance Transfer Error"** occurs if

1 You paid an incorrect amount to send the Remittance Transfer; for example, you were charged more than the total shown on the Remittance Receipt you received

2 PayPal made a computational or bookkeeping error, such as a miscalculation of the amount the recipient received

3 The amount stated in the Remittance Receipt was not made available to the recipient, unless

a we stated in the Remittance Receipt that we used estimates and the difference in the amount received and the amount stated in the Remittance Receipt was a result of such estimation; or

b the problem was caused by extraordinary circumstances outside our control

4 Funds were available to the recipient later than the date of availability that was disclosed to you on the Remittance Receipt or were not delivered, unless

a extraordinary circumstances outside our control caused the delay,

b delays resulted from fraud screenings, or were caused by requirements of the Office of Foreign Assets Controls or similar requirements

c you (or someone assisting you) made the transfer with fraudulent intent

You can also request for certain documentation or information concerning the Remittance Transfer, such as clarification required to determine if a Remittance Transfer Error occurred

The scope of this section is limited to the Remittance Transfer Errors described above  For Unauthorized Transactions and Other Errors, please see Section 12 1 to 12 4

**Notification Requirements.**

1  To report one of the Remittance Transfer Errors listed above, you must notify PayPal within 180 Days of the funds availability date that was disclosed to you on the Remittance Receipt  You must also request for any additional documentation related to a Remittance Transfer Error within these 180 Days

2  Notify us of a Remittance Transfer Errors by doing one of the following

   a  Log  n to your Account at paypal com and go to the Resolution Center and dispute a Transaction

   b  Write to PayPal, Attn  Error Resolution Department, P O  Box 45950, Omaha, NE 68145 0950; or

   c  Telephone PayPal Customer Service at (402) 935 7733

3  When you notify us of a Remittance Transfer Error, you must provide us with the following information

   a  Your name, and telephone number or email address registered to your Account;

   b  Recipient's name, and to the extent you know it  their telephone number, or address

   c  Transaction  D number or other  nformation that enables us to identify the applicable Remittance Transfer;

   d  An explanation of why you think the error exists, including (to the extent possible) the type, date and the amount of error

**PayPal Actions after Receipt of Your Notification.**

Once you notify us of a Remittance Transfer Error, we will do the following

1  Conduct an  nvestigation to determine whether a Remittance Transfer Error has occurred

2  Complete our  nvestigation within 90 Days of the date we received your notice of the Remittance Transfer Error and respond to you within 3 Business Days after we complete the  nvestigation

3   f you request additional documentation or  nformation to determine if there was a Remittance Transfer Error, you may report the Remittance Transfer Error within the later of 180 Days of the date of availability disclosed on the Remittance Receipt or 60 Days after we provide you with the documentation or information

4   f we find that no Remittance Transfer Error has occurred, we will provide you with a written explanation of the results of the investigation  n this case, you will have the right to request any documentation we relied on to make our determination

5   f we find that a Remittance Transfer Error has occurred, we will provide you with a list of available remedies  You will have 10 Days to notify us of your preferred remedy via email   f you do not let us know your preferred remedy within 10 Days after we notify you of the available remedies, we will refund you the amount appropriate to resolve the error  The remedies available are as follows

   a   f we determine that you were charged more than what the Remittance Receipt stated, or there was a computational or bookkeeping error, or the designated recipient did not receive the amount stated on the Remittance Receipt, you will have the option of seeking a refund or a redelivery of the amount appropriate to resolve the Remittance Transfer Error

   b   f we determine that the recipient received the funds later than the date of availability disclosed on your Remittance Receipt, we will refund you any fees you paid to us for the transaction

   c   f we determine that the funds were not delivered, we will not only refund you any fees or taxes you paid for the Remittance Transfer, but we will also provide you the option of a refund or a redelivery of the amount appropriate to resolve the Remittance Transfer Error

After you notify us about your preferred remedy or 10 Days after we have notified you of the available remedies, whichever period is shorter, we will correct the Remittance Transfer Error within 1 Business Day or as soon as reasonably practical

**Back to top**

# 13. Protection for Buyers.

**13.1 Types of Problems Covered.** PayPal Purchase Protection (also known as PayPal Buyer Protection) helps you if you encounter either of these problems

- You did not receive the  tem you paid for with PayPal  " tem Not Received" ( NR), or

- You received an item you paid for with PayPal but it is "Significantly Not as Described" (SNAD) (as described below)

 f your problem is a transaction that you did not authorize, please **use this form** to report the unauthorized transaction

An  tem is "Significantly Not as Described"  f it is materially different from what the Seller described in the item listing  Here are some examples

- You received a completely different item  For example, you purchased a book and received a DVD or an empty box

- The condition of the  tem was misrepresented  For example, the description when you bought the item said "new" and the item was used

- The item was advertised as authentic but is not authentic

- The item is missing major parts or features which were not disclosed in  ts description when you bought the item

- You purchased three items from a Seller but only received two

- The item was damaged during shipment

An  tem is **not** Significantly Not as Described if it is materially similar to the Seller's item listing description  Here are some examples

- The defect in the  tem was correctly described by the Seller

- The item was properly described but you didn't want it after you received  t

- The item was properly described but did not meet your expectations

- The item has minor scratches and was listed as used condition

**13.2 Eligibility Requirements.**

To be eligible for PayPal Purchase Protection you must meet all of the following requirements

- Have an Account in good standing

- Pay for the eligible  tem from your Account

... the items of the transaction is purchased with multiple payments   like a deposit followed by a final payment   are not eligible

- Open a Dispute within 180 Days of the date you sent the payment, then follow the online dispute resolution process described below under Dispute Resolution  For Pay After Delivery transactions you must open your Dispute within 180 Days of the date of your transaction

- You have not received a recovery related to such purchase from another source

**13.3 Ineligible Items.** Payments for the following are <u>not</u> eligible for reimbursement under PayPal Purchase Protection

- Real estate, including residential property

- Businesses

- Vehicles, including motor vehicles, motorcycles, caravans, aircraft and boats

- Significantly Not As Described issues for Custom made items

- Items prohibited by the **PayPal Acceptable Use Policy**

- For  NR claims, items which you collect in person or arrange to be collected on your behalf, including items bought through  n Store Checkout at the retail point of sale

- Industrial machinery used in manufacturing

- Items equivalent to cash, including prepaid or gift cards

- PayPal Direct Payments

- Virtual Terminal Payments

- Personal Payments

Even if your payment is not eligible for PayPal Purchase Protection, you can file a Dispute and try to resolve the issue directly with the Seller; however, PayPal will generally not find  n your favor if you escalate a Dispute to a Claim for an item which is not eligible for PayPal Purchase Protection

**13.4 Coverage Amount.**  f you are eligible for PayPal Purchase Protection and PayPal finds in your favor on your Claim, PayPal will reimburse you for the full purchase price of the item and original shipping costs   with no cap on coverage

PayPal will not reimburse you for the return shipping costs that you incur to return a Significantly Not As Described item to the Seller or other party specified by PayPal  f the Seller presents evidence that they delivered the goods to your address, PayPal may find in favor of the Seller for an  item Not Received claim even if you did not receive the goods

**13.5 Dispute Resolution.**  f you are unable to resolve a problem directly with a Seller, you can go to the **Resolution Center** and follow this process

- **Open a Dispute.** Open a Dispute within **180 Days** of the date you made the payment (or the date of the transaction if using Pay After Delivery) for the item you would like to dispute to negotiate with the Seller for resolution of the Dispute  We will place a hold on all funds related to the transaction in the Seller's Account until the Dispute is resolved or closed

- **Escalate the Dispute to a Claim.**  f you and the Seller are unable to come to an agreement, you can escalate the Dispute to a Claim **within 20 Days** after opening the Dispute

   You must wait at least 7 Days from the date of payment to escalate a Dispute for an  item Not Received ( NR), unless the Dispute is for the equivalent of $2,500 U S  Dollars or more (or currency equivalent)  f you do not escalate the Dispute to a Claim within 20 Days, PayPal will close the Dispute

- **Respond to PayPal's requests for information in a timely manner**  During the Claim process, PayPal may require you to provide documentation to support your position  You may be asked to provide receipts, third party evaluations, police reports, or anything else that PayPal specifies

- **Comply with PayPal's shipping requests in a timely manner**  For Significantly Not as Described (SNAD) Claims, PayPal may require you, at your expense, to ship the item back to the Seller, PayPal, or a third party and to provide proof of delivery

   For transactions that total less than $750, proof of delivery is confirmation that can be viewed online and includes the delivery address showing at least city/state or zip, delivery date, and the URL to the shipping company's website if you've selected "Other"  n the shipping drop down menu  For transactions that total $750 or more, you must get signature confirmation of delivery

- **Claim Resolution Process.** Once a Dispute has been escalated to a Claim, PayPal will make a final decision in favor of the buyer or the Seller  You may be asked to provide receipts, third party evaluations, police reports, or anything else that PayPal specifies  PayPal retains full discretion to make a final decision  n favor of the buyer or the Seller based on any criteria PayPal deems appropriate  n the event that PayPal makes a final decision in favor of the buyer or Seller, each party must comply with PayPal's decision  PayPal will generally require the buyer to ship an item that the buyer claims is SNAD back to the Seller (at the buyer's expense), and PayPal will generally require a Seller to accept the item back and refund the buyer the full purchase price plus original shipping costs  n the event a Seller loses a Claim, the Seller will not receive a refund on his or her PayPal fees associated with the transaction  f you lose a SNAD Claim because the item you sold is counterfeit, you will be required to provide a full refund to the buyer and you may not receive the item back (it will be destroyed)

**13.6 Digital Goods Micropayment Disputes and Claims.**  f you file a Dispute for a Digital Goods purchase of up to the amounts  n the table below, PayPal may, at our discretion, reverse the transaction without requiring you to escalate the Dispute to a Claim

| Currency | Amount | Currency | Amount |
|---|---|---|---|
| Australian Dollar | $9 99 AUD | New Zealand Dollar | $9 99 NZD |
| Brazilian Real | 7 99 BRL | Norwegian Krone | 29 99 NOK |
| Canadian Dollar | $3 99 CAD | Philippine Peso | 499 99 PHP |
| Czech Koruna | 99 99 CZK | Polish Zlotych | 19 99 PLN |
| Danish Krone | 24 99 DKK | Singapore Dollar | $9 99 SGD |
| Euro | €3 99 EUR | Swedish Krona | 34 99 SEK |
| Hong Kong Dollar | $49 99 HKD | Swiss Franc | 4 99 CHF |
| Hungarian Forint | 999 HUF | Taiwan New Dollar | 240 00 TWD |
| Israeli Shekel | 15 99  LS | Thai Baht | 249 99 THB |
| Japanese Yen | ¥999 JPY | U K  Pounds Sterling | £3 99 GBP |
| Mexican Peso | $39 99 MXN | U S  Dollar | $3 99 USD |

PayPal may limit the number of automatic reversals that you benefit from  f these are limited, you will still be able to follow PayPal's standard dispute resolution processes described in this Section 13 to attempt to resolve the issue with the Seller directly

**13.7 Relationship between PayPal's protection programs and Chargebacks.** Credit card Chargeback rights,  f they apply, are broader than PayPal's protection programs  Chargebacks may cover unsatisfactory  tems even if they do not qualify as SNAD, and may cover intangible  tems  You may pursue a Dispute/Claim with PayPal, or you may contact your credit card company and pursue your Chargeback rights  You may not pursue both at the same time or seek a double recovery  f you have an open Dispute or Claim with PayPal, and you also file a Chargeback with your credit card company, PayPal will close your Dispute or Claim, and you will have to rely solely on your Chargeback rights

 f PayPal does not make a final decision on your Claim until after your credit card issuer's deadline for filing a Chargeback, and because of our delay you recover less than the full amount you would have been entitled to recover from the credit card issuer, we will reimburse you for the remainder of your loss (minus any amount you have already recovered from the Seller)

# Exhibit H - Current User Agreement

If the transaction was for goods or services, you should contact the Seller to resolve your issue in accordance with the Seller's return policy as stated on their auction or website

**Back to top**

## 14. Disputes with PayPal.

**You and PayPal agree that any claim or dispute at law or equity that has arisen or may arise between us will be resolved in accordance with the provisions set forth in this Section (Section 14: Disputes with PayPal). Please read this Section carefully. It affects your rights and will impact how claims and we have against each other are resolved.**

**14.1 Contact PayPal First.** If a dispute arises between you and PayPal, our goal is to learn about and address your concerns and, if we are unable to do so to your satisfaction, to provide you with a neutral and cost effective means of resolving the dispute quickly. Disputes between you and PayPal regarding the PayPal Services may be reported to Customer Service online through the **PayPal Help Center** at any time, or by calling (402) 935 2050 from 6 AM to midnight, Central Time.

**14.2 Applicable Law.** You agree that, except to the extent inconsistent with or preempted by federal law and except as otherwise stated in this User Agreement, the laws of the State of Delaware, without regard to principles of conflict of laws, will govern this User Agreement and any claim or dispute that has arisen or may arise between you and PayPal.

**14.3 Agreement to Arbitrate.** You and PayPal each agree that any and all disputes or claims that have arisen or may arise between you and PayPal, including without limitation federal and state statutory claims, common law claims, and those based in contract, tort, fraud, misrepresentation or any other legal theory, shall be resolved exclusively through final and binding arbitration, rather than in court, except that you may assert claims in small claims court, if your claims qualify and so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis. This Agreement to Arbitrate is intended to be broadly interpreted. The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate.

a   **Prohibition of Class and Representative Actions and Non-Individualized Relief.**

   **YOU AND PAYPAL AGREE THAT EACH OF US MAY BRING CLAIMS AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE ACTION OR PROCEEDING. UNLESS BOTH YOU AND PAYPAL AGREE OTHERWISE, THE ARBITRATOR(S) MAY NOT CONSOLIDATE OR JOIN MORE THAN ONE PERSON'S OR PARTY'S CLAIMS AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A CONSOLIDATED, REPRESENTATIVE, OR CLASS PROCEEDING. ALSO, THE ARBITRATOR(S) MAY NOT AWARD RELIEF (INCLUDING MONETARY, INJUNCTIVE, AND DECLARATORY RELIEF) ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF NECESSITATED BY THAT PARTY'S INDIVIDUAL CLAIM(S). ANY RELIEF AWARDED CANNOT AFFECT OTHER PAYPAL USERS.**

b   **Arbitration Procedures.**

   Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator or arbitrators instead of a judge or jury, and court review of an arbitration award is very limited. However, the arbitrator(s) can award the same damages and relief on an individual basis that a court can award to an individual. The arbitrator(s) also must follow the terms of this User Agreement as a court would. All issues are for the arbitrator(s) to decide, except that issues relating to arbitrability, the scope or enforceability of this Agreement to Arbitrate, or the interpretation of subsection (a) of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non individualized Relief"), shall be for a court of competent jurisdiction to decide.

   The arbitration will be conducted by the American Arbitration Association ("AAA") under its rules and procedures, including the AAA's Consumer Arbitration Rules (as applicable), as modified by this Agreement to Arbitrate. The AAA's rules are available at www.adr.org. A party who intends to seek arbitration must first send to the other, by certified mail, a completed form Notice of Dispute ("Notice"). You may download a form Notice **here**. The Notice to PayPal should be sent to PayPal, Inc., Attn Litigation Department, Re Notice of Dispute, 2211 North First Street, San Jose, CA 95131. PayPal will send any Notice to you to the physical address we have on file associated with your PayPal Account; it is your responsibility to keep your physical address up to date. All information called for in the Notice must be provided including a description of the nature and basis of the claims the party is asserting and the relief sought.

   If you and PayPal are unable to resolve the claims described in the Notice within 30 days after the Notice is sent, you or PayPal may initiate arbitration proceedings. A form for initiating arbitration proceedings is available on the AAA's website at www.adr.org.

   The arbitration shall be held in the county in which you reside or at another mutually agreed location. If the value of the relief sought is $10,000 or less, you or PayPal may elect to have the arbitration conducted by telephone or based solely on written submissions, which election shall be binding on you and PayPal subject to the discretion of the arbitrator(s) to require an in person hearing, if the circumstances warrant. In cases where an in person hearing is held, you and/or PayPal may attend by telephone, unless the arbitrator(s) require otherwise. Any settlement offer made by you or PayPal shall not be disclosed to the arbitrator(s).

   The arbitrator(s) will decide the substance of all claims in accordance with applicable law, including recognized principles of equity, and will honor all claims of privilege recognized by law. The arbitrator(s) shall not be bound by rulings in prior arbitrations involving different PayPal users, but is/are bound by rulings in prior arbitrations involving the same PayPal user to the extent required by applicable law. The award of the arbitrator(s) shall be final and binding, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

c   **Costs of Arbitration.**

   Payment of all filing, administration, and arbitrator fees will be governed by the AAA's rules, unless otherwise stated in this Agreement to Arbitrate. If the value of the relief sought is $10,000 or less, at your request, PayPal will pay all filing, administration, and arbitrator fees associated with the arbitration. Any request for payment of fees by PayPal should be submitted by mail to the AAA along with your Demand for Arbitration and PayPal will make arrangements to pay all necessary fees directly to the AAA. If the value of the relief sought is more than $10,000 and you are able to demonstrate that the costs of accessing arbitration will be prohibitive as compared to the costs of accessing a court for purposes of pursuing litigation on an individual basis, PayPal will pay as much of the filing, administration, and arbitrator fees as the arbitrator(s) deem necessary to prevent the cost of accessing the arbitration from being prohibitive. In the event the arbitrator(s) determine the claim(s) you assert in the arbitration to be frivolous, you agree to reimburse PayPal for all fees associated with the arbitration paid by PayPal on your behalf that you otherwise would be obligated to pay under the AAA's rules.

d   **Severability.**

   With the exception of any of the provisions in subsection (a) of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non individualized Relief"), if a court decides that any part of this Agreement to Arbitrate is invalid or unenforceable, the other parts of this Agreement to Arbitrate shall still apply. If a court decides that any of the provisions in subsection (a) of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non individualized Relief") is invalid or unenforceable, then the entirety of this Agreement to Arbitrate shall be null and void. The remainder of the User Agreement, including all other provisions of Section 14 (Disputes with PayPal), will continue to apply.

e   **Opt-Out Procedure.**

   IF YOU ARE A NEW PAYPAL USER, YOU CAN CHOOSE TO REJECT TH S AGREEMENT TO ARB TRATE ("OPT OUT") BY MA L NG US A WR TTEN OPT OUT NOT CE ("OPT OUT NOT CE") THE OPT OUT NOT CE MUST BE POSTMARKED NO LATER THAN 30 DAYS AFTER THE DATE YOU ACCEPT THE USER AGREEMENT FOR THE F RST T ME. YOU MUST MA L THE OPT OUT NOT CE TO PAYPAL, NC , ATTN L T GAT ON DEPARTMENT, 2211 NORTH F RST STREET, SAN JOSE, CA 95131

   For your convenience, we are providing an **Opt-Out Notice** form you must complete and mail to opt out of the Agreement to Arbitrate. You must complete the Opt Out Notice form by providing the information called for in the form, including your name, address, phone number, and the email address(es) used to log in to the PayPal account(s) to which the opt out applies. You must sign the Opt Out Notice for it to be effective. This procedure is the only way you can opt out of the Agreement to Arbitrate. If you opt out of the Agreement to Arbitrate, all other parts of the User Agreement, including all other provisions of Section 14 (Disputes

this H.P.P Agreement to Arbitrate has no effect on any previous, other, or future arbitration agreements that you may have with us

  f **Future Amendments to the Agreement to Arbitrate.**

Notwithstanding any provision in the User Agreement to the contrary, you and we agree that if we make any amendment to this Agreement to Arbitrate (other than an amendment to any notice address or website link provided herein) in the future, that amendment shall not apply to any claim that was filed in a legal proceeding against PayPal prior to the effective date of the amendment The amendment shall apply to all other disputes or claims governed by the Agreement to Arbitrate that have arisen or may arise between you and PayPal We will notify you of amendments to this Agreement to Arbitrate by posting the amended terms on www paypal com at least 30 days before the effective date of the amendments and by providing notice through email f you do not agree to these amended terms, you may close your account within the 30 day period and you will not be bound by the amended terms

**14.4 Insolvency Proceedings** f any proceeding by or against you is commenced under any provision of the United States Bankruptcy Code, as amended, or under any other bankruptcy or insolvency law, PayPal will be entitled to recover all reasonable costs or expenses (including reasonable attorneys' fees and expenses) incurred n connection with the enforcement of this Agreement

**14.5 No Waiver** Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches

**14.6 Indemnification** You agree to defend, indemnify and hold PayPal, our parent, Affiliates and the officers, directors, agents, oint venturers, employees and suppliers of PayPal, our parent, or our Affiliates, harmless from any claim or demand (including attorneys' fees) made or incurred by any third party due to or arising out of your breach of this Agreement, your improper use of the PayPal Services, and/or your violation of any law or the rights of a third party

**14.7 Assumption of Rights** f PayPal pays out a Claim, Reversal or Chargeback that you file against a recipient of your payment, you agree that PayPal assumes your rights against the recipient and third parties related to the payment, and may pursue those rights directly or on your behalf, in PayPal's discretion

**14.8 Release of PayPal** f you have a dispute with one or more Users, you release PayPal (and our parent, our Affliates, and our and their respective officers, directors, agents, oint ventures, employees and suppliers) from any and all Claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, arising out of or n any way connected with such disputes n entering into this release you expressly waive any protections (whether statutory or otherwise e g , California Civil Code § 1542) that would otherwise limit the coverage of this release to nclude only those claims which you may know or suspect to exist n your favor at the time of agreeing to this release

**14.9 State Agencies.** n addition to reporting complaints against PayPal directly to PayPal as described above, if you are a California resident, you may report complaints to the California Department of Financial nstitutions at its toll free telephone number, 1 800 622 0620, by e mail at consumer complaint@dfi ca gov, or by mail at Department of Financial nstitutions, Consumer Services, 1810 13th Street, Sacramento, CA 95811 Florida residents may contact the Florida Department of Financial Services n writing at 200 East Gaines Street, Talahassee, Florida, 32399, or by telephone at 1 800 342 2762 f you are a California resident, you have a right to receive the information listed in Section 1 7 (Notices to You) by email To make such a request, send a letter to PayPal at the address listed in Section 1 8 (Notices to PayPal), nclude your email address, and request the information provided in Section 1 7

Back to top

## 15. General Provisions.

**15.1 Limitations of Liability.** N NO EVENT SHALL WE, OUR PARENT AND AFF LATES, AND THE OFF CERS, D RECTORS, AGENTS, JO NT VENTURERS, EMPLOYEES AND SUPPL ERS OF PAYPAL, OUR PARENT OR OUR AFF L ATES BE L ABLE FOR LOST PROF TS OR ANY SPEC AL, NC DENTAL OR CONSEQUENT AL DAMAGES ( NCLUD NG W THOUT L M TAT ON DAMAGES FOR LOSS OF DATA OR LOSS OF BUS NESS) AR S NG OUT OF OR N CONNECT ON W TH OUR WEBS TE, THE PAYPAL SERV CES, OR TH S AGREEMENT (HOWEVER AR S NG, NCLUD NG NEGL GENCE), UNLESS AND TO THE EXTENT PROH B TED BY LAW OUR L AB L TY, AND THE L AB L TY OF OUR PARENT AND AFF L ATES, AND OUR AND THE R RESPECT VE OFF CERS, D RECTORS, AGENTS, JO NT VENTURERS, EMPLOYEES AND SUPPL ERS, TO YOU OR ANY TH RD PART ES N ANY C RCUMSTANCE S L M TED TO THE ACTUAL AMOUNT OF D RECT DAMAGES N ADD T ON, TO THE EXTENT PERM TTED BY APPL CABLE LAW, PAYPAL, OUR PARENT, AND AFF L ATES, AND THE R RESPECT VE OFF CERS, D RECTORS, AGENTS, JO NT VENTURERS, EMPLOYEES, AND SUPPL ERS ARE NOT L ABLE, AND YOU AGREE NOT TO HOLD THESE PART ES RESPONS BLE, FOR ANY DAMAGES OR LOSSES ( NCLUD NG, BUT NOT L M TED TO, LOSS OF MONEY, GOODW LL, OR REPUTAT ON, PROF TS, OR OTHER NTANG BLE LOSSES OR ANY SPEC AL, ND RECT, OR CONSEQUENT AL DAMAGES) RESULT NG D RECTLY OR ND RECTLY FROM (1) YOUR USE OF OUR NABL TY TO USE PAYPAL'S S TES AND SERV CES; (2) DELAYS OR D SRUPT ONS N PAYPAL'S S TES AND SERV CES; (3) V RUSES OR OTHER MAL C OUS SOFTWARE OBTA NED BY ACCESS NG PAYPAL'S S TES OR SERV CES OR ANY S TE OR SERV CE L NKED TO PAYPAL'S S TES OR SERV CES; (4) GL TCHES, BUGS, ERRORS, OR NACCURAC ES OF ANY K ND N PAYPAL'S S TES OR SERV CES OR N THE NFORMAT ON AND GRAPH CS OBTA NED FROM THEM; (5) THE CONTENT, ACT ONS, OR NACT ONS OF TH RD PART ES; (6) A SUSPENS ON OR OTHER ACT ON TAKEN W TH RESPECT TO YOUR ACCOUNT; (7) YOUR NEED TO MOD FY PRACT CES, CONTENT, OR BEHAV OR, OR YOUR LOSS OF OR NAB L TY TO DO BUS NESS, AS A RESULT OF CHANGES TO TH S USER AGREEMENT OR PAYPAL'S POL C ES PAYPAL RESERVES THE R GHT TO MOD FY TS POL C ES AND TH S USER AGREEMENT AT ANY T ME CONS STENT W TH THE PROV S ONS OUTL NED HERE N

**15.2 No Warranty.** THE PAYPAL SERV CES ARE PROV DED "AS S" AND W THOUT ANY REPRESENTAT ON OR WARRANTY, WHETHER EXPRESS, MPL ED OR STATUTORY PAYPAL, OUR PARENT AND AFF L ATES, AND THE OFF CERS, D RECTORS, AGENTS, JO NT VENTURERS, EMPLOYEES AND SUPPL ERS OF PAYPAL, OUR PARENT OR OUR AFF L ATES, SPEC F CALLY D SCLA M ANY MPL ED WARRANT ES OF T TLE, MERCHANTAB L TY, F TNESS FOR A PART CULAR PURPOSE AND NON NFR NGEMENT PayPal does not have any control over the products or serv ces that are paid for with the PayPal Services and PayPal cannot ensure that a buyer or a Seller you are dealing with will actually complete the transaction or is authorized to do so PayPal does not guarantee continuous, uninterrupted or secure access to any part of the PayPal Services, and operation of our s te may be interfered with by numerous factors outside of our control PayPal will make reasonable efforts to ensure that requests for electronic debits and credits involving bank accounts, credit cards, and check issuances are processed in a timely manner but PayPal makes no representations or warranties regarding the amount of time needed to complete processing because the PayPal Services are dependent upon many factors outside of our control, such as delays in the banking system or the U S or international mail service Certa n PayPal Services may not be available to you based on residency, geographic location or other eligibility criteria Some states do not allow the disclaimer of mplied warranties, so the foregoing disclaimers may not apply to you This paragraph gives you specific legal rights and you may also have other legal rights that vary from state to state

**15.3 PayPal Shopping.** PayPal Shopping is part of the PayPal website that features Merchants' offers and enables product search PayPal does not warrant that product descriptions, pricing, search results, User ratings and reviews or any other content on PayPal Shopping is accurate, complete, reliable or current PayPal Shopping is provided for nformational purposes only and does not constitute an endorsement by PayPal of any product, service or Merchant

**15.4 License Grant.** f you are using PayPal software such as an AP , developer's toolkit or other software application that you have downloaded to your computer, device, or other platform, then PayPal grants you a revocable, non exclusive, non transferable license to use PayPal's software in accordance with the documentation This license grant includes the software and all updates, upgrades, new versions and replacement software for your personal use only You may not rent, lease or otherwise transfer your rights in the software to a third party You must comply with the mplementation and use requirements contained in all PayPal documentation accompanying the PayPal Services f you do not comply with PayPal's implementation and use requirements you will be liable for al resulting damages suffered by you, PayPal and third parties PayPal may change or discontinue any AP s upon notice to you You agree not to alter, reproduce, adapt, distribute, display, publish, reverse engineer, translate, disassemble, decompile or otherwise attempt to create any source code that is derived from the software You acknowledge that all rights, title and interest to PayPal's software are owned by PayPal Any third party software application you use on the PayPal website is sub ect to the license you agreed to with the third party that provides you with this software PayPal does not own, control nor have any responsibility or liability for any third party software application you elect to use on the PayPal website and/or in connection with the PayPal Services f you are using the PayPal Services on the PayPal website, or other website or platform hosted by PayPal, or a third party, and are not downloading PayPal's software or using third party software applications on the PayPal website, then this section does not apply to your use of the hosted PayPal Services

**15.5 License Grant from You to PayPal; IP Warranties.** Sub ect to section 15 6, when providing PayPal with content or posting content using PayPal Services, you grant us a non exclusive, worldwide, perpetual, irrevocable, royalty free, transferable, and sublicensable (through multiple tiers) right to exercise any and all copyright, publicity, trademarks, database rights and intellectual property rights you have in the content, in any media known now or in the future Further, to the fullest extent permitted under applicable law, you waive your moral rights and promise not to assert such rights against PayPal, its sublicensees or its assignees You represent and warrant that none of the following infringe any ntellectual property or publicity right your provision of content to PayPal, your posting of content using the PayPal Services, and PayPal's use of such content (including of works derived from it) in connection with the PayPal Services "

# Exhibit H – Current User Agreement

**15.6 License Grant from Merchants to PayPal.** Section 15 5 notwithstanding, if you are a Merchant using PayPal Merchant services, you hereby grant us a worldwide, non exclusive, transferable, sublicensable (through multiple tiers), and royalty free right to use and display publicly, during the term of this Agreement, your trademark(s) (including but not limited to registered and unregistered trademarks, trade names, service marks, logos, domain names and other designations owned, licensed to or used by you) for the purpose of (1) identifying you as a merchant that accepts a PayPal service as a payment form, and (2) any other use to which you specifically consent

**15.7 Complete Agreement.** This Agreement, along with any applicable policies and agreements on the **Legal Agreements** page on the PayPal website, sets forth the entire understanding between you and PayPal with respect to the PayPal Services  Sections 1 (Our Relationship with You), 7 (Closing Your Account), 8 (Fees), 10 (Your Liability   Actions We May Take), 14 (Disputes with PayPal), 15 (General Provisions), and 16 (Definitions), as well as any other terms which by their nature should survive, will survive the termination of this Agreement  Unless stated otherwise in this Agreement, if any provision of this Agreement is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced

**15.8 Translated Agreement.** Any translation of this Agreement is provided solely for your convenience and is not intended to modify the terms of this Agreement  In event of a conflict between the English version of this Agreement and a version in a language other than English, the English version shall apply

**Back to top**

## 16. Definitions.

**"ACH"** means the Automated Clearing House network

**"Account"** means a Personal or Business PayPal account

**"Account Profile"** means the location on our website where you can, after logging in, view and manage your profile, including your personal information, Payment Method details, preapproved payment authorizations, your selling tools, and your Account settings including your notification preferences and API  Access permissions

**"Add Money"** means your ability to add money into your Account through a PayPal hosted flow (and not from a third party website)

**"Affiliate"** or **"Affiliated Company"** are companies that are direct or indirect subsidiaries of PayPal,  Inc , PayPal Holdings,  Inc  or are otherwise related to PayPal through common ownership or control

**"Agreement"** means this user agreement including all subsequent amendments

**"Authorize"** or **"Authorization"** means a buyer's express authorization to a Merchant to collect a payment from the buyer's Account

**"Balance"** means any amount of funds that you have in your Account, which could be a negative amount if buyers have initiated chargebacks against your Account or if you otherwise owe PayPal money  The terms "money" and "funds" are used interchangeably in this Agreement  A PayPal balance represents an unsecured claim against PayPal and is not insured by the FD C

**"Business Account"** means an Account that is established primarily for business purposes and not for personal, family, or household purposes

**"Business Days"** means Monday through Friday, excluding Holidays

**"Commercial Entity Agreement"** means the agreement that commercial entities are required to enter into directly with PayPal's payment processor(s)

**"Communications"** means any Account, PayPal Funds account, or transaction information that PayPal provides to you, including  any agreements and policies you agree to, including updates to these agreements or policies; annual disclosures, including prospectuses and reports for PayPal Funds; transaction receipts or confirmations; Account statements and history; and federal and state tax statements we are required to make available to you

**"Chargeback"** means a request that a buyer files directly with his or her debit or credit card company or debit or credit card issuing bank to invalidate a payment

**"Claim"** means a challenge to a payment that a User files directly with PayPal in the **Online Resolution Center** pursuant to Section 13 (Protection for Buyers) of this Agreement

**"Closed Loop"** gift card means branded stored value or branded prepaid physical or digital card, or other electronic or digital debit payment mechanism, electronic promise, number, or payment code providing prepaid access to funds or the value of funds that can be used only for goods or services in transactions involving a defined merchant or location (or set of locations), such as a specific retailer or retail chain, a college campus or a subway system

**"Confirmed Address"** means an address that has been reviewed by PayPal and found highly likely to be that of the User to which it is associated

**"Customer Service"** is PayPal's customer support which can be accessed online through the **PayPal Help Center** at any time, or by calling (402) 935 2050 from 6 AM to midnight Central Time

**"Days"** means calendar days

**"Default Payment Methods"** means the order in which PayPal uses your Payment Methods to fund a transaction if you do not select a Preferred Payment Method

**"Digital Goods"** means goods that are delivered and used in an electronic format

**"Dispute"** means a dispute filed by a User directly with PayPal in the **Online Resolution Center** pursuant to Section 13 of this Agreement

**"eBay"** means eBay  Inc

**"eCheck"** means a payment funded using a sender's bank account Payment Method that is held pending and not received by the recipient until it clears  When you send money using eCheck it will usually be held pending for 3 4 Business Days  The amount of time that it is held pending will increase if the payment is sent from a bank account outside the United States

**"Fees"** means those amounts stated in Section 8 (Fees) of this Agreement

**"Holidays"** means New Year's Day (January 1), Birthday of Martin Luther King, Jr  (the third Monday in January), Washington's Birthday (the third Monday in February), Memorial Day (the last Monday in May),  Independence Day (July 4), Labor Day (the first Monday in September), Columbus Day (the second Monday in October), Veterans Day (November 11), Thanksgiving Day (the fourth Thursday in November) and Christmas Day (December 25)  If a Holiday falls on a Saturday, PayPal shall observe the Holiday on the prior Friday   If the Holiday falls on a Sunday, PayPal shall observe the Holiday on the following Monday

**"In-Store Checkout"** means the use of PayPal for a transaction that occurs in a Seller's physical location, rather than online, using an access device authorized by us (such as the PayPal Payment Card or a confirmed mobile phone number)  In Store Checkout definition includes Mobile  In Store Payments

**"Information"** means any confidential and/or personally identifiable information or other information related to an Account or User, including but not limited to the following  name, email address, date of birth, tax identification number, billing/shipping address, phone number and financial information

**"Instant Transfer"** means a payment funded using the sender's bank account Payment Method in which PayPal credits the recipient instantly

**"Item Not Received"** means a challenge to a payment from a User claiming that the item purchased was not received

**"Mass Payments"** means the ability to send multiple payments at the same time

**"Merchant"** and **"Seller"** are used interchangeably and mean a User who is selling goods and/or services and using the PayPal Services to receive payment

**"Merchant Processing Delay"** means a delay between the time you Authorize a payment and the time the Merchant processes your payment

**"Merchant Specific Promotional Balance"** is a separate Balance in your PayPal Account that is funded by either PayPal or a Merchant, that can only be used at a specific Merchant, and that may expire after a specified period of time

# Exhibit H – Current User Agreement

**"Micropayments for Digital Goods"** means the PayPal Service offered to certain qualifying Merchants who sell Digital Goods which, among other things, offers micropayments pricing and integrated website tools. All Micropayments for Digital Goods are Purchase Payments

**"Mobile In-Store Payments"** means using the check in function in the Payment in the PayPal mobile application to pay with PayPal based on the sender's proximity to the recipient's location. Mobile in Store Payments include Payment Code payments

**"No Log-In Payment"** means a PayPal payment that is made to a User without the sender having to log into his/her Account

**"Other Errors"** has the definition provided in Section 12 (Resolution Procedures for Unauthorized Transactions and Other Errors) of this Agreement

**"Pay After Delivery"** or "PAD" means the PayPal Pay After Delivery service described in Section 3.15

**"Payment Code"** means a code generated by PayPal on a mobile device that can be used by a buyer to pay by scanning or key entering the value at a Merchant physical location. A Payment Code may be valid for a limited duration for one or more transactions in one or more Merchant locations

**"Payment Review"** means the process described in Section 4 (Receiving Money) of this Agreement

**"Payment Method"** means the payment method used to fund a transaction. The following payment methods may be used to fund a transaction: Balance, instant Transfer, eCheck, PayPal Credit, PayPal Cards, credit card, debit card and Redemption Codes. You may also select to remove a Payment Method from your Account

**"PayPal," "we," "us"** or **"our"** means PayPal, inc. and its subsidiaries and affiliates related through common ownership or control or an agent acting on their behalf

**"PayPal Business Payments"** means payments made through certain third parties' products or services where the sender must fund their payment exclusively using either (or both) their Balance or eCheck and for which the PayPal Business Payment Fee applies. The PayPal Business Payment Fee is currently being offered as a pilot and only through third parties' products or services (not by PayPal directly) in limited product lines

**"PayPal Cards"** means PayPal Smart Connect (formerly PayPal Buyer Credit), PayPal Extras MasterCard (formerly the PayPal Plus Card), eBay MasterCard

**"PayPal Credit"** means the payment system serviced by Bill Me Later, inc , which allows consumers to pay for purchases by using a revolving line of credit issued by a third party chartered financial institution

**"PayPal Debit Card"** means a PayPal branded debt card that is accepted anywhere that accepts MasterCard

**"PayPal Direct Payment"** means a payment processed by PayPal that is funded directly by a credit or debt card and not through an Account, such as payments made through PayPal Payments Advanced and PayPal Payments Pro, but excluding payments made using guest checkout

**"PayPal Mobile"** means a PayPal Service that allows you to send and receive payments through your mobile phone

**"PayPal Payment Card"** means the PayPal payment card provided to you by PayPal for use with in Store Checkout

**"PayPal Purchase Protection"** (also known as PayPal Buyer Protection) means the protection program PayPal offers Buyers as described in Section 13 (PayPal Purchase Protection) of this Agreement

**"PayPal Services"** means all our products and services and any other features, technologies and/or functionalities offered by us on our website or through any other means

**"Personal Account"** means an Account established primarily for personal, family, or household purposes

**"Personal Payment"** means amounts sent between two individuals (not to or from a business) without a purchase. Examples of Personal Payments include sending a gift to a friend or paying a friend back for your share of a lunch bill

**"Policy"** or **"Policies"** means any Policy or other agreement between you and PayPal that you entered into on the PayPal website or in connection with your use of the PayPal Services

**"Preapproved Payment"** means a payment in which the recipient is provided advance Authorization to debit the sender's Account directly on a one time, regular, or sporadic basis in accordance with the recipient's agreement with the sender. Preapproved Payments are sometimes called "subscriptions", "automatic payments", "automatic billing" or "recurring payments "

**"Preferred Payment Method"** (also called "Backup Payment Method") means a Payment Method that you select to fund a payment instead of using the Default Payment Methods

**"Purchase Payment"** means a payment received for any of the following

- A payment for the sale of goods or services;

- A payment you received after using the "Request Money" function on the PayPal website;

- A payment you received for a donation;

- A Micropayment for Digital Goods; or

- A payment that is sent to, or received by, a business or other commercial or non profit entity

A PayPal Business Payment is not a Purchase Payment even if it meets any of the descriptions above

**"Redemption Code"** means the sequence of letters, numbers, and/or symbols placed on gift certificates, promotional coupons or other promotional offers and used to obtain a benefit

**"Remittance Receipt"** means the receipt that is displayed on the screen and/or emailed to the sender after the sender submits the payment for the remittance

**"Remittance Transfer"** has the definition provided in Section 12 (Protections for Remittances to Recipents with PayPal Accounts Outside of the United States) of this Agreement

**"Reserve"** means a percentage of the funds received into your Account that we hold in order to protect against the risk of Reversals, Chargebacks, Claims or any other liability related to your Account and/or use of the PayPal Services

**"Restricted Activities"** means those activities described in Section 9 (Restricted Activities) of this Agreement

**"Reversal"** means PayPal reverses a payment you received because (a) it is invalidated by the sender's bank, (b) it was sent to you in error by PayPal, its parent, or Affiliates, (c) the sender of the payment did not have authorization to send the payment (for example the sender used a credit card that did not belong to the sender), (d) you received the payment for activities that violated this Agreement, the PayPal Acceptable Use Policy, or any other PayPal agreement, or (e) PayPal decided a Claim against you

**"Seller"** and **"Merchant"** are used interchangeably and mean a User who is selling goods and/or services and using the PayPal Services to receive payment

**"Send Money"** means your ability to send money though the PayPal Services including in connection with a purchase of goods or services or as a Personal Payment

**"Significantly Not as Described"** has the definition provided in Section 13 (Protection for Buyers) of this Agreement

**"Substantial Change"** means a change to the terms of this Agreement that reduces your rights or increases your responsibilities

**"Transaction Details Page"** means the page on the PayPal website titled "Transaction Details" that displays information about the transaction. This page is accessible from the individual transaction in your Account on the PayPal website

**"Verified Account"** means an Account status that reflects that PayPal is reasonably sure that an Account holder has legal control of one or more of his or her

related method of verification or takes appropriate steps to deposit random deposit(s) of less than one dollar ($1 00) by PayPal to the User's bank account  n the case of such random depost, PayPal will retrieve (debit) the deposited amount from the User's bank account soon afterwards  A Verified Account status does not constitute an endorsement of a User or a guarantee of a User's business practices

**"Virtual Terminal Payment"** means a payment processed by PayPal through the Virtual Terminal flows that is funded directly by a Card and not through an Account

**"Unauthorized Transaction"** has the definition provided in Section 12 (Resolution Procedures for Unauthorized Transactions and Other Errors) of this Agreement

**"User"** means any person or entity using the PayPal Services including you

**Back to top**

© 1999-2015    Feedback

 **PayPal**   Personal ▾   Business ▾   Send ▾   Request       Log In   Sign Up

# Problems accessing funds

There are three circumstances in which some (or all) of your funds may
not be available to you.

## Account limitations

Account limitations prevent you from completing certain actions with
your account, such as withdrawing, sending, or receiving money.
These limitations may be implemented when we see activity that seems
unusual or suspicious. This is intended to help protect both buyers and
sellers. Limitations also help us collect information we need to keep
your account open.

**More about account limitations**
**Help prevent account limitations**
**Nonprofits and limitations**

## Funds availability (holds)

Funds availability is when we delay access to funds for a specified amount
of time – usually 21 days or less. This is a common industry practice that
helps maintain a safe environment for both buyers and sellers. It ensures
that if any problems with your orders arise, there's money in your account
to resolve them. The money still belongs to you – it's just unavailable for
withdrawal until we're sure your buyer received their item in the condition
promised.

**More about funds availability**

## Account reserves

A reserve is an amount of money held in your account and used when
we're unable to collect on your past due balances from chargebacks,
claims, debit transactions with insufficient funds in the account, and
fees.

**More about reserves**
**Presell policy and reserves**
**Tickets and reserves**
**Frequently asked questions**

 ← Back to Purchase Protection           ← Back to Seller Protection

🔍   Help & Contact     Recover Password     Fees     Security     Apps     Shop                     

 **PayPal**   Personal ▾   Business ▾   Send ▾   Request          Log In    Sign Up



# Business Resource Center
Manage your business

## Account Limitations

**Key Facts**

- Limitations are implemented to help protect both buyers and sellers.
- If your account is limited, you may be unable to send or withdraw money, or you might find you can't accept payments or add money to the account.
- If we suspect someone could be using your account without your knowledge, we'll limit it for your protection and look into the detected fraudulent activity.

- Your account could be limited in order to comply with regulatory requirements.
- An account could be limited due to seller performance.
- If you find that your account has been limited, log in to your account for details about your situation and how to resolve the limitation.

### What are Account Limitations?

Account limitations prevent you from completing certain actions with your account, such as withdrawing, sending, or receiving money. These limitations are implemented when we see unusual or suspicious activity to help protect both PayPal buyers and sellers. Limitations also help us collect information necessary for keeping your account open, and they help ensure our customers are protected.

Let's take a closer look at limitations by exploring what might prompt them and how they could affect you.

### What might cause a limitation?

There are a number of reasons why your account could be limited. For instance, if we suspect someone could be using your account without your knowledge, we'll limit it for your protection and look into the detected fraudulent activity. We'll also limit your account if your debit or credit card issuer alerts us that someone has used your card without your permission. Similarly, if your bank lets you know that there have been unauthorized transfers between your PayPal account and your bank account, your PayPal account will be limited.

In other cases, your account could be limited in order to comply with regulatory requirements. For example, requesting certain products, like a debit card, can trigger federal and state laws, and we may limit your account while we work together to satisfy those requirements. Likewise, if you're not in compliance with our **Acceptable Use Policy**, you'll find that your account has been limited. Selling banned items such as prescription drugs or guns is an example of a violation of the Acceptable Use Policy.

Another reason why your account could be limited is seller performance indicating your account is high risk. For example, receiving an elevated number of claims and chargebacks from your buyers is an indication of poor seller performance. If you start selling an entirely new type of product, such as a higher-cost item like jewelry, or if your typical sales volume increases rapidly, your account may be limited while we do a review.

**How does the limitation impact your account?**

If your account is limited, you'll most likely be unable to send or withdraw money, and you might find that you can't accept payments or add money to the account. In some cases, you might get a warning via email or on the account overview page before a limitation goes into effect. If you log in to PayPal and address this warning when prompted, you may be able to prevent the limitation.

**What to do if your account is limited**

To lift a limitation, you usually need to provide information to PayPal. We'll email you and ask you to go to the Resolution Center to learn exactly why your account has been limited. Take a look at the details about the limitation and provide any requested information quickly. PayPal will review the information and will usually respond within 24 to 72 hours. If we request more information, continue to respond promptly to speed up the resolution process. Some limitations can even be lifted without a review. For instance, you may simply need to change your security questions and password.

**Why did PayPal ask me for this information to remove my limitation?**

For more information about limitations in general, read our article on **preventing and resolving limitations**.

**Back to Business Resource Center home**                                    **Back to top**

## More on managing your business

**Account reserves**

Overview

Tickets and reserves

Presale policy and reserves

FAQs

**Help prevent fraud losses**

Overview

Item not received

Direct payments

Virtual Terminal

Significantly not as described (SNAD)

PayPal Here: Help protect yourself against credit card fraud

**Disputes, claims and chargebacks**

Disputes, claims, chargebacks & more

Understanding disputes

Understanding chargebacks

Seller Protection policy

**Other articles**

Crowdfunding for a successful Campaign

Funds availability

Account limitations

Non-profits and limitations

Credit card statement

Customer service message

Avoid popular scams

Safety & security: phishing

Photo tips for online sellers

## More on growing your business

**Mobile**

PayPal mobile checkout

Why sell via mobile now?

Mobile shopper

The mobile maturity curve

Mobile optimization

**Sell more**

The 4 revolutionary selling tools finally available to SMBs

Choosing PayPal for social media

Using promotions to generate more sales

10 ways to profit through social media

Accept payments online: Learn the 3 P's of payment processing

Demystifying credit card processor fees

Selling internationally

Checkout best practices

**PayPal for your business**

Why PayPal?

PayPal Payments

PayPal Payments Advanced

Simplify your invoicing with PayPal

Put the power of financing to work for your business

PayPal Debit MasterCard™

**Other articles**

eBay Inc. Main Street

10 questions to ask a payments processor

Missteps in choosing a payments processor

 **PayPal**    Personal ▾   Business ▾   Send ▾   Request          Log In    Sign Up



# Business Resource Center
## Manage your business

## Funds Availability

### Key Facts

- Temporarily delaying funds is a common industry practice implemented to help ensure a safe and secure environment for buyers and sellers.

- The money still belongs to you. It's just temporarily unavailable for withdrawal.

- Review the email you receive for details about the delayed availability of funds and information about preventing delay of available funds in the future.

- Funds may be unavailable when we believe there may be a high level of risk associated with your account.

- If there aren't any problems with the order you fulfilled, you'll be able to withdraw the money within 21 days of receipt.

- Processing your sales quickly and then providing the processing details will help release funds faster.

### What is Funds Availability?

Funds Availability is when we delay the availability of funds for a specified amount of time – usually 21 days or less. This is a common industry practice that we implement to help ensure a safe environment for both buyers and sellers. This helps make sure there is money in your account to resolve any problems with your orders, if they arise. The money still belongs to you. It's just unavailable for withdrawal temporarily until we are sure your buyer received the item they ordered in the condition promised.

In this article, we will explain the different reasons why funds are temporarily unavailable, how you can access funds sooner, and how you can work to prevent delays in funds availability in the future. Let's start with the reasons funds might be delayed.

### Why could your funds be temporarily unavailable?

Your funds may be unavailable when we associate a high level of risk with your account. There are three main reasons causing us to believe this:

1. **You're a new seller with PayPal.**
   It takes time for new sellers to build up enough history to demonstrate a pattern of positive buyer-seller exchanges. The good news is that you can usually move out of delayed funds availability by confirming your identity and building up a history of sales and happy customers.

2. **Your customers indicate issues about your selling performance.**
   Performance is based on your percentage of refunds, disputes, and chargebacks compared to your sales on your PayPal account. Having performance issues increases the likelihood of your funds being temporarily unavailable. Working to prevent and resolve these problems quickly will help you avoid the delay of available funds.

3. **There's a higher than average risk associated with your sales activity.**

If there is some other indication that a high level of risk is present, your money could be temporarily unavailable. You may be selling what we consider high-risk items. High-risk items include tickets, gift cards, consumer electronics, computers, and travel packages. Another example of higher risk sales activity is a recent spike in sales or historical change in average selling price or type of item being sold. "High risk" could also mean your account has suspicious account behavior or is more likely to have disputes, claims, buyer chargebacks, or other reversals.

Apart from these three main reasons, it is also possible for your payment to be put in your pending balance temporarily while we resolve an issue with your account or if we've identified a problem with a buyer's payment that requires a review. We usually finish this review within 24 hours. During the review period, we'll ask you not to ship the item.

In addition, if you're involved in a PayPal dispute or claim, or if the buyer has filed a chargeback or reversal with their bank, your payment may be temporarily unavailable until the issue is resolved.

**When will you have access to your money?**

If there aren't any problems with the order you fulfilled, such as your customer filing a dispute, you'll be able to withdraw the money within 21 days of receipt. You may access your funds sooner if you fulfill the order as quickly as possible and provide information about the transaction. Let's cover that next.

**How to access your money faster**

You can work to expedite the release of temporarily unavailable funds by simply processing your sales quickly and then providing the fulfillment details. Here are three ways you can get your money faster:

- If the order requires shipping, send it to the buyer's shipping address and be sure to mark the item as shipped. When we know that the buyer has received it and is happy with the item, we'll release the payment within seven days. OR

- Ship directly using USPS, UPS, or FedEx, or pay for shipping and print labels on PayPal. You can upload shipping information to PayPal and we will automatically verify the delivery. Once we know that the item was delivered, we'll release the payment within three days. OR

- If your product or service does not need to be shipped, mark the order as processed. We'll calculate the expected delivery date and release the payment within seven days of that date.

**How can you prevent the delay of available funds?**

There are three main things you can do to help prevent delay of available funds in the future:

1. **Review the email we send and the alert in your account overview.**

   If a buyer pays you and the payment isn't immediately available, we'll notify you via an email titled "An important message about your PayPal balance" or via an alert in your Account Overview page. This email or alert will be the best source of information about why your payment isn't available and what you may be able to do to prevent the delay of available funds in the future.

2. **Improve your performance by following the steps listed below.**

   - Set yourself up for success by posting actual photos and detailed, accurate descriptions of items, so buyers know exactly what they're getting. This will help cut down on buyer disappointments and disputes.

   - Be clear about shipping and handling time, costs, and methods; process orders promptly to avoid delays.

   - Be sure to pack items carefully with appropriate, quality packing material, so customers receive the items in good condition.

   - Track packages you've shipped to cut down on the amount of time money is temporarily unavailable. Use a shipping method that provides tracking information, such as USPS, UPS, or FedEx and upload this information, so buyers know when to expect a package and so PayPal can confirm delivery.

   - Clearly define your return policy up front to avoid problems later.

3. **Communicate and work with your customers.**

   When customers contact you, do your best to be responsive and helpful. Working with customers early on can prevent a minor issue from ballooning into a much larger problem, and following the guidelines listed previously will help to reduce the number of buyer disputes, claims, and chargebacks. If you are involved in a buyer dispute, start working to resolve it right away. Frequent, honest, and open communication with the buyer via the Resolution Center will help clear up any misunderstanding.

4. Also, setting up a customer service message in the Resolution Center may help to prevent disputes. For example, if shipments will be delayed because of a hurricane in your region, letting the buyer know may answer their question and make a dispute unnecessary.

**Selling on eBay**

If you sell on eBay, take a look at these **every eBay-specific tips** for improving your Detailed Seller Ratings (DSRs).

**Will my available funds be delayed in the future?**

PayPal re-evaluates your account every 35 days. If you follow the guidelines outlined in this article and your account remains in good standing, your available funds may not be delayed and you'll have happier customers.

**Back to Business Resource Center home**                                                                 **Back to top**

## More on managing your business

**Account reserves**

Overview

Tickets and reserves

Presale policy and reserves

FAQs

**Help prevent fraud losses**

Overview

Item not received

Direct payments

Virtual Terminal

Significantly not as described (SNAD)

PayPal Here: Help protect yourself against credit card fraud

**Disputes, claims and chargebacks**

Disputes, claims, chargebacks & more

Understanding disputes

Understanding chargebacks

Seller Protection policy

**Other articles**

Crowdfunding for a successful Campaign

Funds availability

Account limitations

Non-profits and limitations

Credit card statement

Customer service message

Avoid popular scams

Safety & security: phishing

Photo tips for online sellers

## More on growing your business

**Mobile**

PayPal mobile checkout

Why sell via mobile now?

Mobile shopper

The mobile maturity curve

Mobile optimization

**Sell more**

The 4 revolutionary selling tools finally available to SMBs

Choosing PayPal for social media

Using promotions to generate more sales

10 ways to profit through social media

Accept payments online: Learn the 3 P's of payment processing

Demystifying credit card processor fees

Selling internationally

Checkout best practices

**PayPal for your business**

Why PayPal?

PayPal Payments

PayPal Payments Advanced

Simplify your invoicing with PayPal

Put the power of financing to work for your business

PayPal Debit MasterCard™

**Other articles**

eBay Inc. Main Street

10 questions to ask a payments processor

Missteps in choosing a payments processor



Q   Help & Contact    Recover Password    Fees    Security    Apps    Shop

About    Blog    Jobs    Investor Relations    Social Innovation    Public Policy    Sitemap    Enterprise    Partners    © 1999–2015    Privacy    Legal    Feedback

 **PayPal**   Personal ⌄   Business ⌄   Send ⌄   Request          Log In    Sign Up



# Business Resource Center
## Manage your business

## Account Reserves

#### Key Facts

- An account reserve is a pool of money set aside in your PayPal account to act as a cushion in the event of payment issues.

- A rolling reserve holds a percentage of the money you take in each day and then releases it on a scheduled basis.

- A minimum reserve is a specific amount of money that you're required to have available in your PayPal account at all times, taken either up front or established on a rolling basis.

- Account reserves may be placed if you operate in a high-risk industry or if you have elevated numbers of payment issues (chargebacks, claims, disputes, etc.).

- In some cases, reserves are unavoidable for certain industries or higher-risk credit attributes.

#### What are reserves?

A reserve is an amount of money that is held in your PayPal account that is used when we are unable to collect on your past due balances from: chargebacks, claims, debit transactions with insufficient funds in the account, and fees. PayPal uses 2 types of reserves: rolling reserves and minimum reserves.

**A rolling reserve** is a reserve where a percentage of transaction(s) you receive each day is held and then released later on a scheduled basis. For example, your reserve could be set at 10% and held for a 90-day rolling period – meaning 10% of the money you receive on day 1 is held and then released on day 91, and another 10% of the money you receive on day 2 is held until day 92, etc. Rolling reserves are the most common type of reserve.

**A minimum reserve** is a specific minimum amount of money that you're required to keep in your reserve balance at all times. The minimum reserve is either taken as an upfront amount deposited all at once or a percentage of money is held until a certain amount has been reached.

For example, 5% of daily transactions are held until a balance of $5,000 is reached or a one-time amount of $5,000 is taken from the available balance and deposited in the reserve balance.

An account can have both a minimum and a rolling reserve at the same time.

#### Why does PayPal have reserves?

Reserves are a common industry practice and are used to minimize losses and to create a safer shopping experience. If you would go out of business or would be otherwise incapable of covering your financial obligations, we would still need to pay back the buyer. If a buyer contacts PayPal or their financial institution because they didn't receive what they ordered, we're responsible for making things right.

# Exhibit J – Screenshots of FAQ web pages on holds, reserves and limitations

**Why was a reserve placed on my account, and how can I remove it?**

Account reserves are placed and evaluated on a case-by-case basis. A reserve may be placed on your account if there is a high level of risk associated with your account. In making a decision about reserves, we may consider:

- How long you've been in business.
- Whether your industry has a higher likelihood of chargebacks, refunds, or fraud.
- Whether your account has had a higher than average number of customer disputes, claims, chargebacks, bank reversals, or refunds.
- Whether you're selling products or services in advance (preselling orders).
- Your processing history with PayPal and other providers.
- Your business and/or personal credit history.
- Your delivery time frames - whether there are extended delivery timeframes.
- If there have been significant changes in your business such as: large increase in daily or monthly sales, increase in your average sale price, increase in your dispute, claim, chargeback, or refund rates.

If your account has a reserve, PayPal will re-evaluate your account periodically to determine whether the reserve should be changed. Preventing reserves isn't always possible, and depending on your industry, credit history and other factors, you might never be able to fully remove a reserve from your account.

An account is eligible for a review once every 180 days based on the following criteria:

- Minimum of 3 consecutive months of improvement in the areas that were identified as risk issues and
- No other new risk issues and
- Dispute, claim, chargeback, and refund rates are at established acceptable levels.

**How do I prevent reserves from being placed on my account?**

Preventing reserves isn't always possible, and depending on your industry, credit history, and other factors, you might never be able to fully remove a reserve from your account. However, you can reduce the likelihood of having a reserve and improve your customer service in the process by following these Seller Best Practices.

**Seller Best Practices**

- Ship promptly and give your customers valid tracking information through PayPal, so they can keep tabs on their purchases and know when to expect delivery.
- Communicate early and often with your buyers and let them know about any changes, delays, or other important information.
- Avoid long refund times, which can lead to complaints from unsatisfied customers.
- **Review your orders for fraud**.
- **Be aware of common scams**.
- Monitor your buyer complaint rates regularly and try to keep complaint rates below 1% of your sales.
- When possible, don't accept the payment until you can ship the merchandise or provide your services.

A customer who receives good service and gets what they ordered when they expected it will be less likely to file complaints or make returns in the future – and more likely to buy from you again.

**Back to Business Resource Center home**                                                    **Back to top**

More on managing your business          More on growing your business

Exhibit J – Screenshots of FAQ web pages on holds, reserves and limitations

**Account reserves**

Overview

Tickets and reserves

Presale policy and reserves

FAQs

**Help prevent fraud losses**

Overview

Item not received

Direct payments

Virtual Terminal

Significantly not as described (SNAD)

PayPal Here: Help protect yourself against credit card fraud

**Disputes, claims and chargebacks**

Disputes, claims, chargebacks & more

Understanding disputes

Understanding chargebacks

Seller Protection policy

**Other articles**

Crowdfunding for a successful Campaign

Funds availability

Account limitations

Non-profits and limitations

Credit card statement

Customer service message

Avoid popular scams

Safety & security: phishing

Photo tips for online sellers

**Mobile**

PayPal mobile checkout

Why sell via mobile now?

Mobile shopper

The mobile maturity curve

Mobile optimization

**Sell more**

The 4 revolutionary selling tools finally available to SMBs

Choosing PayPal for social media

Using promotions to generate more sales

10 ways to profit through social media

Accept payments online: Learn the 3 P's of payment processing

Demystifying credit card processor fees

Selling internationally

Checkout best practices

**PayPal for your business**

Why PayPal?

PayPal Payments

PayPal Payments Advanced

Simplify your invoicing with PayPal

Put the power of financing to work for your business

PayPal Debit MasterCard™

**Other articles**

eBay Inc. Main Street

10 questions to ask a payments processor

Missteps in choosing a payments processor

 **PayPal**    Personal ▾   Business ▾   Send ▾   Request                        Log In    Sign Up



# Business Resource Center
## Manage your business

## Account Reserves: FAQs

---

☐ **Are you making interest off of the reserves in my account?**

No, PayPal does not collect interest on money that is held in a reserve account. We place the money from the reserves in a non-interest bearing account.

Reserves are in place to minimize losses and to create a safer shopping experience. Sometimes merchants don't deliver what they sold due to unexpected problems. If a merchant is unable to deliver what they promised, it's our responsibility to ensure customers can receive a refund.

☐ **I've had an account for years, why is my account being reviewed now?**

It may have been time for a routine account review or changes in your account may have prompted the review. Examples of account changes could include: processing significantly higher sales volumes, an increase in your selling price, or an increase in buyer dispute, claim, chargeback, or refund rates.

☐ **Why do I need to send you more information about my business or my financials?**

We need to verify that your business will be able to deliver what the customer ordered.

| What is needed? | How information is used |
|---|---|
| **Business information**<br><br>• Time in business<br><br>• Industry<br><br>• Number of employees<br><br>• Website | **Time in business**<br><br>We use this information to determine how much experience you have in this industry. For example, are you a new or existing business?<br><br>**Industry**<br><br>We use this information to evaluate if you're operating in a high or low risk industry. Presale items such as events, travel, tickets, and furniture are considered high risk.<br><br>**Number of employees**<br><br>We use this information to assess your company's ability to deliver products or |

| | |
|---|---|
| | services. |
| | **Website** |
| | We use this information to review your policies and checkout pages to determine what information your buyers receive. We're interested in your return policy, customer service information, shipping time, presale listing, product, and service descriptions. |
| **Processing history** | We use your processing history to determine what products you have been selling, how long you've been processing these types of transactions, and what types of customer problems you've experienced. |
| **Supplier information** | We use your supplier information to verify your supplier is legitimate. |
| **Financials statements** | We use your financial statements to assess the strength of your business, your ability to pay your suppliers, and deliver the product or service. |
| **Business credit** | We use your business credit information to assess your current and past ability to pay creditors. |
| **Personal credit** | We use your credit information to assess your current and past ability to pay creditors. Consumer credit may be used if your business has minimal or no historical business credit. |
| **Business model:**<br><br>• **Product**<br>• **Price:**<br>• **Delivery**<br>• **Promotion:** | **Product/Service Offering:**<br><br>We review the types of products you are selling, how the products are manufactured, and who your suppliers are. Certain products, services, and suppliers carry a higher risk. We also need to validate that you are able to deliver the product or service to the customer's satisfaction (product quality and on time delivery).<br><br>**Price:**<br><br>Evaluate if your volume significantly increased because of a change in price or new product offering.<br><br>**Delivery/Shipping:**<br><br>We review your shipping processes and |

| | delivery timelines. |
|---|---|
| | **Promotion:** |
| | We may ask you if you've had any recent sales which might have caused a large increase in your volume. |
| **Fraud prevention/detection processes or tools** | We want to make sure you have adequate controls in place to detect fraud. |

**I sent in the information you requested. How long do I have to wait to see what type of reserves will be on my account?**

If we received all the information we requested, we will typically contact you within 3 business days.

**When will I receive my money?**

The terms of your reserve are outlined in your account, and it depends on what type of reserve you have. For example, if you have a rolling reserve, the money will be released after a certain number of days. For example, if you have a 90 day rolling reserve, funds from Day 1 sales will be available on Day 91. Even though you will receive day 1 sales on day 91, we will continue to capture new reserves on an ongoing basis. So, you'll always have the last 90 days of payments in reserve at any given time.

**What is the maximum amount of time you can hold my money in a reserve?**

Typically, we can hold your money up to 180 days.

**If I close my account, how long will it take for me to get the money that was held in a reserve back?**

You will typically receive your money 180 days after your account is closed. In some cases, it can take more than 180 days.

**Will the money you are holding be used if I receive a chargeback?**

No, money from your available balance will be used to cover any chargebacks that you receive. A reserve is an amount of money that is held in your PayPal account that is used when we are unable to collect on your past due balances from: chargebacks, claims, debit transactions with insufficient funds in the account, and fees.

**Am I selling a product that is in a high risk category?**

Certain goods are associated with a high level of risk such as tickets, furniture, gift cards, consumer electronics, computers, commodities, and travel packages. These items tend to have high refund rates, fluctuating values, or long delivery lead times. Presale items are also considered as high risk.

**Will you automatically review my account for consideration of removing the reserve or do I have to keep calling you?**

Reserves may be eligible for review every 180 days on a case-by-case basis. If you haven't been reviewed in the last 180 days and there has been improved business performance and/or improved credit attributes, your account can be reviewed to see if your reserve can be removed or reduced. In some cases a reserve will be a requirement throughout your time with PayPal.

If it has been 180 days since your last review and your business has improved and you would like an account review, please contact us to request an account review.

**I've never had a problem with claims or chargebacks, why are you holding my money in case these things happen?**

Claims and chargebacks are one factor we consider when reviewing an account for a reserve. Other factors may be reviewed as well, including:

- How long you've been in business.

- Whether your industry has a higher likelihood of chargebacks, returns, or fraud.

- Processing history with PayPal and other providers.

- Whether your account has an elevated number of customer disputes, claims, chargebacks, bank reversals, or returns.

- Financial stability of your business.

- Your business and/or personal credit risk.

- Your delivery time frames (how many days it takes for the customer to receive their order).

- If your selling products or services in advance (presale items).

- There have been significant changes in your business.

⊟ **What appeared on my credit report that caused you to place a reserve?**

We do not make reserve decisions solely on your credit information. If you would like specifics regarding your credit reports, please contact the respective credit bureaus below to review your history.

| Credit Bureau Name | Phone |
|---|---|
| Equifax | 1-800-727-8495 |
| Dun and Bradstreet | 1-800-234-3867 |
| Experian | 1- 888-808-8242 |

Other factors may have been considered in the decision, including:

- How long you've been in business.

- Whether your industry has a higher likelihood of customer chargebacks, returns, or fraud.

- Processing history with PayPal and other providers.

- Whether your account has an elevated number of customer disputes, claims, chargebacks, bank reversals, or returns.

- Financial stability of your business.

- Your business and/or personal credit risk.

- Your delivery time frames (for example, how many days it takes for the customer to receive their order).

- Whether you are preselling orders (for example, charging customers before you have the product within you're control/inventory).

- There have been significant changes in your business (for example, increase in your sales or product price).

**Back to Business Resource Center home**                                    **Back to top**

## More on managing your business

**Account reserves**

Overview

Tickets and reserves

Presale policy and reserves

FAQs

**Help prevent fraud losses**

Overview

Item not received

Direct payments

Virtual Terminal

Significantly not as described (SNAD)

**Disputes, claims and chargebacks**

Disputes, claims, chargebacks & more

Understanding disputes

Understanding chargebacks

Seller Protection policy

**Other articles**

Crowdfunding for a successful Campaign

Funds availability

Account limitations

Non-profits and limitations

## More on growing your business

**Mobile**

PayPal mobile checkout

Why sell via mobile now?

Mobile shopper

The mobile maturity curve

Mobile optimization

**Sell more**

The 4 revolutionary selling tools finally available to SMBs

Choosing PayPal for social media

Using promotions to generate more sales

**PayPal for your business**

Why PayPal?

PayPal Payments

PayPal Payments Advanced

Simplify your invoicing with PayPal

Put the power of financing to work for your business

PayPal Debit MasterCard™

**Other articles**

eBay Inc. Main Street

10 questions to ask a payments processor

PayPal Here: Help protect yourself against credit card fraud

Credit card statement

Customer service message

Avoid popular scams

Safety & security: phishing

Photo tips for online sellers

10 ways to profit through social media

Accept payments online: Learn the 3 P's of payment processing

Demystifying credit card processor fees

Selling internationally

Checkout best practices

Missteps in choosing a payments processor

# Exhibit A

## SETTLEMENT AGREEMENT

This Settlement Agreement (the "Agreement" or "Settlement") is entered into by and among, on the one hand, plaintiffs Moises Zepeda, Michael Spear, Ronya Osman, Brian Pattee, Casey Ching, Denae Zamora, Michael Lavanga and Gary Miller (the "Zepeda Plaintiffs" or "Plaintiffs"), individually and as putative representatives of a proposed settlement class and, on the other hand, defendants PayPal, Inc. ("PayPal") and eBay Inc. ("eBay") (together, "Defendants"), subject to preliminary and final approval by the United States District Court for the Northern District of California (the "District Court").

## I.    DEFINITIONS

All terms used in this Agreement shall have the meanings set forth below unless otherwise noted.

1.1    "Actions" means the Zepeda Action and the Fernando Action.

1.2    "Alternate Claim" means a claim for documented damages of not more than $2,000.

1.3    "Basic Claim" means a Claim for a flat amount based on the length and amount of the longest hold or reserve placed on a Claims Class Member's account during the Class Period, as determined pursuant to paragraph 5.3.

1.4    "Claim" or "Claim Form" means the claim submitted by a Claims Class Member for a settlement payment, as described in paragraph 5.1, the proposed form of which is attached hereto as Exhibit F.

1.5    "Claim Deadline" means the last day to submit Claim Forms pursuant to paragraph 5.6.

1.6    "Claims Class" means all current and former users of PayPal in the United States who:  (1) had an active PayPal account between April 19, 2006 and the date of entry of the Preliminary Approval Order; and (2) had a hold or reserve placed on the account and/or the account was closed or suspended by PayPal.  Excluded from the Claims Class are judicial

officers presiding over this action and the members of their immediate families and judicial staff. The Claims Class will be certified under Federal Rule of Civil Procedure 23(b)(3).

1.7 "Claims Class Member" means a member of the Claims Class.

1.8 "Class Counsel" means Jeffrey A. Leon and Julie D. Miller of Quantum Legal LLC; Mark N. Todzo and Howard Hirsch of Lexington Law Group; Steven R. Jaffe, Mark S. Fistos and Seth M. Lehrman of Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.; and Jonathan Shub of Seeger Weiss LLP.

1.9 "Class Notice" means the notice of the Settlement to be provided to Settlement Class Members as set forth herein, including the E-mail Notice, Postcard Notice, Internet Notice and Website Notice.

1.10 "Comb Settlement" means the settlement in In re PayPal Litigation, Northern District of California, Case No. CV-02-01227-JF (PVT), including the settlement agreement and all exhibits thereto and any orders entered in connection therewith.

1.11 "Effective Date" means the later of: (a) fifteen (15) days after the expiration of the time to seek appeal, review, rehearing, reconsideration or any other action seeking to reverse or modify the Final Approval Order and Judgment; or (b) if any such document is filed, then fifteen (15) days after the date upon which all appellate and/or other proceedings resulting from the document or any such subsequent documents have been finally terminated and the Final Approval Order and Judgment is affirmed in such a manner as to permit no further judicial action.

1.12 "E-mail Notice" means the notice of the Settlement that Defendants will, subject to the District Court's approval, cause to be e-mailed pursuant to paragraph 8.1 of this Agreement, the proposed form of which is attached hereto as Exhibit B.

1.13 "Fernando Action" means the putative nationwide class action entitled Fernando, et al. v. PayPal, Inc., which was filed on April 19, 2010 and currently is pending before the District Court as Case No. 10-cv-01668-SBA.

1.14    "Fernando Counsel" means Marina Trubitsky of Marina Trubitsky & Associates, PLLC and David Hicks of David Hicks, A.P.L.C.

1.15    "Fernando Plaintiffs" means Devinda Fernando, Vadim Tsigel, Michail Zinger, Ira Gilman, Lacy Reinstma, Shaul Behr, Amy Rickel and Fred Rickel.

1.16    "Final Approval Hearing" means the hearing at which the District Court will consider and finally decide whether to approve the Settlement provided for in this Agreement, enter judgment and make such other rulings as are contemplated by this Agreement.

1.17    "Final Approval Order and Judgment" means the order and judgment to be entered by the District Court, as provided for in paragraph 10.1 below, through which the District Court will grant final approval to the Settlement, enter judgment and dismiss the Action with prejudice, the proposed form of which is attached hereto as Exhibit G.

1.18    "Implementation Date" means, for each business practice set forth in paragraph 4.2 below, the later of:  (1) the date of entry of the Preliminary Approval Order; or (2) the date upon which the practice is implemented.

1.19    "Injunctive Relief Class" means all current and former users of PayPal in the United States who had an active PayPal account between April 19, 2006 and the date of entry of the Preliminary Approval Order.  The Injunctive Relief Class will be certified under Federal Rule of Civil Procedure 23(b)(2).

1.20    "Injunctive Relief Class Member" means a member of the Injunctive Relief Class.

1.21    "Internet Notice" means the form of notice described in paragraph 8.3, the proposed form of which is attached hereto as Exhibit D.

1.22     "Mediators" means Randall W. Wulff of Dispute Resolution and the Hon. Ellen S. James (Ret.) and Hon. Edward A. Infante (Ret.) of JAMS.

1.23    "Notice Deadline" means one hundred eighty (180) days after entry of the Preliminary Approval Order.

1.24    "Parties" means Defendants and Plaintiffs.

1.25    "Preliminary Approval Order" means an order preliminarily approving the Settlement to be entered by the District Court, as provided for in paragraph 9.1 below, the proposed form of which is attached hereto as Exhibit A.

1.26    "Prior Actions" means the actions entitled <u>Osman, et al. v. PayPal, Inc., et al.</u>, Northern District of California, Case No. 10-cv-02046 PVT, and <u>Spear v. PayPal., Inc. and eBay Inc.</u>, Northern District of California, Case No. 10-cv-02555 PVT.

1.27    "Prior Agreement" means the Settlement Agreement initially filed with the District Court on October 18, 2012 (ECF No. 112) and refiled on May 31, 2013 (ECF No. 166).

1.28    "Postcard Notice" means the form of notice described in paragraph 8.2, the proposed form of which is attached hereto as Exhibit C.

1.29    "Released Claims" means and refers to any and all rights, duties, obligations, claims, actions, causes of action or liabilities, whether arising under local, state or federal law (including, without limitation, California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 <u>et seq.</u>, California's Consumers Legal Remedies Act, Cal. Civ. Code § 1750 <u>et seq.</u>, the Electronic Fund Transfer Act, 15 U.S.C. § 1693 <u>et seq.</u> (the "EFTA"), and 12 C.F.R. pt. 1005 ("Regulation E"), whether by constitution, statute, contract, common law or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated and which has been or could be asserted in an individual, class, private attorney-general, representative, parens patriae or any other capacity: (a) that relate to the placing of holds or reserves or any other limitations on PayPal transactions or accounts, or the closing, suspending or limiting of PayPal accounts, including without limitation any disclosure or non-disclosure with respect thereto; (b) that relate to the payment or failure to pay interest on funds subject to a hold, reserve or limitation, including without limitation any disclosure or non-disclosure with respect thereto; (c) that relate to Defendants' obligations under the EFTA and/or Regulation E; or (d) that relate to Defendants' obligations under the <u>Comb</u> settlement.  Notwithstanding the foregoing, "Released Claims" shall not include any claim for monetary relief, other than a claim for statutory damages under the EFTA and/or

- 4 -

Regulation E, by an Injunctive Relief Class Member who is not also a Claims Class Member or who timely opts out of the Claims Class.

1.30    "Released Parties" means and refers to Defendants and each and all of their respective present, former and future direct and indirect parent companies, affiliates, subsidiaries, agents, successors and predecessors-in-interest, and all of the aforementioneds' prior, current and future respective officers, directors, employees, attorneys, shareholders, agents, independent contractors, vendors and assigns.

1.31    "Second Amended Zepeda Complaint" means the Second Amended Complaint, ECF No. 110, filed in the Zepeda Action.

1.32    "Settlement Administrator" means Epiq Systems, Inc., or such other administrator as may be selected by the Parties and approved by the District Court.

1.33    "Settlement Costs" means items 1-4 identified in paragraph 4.4 below.

1.34    "Settlement Fund" means the sum of three million two hundred thousand dollars ($3,200,000) to be used to establish the Settlement Fund pursuant to paragraph 4.4 below.

1.35    "Settlement Class" means the Injunctive Relief Class and the Claims Class, together.

1.36    "Settlement Class Member" means a member of the Settlement Class.

1.37    "Settlement Website" means the website that the Settlement Administrator will create in accordance with paragraph 8.4 below.

1.38    "Website Notice" means the notice of the Settlement that the Settlement Administrator will, subject to the District Court's approval, cause to be made available for download on the Settlement Website pursuant to paragraph 8.4 of this Agreement, the proposed form of which is attached hereto as Exhibit E.

1.39    "Zepeda Action" means the putative nationwide class action entitled Zepeda, et al. v. PayPal, Inc., which was filed on June 7, 2010 and currently is pending before the District Court as Case No. 10-cv-02500-SBA.

- 5 -

## II.    RECITALS

This Agreement is made with reference to and in contemplation of the following facts and circumstances,

2.1    On May 12, 2010, plaintiffs Ronya Osman and Brian Pattee filed a complaint against PayPal and eBay in <u>Osman, et al. v. PayPal, Inc., et al.</u>, Northern District of California, Case No. 10-cv-02046 PVT.  On June 9, 2010, plaintiff Michael Spear filed a complaint against PayPal and eBay in <u>Spear v. PayPal. Inc. and eBay Inc.</u>, Northern District of California, Case No. 10-cv-02555.  Plaintiff Moises Zepeda filed the <u>Zepeda</u> Action on June 7, 2010.  The Prior Actions were dismissed without prejudice on July 15 and 16, 2010, respectively.  On August 13, 2010, the <u>Zepeda</u> Plaintiffs filed a consolidated First Amended Complaint in the <u>Zepeda</u> Action.

2.2    On September 30, 2010, PayPal moved to dismiss the First Amended Complaint in the <u>Zepeda</u> Action.  On February 15, 2011, the Court granted PayPal's motion, dismissing the First Amended Complaint in the <u>Zepeda</u> Action with leave to amend.  Defendants and the <u>Zepeda</u> Plaintiffs thereafter commenced settlement discussions.

2.3    On April 19, 2010, plaintiffs Devinda Fernando and Vadim Tsigel filed a Complaint against PayPal and eBay in the <u>Fernando</u> Action.  On October 18, 2010, Defendants moved to dismiss the Complaint.  Before the motion was heard, the motion was taken off calendar to allow the <u>Fernando</u> Plaintiffs time to amend.  On March 2, 2011, the <u>Fernando</u> Plaintiffs filed a First Amended Complaint against PayPal.  On June 27, 2011, PayPal moved to dismiss the First Amended Complaint.  Defendants and the <u>Fernando</u> Plaintiffs thereafter commenced settlement discussions.

2.4    Subsequently, the Parties reached a settlement, and Class Counsel submitted that settlement to the Court for preliminary approval on October 18, 2012, which was denied without prejudice on November 27, 2012.  (ECF No. 122.)  On May 31, 2013, Class Counsel refiled for preliminary approval, and on February 24, 2014, the Court denied that motion, again without prejudice to the filing of an amended motion.  (ECF No. 205.)  The Parties thereafter returned to

mediation before the Hon. Edward A. Infante (Ret.), and after two full days of arm's length negotiations, reached an amended settlement.

2.5     Class Counsel have investigated the facts relating to the claims alleged and the underlying events and transactions at issue in the Actions and the Prior Actions and have analyzed the legal principles applicable to the asserted claims and defenses.  Class Counsel have concluded, based upon their investigation and taking into account the sharply contested issues involved, the risks, uncertainty and cost of further prosecution of the Actions and the substantial benefits to be received pursuant to this Agreement, that a settlement with Defendants on the terms set forth herein is fair, reasonable, adequate and in the best interests of the Settlement Class.

2.6     The Parties have engaged in extensive, good-faith arm's length negotiations concerning settlement, including sessions before the Mediators and numerous follow-up telephone conferences and email exchanges.  These efforts resulted in the execution of this Agreement.

2.7     Defendants vigorously deny all claims asserted in the Actions and the Prior Actions, deny all allegations of wrongdoing and liability and contend that they have substantive defenses, as a matter of law, to all claims asserted in the Actions and the Prior Actions. Defendants nevertheless desire to enter into a settlement on the terms and conditions set forth herein, solely for the purpose of avoiding the burden, expense and uncertainty of continuing litigation.  Nothing in this Agreement shall be construed as an admission or concession by Defendants of any fault, wrongdoing or liability of any kind.

2.8     The Parties understand, acknowledge and agree that the execution of this Agreement constitutes the settlement and compromise of disputed claims.  This Agreement is inadmissible as evidence against any party except to enforce the terms of the Settlement and is not an admission of wrongdoing or liability on the part of any party to this Agreement.  It is the Parties' desire and intention to effect a full, complete and final settlement and resolution of all existing disputes and claims as set forth herein.

- 7 -

### III. CERTIFICATION FOR SETTLEMENT PURPOSES ONLY

3.1  <u>Certification of Settlement Class for Settlement Purposes Only</u>.  Defendants deny that a class properly may be certified in the Actions.  Solely for purposes of avoiding the expense and inconvenience of further litigation, Defendants do not oppose the certification for <u>settlement purposes only</u> of the Settlement Class, which includes the Injunctive Relief Class and the Claims Class, in the <u>Zepeda</u> Action.  No agreements made by Defendants in connection with the Settlement may be used by Plaintiffs, any person in the Settlement Class or any other person to establish any of the elements of class certification other than for settlement purposes.  Preliminary certification of the Settlement Class shall not be deemed a concession that certification of a litigation class is appropriate, nor are Defendants estopped from challenging class certification in further proceedings in the Action or in any other action if the Settlement is not finalized or finally approved.  If the Settlement is not approved, the Parties shall be returned to the <u>status quo ante</u> as of the date of execution of the Prior Agreement for all litigation purposes, as if no settlement had been negotiated or entered into.

3.2  <u>Certification of Settlement Class</u>.  The Parties agree that Plaintiffs will seek certification under Federal Rule of Civil Procedure 23(b)(2) of the Injunctive Relief Class and Rule 23(b)(3) of the Claims Class for <u>settlement purposes only</u> in the <u>Zepeda</u> Action.

### IV. CONSIDERATION

4.1  <u>Settlement Consideration</u>.  Pursuant to this Agreement, as full and complete consideration for the Settlement and for the benefit of the Settlement Class, PayPal agrees to implement (or where already implemented, to maintain) the Business Practices as set forth in paragraph 4.2, below, and contribute the monetary relief totaling up to four million dollars ($4,000,000) as set forth in paragraphs 4.4 through 4.6, below.  The Parties intend and agree that a portion of the monetary relief, in the amount of five hundred thousand dollars ($500,000), shall be deemed to constitute statutory damages pursuant to 15 U.S.C. § 1693M(a)(2)(B)(ii) such that no further recovery of such damages may be obtained in any class action or series of class actions arising out of Defendants' alleged failure to comply with the EFTA and/or Regulation E.

- 8 -

4.2     Business Practices.  PayPal will implement the following business practices, to the extent not already implemented pursuant to the Prior Agreement, by no later than thirty (30) days after the Effective Date and will maintain these practices for not less than a period of two years following the Implementation Date:

a.     PayPal will disclose its use of fraud and risk modeling in the PayPal User Agreement, which governs the types of accounts and conduct at issue in the Action, and which is available on the PayPal website.  A copy of the current User Agreement, which satisfies the foregoing requirement, is attached hereto as Exhibit H.

b.     PayPal will not respond to requests for information with an e-mail advising users that they must seek a subpoena to obtain information and will revise its e-mail response to advise users to communicate with PayPal to seek additional information.  The Parties agree, however, that this advice is not intended to imply that PayPal is obligated to provide, or that users are entitled to or will receive, any additional information.  An example of an e-mail response that satisfies the foregoing requirements is attached as Exhibit I.

c.     PayPal will revise the PayPal User Agreement to more clearly distinguish among "holds," "reserves" and "limitations," as those terms are used by PayPal, including in the PayPal User Agreement.  The current User Agreement, attached hereto as Exhibit H, satisfies the foregoing requirement.

d.     PayPal will enhance the disclosures on its website by including a list of Frequently Asked Questions (FAQ) providing users with greater detail on holds, reserves and limitations.  Screenshots of web pages that satisfy the foregoing requirement are attached hereto as Exhibit J.

e.     In response to calls to customer service, PayPal will disclose the reason for a hold, reserve or limitation to the extent not inconsistent with PayPal's security requirements, which will be determined at PayPal's sole discretion.  If PayPal is unable to inform a user of the reason for a hold, reserve or limitation due to security requirements, it will inform the user that it cannot tell the user the reason due to security requirements.

4.3     Future Changes in Laws or Regulations.  To the extent Congress or any other relevant regulatory authority promulgates different requirements under the EFTA and/or Regulation E, or any other law or regulation that would govern any conduct affected by the Settlement, those laws and regulatory provisions shall control.

4.4     Settlement Fund.  Defendants will establish a Settlement Fund of three million two hundred thousand dollars ($3,200,000), which will be used to pay, in the following order: (1) class notice and settlement administration costs; (2) attorneys' fees and costs to Class Counsel; (3) service awards to the Zepeda Plaintiffs; (4) attorneys' fees and costs to Fernando Counsel; and (5) timely and valid Basic Claims submitted by Claims Class Members, as described below.  Defendants will pay four hundred thousand dollars ($400,000) into the Settlement Fund within one hundred twenty (120) days following entry of the Preliminary Approval Order to pay the estimated notice and administration costs associated with the Settlement.  Defendants will fully fund the Settlement Fund within one hundred eighty (180) days after entry of the Preliminary Approval Order.  If the Effective Date occurs, no amount in the Settlement Fund shall revert to Defendants.  However, Defendants shall recover any amounts remaining in the Settlement Fund if the Effective Date does not occur for any reason, together with any interest accrued thereon.

4.5     Funding of Alternate Claims.  In addition to the Settlement Fund, Defendants will pay timely and valid Alternate Claims submitted by Claims Class Members, as described below, in a total amount up to eight hundred thousand dollars ($800,000), which amount shall include settlement administration costs associated with the Alternate Claims.  As described below, under certain circumstances, an additional amount of up to two hundred thousand dollars ($200,000) may be available from the Settlement Fund to pay Alternate Claims.

4.6     Total Payments by Defendants.  Defendants shall not be required to pay more than four million dollars ($4,000,000) in connection with the Settlement, comprised of the three million two hundred thousand dollars ($3,200,000) Settlement Fund plus up to eight hundred thousand dollars ($800,000) attributable to Alternate Claims.

- 10 -

4.7    Cy Pres.  If any amount remains in the Settlement Fund after all disbursements are otherwise made pursuant to paragraphs 4.4 and 4.5, above, then the remaining amounts will be donated to the Electronic Frontier Foundation.

## V.    SETTLEMENT PAYMENTS

5.1    Payment to Claims Class Members.

a.    Claims Class Members will be entitled to submit Claim Forms for Settlement payments for Basic Claims or Alternate Claims, as described below:

(i)    Claims Class Members who had a hold or reserve placed on their account may submit either:  (1) a Claim for a flat amount based on the length and amount of the longest hold or reserve placed on their account during the class period (a "Basic Claim"); or (2) a Claim for documented damages (an "Alternate Claim") of not more than $2,000.

(ii)    Claims Class Members who had their account closed or suspended can submit a Claim for documented damages (an "Alternate Claim"), of not more than $2,000.

5.2    Claims Not Eligible for Payment.  Claims will not be paid where:  (1) there are indicia of fraud associated with the Claims Class Member's account; (2) the Claim is based on a dispute that has already been resolved by PayPal's dispute resolution process; or (3) the Claim Form is submitted after the Claim Deadline.  Not more than one Claim will be paid per account or Claims Class Member, whichever is less.

5.3    Basic Claims.

a.    Valid Basic Claims will be paid in the following amounts, subject to adjustment as described below:

| Length of Hold/Reserve | Hold/Reserve under $1,000 | Hold/Reserve $1,000 to $10,000 | Hold/Reserve over $10,000 |
|---|---|---|---|
| 1-30 days | $  3.00 | $  3.00 | $  36.00 |
| 31-90 days | $  3.00 | $  5.00 | $150.00 |
| 91-150 days | $  3.00 | $10.00 | $100.00 |
| Over 150 days | $14.00 | $25.00 | $440.00 |

b.        In the event the aggregate amount of Basic Claims exceeds the maximum amount available for Basic Claim payments from the Settlement Fund after payment of the Settlement Costs, the Basic Claim amounts shall be reduced on a prorated basis so that amounts to be paid from the Settlement Fund do not exceed the amount of the Settlement Fund.

5.4        <u>Use of Settlement Fund to Pay Alternate Claims</u>.  In the event the total amount of Basic Claims plus Settlement Costs is less than three million two hundred thousand dollars ($3,200,000), a total of up to two hundred thousand dollars ($200,000) shall be available from the Settlement Fund to pay valid Alternate Claims.  After the two hundred thousand dollars ($200,000) is paid for Alternate Claims, to the extent that any amount of the Settlement Fund remains, Basic Claim amounts will be increased by proration so that the total amount of Basic Claims plus Settlement Costs is equal to the amount remaining in the Settlement Fund.

5.5        <u>Alternate Claims</u>.

a.        If the up to two hundred thousand dollars ($200,000) available from the Settlement Fund to pay valid Alternate Claims (including settlement administration costs associated with Alternate Claims), as described above, is insufficient to pay all Alternate Claims, Defendants will pay valid Alternate Claims (including settlement administration costs associated with Alternate Claims) up to a maximum of an additional eight hundred thousand dollars ($800,000).  To the extent that valid Alternate Claims exceed this amount, the Alternate Claim amounts will be reduced on a pro rata basis so that the aggregate of such Alternate Claims (including related settlement administration costs) does not exceed eight hundred thousand dollars ($800,000) plus up to two hundred thousand dollars ($200,000) if available from the Settlement Fund, as described above.

b.        To make an Alternate Claim, the Claims Class Member must submit documentation of economic damage resulting from the hold, reserve or other limitation, as applicable.  The validity of Alternate Claims shall be determined by an independent third party, to be agreed upon by the parties and submitted to the Court for approval.  The determination shall be based solely on documentation submitted by the Claims Class Member and Defendants,

without a hearing. The Claims Class Member submitting the Alternate Claim shall bear the burden of proof by a preponderance of the evidence to show: (1) that a hold, reserve or other limitation was placed on the Claims Class Member's account; (2) that the imposition of the hold, reserve or other limitation caused the Claims Class Member to suffer economic damages; and (3) the amount of the claimed damages. Defendants' documentation in response to the Alternate Claim must be submitted no later than sixty (60) days following the Claims Class Member's submission of the Alternate Claim. If an Alternate Claim is denied by the independent third party determining Alternate Claims, the Claim shall be treated as a Basic Claim. Claims Class Members submitting Alternate Claims must agree to the foregoing procedures and that the determination of the validity of Alternate Claims will be final, binding and non-appealable.

5.6     <u>Claim Deadline</u>. All Claim Forms must be submitted no later than sixty (60) days after the Notice Deadline.

5.7     <u>Timing of Payment</u>. Payment of timely and valid Claims will occur within ninety (90) days following the Effective Date.

## VI. <u>ATTORNEYS' FEES AND COSTS AND SERVICE AWARDS TO PLAINTIFFS</u>

6.1     <u>Attorneys' Fees and Service Awards</u>. Class Counsel may apply to the Court for reasonable attorneys' fees and costs and service awards for the named class representatives in an amount of up to 30% of the Settlement Fund for all plaintiffs' counsel and class representatives in the aggregate, with all amounts paid exclusively from the Settlement Fund. <u>Fernando</u> Counsel may, by the deadline for Class Counsel to petition the Court, also petition the Court separately for their attorneys' fees and costs in an amount of up to two hundred twelve thousand five hundred dollars ($212,500). Any award of attorneys' fees and costs to <u>Fernando</u> Counsel will be paid out of the total award of fees and costs to Class Counsel. The award of fees and costs to Class Counsel, including any fee award to <u>Fernando</u> Counsel, and any service awards for the named class representatives, shall not exceed 30% of the Settlement Fund.

LA 51783157

6.2     Source of Payment.  Class Counsel expressly acknowledge that the attorneys' fee and cost awards and/or class representative service awards are subject to approval by the District Court and the amount of any award is not a condition of this Settlement.

6.3     Timing of Payment.  Payment of attorneys' fees and costs and service awards will be made within fifteen (15) days following the Effective Date.

## VII.     RELEASE AND DISMISSAL

7.1     Releases.  As of the date of entry of the Final Approval Order and Judgment, Plaintiffs and each Settlement Class Member, and each of their respective heirs, executors, administrators, representatives, agents, attorneys, partners, successors, predecessors-in-interest and assigns, and all persons acting for or on their behalf, will be deemed to have fully released and forever discharged the Released Parties from the Released Claims.  Without limiting the foregoing, the Released Claims specifically extend to claims that Settlement Class Members do not know or suspect to exist in their favor at the time that the Settlement, and the releases contained herein, becomes Effective.  This paragraph constitutes a waiver of any laws that would limit this release, including, without limitation, section 1542 of the California Civil Code, which provides:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

Plaintiffs understand and acknowledge, and each Settlement Class Member who is not excluded from the Settlement shall be deemed to understand and acknowledge, the significance of these waivers of California Civil Code section 1542 and/or of any other applicable law relating to limitations on releases.  In connection with such waivers and relinquishment, Plaintiffs acknowledge, and all Settlement Class Members who are not excluded from the Settlement shall be deemed to acknowledge, that they are aware that they may hereafter discover facts in addition

to, or different from, those facts which they now know or believe to be true with respect to the subject matter of the Settlement, but that it is their intention to release fully, finally and forever all Released Claims, and in furtherance of such intention, the release of the Released Claims will be and remain in effect notwithstanding the discovery or existence of any such additional or different facts.

7.2 <u>Stay/Bar of Other Proceedings</u>. In connection with the Settlement, the Parties will seek a stay of the prosecution of all Released Claims currently being asserted or which may be asserted by or on behalf of any person in the Settlement Class in any forum against any of the Defendants or any of the other Released Parties pending final approval of this Settlement, except as may be necessary to implement the Settlement or comply with the terms of the Agreement. The Preliminary Approval Order shall provide that, pending final determination of whether the Settlement should be approved, neither the Plaintiffs nor any Settlement Class Member, either directly or in a representative or other capacity, nor any person or entity allegedly acting on behalf of the Settlement Class or any Settlement Class Member, shall commence or prosecute against any of the Defendants, or against any of the other Released Parties, any action or proceeding in any court or tribunal asserting any of the Released Claims, provided, however, that the injunction shall not apply to individual claims of any Claims Class Members who timely exclude themselves from the Claims Class in a manner that complies with paragraph 9.3 below. The Parties agree that a stay and injunction are necessary to protect and effectuate the Settlement and the approval proceedings.

7.3 <u>Dismissal</u>. Promptly following the Effective Date, the Parties shall take all necessary actions to secure the dismissal with prejudice of any pending actions involving prosecution of the Released Claims against the Released Parties.

## VIII. <u>NOTICE AND SETTLEMENT ADMINISTRATION</u>

8.1 <u>E-mail Notice</u>. On or before the Notice Deadline, PayPal will provide summary notice by e-mail to Settlement Class Members at an e-mail address for the Settlement Class Member's account reflected in PayPal's reasonably available computerized records, as of the

- 15 -

date of entry of the Preliminary Approval Order. No skip tracing or remailing of E-mail Notices shall be performed. Such E-mail Notice will be provided at PayPal's expense, which will not be reimbursed from or reduce the Settlement Fund. The E-mail Notice will be substantially in the form of Exhibit B.

8.2     <u>Postcard Notice</u>. In the event that the E-mail Notice directed to a Claims Class Member eligible to submit a claim valued at over three dollars ($3.00) pursuant to the grid in paragraph 5.3.a is returned as undeliverable, a supplemental summary Postcard Notice to that Claims Class Member will be provided by direct mail by the Settlement Administrator if a mailing address can be determined from PayPal's reasonably available computerized records. The Postcard Notice will be provided within thirty (30) days following the Notice Deadline, substantially in the form of Exhibit C.

8.3     <u>Internet Notice</u>. The Settlement Administrator shall publish the Internet Notices beginning no later than thirty-one (31) days before the Notice Deadline, and continuing for a period of approximately thirty-one (31) days, until approximately 17.1 million impressions of the Internet Notices have been reached. The Internet Notices will be substantially in the form of Exhibit D and will provide a hyperlink to the Settlement Website.

8.4     <u>Settlement Website</u>. No later than the day the Internet Notice is first published, the Settlement Administrator shall establish the Settlement Website, from which Settlement Class Members may download or print the Website Notice, a complete copy of this Agreement and the Preliminary Approval Order and submit a Claim Form. The Settlement Website shall be accessible by the public until the Effective Date has occurred.

8.5     <u>Certification to the District Court</u>. No later than five (5) days before the Final Approval Hearing, Defendants and/or the Settlement Administrator shall file with the District Court a declaration verifying that notice has been provided to the Settlement Class as set forth in the Preliminary Approval Order.

8.6     <u>Notice and Administration Cost</u>. The cost of settlement administration and notice shall not exceed four hundred thousand dollars ($400,000).

# IX. PRELIMINARY APPROVAL ORDER AND FINAL APPROVAL HEARING

9.1 <u>Preliminary Approval Order</u>. On or before August 15, 2014, unless otherwise agreed by the Parties, Plaintiffs will seek the District Court's approval of this Settlement by filing an appropriate motion for preliminary approval and seeking entry of the Preliminary Approval Order. The Parties shall cooperate in presenting such papers to the District Court as may be necessary to effectuate the intent and purposes of this Agreement. Among other things, the Preliminary Approval Order shall specifically include the following:

a. A determination that, for settlement purposes only, the <u>Zepeda</u> Action may be maintained as a class action on behalf of the Settlement Class, including the Injunctive Relief Class and the Claims Class;

b. A finding that the Class Notice satisfies the requirements of due process and the Federal Rules of Civil Procedure and any other applicable laws;

c. A preliminary finding that this Agreement is fair, reasonable, adequate and within the range of possible approval;

d. A preliminary finding that Plaintiffs fairly and adequately represent the interests of the Settlement Class;

e. A preliminary finding that Class Counsel are adequate to act as counsel for the Settlement Class;

f. A date for the Final Approval Hearing, which shall be no earlier than two hundred seventy-five (275) days after entry of the Preliminary Approval Order, to determine whether there exists any reason why the Settlement should not be approved as being fair, reasonable and adequate, and in the best interests of the Settlement Class, and why judgment should not be entered thereon;

g. A procedure for persons in the Claims Class to opt out and for Settlement Class Members to object to the proposed Settlement, with a postmark deadline of sixty (60) days after the Notice Deadline, after which no person shall be allowed to opt out or object to the proposed Settlement;

h.       A Claim Deadline of sixty (60) days after the Notice Deadline, after which no person shall be allowed to submit a Claim Form;

i.       Entry of a preliminary injunction as to Plaintiffs, all Claims Class Members who do not exclude themselves from the Settlement and any person or entity allegedly acting on behalf of a non-excluded Settlement Class Member in any capacity from commencing or prosecuting against either of the Defendants or any of the other Released Parties any action or proceeding in any court or tribunal asserting any of the Released Claims; and

j.       Entry of a stay of all proceedings in the Actions, except as may be necessary to implement the Settlement or comply with the terms of the Agreement.

9.2     Denial of Preliminary Approval Order.  If the District Court fails for any reason to enter the Preliminary Approval Order with all of the contents specified above or to preliminarily certify the Settlement Class for settlement purposes as set forth herein, and if all Parties do not agree jointly to appeal such ruling, this Agreement shall terminate and be of no further force or effect without any further action by any party, and the Parties shall be returned to the status quo ante as of the date of execution of the Prior Agreement as if no settlement had been negotiated or entered into and either Plaintiffs or PayPal may elect to resume litigation in the Actions.

9.3     Opt-Out/Requests for Exclusion.

a.       Claims Class Members shall be given the opportunity to opt out of the Claims Class but may not exclude themselves from the Injunctive Relief Class.  All requests to be excluded must be in writing and mailed to the Settlement Administrator, postmarked by no later than sixty (60) days after the Notice Deadline.

b.       Pursuant to Federal Rule of Civil Procedure 23(b)(2) and 23(c), no Injunctive Relief Class Members will be allowed to exclude themselves from the Injunctive Relief Class.

c.       An appropriate written request for exclusion must be personally signed by the Claims Class Member and must include:  (i) the Claims Class Member's name, address and telephone number; (ii) the primary e-mail address associated with the Claims Class Member's

- 18 -

PayPal account(s); and (iii) the following statement: "I request to be excluded from the Claims Class in <u>Zepeda v. PayPal</u>, Northern District of California, Case No. 10-cv-02500 SBA." No Claims Class Member, or any person acting on behalf of or in concert or participation with that Claims Class Member, may exclude any other Claims Class Member from the Settlement.

       d.     The Settlement Administrator will retain a copy of all requests for exclusion and will provide copies of any such requests to counsel for the Parties. Class Counsel will keep any such opt-out information confidential and use it only for purposes of determining whether a Claims Class Member has properly opted out.

       e.     All Claims Class Members who timely and validly request exclusion shall be excluded from the Claims Class and will not be eligible to receive any relief provided for the Claims Class and will not be bound by any further orders or judgments related to the Claims Class. They will, however, remain members of the Injunctive Relief Class.

       f.     If the number of Claims Class Members who would otherwise each be entitled to payments of over three dollars ($3.00) exceeds two hundred fifty (250) opt-outs or the total number of opt-outs of Claims Class Members exceeds five hundred (500), then Defendants may terminate the Settlement in their sole discretion, and the Parties shall be returned to the <u>status quo ante</u> as of the date of execution of the Prior Agreement for all litigation purposes, as if no settlement had been negotiated or entered into, and the terms of the Agreement and the fact that the Agreement was reached shall not be referred to by the Parties in connection with any further proceedings. If Defendants exercise this right to terminate the Agreement, they shall provide Class Counsel with written notice of this election no later than fourteen (14) business days after the opt-out deadline.

     9.4    <u>Objections to Settlement</u>. Any Settlement Class Member (with the exception, as to objectors concerning the Claims Class only, of Claims Class Members who have timely and validly requested exclusion) may object to the fairness, reasonableness or adequacy of the Settlement, the request for an award of fees and costs to Class Counsel or the service awards to class representatives and may do so either on their own or through counsel hired at their own

expense.  All objections must be in writing and must:  (i) clearly identify the case name and number (Zepeda v. PayPal, Case Number 10-cv-02500-SBA); (ii) be submitted to the Court either by mailing them to the Class Action Clerk, United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, or by filing them in person at any location of the United States District Court for the Northern District of California; (iii) be filed and/or postmarked on or before the Claim Deadline; (iv) include the Settlement Class Member's name, address and telephone number; (v) include an e-mail address associated with the PayPal account(s); (vi) include a sentence confirming, under penalty of perjury, that the person is a Settlement Class Member; (vii) identify the factual basis and legal grounds for the objection to the Settlement; (viii) identify any witnesses whom the Settlement Class Member may call to testify at the Final Approval Hearing; and (ix) include copies of any exhibits the Settlement Class Member intends to offer into evidence at the Final Approval Hearing.  By submitting an objection, such objecting Settlement Class Member agrees to sit for a deposition in his or her county or other agreed location.

## X.     FINAL APPROVAL OF SETTLEMENT AND OTHER CONDITIONS

10.1     Final Approval Order.  On a date to be set by the District Court but in no event earlier than two hundred and forty (240) days after entry of the Preliminary Approval Order, Class Counsel will file their motion with the District Court for an Order granting final approval of this Settlement and entering judgment in the Zepeda Action.  Specifically, the Final Approval Order will:

a.     Find that the Zepeda Action, for purposes of this Settlement, may be maintained as a class action on behalf of the Settlement Class;

b.     Find that Plaintiffs fairly and adequately represent the interests of the Settlement Class;

c.     Find that Class Counsel adequately represent Plaintiffs and the Settlement Class;

d.      Find that the Class Notice satisfied the requirements of due process, the Federal Rules of Civil Procedure and any other applicable laws;

e.      Find that the Settlement is fair, reasonable and adequate to the Settlement Class and that each Settlement Class Member shall be bound by the Agreement, including the releases contained in paragraph 7.1 above;

f.      Find that the Settlement represents a fair resolution of all claims asserted on behalf of the Settlement Class Members and should fully and finally resolve all such claims;

g.      Conclude that this Agreement should be, and is, approved;

h.      Dismiss, on the merits and with prejudice, all claims in the Actions and permanently enjoin each and every Settlement Class Member (except Claims Class Members who have timely and validly requested exclusion from the Settlement) from bringing, joining or continuing to prosecute against the Released Parties any Released Claims; and

i.      Retain jurisdiction of all matters relating to the modification, interpretation, administration, implementation, effectuation and enforcement of this Agreement and the Settlement.

10.2    <u>Non-Approval of Settlement</u>.  This Settlement is conditioned upon final approval without material modification by the District Court.  In the event that the Settlement is not so approved, either Plaintiffs or Defendants may elect to terminate the Settlement and return all Parties to the <u>status quo ante</u> as of the date of execution of the Prior Agreement for all litigation purposes, as if no Settlement had been negotiated or entered into.  In the event that the Settlement is approved without material modification by the District Court but is later reversed or vacated on appeal, either Plaintiffs or Defendants shall have the right to terminate the Settlement and this Agreement and return the Parties to the <u>status quo ante</u> as of the date of execution of the Prior Agreement for all litigation purposes, as if no settlement had been negotiated or entered into.  Notwithstanding the foregoing, neither Plaintiffs nor Class Counsel shall have the right to terminate or withdraw from the Settlement based on the District Court's

failure to approve an award of attorneys' fees and costs or Plaintiffs' service awards, in an amount less than requested, or the later reversal, reduction or vacating on appeal of such awards.

## XI.     GENERAL CONDITIONS

11.1    <u>Counsel</u>.  Class Counsel shall remain counsel in the <u>Zepeda</u> Action, and <u>Fernando</u> Counsel shall remain counsel in the <u>Fernando</u> Action.  Subject to approval of Class Counsel, <u>Fernando</u> Counsel may be included among the counsel identified in the pleadings in the <u>Zepeda</u> Action with respect to this Settlement.

11.2    <u>Non-Use of Settlement/Denial of Liability</u>.  Defendants expressly deny any liability or any wrongdoing in the Actions and with respect to the Released Claims.  Neither the Agreement, nor any act performed or document executed pursuant to or in furtherance of the Settlement:  (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any claim, or of any wrongdoing or liability of Defendants; (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of Defendants in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal; or (c) is or may be deemed to be a waiver by Defendants or any of the other Released Parties of their right to defend themselves against the Actions on any and all available grounds, including, without limitation, by filing challenges, if necessary, to pleadings and opposing class certification.

11.3    <u>Dispute Resolution</u>.  The Parties agree to meet and confer in good faith in regard to any dispute relating to the Settlement or to administration of the Settlement.  Any dispute that cannot be resolved by the Parties shall be submitted, not earlier than fifteen (15) days after notice of the dispute was first given, to Judge Infante for a recommendation as to a resolution.  Any party may seek <u>de novo</u> review of Judge Infante's recommendation by way of a motion filed in the <u>Zepeda</u> Action.

11.4    <u>Publicity and Non-Disparagement</u>.  No party to this Agreement shall issue any press release, communicate with the media or otherwise engage in any advertising campaigns regarding the settlement except as set forth herein.  Plaintiffs and Class Counsel shall refrain

- 22 -

from disparaging Defendants publicly or taking any action designed to harm the public perception of Defendants regarding any issue related to the Settlement or the Actions or Prior Actions. Inquiries other than those from Settlement Class Members seeking legal advice may be responded to only by reference to information contained in the public record and/or agreed upon by the Parties.

11.5    Entire Agreement. This Agreement constitutes the entire agreement between and among the Parties with respect to the settlement of the Actions. This Agreement supersedes all prior negotiations and agreements, including, without limitation, the Prior Agreement and any settlement term sheets exchanged or signed by the Parties. THE PARTIES, AND EACH OF THEM, REPRESENT AND WARRANT THAT NO OTHER PARTY OR ANY AGENT OR ATTORNEY OF ANY OF THE PARTIES HAS MADE ANY PROMISE, REPRESENTATION OR WARRANTY WHATSOEVER NOT CONTAINED IN THIS AGREEMENT TO INDUCE THEM TO EXECUTE THE SAME. THE PARTIES, AND EACH OF THEM, FURTHER REPRESENT AND WARRANT THAT THEY HAVE NOT EXECUTED THIS AGREEMENT IN RELIANCE ON ANY PROMISE, REPRESENTATION OR WARRANTY NOT CONTAINED IN THIS AGREEMENT.

11.6    Confidentiality. Any and all drafts of this Agreement and other settlement documents relating to the negotiations between the Parties will remain confidential and will not be disclosed or duplicated except as necessary to obtain preliminary and/or final court approval or in related proceedings. This provision will not prohibit the Parties from submitting this Agreement to the District Court in order to obtain preliminary and/or final approval of the Settlement or in related proceedings. It is agreed that, within thirty (30) days after the Effective Date, the originals and all copies of all confidential or highly confidential documents and/or information subject to all confidentiality agreements and any Protective Orders in the Actions shall be returned to the designating party.

11.7    Successors and Assigns. The terms of this Agreement shall apply to the Parties as well as their heirs, successors and assigns. Each of Plaintiffs represent and warrant that they

have not assigned, transferred or granted, or purported to assign, transfer or grant, any of the claims, demands or causes of action disposed of by this Agreement.

11.8    Competency of Parties.  The Parties, and each of them, acknowledge, warrant, represent and agree that, in executing and delivering this Agreement:  they do so freely, knowingly and voluntarily; they had an opportunity to and did discuss its terms and their implications with legal counsel; they are fully aware of the contents and effect of the Agreement; and that such execution and delivery is not the result of any fraud, duress, mistake or undue influence whatsoever.

11.9    Authority.  The person(s) signing this Agreement on behalf of Defendants warrants and represents that he or she is authorized to sign on each Defendants' behalf.

11.10   Modification.  No modification of or amendment to this Agreement shall be valid unless it is in writing and signed by all Parties hereto.

11.11   Construction.  Each of the Parties has cooperated in the drafting and preparation of this Agreement.  Hence, in any construction to be made of this Agreement, the same shall not be construed against any of the Parties.  Before declaring any provision of this Agreement invalid, the District Court shall first attempt to construe the provision valid to the fullest extent possible consistent with applicable precedent so as to find all provisions of this Agreement valid and enforceable.  After applying this rule of construction and still finding a provision invalid, the District Court shall thereupon interpret the invalid provision to the fullest extent possible to otherwise enforce the invalid provision.  The invalidity of any one provision shall not render this Agreement otherwise invalid and unenforceable unless the provision found to be invalid materially affects the terms of this Agreement after application of the rules of construction set forth in this paragraph.

11.12   No Waiver.  The failure of any Party to enforce at any time any provision of this Agreement shall not be construed to be a waiver of such provision, or any other provision, nor in any way to affect the validity of this Agreement or any part hereof, or the right of any party

thereafter to enforce that provision or each and every other provision.  No waiver of any breach of this Agreement shall constitute or be deemed a waiver of any other breach.

11.13   Counting of Days.  Except where stated otherwise, reference to "days" means calendar days.  If the last day upon which an act must or may be done falls on a weekend, holiday or other non-business day, such act must or may be done on the next subsequent business day.

11.14   Governing Law.  This Agreement shall be governed by, construed and enforced in accordance with the laws of the State of California.

11.15   Notices/Communications.  All requests, demands, claims and other communications required hereunder shall:  (a) be in writing; (b) be delivered by U.S. Mail or facsimile, with a courtesy copy by e-mail; (c) be deemed to have been duly given on the date received; and (d) be addressed to the intended recipient as set forth below:

> To Class Counsel:
> Jeffrey Leon, Esq. (jeff@qulegal.com)
> Quantum Legal LLC
> 513 Central Avenue, Suite 300
> Highland Park, Illinois 60035
> Ph:  (847) 433-4500
> Fax:  (847) 433-2500
>
> To Defendants' Counsel:
> Julia B. Strickland, Esq. (jstrickland@stroock.com)
> Stroock & Stroock & Lavan LLP
> 2029 Century Park East
> Los Angeles, California 90067
> Ph:  (310) 556-5806
> Fax:  (310) 556-5959

Any party may change the address to which requests, demands, claims or other communications hereunder are to be delivered by giving the other Parties notice in the manner set forth herein.

11.16   Counterparts.  This Agreement may be executed in one or more counterparts and, if so executed, the various counterparts shall be and constitute one instrument for all purposes and shall be binding on the party that executed it, provided, however, that no party shall be

bound unless and until all Parties have executed this Agreement.  For convenience, the several signature pages may be collected and annexed to one or more documents to form a complete counterpart.  Photocopies of executed copies of this Agreement may be treated as originals.

{Signature Pages Follow}

LA 51783157

DATED: _____, 2014

Moises Zepeda, individually and as
representative of the Settlement Class

DATED: _____, 2014

_Michael Spear_ /TA/

Michael Spear, individually and as
representative of the Settlement Class

DATED: _____, 2014

Ronya Osman, individually and as
representative of the Settlement Class

DATED: _____, 2014

Brian Pattee, individually and as
representative of the Settlement Class

DATED: _____, 2014

Casey Ching, individually and as
representative of the Settlement Class

DATED: _____, 2014

Denae Zamora, individually and as
representative of the Settlement Class

DATED: 08/14 _____, 2014

_Michael A. Lavanga_

Michael Lavanga, individually and as
representative of the Settlement Class

DATED: _____, 2014

Gary Miller, individually and as
representative of the Settlement Class

DATED: _____, 2014

Defendants PAYPAL, INC. and EBAY
INC.

By: _____

Its: _____

- 27 -

DATED: _____, 2014

_____
Moises Zepeda, individually and as
representative of the Settlement Class

DATED: _____, 2014

_____
Michael Spear, individually and as
representative of the Settlement Class

DATED: _____, 2014

_____
Ronya Osman, individually and as
representative of the Settlement Class

DATED: _____, 2014

_____
Brian Pattee, individually and as
representative of the Settlement Class

DATED: _____, 2014

_____
Casey Ching, individually and as
representative of the Settlement Class

DATED: _____, 2014

_____
Denae Zamora, individually and as
representative of the Settlement Class

DATED: _____, 2014

_____
Michael Lavanga, individually and as
representative of the Settlement Class

DATED: _____, 2014

_____
Gary Miller, individually and as
representative of the Settlement Class

DATED: _____, 2014

Defendants PAYPAL, INC. and EBAY
INC.

By: _____

Its: _____

- 27 -

DATED _____, 2014 
Miriam Zepeda, individually and as representative of the Settlement Class

DATED _____, 2014 
Michael Spear, individually and as representative of the Settlement Class

DATED _____, 2014 
Sonya Durnat, individually and as representative of the Settlement Class

DATED _____, 2014 
Brian Potter, individually and as representative of the Settlement Class

DATED _____, 2014 
Casey Ching, individually and as representative of the Settlement Class

DATED August 18th, 2014 
Denise Zimmer, individually and as representative of the Settlement Class

DATED _____, 2014 
Michael Lavanga, individually and as representative of the Settlement Class

DATED _____, 2014 
Gary Miller, individually and as representative of the Settlement Class

DATED _____, 2014 
Defendants PAYPAL, INC. and EBAY INC.

By: _____

Its: _____

DATED: _____, 2014

_____
Moises Zepeda, individually and as
representative of the Settlement Class

DATED: _____, 2014

_____
Michael Spear, individually and as
representative of the Settlement Class

DATED: _____, 2014

_____
Ronya Osman, individually and as
representative of the Settlement Class

DATED: _____, 2014

_____
Brian Pattee, individually and as
representative of the Settlement Class

DATED: _____, 2014

_____
Casey Ching, individually and as
representative of the Settlement Class

DATED: _____, 2014

_____
Denae Zamora, individually and as
representative of the Settlement Class

DATED: _____, 2014

_____
Michael Lavanga, individually and as
representative of the Settlement Class

DATED: 8/14/14, 2014

_____
Gary Miller, individually and as
representative of the Settlement Class

DATED: _____, 2014

Defendants PAYPAL, INC. and EBAY
INC.

By: _____

Its: _____

- 27 -

DATED: _____, 2014

Moises Zepeda, individually and as
representative of the Settlement Class

DATED: _____, 2014

Michael Spear, individually and as
representative of the Settlement Class

DATED: _____, 2014

Ronya Osman, individually and as
representative of the Settlement Class

DATED: _____, 2014

Brian Pattee, individually and as
representative of the Settlement Class

DATED: _____, 2014

Casey Ching, individually and as
representative of the Settlement Class

DATED: _____, 2014

Denae Zamora, individually and as
representative of the Settlement Class

DATED: _____, 2014

Michael Lavanga, individually and as
representative of the Settlement Class

DATED: _____, 2014

Gary Miller, individually and as
representative of the Settlement Class

DATED: _August 13,_____, 2014

Defendants PAYPAL, INC. and EBAY
INC.

By: _____  R. CAPLEHORN
                       VP, LEGAL

Its: _Vice President_

Approved as to form:

DATED: _August 13_, 2014

STROOCK & STROOCK & LAVAN LLP

By: _Julia B. Strickland_

Julia B. Strickland
David W. Moon
Wesley M. Griffith

Attorneys for Defendants
PAYPAL, INC. and EBAY INC.

LA 51783157

Approved as to form and content:

DATED: _August 13_, 2014

QUANTUM LEGAL LLC
Jeffrey A. Leon

By: _____
    Jeffrey A. Leon

DATED: _August 15_, 2014

LEXINGTON LAW GROUP
Mark N. Todzo

By: _____
    Mark N. Todzo

DATED: _____, 2014

FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHERMAN, P.L.
Steven R. Jaffe

By: _____
    Steven R. Jaffe

DATED: _____, 2014

SEEGER WEISS LLP
Jonathan Shub

By: _____
    Jonathan Shub

Approved as to form and content:

DATED: _____, 2014

QUANTUM LEGAL LLC
Jeffrey A. Leon


By: _____
      Jeffrey A. Leon

DATED: _____, 2014

LEXINGTON LAW GROUP
Mark N. Todzo


By: _____
      Mark N. Todzo

DATED: _8/15/14_____, 2014

FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHERMAN, P.L.
Steven R. Jaffe


By: _____
      Steven R. Jaffe

DATED: _____, 2014

SEEGER WEISS LLP
Jonathan Shub

By: _____
      Jonathan Shub

LA 51783157

Approved as to form and content:

DATED: _____, 2014    QUANTUM LEGAL LLC
Jeffrey A. Leon

By: _____
        Jeffrey A. Leon

DATED: _____, 2014    LEXINGTON LAW GROUP
Mark N. Todzo

By: _____
        Mark N. Todzo

DATED: _____, 2014    FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHERMAN, P.L.
Steven R. Jaffe

By: _____
        Steven R. Jaffe

DATED: _____, 2014    SEEGER WEISS LLP
Jonathan Shub

By: _____
        Jonathan Shub

1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND BRANCH**

10

11 MOISES ZEPEDA, MICHAEL SPEAR, ) Case No. 10-CV-02500 SBA
RONYA OSMAN, BRIAN PATTEE, )
12 CASEY CHING, DENAE ZAMORA, ) **[PROPOSED] ORDER PRELIMINARILY**
MICHAEL LAVANGA, and GARY ) **APPROVING SETTLEMENT,**
13 MILLER, on behalf of themselves and all ) **CONDITIONALLY CERTIFYING**
others similarly situated, ) **SETTLEMENT CLASS AND APPOINTING**
14 ) **CLASS COUNSEL**
)
15 Plaintiffs, )
)
16 v. )
)
17 PAYPAL, INC., a Delaware Corporation, and )
EBAY, INC., a Delaware Corporation )
18 )
Defendants. )
19 )
)

20
21
22
23
24
25
26
27
28

LA 51789241v1

WHEREAS plaintiffs Moises Zepeda, Michael Spear, Ronya Osman, Brian Pattee, Casey Ching, Denae Zamora, Michael Lavanga and Gary Miller ("Plaintiffs") and defendants PayPal, Inc. ("PayPal") and eBay Inc. ("eBay") (together, "Defendants"), have agreed, subject to Court approval following notice to the proposed Settlement Class and a hearing, to settle this action upon the terms and conditions set forth in the Settlement Agreement lodged with this Court; and

WHEREAS, for purposes of this Order, capitalized terms shall have the meaning ascribed to them in the Settlement Agreement;

NOW, THEREFORE, based upon this Court's review of the Settlement Agreement and all of the files, records and proceedings herein, and it appearing to the Court, upon preliminary examination, that the Settlement Agreement and settlement appear to be fair, reasonable and adequate, and within the range of possible approval, and that a hearing should and will be held after notice to the Settlement Class to confirm that the Settlement Agreement and settlement are fair, reasonable and adequate and to determine whether the settlement should be approved and final judgment entered in this action based upon the Settlement Agreement;

IT IS HEREBY ORDERED THAT:

1.      The Court finds that, subject to the Final Approval Hearing, the Settlement Agreement is fair, reasonable, adequate, and in the best interests of the Settlement Class set forth below.  The Court further finds that the Settlement Agreement substantially fulfills the purposes and objectives of the class action, and provides substantial relief to the Settlement Class without the risks, burdens, costs, or delay associated with continued litigation, trial and/or appeal.  The Court also finds that the settlement: (a) has been negotiated in good faith at arm's length between experienced attorneys familiar with the legal and factual issues of this case and was reached with the assistance of the Honorable Edward A. Infante (Ret.) of JAMS as mediator; (b) is sufficient to warrant notice of the settlement and the Final Approval Hearing to the Settlement Class; (c) meets all applicable requirements of law, including Federal Rule of Civil Procedure 23, and the Class Action Fairness Act ("CAFA"); and (d) is not a finding of admission of liability by the Defendants.

2.      The Settlement Class shall be comprised of the Injunctive Relief Class and the

Claims Class.  Pursuant to Federal Rule of Civil Procedure 23(a), 23(b)(2), 23(c) and 23(e), the

Court certifies, for settlement purposes only, the following Injunctive Relief Class:

> All current and former users of PayPal in the United States who had an active
>
> PayPal account between April 19, 2006 and the date of entry of the Preliminary
>
> Approval Order.

3.      Pursuant to Federal Rule of Civil Procedure 23(a), 23(b)(3), 23(c) and 23(e), the

Court certifies, for settlement purposes only, the following Claims Class:

> All current and former users of PayPal in the United States who:  (1) had an active
>
> PayPal account between April 19, 2006 and the date of entry of the Preliminary
>
> Approval Order; and (2) had a hold or reserve placed on the account and/or the
>
> account was closed or suspended by PayPal.  Excluded from the Claims Class are
>
> judicial officers presiding over this action and the members of their immediate
>
> families and judicial staff.

4.      The Court hereby appoints Plaintiffs as class representatives pursuant to Rule 23 of

the Federal Rules of Civil Procedure, and finds that, for settlement purposes only, the class

representatives have and will fairly and adequately protect the interests of the Settlement Class.

5.      The Court appoints Jeffrey A. Leon of Quantum Legal LLC; Mark N. Todzo and

Howard Hirsch of Lexington Law Group; Steven R. Jaffe, Mark S. Fistos and Seth M. Lehrman of

Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.; and Jonathan Shub of Seeger Weiss

LLP, as counsel for the Settlement Class.  The Court finds that counsel is competent and capable of

exercising all responsibilities as Class Counsel.

6.      In connection with this conditional certification, the Court makes the following

preliminary findings:

(a)      The Settlement Class appears to be so numerous that joinder of all members

is impracticable;

-2-

LA 51789241v1

(b)     The Injunctive Relief Class and the Claims Class also appear to be so numerous that joinder of all members is impracticable;

(c)     There appear to be questions of law or fact common to the Settlement Class for purposes of determining whether the Settlement should be approved;

(d)     The class representatives' claims appear to be typical of the claims being resolved through the settlement;

(e)     The class representatives appear to be capable of fairly and adequately protecting the interests of all members of the Settlement Class in connection with the settlement;

(f)     For purposes of determining whether the Settlement Agreement is fair, reasonable, and adequate, common questions of law and fact appear to predominate over questions affecting only individual persons in the Settlement Class. Accordingly, the Settlement Class appears to be sufficiently cohesive to warrant settlement by representation; and

(g)     For purposes of settlement, certification of the Settlement Class appears to be superior to other available methods for the fair and efficient settlement of the claims of the Settlement Class.

7.     The Court finds, subject to the Final Approval Hearing, that the Settlement Agreement is fundamentally fair, adequate and reasonable, and for the purposes of settlement only, that the Settlement Class satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure.

8.     Applications for awards of attorneys' fees and costs and incentive awards shall be filed with the Court within one hundred eighty (180) days after entry of this Order.

9.     Notice of the Settlement shall be provided to the Settlement Class within one hundred eighty (180) days after entry of this Order, as follows:

(a)     Defendants shall cause the E-mail Notice to be sent via e-mail to an e-mail address of each Settlement Class Member according to Defendants' reasonably available computerized records as of the date of entry of this Order. No skip tracing or remailing of returned

-3-

1  E-mail Notices shall be performed. The E-mail Notice shall be substantially in the form of Exhibit

2  B to the Settlement Agreement.

3          (b)      In the event that the E-mail Notice directed to a Claims Class Member

4  eligible to submit a Basic Claim for over $3.00 is returned as undeliverable, a supplemental

5  Postcard Notice shall be sent by the Settlement Administrator by direct mail to that Claims Class

6  Member no later than thirty (30) days after the Notice Deadline, to the extent that a mailing address

7  can be determined from PayPal's reasonably available computerized records. The Postcard Notice

8  shall be substantially in the form of Exhibit C to the Settlement Agreement.

9          (c)      The Settlement Administrator shall publish Internet Notice beginning no

10  later than thirty-one (31) days before the Notice Deadline and continuing for a period of

11  approximately thirty-one (31) days, until approximately 17.1 million impressions of the Internet

12  Notice have been reached. The Internet Notice shall be substantially in the form of Exhibit D to

13  the Settlement Agreement and will provide a hyperlink to the Settlement Website.

14          (d)      No later than the day the Internet Notice is first published, the Settlement

15  Administrator shall establish the Settlement Website, from which Settlement Class Members may

16  download or print the Website Notice, a complete copy of the Settlement Agreement and the

17  Preliminary Approval Order and submit a Claim Form. The Settlement Website shall be accessible

18  by the public until the Effective Date has occurred.

19          10.     The Court finds that the foregoing program of Class Notice and the manner of its

20  dissemination is the best practicable notice under the circumstances and that it is reasonably

21  calculated, under all the circumstances, to apprise Settlement Class Members of the pendency of

22  this action and their right to object to or exclude themselves from the Settlement Class. The Court

23  further finds that the Class Notice program is reasonable, that it constitutes due, adequate and

24  sufficient notice to all persons entitled to receive notice and that it meets the requirements of due

25  process and Federal Rule of Civil Procedure 23.

26

27

28

-4-

LA 51789241v1

11.     Pursuant to the Settlement Agreement, Epiq Systems is hereby appointed as Settlement Administrator and shall be required to perform all the duties of the Settlement Administrator as set forth in the Settlement Agreement and this Order.

12.     Claims Class Member may exclude themselves from the Claims Class by mailing a request for exclusion in the form and to the address(es) specified in the Website Notice.  All such written requests must be postmarked within sixty (60) days following the Notice Deadline.  Claims Class Members may not exclude themselves from the Injunctive Relief Class, and members of only the Injunctive Relief Class may not exclude themselves from the Injunctive Relief Class.  Any Claims Class Member who does not properly and timely request exclusion shall be included in the Claims Class and shall be bound by all determinations and any judgment entered in the action.

13.     If the number of Claims Class Members who would otherwise each be entitled to payments of over three dollars ($3.00) exceeds two hundred fifty (250) opt-outs or the total number of opt-outs of Claims Class Members exceeds five hundred (500), then Defendants may terminate the settlement in their sole discretion, and the Parties shall be returned to the status quo ante as of the date of execution of the Prior Agreement for all litigation purposes, as if no settlement had been negotiated or entered into, and the terms of the Agreement and the fact that the Agreement was reached shall not be referred to by the Parties in connection with any further proceedings.  If Defendants exercise this right to terminate the Agreement, they shall provide Class Counsel and the Court with written notice of this election no later than fourteen (14) business days after the opt-out deadline.

14.     Any member of the Settlement Class may object to the fairness, reasonableness or adequacy of the Settlement, the request for an award of fees and costs to Class Counsel or the awards to the Settlement Class representatives and may do so either on their own or through counsel hired at their own expense, except those Claims Class Members who have timely submitted a written request for exclusion from the Claims Class, who may only object to those portions of the Settlement from which they have not been excluded.  All objections must be in writing and must:  (i) clearly identify the case name and number (Zepeda v. PayPal, Case Number

10-cv-02500-SBA); (ii) be submitted to the Court either by mailing them to the Class Action Clerk, United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, or by filing them in person at any location of the United States District Court for the Northern District of California; (iii) be filed and/or postmarked on or before sixty (60) days after the Notice Deadline; (iv) include the Settlement Class Member's name, address and telephone number; (v) include an e-mail address associated with their PayPal account(s); (vi) include a sentence confirming, under penalty of perjury, that the person is a Settlement Class Member; (vii) identify the factual basis and legal grounds for the objection to the settlement; (viii) identify any witnesses whom the Settlement Class Member may call to testify at the Final Approval Hearing; and (ix) include copies of any exhibits the Settlement Class Member intends to offer into evidence at the Final Approval Hearing. Objections and requests to appear must be filed with the Court within sixty (60) days following the Notice Deadline. By submitting an objection, such objecting Settlement Class Member agrees to sit for a deposition in his or her county or other agreed location. Any Settlement Class Member who fails to timely and properly file and serve any written objection as required by this paragraph will not be permitted to be heard at the hearing or otherwise to contest approval of the Settlement or to appeal from any orders or judgments of the Court. Any Settlement Class Member who fails to timely and properly file a written objection and a request to appear will not be permitted to be heard at the Final Approval Hearing.

15. Any Settlement Class Member who fails to timely file a written objection with the Court as prescribed herein shall be deemed to have waived his or her objections and forever be barred from making any such objections in this Action or in any other action or proceeding.

16. Any responses to objections to the Settlement Agreement and any papers in support of the Settlement shall be filed with the Court at least fourteen (14) days before the Final Approval Hearing.

17. No later than five (5) days before the Final Approval Hearing, Defendants or the Settlement Administrator shall file with the Court a declaration verifying that notice has been provided to the Settlement Class as set forth in this Order.

-6-

LA 51789241v1

18.     A Final Approval Hearing shall be held before the Honorable Saundra B. Armstrong, Courtroom 1, Oakland Courthouse, 1301 Clay Street, Oakland, California 94612, on [AT LEAST TWO HUNDRED SEVENTY FIVE (275) DAYS AFTER PRELIMINARY APPROVAL], at [TIME], to determine whether there exists any reason why the settlement should not be approved as being fair, reasonable and adequate, and in the best interests of the Settlement Class, and why judgment should not be entered thereon.  The Final Approval Hearing may be postponed, adjourned, or continued by order of the Court without further notice to the Settlement Class.  After the Final Approval Hearing, the Court may enter a final approval order and final judgment that will adjudicate the rights of the Settlement Class Members with respect to the claims being settled.

19.     In the event the Settlement Agreement is not approved by the Court, or for any reason the Effective Date contemplated in the Settlement Agreement does not occur, or the Settlement Agreement is terminated pursuant to its terms for any reason, then the following shall apply:

(a)     All orders and findings entered in connection with the settlement shall become null and void and have no further force and effect, shall not be used or referred to for any purposes whatsoever, and shall not be admissible or discoverable in any other proceeding;

(b)     All parties shall return, without prejudice, to the status quo ante as of the date of the Prior Agreement as if the Prior Agreement and the Settlement Agreement had not been entered into;

(c)     The conditional certification of the Settlement Class pursuant to this Order shall be vacated automatically and void; no doctrine of waiver, estoppel or preclusion shall be asserted in any litigated certification proceedings in these actions; and the Settlement Agreement and its existence shall be inadmissible to establish any fact relevant to class certification or any alleged liability of Defendants for the matters alleged in the actions or for any other purpose; and

(d)     Neither the settlement terms nor any publicly disseminated information regarding the settlement, including, without limitation, the class notices, court filings, orders and

-7-

public statements, may be used as evidence for any purpose whatsoever. In addition, neither the fact of, nor any documents relating to, any withdrawal from the settlement, any failure of the Court to approve the settlement and/or any objections or interventions may be used as evidence for any purpose whatsoever.

20. All other proceedings in this action are stayed until further order of the Court, except as may be necessary to implement the terms of the settlement. Pending final determination of whether the settlement should be approved, Plaintiffs and all Settlement Class Members and all persons purporting to act on behalf of Settlement Class Members are enjoined, directly, on a representative basis or in any other capacity, from asserting, commencing, prosecuting or continuing any of the Released Claims against Defendants or any of the other Released Parties in any action, arbitration or proceeding in any court, arbitral forum or tribunal.

21. In the event that any of the provisions of this Preliminary Approval Order is asserted by PayPal or eBay as a defense in whole or in part to any Released Claim or otherwise asserted in any other suit, action or proceeding by a Settlement Class Member, that suit, action or other proceeding shall be immediately stayed and enjoined until this Court or the court or tribunal in which the claim is pending has determined any issues related to such defense or assertion. Solely for purposes of such suit, action or other proceeding, to the fullest extent they may effectively do so under applicable law, the Parties irrevocably waive and agree not to assert, by way of motion, as a defense or otherwise, any claim or objection that they are not subject to the jurisdiction of the Court, or that the Court is, in any way, an improper venue or an inconvenient forum. These provisions are necessary to protect the Settlement Agreement, this Order and this Court's flexibility and authority to effectuate the Settlement Agreement and are ordered in aid of this Court's jurisdiction and to protect its judgment.

1

**IT IS SO ORDERED.**

2

Dated: _____

3
                                        The Honorable Saundra B. Armstrong
                                        United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF CLASS-ACTION SETTLEMENT

THIS NOTICE MAY AFFECT YOUR RIGHTS.  PLEASE READ IT CAREFULLY.

A settlement has been reached in a class action in which the plaintiffs allege, among other things, that PayPal improperly handled disputed transactions on PayPal accounts and improperly placed holds and reserves on accounts or closed or suspended accounts.  Plaintiffs also allege that PayPal failed to provide annual error-resolution notices and monthly account statements under the Electronic Fund Transfer Act.

You are a member of the Settlement Class if you had an active PayPal account between April 19, 2006 and [date of preliminary approval].  Certain Settlement Class Members who had a hold or reserve placed on their account and/or who had their account closed or suspended by PayPal are eligible to receive a monetary payment upon submission of a valid claim form.

This notice summarizes the proposed settlement.  For the precise terms and conditions of the settlement, please see the Settlement Agreement available at www._____.com, by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

Exhibit C – Postcard Notice

[Front]

| | |
|---|---|
| **PayPal's records show that you had a PayPal account between April 19, 2006 and [entry of the preliminary approval order] and that you may be entitled to payment under a class action Settlement.** | |
| | TO |
| *THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS.  PLEASE READ IT CAREFULLY.* | [name and address here.] |
| This is an official court notice from the United States District Court for the Northern District of California | |

[Back]

You have been identified as a Settlement Class Member who had a hold or reserve placed on their account and/or the account was closed or suspended by PayPal and may be eligible to receive a payment.  To receive a payment, you must complete a claim form on the settlement website, www.___.com.  If you do not submit a claim, you will be ineligible to receive a payment.

Plaintiffs in this case allege, among other things, that PayPal improperly handled disputed transactions on PayPal accounts and improperly placed holds and reserves on accounts or closed or suspended accounts.  Plaintiffs also allege that PayPal failed to provide annual error-resolution notices and monthly account statements under the Electronic Fund Transfer Act.  PayPal denies all allegations of wrongdoing and liability, and there has been no finding that PayPal violated any law.

If you do not want to be legally bound by the Settlement, you must exclude yourself by _____, 2015.  If you do not exclude yourself, you will release your claims against PayPal.  If you have a pending lawsuit, speak to your lawyer in that case immediately.  You may object to the Settlement by _____, 2015.  You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement.  If the Court denies approval, no Settlement payments will be sent out and the lawsuit will continue.  A more detailed notice available on the website explains how to exclude yourself or object.

The Court will hold a hearing at the United States District Court, Northern District of California, 1301 Clay Street, Oakland, CA 94612, Courtroom 1 on _____, 2015 at __ to consider whether to

1

Exhibit C – Postcard Notice

approve the Settlement and award attorneys' fees, costs and service awards as requested, in an amount not to exceed $960,000.  You or your lawyer may ask to appear and speak at your own expense, but you do not have to.

This notice summarizes the proposed settlement.  For the precise terms and conditions, please see the Settlement Agreement available at www._____.com, access the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov or visit the office of the Clerk of the Court for the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

## PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.

*Zepeda v. PayPal, Inc. and eBay, Inc.*
*United States District Court for the Northern District of California, Case No. 10-CV-02500-SBA*

**Legal Notice from the United States District Court for the Northern District of California**

If you had an active PayPal account from April 19, 2006 to [entry of the preliminary approval order], you may be entitled to benefits from a class action settlement. Click here for more information.

www.XXXXXXXXXXXXXXXXXX.com

**Legal Notice from the United States District Court for the Northern District of California**

If you had an active PayPal account from April 19, 2006 to [entry of the preliminary approval order], you may be entitled to benefits from a class action settlement.

www.XXXXXXXXXXXXXXXXXX.com

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

# If you are a current or former user of PayPal in the United States who had an active PayPal account between April 19, 2006 and [the date of entry of the Preliminary Approval Order], this Notice describes your rights and potential benefits from a class action settlement.

THIS NOTICE MAY AFFECT YOUR RIGHTS – PLEASE READ IT CAREFULLY

*A court authorized this notice. This is not a solicitation from a lawyer.*

- This Notice summarizes a proposed class-action settlement of claims brought against PayPal, Inc. ("PayPal") and eBay Inc. ("eBay") (together, "Defendants"). The Settlement resolves a lawsuit in which plaintiffs allege that PayPal improperly handled disputed transactions on PayPal accounts and improperly placed holds and reserves on accounts or closed or suspended accounts. Plaintiffs also allege that PayPal failed to provide annual error-resolution notices and monthly account statements under the Electronic Fund Transfer Act.

- You are part of the Settlement if you had an active PayPal account between April 19, 2006 and [the date of entry of the Preliminary Approval Order].

- You are part of the Settlement and also may be eligible to submit a claim for a cash payment if you had a hold or reserve placed on your account and/or your account was closed or suspended by PayPal between April 19, 2006 and [the date of entry of the Preliminary Approval Order].

- The Settlement will require PayPal to implement or maintain certain business practices and to pay between $3,200,000 and $4,000,000. At least $1,840,000 will be paid to settlement class members who had holds or reserves placed on their accounts and submit a claim for payment, and up to an additional $800,000 will be used to make payments to settlement class members who had holds or reserves placed on their accounts or whose accounts were closed or suspended who claim damages.

- Settlement Class Counsel will ask the Court for up to $960,000 to be paid as fees and expenses for investigating the facts, litigating the case and negotiating the settlement and for service awards of up to $2,500 for each named class representative.

- The two sides disagree on whether Plaintiffs would have won at trial.

- Your legal rights are affected whether you act or don't act. Read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM** | If you had an active PayPal account between April 19, 2006 and [the date of entry of the Preliminary Approval Order] and had a hold or reserve placed on your account and/or the account was closed or suspended by PayPal, you are a Claims Class Member. In order to receive a settlement payment, you must timely submit a Claim.<br><br>If you had an active PayPal account between April 19, 2006 and [the date of entry of the Preliminary Approval Order] but you did not have a hold or reserve placed on your account and your account was not closed or suspended by PayPal, then you are only an Injunctive Relief Class Member and you may not submit a claim for payment. |
| **EXCLUDE YOURSELF** | If you are a Claims Class Member, you may exclude yourself from the Claims Class and receive no payment, but will you will remain in the Settlement. If you are an Injunctive Relief Class Member, you may not exclude yourself from the Settlement. |
| **OBJECT** | You can write to the Court about why you don't like the Settlement. |
| **GO TO A HEARING** | You can ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | If you do nothing, you will not receive any payment and will no longer be able to sue Defendants and the other released parties for the conduct alleged in the lawsuit. |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the Settlement. Payments will only be made if the Court approves the Settlement and after appeals are resolved. Please be patient.

- This notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please see the Settlement Agreement available at www._____.com, by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**<u>PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.</u>**

| WHAT THIS NOTICE CONTAINS |
|---|

Page

**BASIC INFORMATION**.........................................................................................................**1**

   1.   Why did I get notice?..............................................................................................1

   2.   What is this lawsuit about? ......................................................................................1

   3.   Why is this a class action? ......................................................................................1

   4.   Why is there a settlement? ......................................................................................1

**WHO IS IN THE SETTLEMENT?** ..........................................................................................**2**

   5.   How do I know if I am part of the Settlement?.......................................................2

   6.   Are there exceptions to being included?..................................................................2

**THE SETTLEMENT BENEFITS – WHAT YOU GET**............................................................**2**

   7.   What does the Settlement provide?.........................................................................2

   8.   How much will my payment be? .............................................................................3

**HOW YOU GET A PAYMENT – SUBMITTING A CLAIM FORM** .....................................**3**

   9.   How can I get a payment?.......................................................................................3

   10.  When would I get my payment? .............................................................................3

   11.  What am I giving up to get a payment or stay in the Class?...................................3

   12.  What if all of the Settlement Fund is not spent? ....................................................5

**EXCLUDING YOURSELF FROM THE SETTLEMENT** .....................................................**5**

   13.  How do I get out of the Settlement? .......................................................................5

   14.  If I exclude myself, can I get money from this Settlement? ...................................5

**THE LAWYERS REPRESENTING YOU** ..............................................................................**5**

   15.  Do I have a lawyer in this case?..............................................................................5

   16.  How will the lawyers be paid?................................................................................5

**OBJECTING TO THE SETTLEMENT** .................................................................................**6**

   17.  How do I tell the Court that I don't like the Settlement?........................................6

   18.  What's the difference between objecting and excluding? ......................................6

**THE COURT'S FINAL APPROVAL HEARING** ..................................................................**6**

   19.  When and where will the Court decide whether to approve the Settlement? ..................6

   20.  Do I have to come to the hearing? ..........................................................................6

   21.  May I speak at the hearing? ....................................................................................7

**IF YOU DO NOTHING** ..........................................................................................................**7**

   22.  What happens if I do nothing at all?.......................................................................7

**GETTING MORE INFORMATION**.......................................................................................**7**

   23.  Are there more details about the settlement?..........................................................7

**BASIC INFORMATION**

| 1. | Why did I get notice? |
|---|---|

You were sent an e-mail or postcard notice because PayPal's records show that you had a PayPal account between April 19, 2006 and [entry of the preliminary approval order].

The Court sent you the notice because you have a right to know about the proposed settlement of a class action lawsuit, and about all of your options, before the Court decides whether to approve the Settlement. If the Court approves the Settlement, and after objections and appeals are resolved, PayPal will be obligated to implement or maintain certain business practices. The Settlement Class includes an "Injunctive Relief Class" and a "Claims Class." (See Question 5 for a description of each.) If you are a member of the Claims Class, you will be eligible to submit a Claim for payment.

This notice explains the lawsuit, the Settlement, your legal rights, what benefits are available, who is eligible for them and how to get them.

The Court in charge of the case is the United States District Court for the Northern District of California, and the case is known as <u>Zepeda, et al. v. PayPal, Inc.</u>, Case No. 10-CV-02500 SBA ("<u>Zepeda</u>" or the "Action"). The people who sued are called Plaintiffs, and the companies they sued are called the Defendants.

A related case, <u>Fernando, et al. v. PayPal, Inc.</u>, Case No. 10-CV-01668 SBA ("<u>Fernando</u>") has been stayed until the Settlement becomes effective. If you do not opt out of this Settlement, you will release any claims asserted on your behalf in <u>Fernando</u>.

| 2. | What is this lawsuit about? |
|---|---|

Plaintiffs in this case allege, among other things, that PayPal improperly handled disputed transactions on PayPal accounts and improperly placed holds, reserves or limitations on accounts or closed or suspended accounts. Plaintiffs also allege that PayPal failed to provide them with annual error-resolution notices and monthly account statements allegedly required under the Electronic Fund Transfer Act.

Defendants have denied all allegations of wrongdoing and liability. Defendants contend that Plaintiffs' claims have no merit and that Defendants would prevail in the Action. The Court has not finally ruled on the merits of Plaintiffs' claims or Defendants' defenses. There has been no finding that Defendants violated any law in their conduct toward the Plaintiffs or other members of the Settlement Class.

Plaintiffs and Defendants have entered into a Settlement Agreement, which, if approved by the Court, will fully and finally resolve the claims asserted by Plaintiffs on behalf of themselves and everyone else in the Settlement Class.

| 3. | Why is this a class action? |
|---|---|

In a class action, one or more people, called class representatives, sue on behalf of people who have similar claims. All these people are a class or class members. One court resolves the issues for all class members, except for those who exclude themselves. U.S. District Judge Saundra Brown Armstrong is in charge of this class action.

| 4. | Why is there a settlement? |
|---|---|

The Court did not decide in favor of Plaintiffs or Defendants. Instead, both sides agreed to a settlement. That way, they avoid the costs and uncertainty of a trial. The class representatives and their attorneys think the Settlement is best for all Settlement Class Members.

## WHO IS IN THE SETTLEMENT?

| 5. | How do I know if I am part of the Settlement? |
|----|-----------------------------------------------|

You are a member of the Injunctive Relief Class if you are a current or former user of PayPal in the United States who had an active PayPal account between April 19, 2006 and [the date of entry of the Preliminary Approval Order].

You are a member of the Claims Class if you are a current or former user of PayPal in the United States who: (1) had an active PayPal account between April 19, 2006 and [the date of entry of the Preliminary Approval Order]; and (2) had a hold or reserve placed on the account and/or the account was closed or suspended by PayPal. Excluded from the Claims Class are judicial officers presiding over this action and the members of their immediate families and judicial staff.

All Claims Class Members also are Injunctive Relief Class Members. The Injunctive Relief Class and the Claims Class are referred to together as the Settlement Class.

| 6. | Are there exceptions to being included? |
|----|------------------------------------------|

Excluded from the Claims Class are judicial officers presiding over this action and the members of his/her immediate family and judicial staff.

## THE SETTLEMENT BENEFITS – WHAT YOU GET

| 7. | What does the Settlement provide? |
|----|------------------------------------|

PayPal has agreed to implement or maintain the following business practices for the benefit of the Injunctive Relief Class:

     a.     PayPal will disclose its use of fraud and risk modeling in the PayPal User Agreement, which governs the types of accounts and conduct at issue in the Action, and which is available on the PayPal website.

     b.     PayPal will not respond to requests for information with an email advising users that they must seek a subpoena to obtain information and will revise its email response to advise users to communicate with PayPal to seek additional information. This advice is not intended to imply that PayPal is obligated to provide, or that users are entitled to or will receive, any additional information.

     c.     PayPal will revise the PayPal User Agreement to more clearly distinguish among "holds," "reserves" and "limitations," as those terms are used by PayPal, including in the PayPal User Agreement.

     d.     PayPal will enhance the disclosures on its website by including a list of Frequently Asked Questions (FAQ) providing users with greater detail on holds, reserves and limitations.

     e.     In response to calls to customer service, PayPal will disclose the reason for a hold, reserve or limitation to the extent not inconsistent with PayPal's security requirements, which will be determined at PayPal's sole discretion. If PayPal is unable to inform a user of the reason for a hold, reserve or limitation due to security requirements, it will inform the user that it cannot tell the user the reason due to security requirements.

Additionally, PayPal has agreed to pay $3,200,000 into a Settlement Fund, with an additional $800,000 potentially available for the benefit of certain Claims Class Members. The Settlement Fund will be used to pay: (1) class notice and settlement administration costs; (2) attorneys' fees and costs to Class Counsel; (3) service awards to plaintiffs; (4) attorneys' fees and costs to <u>Fernando</u> Counsel; and (5) timely

and valid Basic Claims submitted by Claims Class Members, as described below. If $200,000 or more remains in the Settlement Fund after all of the forgoing are paid, then up to $200,000 may be used to pay valid and timely Alternate Claims. Any amounts remaining in the Settlement Fund after all of the forgoing are paid will be donated to the Electronic Frontier Foundation.

| 8. | How much will my payment be? |

If you are a Claims Class Member and elect to make a Basic Claim, payment will be determined based on the dollar amount of the longest hold or reserve on your account and how many Claims Class Members send in valid claims. Basic Claim amounts are estimated to range between $3.00 and $440.00, depending on the length and amount of the hold or reserve, based on the following grid:

| Length of Hold/Reserve | Hold/Reserve under $1,000 | Hold/Reserve $1,000 to $10,000 | Hold/Reserve over $10,000 |
| --- | --- | --- | --- |
| 1-30 days | $  3.00 | $  3.00 | $  36.00 |
| 31-90 days | $  3.00 | $  5.00 | $150.00 |
| 91-150 days | $  3.00 | $10.00 | $100.00 |
| Over 150 days | $14.00 | $25.00 | $440.00 |

If you are a Claims Class Member and instead elect to make an Alternate Claim, you may seek a payment based on your actual damages, which will be determined by a neutral third party selected by the Court based upon documentation submitted by you and PayPal. No payment or Alternate Claims will exceed $2,000. If an Alternate Claim is denied by the neutral third party, it will be treated as a Basic Claim.

**HOW YOU GET A PAYMENT – SUBMITTING A CLAIM FORM**

| 9. | How can I get a payment? |

To qualify for payment, you must be a member of the Claims Class. To receive a payment, you must submit a Claim Form through the Settlement Website, www._____.com. Read the instructions carefully and fill out the Claim Form completely. The last day to submit Claim Forms is ___.

| 10. | When would I get my payment? |

The Court will hold a hearing on __, 2015 to decide whether to approve the Settlement. If the Court approves the Settlement, there may be appeals after that. It's always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year. If there is an appeal, this information will be posted on the Settlement Website, www._____.com.

| 11. | What am I giving up to get a payment or stay in the Class? |

If you are a Claims Class Member, unless you exclude yourself, you are staying in the Claims Class, and that means that you can't sue, continue to sue, or be part of any other lawsuit about the legal issues released in the Settlement Agreement. It also means that all of the Court's orders will apply to you and legally bind you.

The Settlement provides for a release of Released Claims, defined as follows:

> "Released Claims" means and refers to any and all rights, duties, obligations, claims, actions, causes of action or liabilities, whether arising under local, state or federal law (including, without limitation, California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 et seq., California's Consumers Legal Remedies Act, Cal. Civ. Code § 1750 et seq., the Electronic Fund Transfer Act, 15 U.S.C. § 1693 et seq. (the "EFTA"), and 12 C.F.R. pt. 1005 ("Regulation E"), whether by constitution, statute, contract,

common law or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated and which has been or could be asserted in an individual, class, private attorney-general, representative, parens patriae or any other capacity: (a) that relate to the placing of holds or reserves or any other limitations on PayPal transactions or accounts, or the closing, suspending or limiting of PayPal accounts, including without limitation any disclosure or non-disclosure with respect thereto; (b) that relate to the payment or failure to pay interest on funds subject to a hold, reserve or limitation, including without limitation any disclosure or non-disclosure with respect thereto; (c) that relate to Defendants' obligations under the EFTA and/or Regulation E; or (d) that relate to Defendants' obligations under the Comb settlement. Notwithstanding the foregoing, "Released Claims" shall not include any claim for monetary relief, other than a claim for statutory damages under the EFTA and/or Regulation E, by an Injunctive Relief Class Member who is not also a Claims Class Member or who timely opts out of the Claims Class.

"Released Parties" means and refers to Defendants and each and all of their respective present, former and future direct and indirect parent companies, affiliates, subsidiaries, agents, successors and predecessors-in-interest, and all of the aforementioneds' prior, current and future respective officers, directors, employees, attorneys, shareholders, agents, independent contractors, vendors and assigns.

Plaintiffs and each Settlement Class Member, and each of their respective heirs, executors, administrators, representatives, agents, attorneys, partners, successors, predecessors-in-interest and assigns, and all persons acting for or on their behalf, will be deemed to have fully released and forever discharged the Released Parties from the Released Claims. Without limiting the foregoing, the Released Claims specifically extend to claims that Settlement Class Members do not know or suspect to exist in their favor at the time that the Settlement, and the releases contained herein, becomes Effective. This paragraph constitutes a waiver of any laws that would limit this release, including, without limitation, section 1542 of the California Civil Code, which provides:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

Plaintiffs understand and acknowledge, and each Settlement Class Member who is not excluded from the Settlement shall be deemed to understand and acknowledge, the significance of these waivers of California Civil Code section 1542 and/or of any other applicable law relating to limitations on releases. In connection with such waivers and relinquishment, Plaintiffs acknowledge, and all Settlement Class Members who are not excluded from the Settlement shall be deemed to acknowledge, that they are aware that they may hereafter discover facts in addition to, or different from, those facts which they now know or believe to be true with respect to the subject matter of the Settlement, but that it is their intention to release fully, finally and forever all Released Claims, and in furtherance of such intention, the release of the Released Claims will be and remain in effect notwithstanding the discovery or existence of any such additional or different facts.

| 12. | What if all of the Settlement Fund is not spent? |
|---|---|

The Settlement Agreement provides for proration of settlement payments depending on the number of Claims submitted. If money remains in the Settlement Fund after all amounts are paid, including all timely and valid claims, that remaining amount will be donated to the Electronic Frontier Foundation.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

Only Claims Class Members may exclude themselves, and they may only exclude themselves from the Claims Class. If you are a Claims Class Member and you don't want a payment from this Settlement, but you want to keep the right to sue or continue to sue Defendants for monetary relief, you must exclude yourself—which is sometimes referred to as "opting out." Injunctive Relief Class Members may not exclude themselves from the Settlement.

| 13. | How do I get out of the Settlement? |
|---|---|

If you are a Claims Class Member, to exclude yourself from the Claims Class, you must send a personally signed letter by __, 2015 containing the following information: (i) your name, address and telephone number; (ii) the primary e-mail address associated with your PayPal account(s); and (iii) the following statement: "I request to be excluded from the Claims Class in Zepeda v. PayPal, Northern District of California Case No. 10-cv-02500 SBA." **You must mail your exclusion request postmarked no later than __, 2015 to:**

[Settlement Administrator's Address]

If you ask to be excluded, you will not get any settlement payment, but you will still be bound by the releases provided to Defendants by the Injunctive Relief Class. However, you may be able to sue (or continue to sue) PayPal in the future for monetary relief.

If you have a pending lawsuit, speak to your lawyer in that case immediately. You must exclude yourself to continue your own lawsuit for monetary relief.

| 14. | If I exclude myself, can I get money from this Settlement? |
|---|---|

No. If you exclude yourself, do not submit a Claim Form to ask for any money.

## THE LAWYERS REPRESENTING YOU

| 15. | Do I have a lawyer in this case? |
|---|---|

The Court has approved the following attorneys to represent you and other Settlement Class Members in this action: Quantum Legal LLC; Lexington Law Group; Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.; and Seeger Weiss LLP. These lawyers are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

| 16. | How will the lawyers be paid? |
|---|---|

Class Counsel will ask the Court to approve payment of up to $940,000 for attorneys' fees and expenses and payment of up to $2,500 to each of the named class representatives for their services, for a total of up to $960,000. The fees would pay Class Counsel and other attorneys for investigating the facts, litigating the case and negotiating the Settlement. The Court may award less than these amounts. Any payments will come from the Settlement Fund of $3,200,000.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you don't agree with the Settlement or some part of it.

| 17. | How do I tell the Court that I don't like the Settlement? |
|-----|-----|

If you're either an Injunctive Relief Class Member or a Claims Class Member, you can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement agreed to by the parties. If the Court denies approval, no settlement payments will be sent out and PayPal will be under no obligation to implement or maintain the specified business practices and the lawsuit will continue. If that is what you want to happen, you must object.

You may object to the proposed Settlement in writing. You may also appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for paying that attorney. All objections must be in writing and must: (i) clearly identify the case name and number (Zepeda v. PayPal, Case Number 10-cv-02500-SBA); (ii) be submitted to the Court either by mailing them to the Class Action Clerk, United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, or by filing them in person at any location of the United States District Court for the Northern District of California; (iii) be filed and/or postmarked on or before __, 2015; (iv) include your name, address and telephone number; (v) include an e-mail address associated with your PayPal account(s); (vi) include a sentence confirming, under penalty of perjury, that you are a Settlement Class Member; (vii) identify the factual basis and legal grounds for the objection to the Settlement; (viii) identify any witnesses whom you may call to testify at the Final Approval Hearing; and (ix) include copies of any exhibits you intend to offer into evidence at the Final Approval Hearing. By submitting an objection, you agree to sit for a deposition in your county or other agreed location.

| 18. | What's the difference between objecting and excluding? |
|-----|-----|

Objecting is simply telling the Court that you don't like something about the Settlement. Excluding yourself is telling the Court that you don't want to be part of the Settlement. Both Injunctive Relief and Claims Class Members may object. Only Claims Class Members may exclude themselves from the Claims Class and, if they do, may not object to that portion of the Settlement.

## THE COURT'S FINAL APPROVAL HEARING

The Court will hold a hearing to decide whether to approve the Settlement. You may attend and you may ask to speak, but you don't have to.

| 19. | When and where will the Court decide whether to approve the Settlement? |
|-----|-----|

The Court will hold a Final Approval Hearing on _____, 2015 at ___, at the United States District Court for Northern District of California, 1301 Clay Street, Oakland, CA 94612, courtroom 1. At this hearing the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are timely and complete objections, the Court will consider them. The Court may also decide how much to pay to Class Counsel. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take.

| 20. | Do I have to come to the hearing? |
|-----|-----|

No. Class Counsel will answer questions the Court may have. But, you may come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as you mailed your written objection on time and included all required information, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

| 21. | May I speak at the hearing? |
|---|---|

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must send a letter with your objection stating that it is your intention to appear at the hearing. Be sure to include your name, address, telephone number and signature. Your notice of intention to appear must be postmarked no later than __, 2015, and be sent to the Clerk of the Court at the address in question 17. You cannot speak at the hearing if you excluded yourself.

**IF YOU DO NOTHING**

| 22. | What happens if I do nothing at all? |
|---|---|

If you do nothing, you'll get no money from this Settlement but will still receive the benefit of the business practices listed in the answer to Question 7. But, unless you exclude yourself from the Claims Class, you won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants about the monetary claims released in this Settlement, ever again.

**GETTING MORE INFORMATION**

| 23. | Are there more details about the settlement? |
|---|---|

This notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please see the Settlement Agreement available at www._____.com, by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**<u>PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.</u>**

Date: _____

# CLASS ACTION CLAIM FORM

If you wish to submit a claim for payment, please fully complete this Claim Form and check the box below confirming that the information is true and accurate. Incomplete Claim Forms may be denied.

ONLY ONE CLAIM WILL BE PAID PER SETTLEMENT CLASS MEMBER OR ACCOUNT.

1.  Claimant's Name _____

2.  Claimant's Current Address _____

    _____

    _____

3.  Primary Email Address Associated with Claimant's PayPal Account(s) _____

    _____

    _____

4.  Claimant's Phone Number _____

| | |
|---|---|
| **Question 1:** | Between April 19, 2006 and [entry date of preliminary approval] did you have a hold or reserve placed on your PayPal account(s)?<br><br>    Yes    No |
| **Question 2:** | Between April 19, 2006 and [entry date of preliminary approval] was your PayPal account(s) closed or suspended ?<br><br>    Yes    No |
| **Question 3:** | If you answered "Yes" to question 1, do you wish to submit a Basic Claim which, if valid, will result in a fixed payment based on the amount and length of the longest hold or reserve placed on your account or to submit an Alternate Claim based on the amount of documented damages, up to $2,000. You may select either a Basic Claim or an Alternate Claim, but not both.<br><br>    Basic Claim    Alternate Claim |
| **Question 4:** | If you selected "Alternate Claim," or if you answered "Yes" to question 2 and want to submit an Alternate Claim, please describe in the space provided below or on additional pages the basis for your claim and please upload any supporting documentation. Your Claim will be evaluated by a neutral third party approved by the Court, based on the information you provide and the records of PayPal. You may be contacted for further information in support of your Claim.<br><br>[space for typing in information and uploading documents] |

**CLAIMANTS ARE CAUTIONED NOT TO SUBMIT FRAUDULENT CLAIMS AS ALL CLAIMS ARE SUBJECT TO AUDIT.**

By checking the following box, I hereby declare (or certify, verify, or state) under penalty of perjury that the information provided by me on this Claim Form is true and correct.

Submit Claim

1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND BRANCH**

10

11 MOISES ZEPEDA, MICHAEL SPEAR,   )    Case No. 10-CV-02500 SBA
RONYA OSMAN, BRIAN PATTEE,   )
12 CASEY CHING, DENAE ZAMORA,   )
MICHAEL LAVANGA, and GARY   )    **[PROPOSED] FINAL APPROVAL ORDER**
13 MILLER, on behalf of themselves and all   )    **AND FINAL JUDGMENT**
others similarly situated,   )
14   )
  )
15           Plaintiffs,   )
  )
16       v.   )
  )
17 PAYPAL, INC., a Delaware Corporation, and )
EBAY, INC., a Delaware Corporation   )
18   )
         Defendants.   )
19   )
  )

20
21
22
23
24
25
26
27
28

LA 51789241v1

THIS MATTER came before the Court for final approval of the proposed class settlement. The Court has considered all papers filed and proceedings in this matter and held a hearing on _____, 2015, at which time the parties and all other interested persons were afforded the opportunity to be heard in support of and in opposition to the proposed settlement. Based on the papers filed with the Court and presentations made to the Court at the hearing, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.      The definitions and provisions of the Settlement Agreement are hereby incorporated as though fully set forth herein. For purposes of this Order, capitalized terms shall have the meaning ascribed to them in the Settlement Agreement.

2.      This Court has jurisdiction over the subject matter of the Settlement Agreement with respect to all parties to the Settlement Agreement, including all members of the Settlement Class.

3.      The Court hereby approves the Settlement, including the settlement relief and the plan for distribution of settlement payments and finds that the Settlement is, in all respects, fair, reasonable and adequate to the Settlement Class Members, within the authority of the parties and the result of extensive arm's-length negotiations.

4.      The Settlement Class is comprised of the Injunctive Relief Class and the Claims Class. Pursuant to Federal Rule of Civil Procedure 23(c) and Rule 23(b)(2), the Court certifies, for settlement purposes only, the following Injunctive Relief Class:

All current and former users of PayPal in the United States who had an active PayPal account between April 19, 2006 and [the date of entry of the Preliminary Approval Order].

5.      Pursuant to Federal Rule of Civil Procedure 23(c) and Rule 23(b)(3), the Court certifies, for Settlement purposes only, the following Claims Class:

All current and former users of PayPal in the United States who: (1) had an active PayPal account between April 19, 2006 and [the date of entry of the Preliminary Approval Order]; and (2) had a hold or reserve placed on the account and/or the account was closed or suspended by PayPal. Excluded from the Claims Class are

-1-

1  judicial officers presiding over this action and the members of their immediate

2  families and judicial staff.

3       6.     The Court makes the following findings:

4       (a)     The members of the Settlement Class appear to be so numerous that joinder

5  of all members is impracticable;

6       (b)     There appear to be questions of law or fact common to the Settlement Class

7  for purposes of determining whether this Settlement should be approved;

8       (c)     The claims of Plaintiffs appear to be typical of the claims being resolved

9  through the Settlement;

10       (d)     Plaintiffs appear to be capable of fairly and adequately protecting the

11  interests of the Settlement Class Members in connection with the Settlement;

12       (e)     For purposes of determining whether the Settlement is fair, reasonable and

13  adequate, common questions of law and fact appear to predominate over questions affecting only

14  individual Settlement Class Members.  Accordingly, the Settlement Class appears to be sufficiently

15  cohesive to warrant settlement by representation; and

16       (f)     For purposes of settlement, certification of the Settlement Class appears to

17  be superior to other available methods for the fair and efficient settlement of the claims of the

18  Settlement Class Members.

19       7.     The Court appoints Jeffrey A. Leon of Quantum Legal LLC; Mark N. Todzo and

20  Howard Hirsch of Lexington Law Group; Steven R. Jaffe, Mark S. Fistos and Seth M. Lehrman of

21  Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.; and Jonathan Shub of Seeger Weiss

22  LLP, as counsel for the Settlement Class.  The Court finds that counsel is competent and capable of

23  exercising all responsibilities as Class Counsel.

24       8.     This Final Approval Order and Final Judgment does not constitute an expression by

25  the Court of any opinion, position or determination as to the merit or lack of merit of any of the

26  claims or defenses of Plaintiffs, the Settlement Class Members or Defendants.  Neither this Final

27  Approval Order and Final Judgment nor the Settlement Agreement is an admission or indication by

28

1  Defendants of the validity of any claims in this action or of any liability or wrongdoing or of any

2  violation of law.  This Final Approval Order and Final Judgment and the Settlement Agreement do

3  not constitute a concession and shall not be used as an admission or indication of any wrongdoing,

4  fault or omission by Defendants or any other person in connection with any transaction, event or

5  occurrence, and neither this Final Approval Order and Final Judgment nor the Settlement

6  Agreement nor any related documents in this proceeding nor any reports or accounts thereof shall

7  be offered or received in evidence in any civil, criminal or administrative action or proceeding,

8  other than such proceedings as may be necessary to consummate or enforce this Final Approval

9  Order and Final Judgment, the Settlement Agreement and all releases given thereunder, or to

10 establish the affirmative defenses of res judicata or collateral estoppel.

11      9.      This Court hereby dismisses this action with prejudice as to all Settlement Class

12 Members, consistent with the Released Claims identified in the Settlement Agreement.  [Exhibit A,

13 attached hereto, sets forth the names of those individuals who have timely and properly excluded

14 themselves from the Claims Class.]

15      10.     As of the date of entry of this Final Approval Order and Final Judgment, Plaintiffs

16 and each Settlement Class Member and each of their respective heirs, executors, administrators,

17 representatives, agents, attorneys, partners, successors, predecessors-in-interest and assigns, and all

18 persons acting for or on their behalf, will be deemed to have fully released and forever discharged

19 Defendants and each and all of their respective present, former and future direct and indirect parent

20 companies, affiliates, subsidiaries, agents, successors and predecessors-in-interest, and all of the

21 aforementioneds' prior, current and future respective officers, directors, employees, attorneys,

22 shareholders, agents, independent contractors, vendors and assigns (the "Released Parties") from

23 any and any and all rights, duties, obligations, claims, actions, causes of action or liabilities,

24 whether arising under local, state or federal law (including, without limitation, California's Unfair

25 Competition Law, Cal. Bus. & Prof. Code § 17200 et seq., California's Consumers Legal Remedies

26 Act, Cal. Civ. Code § 1750 et seq., the Electronic Fund Transfer Act, 15 U.S.C. § 1693 et seq. (the

27 "EFTA"), and 12 C.F.R. pt. 205 ("Regulation E")), whether by Constitution, statute, contract,

28

common law or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated and which has been or could be asserted in an individual, class, private attorney-general, representative, parens patriae or any other capacity: (a) that relate to the placing of holds or reserves or any other limitations on PayPal transactions or accounts, or the closing, suspending or limiting of PayPal accounts, including without limitation any disclosure or non-disclosure with respect thereto; (b) that relate to the payment or failure to pay interest on funds subject to a hold, reserve or limitation, including without limitation any disclosure or non-disclosure with respect thereto; (c) that relate to Defendants' obligations under the EFTA and/or Regulation E; or (d) that relate to Defendants' obligations under the <u>Comb</u> settlement. Notwithstanding the foregoing, "Released Claims" shall not include any claim for monetary relief, other than a claim for statutory damages under the EFTA and/or Regulation E, by an Injunctive Relief Class Member who is not also a Claims Class Member or who timely opts out of the Claims Class.

11. Without limiting the foregoing, the Released Claims specifically extend to claims that Settlement Class Members do not know or suspect to exist in their favor at the time that the Settlement, and the releases contained herein, becomes effective. This paragraph constitutes a waiver of any laws that would limit this release, including, without limitation, section 1542 of the California Civil Code, which provides:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE
> CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER
> FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN
> BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER
> SETTLEMENT WITH THE DEBTOR.

Plaintiffs understand and acknowledge, and each Settlement Class Member who is not excluded from the Settlement shall be deemed to understand and acknowledge, the significance of these waivers of California Civil Code section 1542 and/or of any other applicable law relating to limitations on releases. In connection with such waivers and relinquishment, Plaintiffs

-4-

acknowledge, and all Settlement Class Members who are not excluded from the Settlement shall be deemed to acknowledge, that they are aware that they may hereafter discover facts in addition to, or different from, those facts which they now know or believe to be true with respect to the subject matter of the Settlement, but that it is their intention to release fully, finally and forever all Released Claims, and in furtherance of such intention, the release of the Released Claims will be and remain in effect notwithstanding the discovery or existence of any such additional or different facts.

12. In aid to this Court's jurisdiction to implement and enforce the Settlement, Plaintiffs and all Settlement Class Members and all persons purporting to act on behalf of Settlement Class Members are enjoined, directly, on a representative basis or in any other capacity, from asserting, commencing, prosecuting or continuing any of the Released Claims against Defendants or any of the other Released Parties in any action, arbitration or proceeding in any court, arbitral forum or tribunal.

13. The Court finds that the program of Class Notice set forth in the Settlement Agreement and preliminarily approved by the Court was the best practicable notice under the circumstances. The Class Notice provided due and adequate notice of these proceedings and of the matters set forth therein, including the Settlement Agreement, to all parties entitled to such notice and satisfied the requirements of Federal Rule of Civil Procedure 23 and the requirements of constitutional due process.

14. Without affecting the finality of this Final Approval Order and Final Judgment in any way, the Court retains continuing jurisdiction over: (a) implementation of the Settlement Agreement and distribution of the settlement payments contemplated by the Settlement Agreement, until all acts agreed to be performed pursuant to the Settlement Agreement have been performed; and (b) all parties to this action and Settlement Class Members for the purpose of enforcing and administering the Settlement Agreement.

15. In the event that the Settlement Agreement does not become effective in accordance with its terms, then this Final Approval Order and Final Judgment shall be vacated, the Settlement

Class shall be decertified (without affecting Plaintiffs' right subsequently to seek certification or Defendants' right to challenge certification) and the Settlement Agreement and all orders entered in connection therewith shall become null and void and of no further force and effect.

**IT IS SO ORDERED.**

Dated: _____

_____

The Honorable Saundra B. Armstrong
United States District Judge

LA 51789241v1

# Exhibit H – Current User Agreement



View all legal agreements

PayPal User Agreement

Last Update: July 22, 2014

Print   Download PDF

This Agreement contains sixteen sections. You may jump directly to any section by selecting the appropriate link below. The headings and subheadings below are for reference only and do not limit the scope of each section. Some capitalized terms have specific definitions in Section 16 (Definitions). Underlined words in this Agreement and on our website hyperlink to relevant information.

Jump to section:

**Electronic Communications Delivery Policy**
**1. Our Relationship with You.**
**2. Accounts.**
**3. Sending Money.**
**4. Receiving Money.**
**5. Account Balances.**
**6. Withdrawing Money.**
**7. Closing Your Account.**
**8. Fees and Currency Conversion.**
**9. Restricted Activities.**
**10. Your Liability - Actions We May Take.**
**11. Protection for Sellers.**
**12. Resolution Procedures for Unauthorized Transactions and Other Errors.**
**13. Protection for Buyers.**
**14. Disputes with PayPal.**
**15. General Provisions.**
**16. Definitions.**

This User Agreement ("Agreement") is a contract between you and PayPal and applies to your use of the PayPal Services. You must read, agree with and accept all of the terms and conditions contained in this Agreement. In addition, you must read, agree with and accept any applicable agreements on the **Legal Agreements** page.

We may amend this Agreement at any time by posting a revised version on our website. The revised version will be effective at the time we post it. In addition, if the revised version includes a Substantial Change, we will provide you with 30 Days' prior notice of any Substantial Change by posting notice on the **Policy Updates** page of our website.

This is an important document which you must consider carefully when choosing whether to use the PayPal Services. Please be advised: This Agreement contains provisions that govern how claims you and we have against each other are resolved (see Section 14 "Disputes with PayPal" below). It also contains an Agreement to Arbitrate, which will, with limited exception, require you to submit claims you have against us to binding and final arbitration, unless you opt out of the Agreement to Arbitrate (see Section 14.3 "Agreement to Arbitrate") by the later of December 2, 2012 or 30 Days after the date you accept the User Agreement for the first time. Unless you opt out: (1) you will only be permitted to pursue claims against PayPal on an individual basis, not as a plaintiff or class member in any class or representative action or proceeding, and (2) you will only be permitted to seek relief (including monetary, injunctive, and declaratory relief) on an individual basis.

Please note the following risks of using the PayPal Services, which are set forth in more detail in the relevant sections of this Agreement:

Payments received in your Account may be reversed at a later time, for example, if such a payment is subject to a Chargeback, Reversal, Claim or is otherwise invalidated. This means that for some of our Sellers, payments received into their Account may be returned to the sender or otherwise removed from their Account after they have been paid and/or delivered any goods or services sold.

# Exhibit H – Current User Agreement

If you are a Seller, you can help protect yourself from the risk of a payment being reversed from your Account by following the criteria set out in the Protection for Sellers section and by following the other guidance provided in the **Security and Protection** page accessible via every page of the PayPal website.

We may close, suspend, or limit your access to your Account or the PayPal Services, and/or limit access to your Balance for up to 180 Days (or longer if pursuant to a court order or other legal process) if you violate this Agreement, the **PayPal Acceptable Use Policy**, any other agreement you enter into with PayPal, or as otherwise specified in this Agreement or other agreement you have entered into with PayPal. We may also use proprietary fraud and risk modeling when assessing the risk associated with your Account. If you wish to open a Dispute through PayPal's Online Resolution Center, you must do so within 45 Days of making your payment or initiating your transaction in the case of Pay After Delivery.

### Electronic Communications Delivery Policy

This policy describes how PayPal communicates with you electronically, provides additional detail about the Communications we provide you, and sets out the hardware and software you need to receive these Communications.

#### Electronic delivery of communications

- You agree and consent to receive electronically all communications, agreements, documents, notices and disclosures (collectively, "Communications") that we provide in connection with your PayPal account ("Account") and your use of our services. Communications include, but are not limited to:
- agreements and policies you agree to (e.g., the PayPal User Agreement and the PayPal Privacy Policy), including updates to these agreements or policies;
- annual disclosures, including prospectuses and reports for PayPal Funds;
- transaction receipts or confirmations;
- Account statements and history;
- federal and state tax statements we are required to make available to you; and
- information related to any other Account, PayPal Funds account, or transaction

We will provide these Communications to you by posting them on the PayPal website and/or emailing them to you at the primary email address listed in your PayPal Account Profile.

#### Hardware and software requirements

In order to access and retain electronic Communications, you will need the following computer hardware and software:

- a computer with an internet connection;
- a current web browser that includes 128-bit encryption (e.g. Internet Explorer version 6.0 and above, Firefox version 2.0 and above, Chrome version 3.0 and above, or Safari 3.0 and above) with cookies enabled;
- Adobe Acrobat Reader version 8.0 and above to open documents in .pdf format;
- a valid email address (your primary email address on file with PayPal); and
- sufficient storage space to save past Communications or an installed printer to print them.

We will notify you if there are any material changes to the hardware or software needed to receive electronic Communications from PayPal. By giving your consent you are confirming that you have access to the necessary equipment and are able to receive, open, and print or download a copy of any Communications for your records. You may print or save a copy of these Communications for your records as they may not be accessible online at a later date.

#### How to withdraw your consent

You may withdraw your consent to receive Communications electronically by writing to us at "Attn: Electronic Communications Delivery Policy, P.O. Box 45950, Omaha, NE 68145-0950" or by contacting us via the "Contact Us" link at the bottom of each page of the PayPal website. If you fail to provide or if you withdraw your consent to receive Communications electronically, PayPal reserves the right to either deny your application for an Account, restrict or deactivate your Account, close your Account and any sub-account (such as a Student Account), or charge you additional fees for paper copies.

After you consent to receive Communications electronically, you may withdraw your consent to receive IRS Form 1099-K electronically by contacting us as described above. You will continue to receive all your other Communications electronically, but we will send your Form 1099-K to you by U.S. mail.

# Exhibit H -- Current User Agreement

**Requesting paper copies of electronic Communications**

If, after you consent to receive Communications electronically, you would like a paper copy of a Communication we previously sent you, you may request a copy within 180 days after the date we provided the Communication to you by contacting us as described above. We will send your paper copy to you by U.S. mail. In order for us to send you paper copies, you must have a current street address on file as your 'Home' address in your PayPal Account Profile. If you request paper copies, you understand and agree that PayPal may charge you a Records Request Fee for each Communication. The Records Request Fee will not be charged if you request a Form 1099-K in paper form, or all other Communications, the Records Request Fee is set out in Section 8 of the User Agreement.

**Updating your contact information**

It is your responsibility to keep your primary email address up to date so that PayPal can communicate with you electronically. You understand and agree that if PayPal sends you an electronic Communication but you do not receive it because your primary email address on file is incorrect, out of date, blocked by your service provider, or you are otherwise unable to receive electronic Communications, PayPal will be deemed to have provided the Communication to you.

Please note that if you use a spam filter that blocks or re-routes emails from senders not listed in your email address book, you must add PayPal to your email address book so that you will be able to receive the Communications we send to you.

You can update your primary email address or street address at any time by logging into the PayPal website. If your email address becomes invalid such that electronic Communications sent to you by PayPal are returned, PayPal may deem your Account to be inactive, and you will not be able to transact any activity using your PayPal Account until we receive a valid, working primary email address from you.

**Back to top**

1. Our Relationship with You.

    1.1 **PayPal is Only a Payment Service Provider.** PayPal helps you make payments to and accept payments from third parties. PayPal is an independent contractor for all purposes, and is not your agent or trustee. PayPal does not have control of, or liability for, the products or services that are paid for with the PayPal Services. We do not guarantee the identity of any User or ensure that a buyer or a Seller will complete a transaction.

    1.2 **Your Privacy.** Protecting your privacy is very important to PayPal. Please review our **Privacy Policy** in order to better understand our commitment to maintaining your privacy, as well as our use and disclosure of your information.

    1.3 **Privacy of Others; Marketing.** If you receive information about another User through the PayPal Services, you must keep the information confidential and only use it in connection with the PayPal Services. You may not disclose or distribute a User's information to a third party or use the information for marketing purposes unless you receive the User's express consent to do so.

    You may not send unsolicited email to a User or use the PayPal Services to collect payments for sending, or assisting in sending, unsolicited email to third parties.

    1.4 **Intellectual Property.** "PayPal.com", "PayPal", and all logos related to the PayPal Services are either trademarks or registered trademarks of PayPal or PayPal's licensors. You may not copy, imitate or use them without PayPal's prior written consent. In addition, all page headers, custom graphics, button icons, and scripts are service marks, trademarks, and/or trade dress of PayPal. You may not copy, imitate, or use them without our prior written consent. You may use HTML logos provided by PayPal through our Merchant services, auction tools features or affiliate programs without prior written consent for the purpose of directing web traffic to the PayPal Services. You may not alter, modify or change these HTML logos in any way, use them in a manner that is disparaging to PayPal or the PayPal Services or display them in any manner that implies PayPal's sponsorship or endorsement. All right, title and interest in and to the PayPal website, any content thereon, the PayPal Services, the technology related to the PayPal Services, and any and all technology and any content created or derived from any of the foregoing is the exclusive property of PayPal and its licensors.

    1.5 **Assignment.** You may not transfer or assign any rights or obligations you have under this Agreement without PayPal's prior written consent. PayPal reserves the right to transfer or assign this Agreement or any right or obligation under this Agreement at any time.

    1.6 **Password Security and Keeping Your Email and Address Current.** You are responsible for maintaining adequate security and control of any and all IDs, passwords, personal identification numbers (PINs), or any other codes that you use to access the PayPal Services. If you use a PayPal Payment Card, you should also carefully safeguard this card. You are responsible for keeping your mailing address and email address up to date in your Account Profile.

# Exhibit H – Current User Agreement

**1.7 Notices to You.** You agree that PayPal may provide you Communications about your Account and the PayPal Services electronically as described in our **Electronic Communications Delivery Policy**. Any electronic Communications will be considered to be received by you within 24 hours after the time we post it to our website or email it to you. Any Communications sent to you by postal mail will be considered to be received by you 3 Business Days after we send it.

**1.8 Notices to PayPal.** Except as otherwise stated above in the Electronic Communications Delivery Policy, and below in Section 12 (Resolution Procedures for Unauthorized Transactions and Other Errors) and Section 14 (Disputes with PayPal), notice to PayPal must be sent by postal mail to: PayPal, Inc., Attention: Legal Department, 2211 North First Street, San Jose, California 95131.

**1.9 Account Statement.** You have the right to receive an Account statement. You may view your Account statement by logging into your Account.

**1.10 Calls to You; Mobile Telephone Numbers.** By providing PayPal a telephone number (including a mobile telephone number), you agree to receive autodialed and prerecorded message calls at that number. The ways in which you provide us a telephone number include, but are not limited to, providing a telephone number at Account opening, adding a telephone number to your Account at a later time, providing it to one of our employees, or by contacting us from that phone number. If a telephone number provided to us is a mobile telephone number, you consent to receive SMS or text messages at that number. We won't share your phone number with non-affiliated third parties for their purposes without your consent, but may share your phone numbers with our Family of Companies or with our service providers, such as billing or collections companies, who may contact you using autodialed or prerecorded message calls or text messages. Standard telephone minute and text charges may apply if we contact you.

**1.11 Recording Calls.** You understand and agree that PayPal may, without further notice or warning and in our discretion, monitor or record telephone conversations you or anyone acting on your behalf has with PayPal or its agents for quality control and training purposes or for its own protection. You acknowledge and understand that, while your communications with PayPal may be overheard, monitored, or recorded without further notice or warning, not all telephone lines or calls may be recorded by PayPal, and PayPal does not guarantee that recordings of any particular telephone calls will be retained or retrievable.

**Back to top**

## 2 Accounts.

**2.1 Eligibility.** To be eligible to use the PayPal Services, you must be at least 18 years old and a resident of the United States or one of the countries listed on the **PayPal WorldWide** page. This Agreement applies only to those who are residents of the United States. If you are a resident of another country, you may access the agreement that applies to you from our website in your country.

**2.2 Personal, Premier and Business Accounts; Types of Transactions.** We offer three different types of Accounts: Personal, Premier and Business Accounts. By opening a Premier or Business Account and accepting the terms as outlined in this Agreement, you attest that you are not establishing the Account primarily for personal, family, or household purposes.

You may send money from, and receive money into, your Account, as described in more detail in Section 3 (Sending Money) and Section 4 (Receiving Money). You may also add money to your Balance using an available Payment Method, as described in more detail in Section 3, and withdraw money from your Balance, as described in more detail in Section 6 (Withdrawing Money).

**2.3 Identity Authentication.** You authorize PayPal, directly or through third parties, to make any inquiries we consider necessary to validate your identity. This may include asking you for further information, requiring you to provide your date of birth, a taxpayer identification number and other information that will allow us to reasonably identify you, requiring you to take steps to confirm ownership of your email address or financial instruments, ordering a credit report, or verifying your information against third party databases or through other sources. We may also ask to see your driver's license or other identifying documents at any time. If you use certain PayPal Services, federal law requires that PayPal verify some of your information. PayPal reserves the right to close, suspend, or limit access to your Account and/or the PayPal Services in the event we are unable to obtain or verify this information.

**2.4 Credit Report Authorization.** If you open a Premier or Business Account, you are providing PayPal with written instructions and authorization in accordance with the Fair Credit Reporting Act to obtain your personal and/or business credit report from a credit bureau. You are also authorizing PayPal to obtain your personal and/or business credit report: (a) when you upgrade your Personal Account to a Premier or Business Account, (b) when you request certain new products, such as the PayPal Debit Card, or (c) at any time PayPal reasonably believes there may be an increased level of risk associated with your Premier or Business Account.

**2.5 Third Party Permissions.** If you grant express permission to a third party to take specific actions on your behalf, or access particular information about your Account, either through your use of the third party's product or service or through your Account Profile, you acknowledge that PayPal may disclose the information about your Account that is specifically authorized by you to this third party. You also acknowledge that granting permission to a third party to take specific actions on your behalf does not relieve you of any of your responsibilities under this Agreement. Further, you acknowledge and agree that you will not hold PayPal responsible for, and will indemnify PayPal from, any liability arising from the actions or inactions of this third party in connection with the permissions you grant. You may change or remove these permissions at any time by changing your settings in your Account Profile.

# Exhibit H – Current User Agreement

**Back to top**

3 Sending Money.

3.1 **Sending Limits.** We may, at our discretion, impose limits on the amount of money you can send through the PayPal Services, including money you send for purchases. You can view your sending limit, if any, by logging into your Account and clicking on the View Limits link on the Account Overview page. If you have a Verified Account, we may increase your sending limits.

3.2 **Default Payment Methods.** When you make a payment, if you have not selected a Preferred Payment Method, PayPal will fund your transaction in this order:

a. Balance
b. Instant Transfer from your bank account
c. PayPal Credit
d. PayPal Cards
e. Debit card
f. Credit card
g. eCheck

Note: If you do not want to use your Balance, you can withdraw it before making a payment.

3.3 **Preferred Payment Method.** You may select a Preferred Payment Method each time you make a payment, except when making a Preapproved Payment, a No Log-In Payment, or an In-Store Checkout payment. Certain funding sources may not be available for certain products, if there are funding source limitations, these will be disclosed to you as part of your transaction flow for the specific product in question. For a Preapproved Payment or, in most instances, a No Log-In Payment, you can select a Preferred Payment Method when you provide your initial authorization for the payment and/or through the My Preapproved Payments section of your Account Profile (it may be called "Backup Payment Method"). For In-Store Checkout payments, you may change your Preferred Payment Method in your Account Profile prior to initiating your transaction.

If you select a Preferred Payment Method but have available Balance in your Account, your Balance will be used to fund your payment first. If you set PayPal Credit, PayPal Cards or eCheck as your Preferred Payment Method in your Account Profile, it will be used to fund your PayPal payments first, even if you have a Balance.

3.4 **Payment Method Limitations.** In order to manage risk, PayPal may limit the Payment Methods available for a transaction. In addition, Payment Methods may be limited if you make a PayPal payment through certain third party websites or applications. For PayPal Business Payments, you are limited to funding your PayPal payment with either (a) (with) your Balance or by eCheck. In all such cases, you may choose to continue with the transaction with the understanding that you may have fewer avenues available for dispute resolution should the transaction turn out to be unsatisfactory.

3.5 **Bank Transfers.** When you use your bank account as your Payment Method for any transaction or to initiate an Add Funds transaction, you are requesting an electronic transfer from your bank account. For these transactions, PayPal will make electronic transfers via ACH from your bank account in the amount you specify. You agree that such requests constitute your authorization to PayPal to make the transfers. Once you have provided your authorization for the transfer, you will not be able to cancel the electronic transfer. For Pay After Delivery transactions please see Section 3.15. You give PayPal the right to resubmit any ACH debit you authorized that is returned for insufficient or uncollected funds.

3.6 **Refused and Refunded Transactions.** When you send money, the recipient is not required to accept it. You agree that you will not hold PayPal liable for any damages resulting from a recipient's decision not to accept a payment made through the PayPal Services. Any unclaimed, refunded or denied payment will be returned to your Balance or to the original Payment Method. We will return any unclaimed payment to you within 30 Days of the date you initiated payment.

3.7 **Merchant Processing Delay.** When you send a payment to certain Merchants, you are providing an Authorization to the Merchant to process your payment and complete the transaction. The payment will be held as pending until the Merchant processes your payment. Some Merchants may delay processing your payment. In such an instance, your Authorization will remain valid for up to 30 Days. If your payment requires a currency conversion, the exchange rate, which will include the Currency Conversion spread described in Section 8 (if any), will be determined at the time the Merchant processes your payment and completes the transaction.

3.8 **Preapproved Payments.** A Preapproved Payment, including an In-Store Checkout payment, is a payment on which you authorize a Merchant to directly charge your Account on a one-time, regular or sporadic basis. Preapproved Payments are sometimes called "subscriptions", "recurring payments", "preauthorized transfers" or "automatic payments". Within 2 Business Days of any Preapproved Payment made from your Account, you will receive a confirmation of this transaction by email. The following applies to any Preapproved Payments you make.

# Exhibit H – Current User Agreement

a.  **Notice for Certain Preapproved Payments.** If a Preapproved Payment will vary in amount and is made using an Instant Transfer, eCheck, debit card Payment Method or your Balance, you have the right to advance notice of the amount and date of the transfer from the Merchant at least 10 Days before the transfer is made. If the Merchant provides the option, you may choose to receive this advance notice only when the amount of your Preapproved Payment will fall outside a range established between you and the Merchant. This notice is designed to protect you from having insufficient funds in your bank account to cover the Preapproved Payment.

b.  **Stopping a Preapproved Payment.** You may stop a Preapproved Payment at any time up to 3 Business Days before the date of the next scheduled payment by notifying PayPal and/or the Merchant. To stop a Preapproved Payment by notifying PayPal, you must access the My Preapproved Payments section of your Account Profile and follow the links to stop the payment. You may also stop a Preapproved Payment by calling PayPal at (402) 935-2050Q). Please keep in mind that Preapproved Payments are sometimes referred to as "subscriptions", "recurring payments", "preauthorized transfers", or "automatic payments". Once you contact PayPal to stop a Preapproved Payment, all future Preapproved Payments under your agreement with the Merchant will be stopped. If you stop a Preapproved Payment you may still be liable to the Merchant for the payment or other penalties under the terms of your agreement with the Merchant and you may be required to pay the Merchant through alternative means. We will be liable for your losses or damages directly caused by our failure to stop any Preapproved Payment if you have followed the instructions in this section to notify us.

c.  **Preapproved Payments for In-Store Checkout.** For In-Store Checkout transactions, if we are not able to get an authorization from the Preferred Payment Method you have set with us but we allow you to proceed with the transaction and pay the Merchant, you authorize us to debit your PayPal Account or any of the Payment Methods linked to your PayPal Account to fund your transaction or recover any amounts we paid the Merchant on your behalf. We will only recover up to the amount of the In-Store Checkout transaction you authorized and we paid. You may cancel the authorization for In-Store Checkout in your Account Profile, but you will still be able to pay in stores using Mobile In-Store Payments.

### 3.9 Accuracy of Information.

You are responsible for confirming the accuracy of the information you provide about each payment you send, including the email address or telephone number of the recipient and the amount of the transaction.

**3.10 PayPal Mobile.** PayPal Mobile allows you to access certain PayPal Services through your mobile phone. PayPal Mobile is not available in all countries. If you use PayPal Mobile, you are responsible for any fees that your phone service provider charges, such as fees for SMS, data services, and any other fees that your phone service provider may charge. Your phone service provider is not the provider of the PayPal Services.

**3.11 PayPal Mobile Check Capture.** The PayPal Mobile Check Capture service is no longer available as of June 15, 2014. The following terms apply to check images you have submitted prior to that date.

By using PayPal Mobile Check Capture, you authorize the Check Processor to clear and process Check images transmitted by you to your Account to fund payments. You agree that you will only transmit images of Checks to the Check Processor.

A "Check" includes:

- Personal and business checks.
- U.S. Treasury checks

You will not transmit any Check image that:

- is payable to any person or entity other than you;
- is prohibited by, or received in violation of, any law, rule or regulation;
- you know or suspect (or should know or suspect) is fraudulent or otherwise not authorized by the owner of the bank account on which the check is drawn;
- has been previously cashed or deposited;
- is postdated or more than 6 months old;
- is payable to cash;
- is a U.S. Savings Bond, money order, cashier's check, or travelers check;
- is irregular in any way (such as bearing different numerical and written amounts or a nonexistent date);
- does not bear a signature of the person on whose account the check is drawn; or
- is drawn on a financial institution that is located outside of the United States.

You agree to sign the back of your check prior to submitting it and that each image you submit will be an accurate representation of the front and the back of the Check. Once transmitted a Check is an "item" within the meaning of Article 4 of the Uniform Commercial Code.

You will not create or transmit duplicate images of any Check you submit through PayPal Mobile Check Capture nor deposit or transfer the original of any Check unless the Check Processor informs you that the images you submitted of the original Check cannot be processed.

You agree to retain and safeguard the original Check for at least 15 Days after you have photographed and transmitted the Check images. After 15 Days have passed and you have verified that the funds associated with the Check have been added to your Balance, you agree to destroy the original Check.

# Exhibit H – Current User Agreement

The Check Processor will transfer the funds related to any Check image you submit to you no more than 7 Business Days from the date you submit the images, unless the Check or its image does not comply with the requirements above, or is returned unpaid by the bank that it is drawn against. If funds have been added to your Account using PayPal Mobile Check Capture and the Check is subsequently returned unpaid for any reason, the Check Processor will remove those funds from your Account. PayPal and the Check Processor have the right to refuse any Mobile Check Capture transaction submitted by you. You may not submit Check images through PayPal Mobile Check Capture with a total value greater than $1000 in any Day, nor $3000 in any month. PayPal and the Check Processor may limit the amount and number of Check images that you may submit at PayPal and the Check Processor's discretion.

If your Account is restricted after you submit an image to the Check Processor, you will not be able to use those funds until you resolve the restriction on your Account.

**3.12 Debit Card Processing.** PayPal will process your debit card funded transactions through either the ATM debit network or the Visa/MasterCard network. If we process your debit card through an ATM debit network, we may provide you with the opportunity to switch to a Visa or MasterCard network by clicking the 'Funding Sources' link on the payment review page. If you use your PayPal Debit Card for a payment that is not in U.S. Dollars, your transaction will be funded with your U.S. Dollar balance, even if you have a Balance in another currency. Any required currency conversion will be performed by Visa, MasterCard, or a similar third party and may be subject to a fee by that third party.

**3.13 Credit Card Information.** If your credit card account number changes or your credit card expiration date changes, we may acquire that information from our financial services partner and update your Account.

**3.14 Digital Goods Micropayment Purchases.** If you purchase Digital Goods from certain Merchants using PayPal, we may offer you the option to pay for those goods at a later date, at no additional cost to you ("Post Payment Option"). We may offer you this option at our discretion, which we may revoke at any time. The Post Payment Option is only enabled if you have no Balance in your Account. The amounts you pay using the Post Payment Option will be deducted from your Account no more than 21 Days following your initial purchase, or when your Digital Goods purchases using the Post Payment Option reach a certain amount that is no more than $25.00 USD whichever is earlier. This date and amount will be stated in your transaction details shown under your History or the My Account tab of your Account. If you use the Post Payment Option but subsequently change your settings through your Account Profile to pay for these purchases at the time you make them, you will not be able to switch back to the Post Payment Option for a period of 6 months.

**3.15 Pay After Delivery ("PAD").** The Pay After Delivery payment option allows qualifying buyers to purchase eligible items and wait up to 14 days to pay for them. The PAD payment option is only available for eligible purchases under $10,000.00 and is not available to all buyers. In order to use PAD, qualifying buyers must have a valid checking or other qualifying account as a bank which is linked to their PayPal Account and identified as their primary bank account from which funding transfers may be withdrawn. If there is no valid linked bank account from PAD will not be available, even if the qualifying buyer has used PAD before. Where a buyer and item purchased are eligible for PAD, which shall be determined in PayPal's sole discretion, buyer may choose the PAD payment option at the time of purchase. Although PayPal will not impose a fee for a buyer's use of PAD, it is possible a third party, such as the financial institution holding the primary bank account, may impose a fee in connection with the payment or purchase, in addition to the amount of the transaction.

If buyer selects PAD as the payment method:

a. The entire transaction amount will be funded from the buyer's primary bank account linked to buyer's PayPal Account, even if the buyer has a balance in their PayPal Account, except where there are insufficient available funds in the primary bank account. Buyer authorizes PayPal to submit the debit to buyer's primary bank account for the amount of the transaction, and resubmit it again if the initial debit is rejected or insufficient. In the event there are insufficient available funds in buyer's primary bank account, buyer authorizes PayPal to fund the remaining amount of the transaction from any of the following sources: PayPal Balance, credit card, or debit card. For each payment using PAD, buyer authorizes PayPal to debit the primary bank account for the full amount of the payment 14 Days after the transaction date, or sooner in accordance with buyer's instructions. PayPal will send buyer by email a reminder before the scheduled debit

b. Where buyer has qualified for and initiated a PAD transaction, PAD will be identified as buyer's Preferred Payment Method for future eligible transactions, however, buyer may change their Preferred Payment Method at any time for future transactions. Buyer will still need to select the PAD payment option for each qualifying payment at the time of the transaction. Buyer may select a different Payment Method for future transactions and change their Payment Method at the time the buyer makes the payment.

c. Buyer's PayPal Purchase Protection rights described in Section 13 of the User Agreement will apply to a purchase using a PAD payment option, except a buyer using PAD must file a dispute within 45 Days from the date of the purchase. If buyer has a problem with their purchase buyer must follow the procedures described in Section 13 of the PayPal User Agreement. If buyer files a dispute within 14 Days of making the purchase with PAD, PayPal will debit the primary bank account after the resolution process is complete and only if buyer loses. Buyer authorizes PayPal to debit their primary bank account for the full amount of the payment if buyer loses a PayPal Purchase Protection claim.

PayPal has the right, at any time and in its sole discretion, to terminate, cancel, suspend or modify the PAD payment option, qualifications or eligibility for PAD, or any buyer's ability to use PAD.

**3.16 In-Store Checkout**

a. **General.** In-Store Checkout allows you to make payments using your PayPal Account in a Merchant's physical store if the Merchant accepts PayPal In-Store Checkout payments are made using your mobile phone number, a PayPal payment card (the '**PayPal Payment Card**'), or Mobile In-Store Payments. You must confirm your mobile phone number with PayPal by registering it with PayPal, setting a PIN, and receiving a confirmation from us via SMS. You request a PayPal Payment Card when you sign up for In-Store Checkout at **www.PayPal.com/anywhere**. If you do not receive your PayPal Payment Card within 14 Days after requesting it, or if your card is lost or stolen, you must follow the procedures set forth in Section 12 to report the lost or stolen card.

# Exhibit H – Current User Agreement

b. **Wish Lists.** If you sign up for In-Store Checkout, you will be able to create wish lists of goods or services within your PayPal Account that you would like to store for future purchasing decisions ("**Wish Lists**"). You can create a Wish List by adding a product or service directly to your Wish List by logging into your PayPal Account, or through PayPal Shopping searches. The results of any search on PayPal Shopping will be generated by third party service providers of PayPal. These search results can be saved into your Wish List. PayPal has no liability for the search results generated by its third party service providers, the information contained in those results, or the failure of any Merchant to honor the price or terms included in the search results.

c. **Social Sharing of Offers.** If you have an Offer in your PayPal Account, you can share it with your online community of friends and family via social sharing sites with whom we integrate. If you share any Offers, you may be required to first consent to certain information being shared by us with the social sharing site. Any data received by PayPal from these social sharing sites will be subject to our **Privacy Policy**. In addition to complying with the other requirements of Section 9.1 below, you agree that you will not post any content that is obscene or offensive from your PayPal Account or in connection with the Offer you are sharing.

d. **Loyalty Cards.** In-Store Checkout allows you to store your Merchant loyalty card numbers or bar codes, where applicable, in your PayPal Account for certain Merchants. When you store your loyalty card numbers or bar codes in your PayPal Account, you will earn any rewards , subject to the Merchant's loyalty card terms and conditions, at the time you make your payment to the Merchant by presenting the stored loyalty card number or bar code to the Merchant at the point of sale. It is your responsibility to make sure that you have entered in your loyalty card information correctly and that you update it as necessary. It is also your responsibility to ensure that you are receiving the rewards to which you are entitled. PayPal is not responsible for managing your loyalty card account by offering this service and any questions about your loyalty card or associated rewards program should be directed to the Merchant that offers the card

**3.17 Special Offers.** You may receive promotional offers from PayPal, such as coupons, Merchant Specific Promotional Balances and other deals (together, "Offers") that can be applied to purchases you make at participating stores and websites using your PayPal Account.

a. **Offer Redemption.** To redeem an Offer, you must first save it to your PayPal Account. Some Offers are saved automatically. The Offer applies to your next eligible purchase made through your PayPal Account at the offering Merchant, unless you mark the Offer for later use. Some Offers may apply solely to In-Store Checkout transactions, while others may be used solely for online transactions – check Offer terms for details. The Offer is valid from 12:01 AM EST on the Offer's start date through 11:59 EST on the Offer's expiration date. Merchant Specific Promotional Balances are applied to post-sales tax amounts.

b. **Terms.** Offers may be subject to additional terms provided with the Offer. The Merchant and/or PayPal set the Offer terms, which may be viewed when you receive the Offer or in your PayPal Account if the Offer is saved there.

c. **Refunds.** Offer terms apply to refunds for items purchased using the Offer. The refunded amount may go back to the Offer, your Payment Method for the transaction, your PayPal Balance or a combination of the above. If you redeem a Merchant Specific Promotional Balance, the following refund terms apply. If you seek a full refund for a purchase that applied the Offer, you will receive the full refund amount minus the Offer value. If a partial refund is provided, you will receive the partial refund amount minus the Offer value. Offers are still subject to their expiration dates. Refunds are also subject to the merchant's refund policy.

d. **Limits of Liability and Exclusions.** PayPal has no liability if you fail to use any Offers prior to expiration or if PayPal does not remind you of pending Offers or their expiration dates. PayPal is not responsible for Offer terms set by a Merchant or for the compliance of those terms with any applicable laws.

## 3.18 Initial Transaction Covered by PayPal

a. If PayPal has covered your first transaction when you set up your PayPal Account this section applies to you.

b. Having your initial transaction covered by PayPal is a one-time feature to allow eligible new customers additional time to add a Payment Method and pay for your transaction. Eligibility is determined by PayPal in our sole discretion. If you are an eligible new customer, we will pay the Merchant on your behalf. You agree that you may have up to 30 Days to pay for your transaction by logging into your PayPal Account and adding a Payment Method to pay for your transaction.

c. You authorize PayPal to charge the first Payment Method that you add after your initial transaction to pay for this transaction.

d. If the first Payment Method that you add to your PayPal Account is not available or is rejected, you authorize us to use any of the eligible Payment Methods linked to your PayPal Account to recover this amount. We will only recover up to the amount of the transaction you authorized. If you do not pay this amount back after 60 Days we may take action to collect the amount due from you to the full extent permitted by law, and we may restrict further use of your PayPal Account.

e. If we covered a purchase for you at the time you opened your PayPal Account, we will not cover any later purchase.

f. PayPal has the right, subject to applicable law, to terminate, cancel, suspend or modify this section at any time, but any modification will not affect purchases previously covered.

## 3.19 Other Disclosures Regarding Credit

The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

As required by California law, a married applicant may apply separately for credit.

**Back to top**

4. Receiving Money.

**4.1 Receiving Personal Payments.** If you are selling goods or services, you may not ask the buyer to send you a Personal Payment for the purchase. If you do so, PayPal may remove your ability to accept Personal Payments.

**4.2 Use of PayPal on eBay.** Sellers who offer PayPal as a payment method in their eBay listings must follow these requirements:

# Exhibit H – Current User Agreement

a. Accept PayPal if the eBay listing includes PayPal as a payment method

b. Accept all PayPal Payment Methods from a buyer, including but not limited to eCheck and credit cards.

c. Accept international PayPal transactions if the eBay listing offers shipping outside the U.S.

d. Sellers may not charge a surcharge for accepting PayPal as a payment method

**4.3 Payment Review.** Payment Review is a process by which PayPal reviews certain potentially high-risk transactions. If a payment is subject to Payment Review, PayPal will place a hold on the payment and provide notice to the Seller to delay shipping of the item. PayPal will conduct a review and either clear or cancel the payment. If the payment is cleared, PayPal will provide notice to the Seller to ship the item. Otherwise, PayPal will cancel the payment and the funds will be returned to the buyer. All payments that clear Payment Review will be eligible for PayPal Seller protection coverage if they meet the PayPal Seller protection requirements. PayPal will provide notices to you by email and in the History bubble of your Account

**4.4 Risk of Reversals, Chargebacks and Claims.** When you receive a payment, you are liable to PayPal for the full amount of the payment sent to you plus any Fees if the payment is later invalidated for any reason. This means that, in addition to any other liability, you will be responsible for the amount of the payment sent by the sender, plus the applicable Fees listed in Section 8 if even of this Agreement if you lose a Claim or a Chargeback or if there is a Reversal of the payment. You agree to allow PayPal to recover any amounts due to PayPal by debiting your Balance. If there are insufficient funds in your Balance to cover your liability, you agree to reimburse PayPal through other means. If a sender of a payment files a Chargeback, the credit card issuer, not PayPal, will determine who wins the Chargeback.

**4.5 Refund and Reversal Currencies.** All refunds and reversals will be made in the same currency as the original transaction. If your transaction must be refunded or reversed and you do not have the correct currency available in your Balance, a currency conversion will be performed.

**4.6 No Surcharges.** You agree that you will not impose a surcharge or any other fee for accepting PayPal as a payment method. You may charge a handling fee in connection with the sale of goods or services as long as the handling fee does not operate as a surcharge and is not higher than the handling fee you charge for non-PayPal transactions

**4.7 Taxes.** It is your responsibility to determine what, if any, taxes apply to the payments you make or receive, and it is your responsibility to collect, report and remit the correct tax to the appropriate tax authority. PayPal is not responsible for determining whether taxes apply to your transaction, or for collecting, reporting or remitting any taxes arising from any transaction. You acknowledge that PayPal will report to the Internal Revenue Service the total amount of payments for goods and services you receive each calendar year into all the Accounts you own if you receive into these Accounts (i) more than $20,000 in payments for goods or services and (ii) receive more than 200 payments for goods or services in the same calendar year.

**4.8 Receiving Payments from Student Accounts.** PayPal may block your ability to receive payments from Student Accounts if you sell goods or services that may be illegal for minors to purchase under any applicable laws or regulations. This includes, but is not limited to, alcohol, tobacco or adult-oriented materials.

**4.9 Your Refund Policy and Privacy Policy.** If you sell goods or services, we recommend that you have a published return policy and a published privacy policy on your website and, if applicable, at your point of sale, including your In-Store Checkout point of sale.

**4.10 Receiving Preapproved Payments.**

If you receive Preapproved Payments, you must comply with the following requirements:

a. <u>Authorization</u>. You must receive your buyer's prior Authorization for the amount, frequency, and duration of the Preapproved Payment. You must provide your buyer with notice of the amount and date of each Preapproved Payment at least 10 Days before the transfer, unless the buyer has elected to receive notices only for varying amounts, as described in clause (b) below.

b. <u>Notice Requirements for Varying Amounts</u>. If the amount of the Preapproved Payment varies, you must provide your buyer with notice of the amount and date of each Preapproved Payment transfer at least 10 Days before the transfer. You may also give the buyer the option to receive notice only when the amount of a Preapproved Payment falls outside a range that you and the buyer have agreed upon in advance. If the buyer has chosen to receive notices only for Preapproved Payments falling outside the agreed upon range, then you must send your buyer notice of the amount and date of those transfers at least 10 Days before the transfer.

c. <u>Required Stop Payment Procedures for Preapproved Payments</u>. You must provide buyers with the ability to stop a Preapproved Payment up to 3 Business Days before the scheduled date of the Preapproved Payment. If a buyer has stopped or canceled a Preapproved Payment, you may not restart future payments without the written Authorization of the buyer. In addition, if your buyer signed up for the Preapproved Payment through an online method, you must provide a simple and easily accessible online cancellation procedure

**4.11 No Log-In Payments.** If you receive No Log-In Payments, you must receive your buyer's Authorization for the payment amount prior to submitting the No Log-In Payment

**4.12 Micropayments for Digital Goods.** To qualify to receive Micropayments for Digital Goods, you must submit an application, be approved by us, and have an Account in good standing. By applying for Micropayments for Digital Goods, you agree that for Digital Goods transactions you receive up to the amounts in the table below. If a buyer opens a Dispute, PayPal may reverse the transaction, and remove the funds from your Account without requiring the buyer to escalate the Dispute to a Claim

## Exhibit H – Current User Agreement

| Currency | Amount | Currency | Amount |
|----------|--------|----------|--------|
| Australian Dollar | $9.99 AUD | New Zealand Dollar | $9.99 NZD |
| Brazilian Real | 7.99 BRL | Norwegian Krone | 29.99 NOK |
| Canadian Dollar | $3.99 CAD | Philippine Peso | 499.99 PHP |
| Czech Republic Koruna | 99.99 CZK | Polish New Zloty | 19.99 PLN |
| Danish Krone | 24.99 DKK | Singaporean Dollar | $9.99 SGD |
| Euro | €3.99 EUR | Swedish Krona | 34.99 SEK |
| Hong Kong Dollar | $49.99 HKD | Swiss Franc | 4.99 CHF |
| Hungarian Forint | 999 HUF | Taiwan New Dollar | 249.00 TWD |
| Israeli New Shekel | 16.99 ILS | Thai Baht | 349.99 THB |
| Japanese Yen | ¥999 JPY | U.K. Pound Sterling | €3.99 GBP |
| Mexican Peso | $39.99 MXN | U.S. Dollar | $3.99 USD |

**4.13 PayPal Business Payments.** If you offer PayPal Business Payments in a payment flow, you shall not offer any other PayPal-branded payment option in the same flow.

**4.14 Card Not Present Transactions.** Except for PayPal Debit Card transactions, you acknowledge that all debit or credit card funded transactions from a buyer's Account are processed as "card not present" transactions, even where the buyer is at the physical point of sale. Under the card association rules, a buyer has different Chargeback rights for "card not present" transactions than for transactions where the buyer physically presents the card to the seller.

**4.15 Mobile In-Store Payments.** If you receive Mobile In-Store Payments you must communicate the amount of the transaction to the customer before the transaction takes place. You may charge your customer's PayPal account only for transactions that they have authorized. You must also provide customers with a physical receipt if they request one. You agree that any transaction that you submit shall have an accurate and true description of the goods and services being purchased.

**4.16 PayPal Advertising Program.** The PayPal Advertising Program enables qualifying Merchants to place PayPal-hosted banners and buttons promoting PayPal Services and/or PayPal Credit ("Advertising Banners") on their websites, in their customer emails, and on their eBay stores.

If you participate in the PayPal Advertising Program, you must comply with the following requirements:

a. You must comply with Advertising Banner integration requirements provided by PayPal or authorized third party providers to ensure that Advertising Banners are accurately presented.

b. You are prohibited from modifying Advertising Banners or altering their presentation in any way.

c. You are prohibited from copying Advertising Banners from other websites. Instead, you must use the HTML code as provided by PayPal to place Advertising Banners on your websites, eBay stores or in customer communications.

d. You are prohibited from creating, hosting and displaying your own Advertising Banners on your websites, eBay stores or in customer communications, unless authorized by PayPal in writing.

e. You must use the Advertising Banners in their entirety with all the links and language provided by PayPal.

f. You may not post Advertising Banners on social media networks or platforms, unless authorized by PayPal in writing.

# Exhibit H – Current User Agreement

g. If Advertising Banners on your website, customer communications or eBay stores fail to automatically update, you will cooperate with PayPal to (i) manually update the Advertising Banners as they appear on your sites; (ii) repair or reinstall the HTML code to facilitate future updates; and (iii) remove any non-current messaging or PayPal Credit offer terms from your sites.

h. If you fail to comply with any use or implementation requirements as communicated by PayPal or authorized third party providers, you will be liable for any resulting damages suffered by PayPal or any third parties, and PayPal may remove or modify your Advertising Banners.

i. If you stop using a qualifying PayPal payments solution, you must immediately remove all Advertising Banners from your sites and customer communications and/or cooperate with PayPal or your third party provider to do so.

If you present Advertising Banners that include PayPal Credit messaging, you must also comply with the following, additional requirements:

a. You must use a PayPal payments solution that is pre-integrated with PayPal, unless authorized by PayPal in writing. See **eligible PayPal payments solutions**.

b. If you receive customer inquiries relating to PayPal Credit, you must direct the customer to PayPal Credit Customer Support at (866) 528-3733②. If a customer is unable to process a transaction using PayPal Credit, you are prohibited from communicating any reason for the customer's decline. You are also prohibited from representing or holding yourself out to represent PayPal Credit in any way.

Advertising Banners may be changed at any time for any reason. PayPal may also discontinue any Advertising Banners and/or the PayPal Advertising Program at any time, at its sole discretion.

**Back to top**

## 5 Account Balances

**5.1 Balances.** You do not need to maintain a Balance in your Account in order to make or receive payments. If you do hold a Balance, that Balance represents an unsecured claim against PayPal and is not insured by the FDIC. PayPal will commingle your Balance with the Balances of other Users and will invest those funds in liquid investments in accordance with State money transmitter laws. PayPal will own the interest or other earnings on pooled Balances. PayPal will hold pooled Balances separate from its corporate funds and will not use Balances for its operating expenses or for any other corporate purposes. PayPal will not voluntarily make Balances available to its creditors in the event of bankruptcy. In addition, the issuer of the PayPal Debit Card, with us, The Bancorp Bank, holds debit card customer balances in a pooled account held in the debit card issuer's name for the benefit of PayPal debit card users.

**5.2 Negative Balances and Multiple Currencies.** If your Account has a negative Balance, PayPal may deduct amounts you owe PayPal from money you subsequently add or receive into your Account. If you have multiple currency Balances in your Account and one of the currency Balances becomes negative for any reason, PayPal may set off the negative Balance by using funds you maintain in a different currency Balance. If you have a negative balance in non-U.S. Dollars for a period of 21 Days or longer, PayPal will convert this negative Balance to U.S. Dollars. If you open more than one Account, PayPal may set off the negative Balance in one Account by using any Balance that you maintain in your other Account(s). In the event that a negative Balance is offset by PayPal pursuant to this paragraph, it may be bundled with another debit coming out of your Account.

**5.3 Risks of Maintaining Balances in Multiple Currencies.** You are responsible for all risks associated with maintaining Balances in multiple currencies. You agree that you will not attempt to use multiple currencies for speculative trading.

**5.4 Setoff of Past Due Amounts.** If you have a past due amount owed to PayPal or a PayPal affiliate, including our parent company eBay, and the amount is not the subject of a dispute, PayPal may debit your Account to pay any amounts that are more than 180 Days past due.

**5.5 Security Interest.** To secure your performance of this Agreement, you grant to PayPal a lien on and security interest in and to the Balances in your Account in the possession of PayPal.

**Back to top**

## 6. Withdrawing Money

**6.1 How to Withdraw Money.** You may withdraw funds from your Account by electronically transferring them to your bank account, requesting a physical check through the mail, or using your PayPal Debit Card (eligible Users only). Funds may only be withdrawn in US Dollars. If you request a physical check, you will be charged the "Withdrawing your Balance Fee as set out in Section 8. Generally, we will send checks only to Confirmed Addresses, unless you have a Verified Account. We will not send checks to P.O. Boxes. If you would like us to send a check to an address that does not meet these criteria, you must contact Customer Service and provide the documentation that we request to verify your association with the address. If you fail to cash a check within 180 Days of the date of issuance, we will return the funds to your Balance but we will retain this Withdrawing your Balance Fee.

**6.2 Withdrawal Limits.** Depending on the degree to which you have Verified your Account, we may limit the amount you may withdraw to $500.00 USD per month. You can view your withdrawal limit, if any, by logging into your Account and clicking on the View Limits link on the Account Overview page. In addition, we may delay withdrawals of large sums of money while we perform a risk review.

# Exhibit H – Current User Agreement

*Back to top*

## 7 Closing Your Account

**7.1 How to Close Your Account.** You may close your Account at any time by following the instructions in your Account Profile. Upon Account closure, we will cancel any pending transactions and you will forfeit any Balances associated with Redemption Codes, unless otherwise legally prohibited. You must withdraw your Balance prior to closing your Account. If you have a pending PAD payment, we will not close your Account until that payment has been made, but we may limit your ability to make additional transactions using your Account.

**7.2 Limitations on Closing Your Account.** You may not close your Account to evade an investigation. If you attempt to close your Account while we are conducting an investigation, we may hold your Balance for up to 180 Days to protect PayPal, its affiliates, or a third party against the risk of Reversals, Chargebacks, Claims, fees, fines, penalties and other liability. You will remain liable for all obligations related to your Account even after the Account is closed.

**7.3 Escheatment of Dormant Accounts.** If you do not log in to your Account for two or more years, PayPal may close your Account and send the Balance to your primary address or, if required, escheat (send) your Balance to your state of residence. PayPal will determine your residency based on the state listed in your primary address. If your address is unknown or registered in a foreign country, your Balance will be escheated to the state of Delaware. Where required, PayPal will send you a notice prior to escheating or closing your Account. If you fail to respond to this notice, your Balance will be escheated to the applicable state. If you would like to claim any escheated Balance from the state, please contact your state's Unclaimed Property Administrator.

navigation
*Back to top*

## 8 Fees and Currency Conversion.

### 8.1 Fees Overview.

Fees are based on whether you are making a Purchase Payment, a Personal Payment or a PayPal Business Payment. Some fees are expressed as a percentage of the payment amount. All Fees are in U.S. Dollars unless otherwise stated.

a. For Purchase Payments, the recipient of the payment will always pay the Fee

b. For Personal Payments, the following applies

   a. The Fee depends on the Payment Method you use.

   b. The Fee is paid by either the sender or recipient, not both.

   c. The sender of the payment generally determines who pays the Fee at the time the sender makes the payment. If you send a Personal Payment from a third party (non-PayPal) website or by using a third party's product or service, then the third party will determine if the sender or recipient of the Personal Payment will pay the Personal Payment Fee. This will be disclosed to you by the third party before the Personal Payment is initiated.

     However, for senders that have been upgraded to the updated PayPal user experience, there is no longer an option to allow the recipient of a Personal Payment to pay the Fee. A sender of a Personal Payment that has been upgraded to the updated PayPal user experience will always pay the Fee (if a Fee applies). The Fee will be disclosed to you before the Personal Payment is sent.

     Senders of Personal Payments that have not been upgraded to the updated PayPal experience may generally still determine whether the sender or recipient pays the fee. Therefore, if you receive a Personal Payment from a sender that has not been upgraded to the updated PayPal experience, the recipient may pay the Fee, depending on the sender's determination.

     The Fee is waived if you send a Personal Payment to someone in the United States in U.S. Dollars and you use your bank or Balance as the exclusive Payment Method. If you use a different Payment method to send a Personal Payment, the Fees set out below will apply

   d. Additional Fees apply if you are sending or receiving money to or from a country outside the United States or transacting in a foreign currency.

   e. If you use your credit card as the Payment Method for a Personal Payment, you may be charged a cash-advance fee by your credit card company

   f. In some instances, Personal Payment pricing may not be available. In these instances, all payments must be Purchase Payments.

   g. Personal Payments may not be available on non-PayPal websites or other applications that offer you the ability to send a payment from your Account.

   h. Personal Payments may not be sent to recipients in certain countries.

c. For PayPal Business Payments, the PayPal Business Payment Fee is paid by the recipient unless it is disclosed to you before you send the payment that you, the sender, must pay this Fee

# Exhibit H – Current User Agreement

8.2 Domestic Payments in U.S. Dollars. This applies when both the sender and recipient are in the United States and the payment is in U.S. Dollars.

a **Domestic Personal Payments in U.S. Dollars.**

| Activity | Payment Method | Personal Payment Fee |
|----------|----------------|----------------------|
| Sending or receiving* | Exclusively Balance or bank account | Fee waived |
| | Other, including a fully or partially funded payment by credit or debit card, or PayPal Credit. | Standard rate: 2.9% + $0.30 USD |

*Sender generally determines whether the sender or recipient pays the Fee. See Section 8.1(b).

However, for senders that have been upgraded to the newly updated PayPal user experience, there will no longer be an option to allow the recipient of the Personal Payment to pay the Fee and such sender will always pay the Fee (if a Fee applies).

b **Domestic Purchase Payments in U.S. Dollars.**

| Activity | Purchase Payment Fee | | |
|----------|----------------------|--|--|
| Sending (buying) | Free | | |
| Receiving (selling) | Standard rate: | 2.9% + $0.30 USD | |
| | Mobile In-Store Payments rate: | 2.7% | |
| | Merchant rates*: | Monthly Sales Volume: | Fee: |
| | | $0.01 - $3,000.00 | 2.9% + $0.30 USD |
| | | $3,000.01 - $10,000.00 | 2.5% + $0.30 USD |
| | | $10,000.01 - $100,000.00 | 2.2% + $0.30 USD |
| | | Over $100,000.00 | 1.9% + $0.30 USD |
| | Nonprofit rates**: | Monthly Donation Volume: | Fee: |
| | | $0.01 - $100,000.00 | 2.2% + $0.30 |
| | | Over $100,000.00 | 1.9% + $0.30 |

* To qualify for our Merchant rates you must submit a one-time application, have qualifying monthly sales volume, and have an Account in good standing.
** Nonprofit rates are only available for registered charities with 501(c)(3) status.

8.3 Domestic Payments in a Foreign Currency. When both the sender and recipient are in the United States, but the payment is in a currency other than U.S. Dollars, then the Fees above shall apply with the following change. The $0.30 USD fixed fee portion of the Fees above will be replaced by the fixed fee of the currency of the payment as described in Section 8.4(c) below.

8.4 International Payments. The following Fees apply when either the sender or recipient is outside the United States.

a. Sending International Personal Payments from the United States. The Fee is based on the country of the recipient.

# Exhibit H – Current User Agreement

| Activity | Recipient's Country | Discount rate: Personal Payment Fee when Payment Method is exclusively Balance or bank | Standard rate: Personal Payment Fee when another Payment Method is used to fully or partially fund the payment, including a credit or debit card, PayPal Credit or PayPal Cards |
|---|---|---|---|
| Sending[1] | Australia | 1% | 3.4% + Fixed Fee** |
| | Brazil | 1% | 7.4% + Fixed Fee** |
| | Canada | 0% | 2.9% + Fixed Fee** |
| | Germany | 2% | 3.6% + Fixed Fee** |
| | Japan | 0.3% | 3.0% + Fixed Fee** |
| | Poland | 1.0% | 3.9% + Fixed Fee** |
| | All countries except as listed above | 0.5% | 3.9% + Fixed Fee** |

[1] Sender generally determines whether the sender or recipient pays the Fee. See Section 8.10(b).

However, for senders that have been upgraded to the newly updated PayPal user experience, there will no longer be an option to allow the recipient of the Personal Payment to pay the Fee and such sender will always pay the Fee

** See Section 8.4(d) below for detailed list of fixed fees for international payments

b. **Receiving International Personal Payments in the United States.**

| Activity | Personal Payment Fee when Payment Method is exclusively Balance or bank | Personal Payment Fee when another Payment Method is used to fully or partially fund the payment, including a credit or debit card, PayPal Credit or PayPal Cards |
|---|---|---|
| Receiving[1] | 1.0% | 3.5% + Fixed Fee** |

[1] Sender may determine whether the sender or the recipient pays the fee.

** See Section 8.4(d) below for detailed list of fixed fees for international payments

# Exhibit H – Current User Agreement

c. **International Purchase Payments.**

| Activity | Purchase Payment Fee | | | |
|---|---|---|---|---|
| Sending from the United States (buying) | Free* | | | |
| Receiving in the United States (selling) | Standard rate: | 3.9% + Fixed Fee*** | | |
| | Mobile In-Store Payments rate: | 3.7% | | |
| | Merchant rates**: | Monthly Sales Volume: | | Fee: |
| | | $0.01 - $3,000.00 | | 3.5% + Fixed Fee*** |
| | | $3,000.01 - $10,000.00 | | 3.5% + Fixed Fee*** |
| | | $10,000.01 - $100,000.00 | | 3.2% + Fixed Fee*** |
| | | Over $100,000.00 | | 2.9% + Fixed Fee*** |
| | Nonprofit rates****: | Monthly Donation Volume: | | Fee: |
| | | $0.01 - $100,000.00 | | 3.2% + Fixed Fee*** |
| | | Over $100,000.00 | | 2.9% + Fixed Fee*** |

* Your financial institution may charge fees directly to the card you use to fund a cross-border payment when currency conversion is involved.
** To qualify for our Merchant rates you must submit a one-time application, have qualifying monthly sales volume, and have an Account in good standing.
*** See Section h.1(d) below for detailed list of fixed fees for international payments.
**** Nonprofit rates are only available for registered charities with 501(c)(3) status.

d. **Fixed Fees.** The fixed fee that applies is based on the currency of the payment.

| Currency | Fee | Currency | Fee |
|---|---|---|---|
| Australian Dollar | $0.30 AUD | Norwegian Krone | 2.80 NOK |
| Brazilian Real | 0.60 BRL | Philippine Peso | 15.00 PHP |
| Canadian Dollar | $0.30 CAD | Polish Zloty | 1.35 PLN |
| Czech Koruna | 10.00 CZK | Russian Ruble | 10 RUB |
| Danish Krone | 2.80 DKK | Singapore Dollar | $0.50 SGD |
| Euro (France) (Applicable to International Personal and Purchase Payments from US sender to a receiver in France) | €0.26 EUR | Swedish Krona | 3.25 SEK |
| | | Swiss Franc | 0.55 CHF |
| Euro (Applicable where the currency of the payment is Euro but the receiver is not in France) | €0.35 EUR | Taiwan New Dollar | 10.00 TWD |
| | | Thai Baht | 11.00 THB |
| Hong Kong Dollar | $2.35 HKD | U.K. Pounds Sterling | £0.20 GBP |
| Hungarian Forint | 90 HUF | U.S. Dollar | $0.30 USD |
| Israeli Shekel | 1.20 ILS | | |
| Japanese Yen | ¥40 JPY | | |
| Mexican Peso | $4.00 MXN | | |
| New Zealand Dollar | $0.45 NZD | | |

## Exhibit H – Current User Agreement

8.5 Micropayments Fees. PayPal offers two micropayments fee programs: (i) Micropayments for Digital Goods; and (ii) Micropayments Pricing.

i. If you apply and qualify for Micropayments for Digital Goods, then for each transaction involving only Digital Goods, you agree to pay either the standard Purchase Payment Fees described in Sections 8.2 and 8.4, or the micropayments Fees set out in clauses (a) to (c) below, whichever rate results in a lower amount being charged to you for that transaction.

ii. If you sign up for Micropayments Pricing, then the micropayment Fees provided in clauses (a) to (c) below will apply to all Purchase Payments you receive into your Account. If you have both a Micropayments Pricing enabled Account and a standard pricing Account, you acknowledge that it is your responsibility to correctly route your payments to the appropriate Account, and that once a transaction is processed through the Account you selected, you may not request that the transaction be processed through a different Account.

a. **Domestic Micropayments in U.S. Dollars.** The following Fees apply when both the sender and recipient are in the United States and the payment is in U.S. Dollars:

| Activity | Micropayments Pricing Fees |
|---|---|
| Sending (buying) | Free |
| Receiving (selling) | 5% + $0.05 USD |

b. **International Micropayments.** The following Fees apply when either the sender or recipient is outside the United States:

| Activity | Micropayments Pricing Fees |
|---|---|
| Sending (buying) | Free* |
| Receiving (selling) | 6% + Fixed Fee** |

\* Your financial institution may charge fees directly to the card you use to fund a cross-border payment even where no currency conversion is involved.

** See clause 8.5(c) below for a detailed list of fixed fees for international payments.

# Exhibit H – Current User Agreement

c. **Fixed Fees.** The fixed fee that applies to international micropayments pricing is based on the currency of the payment

| Currency | Fee | Currency | Fee |
|----------|-----|----------|-----|
| Australian Dollar | $0.05 AUD | Norwegian Krone | 0.47 NOK |
| Brazilian Real | 0.10 BRL | Philippine Peso | 2.5 PHP |
| Canadian Dollar | $0.05 CAD | Polish Zlotych | 0.23 PLN |
| Czech Koruna | 1.67 CZK | Russian Ruble* | 2 RUB |
| Danish Krone | 0.43 DKK | Singapore Dollar | $0.08 SGD |
| Euro | €0.05 EUR | Swedish Kronor | 0.54 SEK |
| Hong Kong Dollar | $0.39 HKD | Swiss Franc | 0.09 CHF |
| Hungarian Forint | 15 HUF | Taiwan New Dollar | 2.00 TWD |
| Israeli Shekel | 0.20 ILS | Thai Baht | 1.80 THB |
| Japanese Yen | ¥7 JPY | U.K. Pounds Sterling | £0.05 GBP |
| Mexican Peso | $0.55 MXN | U.S. Dollar | $0.05 USD |
| New Zealand Dollar | $0.08 NZD | | |

*Subject to commencement of PayPal's Russian Ruble service

**6.6 PayPal Business Payment Fee.** The PayPal Business Payment Fee is currently being offered as a pilot and only through third parties' products or services (not by PayPal directly). PayPal will apply the following Fee to each PayPal Business Payment transaction.

a. **Domestic PayPal Business Payments in U.S. Dollars.** This Fee applies when both the sender and recipient are in the United States, and the payment is in U.S. Dollars.

| Activity | PayPal Business Payment Fee |
|----------|----------------------------|
| Sending or receiving* | $0.50 USD |
| * The PayPal Business Payment Fee is paid by the recipient unless you are the sender and it is disclosed to you before you send the payment that you must pay this fee. | |

# Exhibit H – Current User Agreement

b. **International Business Payments in U.S. Dollars.** The following Fees apply when either the sender or recipient is outside the United States and the payment is in U.S. Dollars.

| Activity | Country | PayPal Business Payment Fee |
|---|---|---|
| Sending* | Canada | $5.00 USD |
| | China** | 2%, up to a maximum of $50.00 USD |
| Receiving* | Canada | 1% + $0.50 USD, up to a maximum of $15.00 USD |

* The PayPal Business Payment Fee is paid by the recipient unless you are the sender and it is disclosed to you before you send the payment that you must pay this fee.
** PayPal Business Payments may only be sent to China in U.S. Dollars and the payment must be equal to or greater than $2000.00 USD

c. **International Business Payments in a Foreign Currency.** The following Fees apply when either the sender or recipient is outside the United States, and the payment is in a currency other than U.S. Dollars.

| Activity | Country | PayPal Business Payment Fee |
|---|---|---|
| Sending* | Canada | $5.00 CAD |
| Receiving* | Canada | 1% + $0.50 CAD, up to a maximum of $15.00 CAD |

* The PayPal Business Payment Fee is paid by the recipient unless you are the sender and it is disclosed to you before you send the payment that you must pay this fee.

8.7 **Mass Payment Fees.** The following fees apply when you use Mass Payments to send multiple payments at the same time.

# Exhibit H – Current User Agreement

a. **Domestic Mass Payments.** If you send Mass Payments within the U.S., your fee is 2% of each recipient's payment amount, up to a maximum amount of **$1.00 USD** per recipient, or its foreign currency equivalent as set out below:

| Currency | Fee | Currency | Fee |
|---|---|---|---|
| Australian Dollar | $1.25 AUD | Norwegian Krone | 6.75 NOK |
| Brazilian Real | 2.00 BRL | Philippine Peso | 50.00 PHP |
| Canadian Dollar | $1.25 CAD | Polish Zlotych | 3.00 PLN |
| Czech Koruna | 24.00 CZK | Russian Ruble* | 240 RUB |
| Danish Krone | 6.00 DKK | Singapore Dollar | $1.60 SGD |
| Euro | €0.85 EUR | Swedish Krona | 9.00 SEK |
| Hong Kong Dollar | $7.00 HKD | Swiss Franc | 1.30 CHF |
| Hungarian Forint | 210 HUF | Taiwan New Dollar | 33.00 TWD |
| Israeli Shekel | 4.00 ILS | Thai Baht | 36.00 THB |
| Japanese Yen | ¥120 JPY | U.K. Pounds Sterling | £0.65 GBP |
| Mexican Peso | $11.00 MXN | U.S. Dollar | $1.00 USD |
| New Zealand Dollar | $1.50 NZD | | |

*Subject to commencement of PayPal's Russian Ruble service

# Exhibit H – Current User Agreement

b. **International Mass Payments.** If you send Mass Payments internationally, your fee is **2%** of each recipient's payment amount, up to a maximum amount of **$20.00 USD** per recipient, or its foreign currency equivalent as set out below.

| Currency | Fee | Currency | Fee |
|----------|-----|----------|-----|
| Australian Dollar | $24.00 AUD | Norwegian Krone | 120.00 NOK |
| Brazilian Real | 40.00 BRL | Philippine Peso | 1,000.00 PHP |
| Canadian Dollar | $24.00 CAD | Polish Zlotech | 80.00 PLN |
| Czech Koruna | 400.00 CZK | Russian Ruble* | 1,400 RUB |
| Danish Krone | 120.00 DKK | Singapore Dollar | $32.00 SGD |
| Euro | €16.00 EUR | Swedish Krona | 160.00 SEK |
| Hong Kong Dollar | $160.00 HKD | Swiss Franc | 20.00 CHF |
| Hungarian Forint | 6000 HUF | Taiwan New Dollar | 800.00 TWD |
| Israeli Shekel | 80.00 ILS | Thai Baht | 800.00 THB |
| Japanese Yen | ¥2,000 JPY | U.K. Pounds Sterling | £14.00 GBP |
| Mexican Peso | $300.00 MXN | U.S. Dollar | $20.00 USD |
| New Zealand Dollar | $30.00 NZD | | |

*Subject to commencement of PayPal's Russian Ruble service.

# Exhibit H – Current User Agreement

| Activity | Fee |
|---|---|
| Withdrawing your Balance | Free to transfer to a bank. $1.50 for a physical check. |
| Chargeback | The Chargeback Fee applies at the time a Chargeback is applied to your Account for a payment you received and for which you are not eligible for PayPal Seller protection. This Fee is based on the currency received as follows: |

| Currency | Chargeback Fee |
|---|---|
| Australian Dollar | $22.00 AUD |
| Brazilian Real | 35.00 BRL |
| Canadian Dollar | $20.00 CAD |
| Czech Koruna | 400.00 CZK |
| Danish Krone | 120.00 DKK |
| Euro | €16 EUR |
| Hong Kong Dollar | $155.00 HKD |
| Hungarian Forint | 4325 HUF |
| Israeli Shekel | 75.00 ILS |
| Japanese Yen | ¥1875 JPY |
| Mexican Peso | $250.00 MXN |
| New Zealand Dollar | $28.00 NZD |
| Norwegian Krone | 125.00 NOK |
| Philippine Peso | 900.00 PHP |
| Polish Zloty | 66.00 PLN |
| Russian Ruble* | 640 RUB |
| Singapore Dollar | $28.00 SGD |
| Swedish Krona | 150.00 SEK |
| Swiss Franc | 22.00 CHF |
| Taiwan New Dollar | 625.00 TWD |
| Thai Baht | 650.00 THB |
| U.K. Pounds Sterling | £14.00 GBP |
| U.S. Dollar | $20.00 USD |
| *Not part to commencement of PayPal's Russia Ruble service |  |

# Exhibit H -- Current User Agreement

| | |
|---|---|
| Purchase Payment Refund Fee | If you refund a Purchase Payment, we will retain the fixed fee portion of the Purchase Payment Fee. The buyer's Account will be credited with the full Purchase Payment amount and the fixed fee portion of the Purchase Payment Fee will be deducted from your Account in addition to the amount of the refunded payment. The fixed fee will depend on the currency of the original Purchase Payment and is listed above. |
| Credit Card and Debit Card Confirmation | $1.95<br><br>This fee will be refunded if you successfully complete the credit card or debit card confirmation process. |
| Records Request | $10.00 per item requested<br><br>We will not charge you for records requested in connection with your good-faith assertion of an error in your Account. |

8.9 Currency Conversion

| Activity | Spread |
|---|---|
| Currency Conversion | 2.5% added to the exchange rate<br><br>The Currency Conversion spread applies whenever a currency conversion is required to complete your transaction. The exchange rate is determined by a financial institution and is adjusted regularly based on market conditions. Adjustments may be applied immediately and without notice to you.<br><br>When your payment is funded by a debit or credit card and requires a currency conversion, you consent to and authorize PayPal to convert the currency in place of your debit or credit card issuer. You have the right to have your card issuer perform the currency conversion and can choose this option during checkout on your transaction review page before you complete the transaction. |

Back to top

9 Restricted Activities

9.1 **Restricted Activities.** In connection with your use of our website, your Account, the PayPal Services, or in the course of your interactions with PayPal, other Users, or third parties, you will not:

a. Breach this Agreement, the **Commercial Entity Agreement**, the **Acceptable Use Policy** or any other agreement or policy that you have agreed to with PayPal;

b. Violate any law, statute, ordinance, or regulation (for example, those governing financial services, consumer protections, unfair competition, anti-discrimination or false advertising);

c. Infringe PayPal's or any third party's copyright, patent, trademark, trade secret or other intellectual property rights, or rights of publicity or privacy;

d. Sell counterfeit goods;

e. Act in a manner that is defamatory, trade libelous, threatening or harassing;

f. Provide false, inaccurate or misleading information;

# Exhibit H – Current User Agreement

g. Send or receive what we reasonably believe to be potentially fraudulent funds.

h. Refuse to cooperate in an investigation or provide confirmation of your identity or any information you provide to us;

i. Attempt to double dip during the course of a dispute by receiving or attempting to receive funds from both PayPal and the Seller, bank or credit card issuer for the same transaction;

j. Control an Account that is linked to another Account that has engaged in any of these Restricted Activities;

k. Conduct your business or use the PayPal Services in a manner that results in or may result in complaints, Disputes, Claims, Reversals, Chargebacks, fees, fines, penalties or other liability to PayPal, other Users, third parties or you;

l. Have a credit score from a credit reporting agency that indicates a high level of risk associated with your use of the PayPal Services;

m. Use your Account or the PayPal Services in a manner that PayPal, Visa, MasterCard, American Express, Discover or any other electronic funds transfer network reasonably believes to be an abuse of the card system or a violation of card association or network rules;

n. Allow your Account to have a negative Balance;

o. Provide yourself a cash advance from your credit card (or help others to do so)

p. Access the PayPal Services from a country that is not included on PayPal's **permitted countries list**;

q. Take any action that imposes an unreasonable or disproportionately large load on our infrastructure; facilitate any viruses, Trojan horses, worms or other computer programming routines that may damage, detrimentally interfere with surreptitiously intercept or expropriate any system, data or information; use an anonymizing proxy, use any robot, spider, other automatic device, or manual process to monitor or copy our website without our prior written permission; or use any device, software or routine to bypass our robot exclusion headers; or interfere or attempt to interfere with our website or the PayPal Services;

r. Take any action that may cause us to lose any of the services from our Internet service providers, payment processors, or other suppliers;

s. Use the PayPal Services to test credit card behaviors;

t. Circumvent any PayPal policy or determinations about your Account such as temporary or indefinite suspensions or other Account holds, limitations or restrictions, including, but not limited to, engaging in the following actions: attempting to create new or additional PayPal Account(s) when an Account has a negative balance or has been restricted, suspended or otherwise limited; creating new or additional PayPal Accounts using information that is not your own (e.g. name, address, email address, etc.); or using someone else's PayPal Account;

u. Harass our employees, agents, or other users.

**9.2 Unlawful Internet Gambling Notice.** Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through your Account or your relationship with PayPal. Restricted transactions generally include, but are not limited to, transactions in which credit, electronic fund transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with unlawful Internet gambling.

**Back to top**

## 10 Your Liability - Actions We May Take.

### 10.1 Your Liability.

a. **General.** You are responsible for all Reversals, Chargebacks, Claims, fees, fines, penalties and other liability incurred by PayPal, a User, or a third party caused by or arising out of your breach of this Agreement, and/or your use of the PayPal Services. You agree to reimburse PayPal, a User, or a third party for any and all such liability

b. **Liability for Claims under PayPal Purchase Protection.** If you are a Seller and PayPal makes a final decision that you lose a Claim filed directly with PayPal, you will be required to reimburse PayPal for your liability. Your liability will include the full purchase price of the item plus the original shipping cost (and in some cases you may not receive the item back). You will not receive a refund of your PayPal fees. PayPal Seller protection may cover your liability—see Section 11 (Protection for Sellers) below.

If a buyer files a Significantly Not as Described (SNAD) Claim for an item they purchased from you, you will generally be required to accept the item back and refund the buyer the full purchase price plus original shipping costs. You will not receive a refund of your PayPal fees. Further, if you lose a SNAD Claim because we, in our sole discretion, reasonably believe the item you sold is counterfeit, you will be required to provide a full refund to the buyer and you will not receive the item back (it will be destroyed). PayPal Seller protection will not cover your liability

c. **Liability for claims filed under eBay's Buyer Protection resolution process.** If you are an eBay Seller, eBay requires that you comply with the eBay Buyer Protection resolution process. As such, you have provided eBay with permission to make a final decision on a claim that a buyer files against you directly with eBay. If eBay makes a final decision that you lose a claim, you agree to allow PayPal to remove funds from your Account including funds held in non-U.S balances which will be converted to USD at the then prevailing currency exchange rate in order to reimburse your buyer or eBay for your liability. eBay Buyer Protection claims filed directly with eBay are not covered by PayPal Seller protection. Please see the **eBay Buyer Protection policy** for more information. You will not receive a refund of your PayPal fees. If your Balance is not sufficient to reimburse your buyer or eBay, PayPal will place a hold on your Account until the earlier of (1) when sufficient funds are added to your Balance to reimburse eBay for your liability at which time we will reimburse eBay in full, or (2) 20 Days from the date of eBay's decision that you lose the claim at which time we will remove your Balance to partially reimburse eBay for your liability.

If you do not want to allow PayPal to reimburse eBay for your liability, you may opt-out by calling eBay at 1-866-643-0898. Your opt-out will be effective within 3 Business Days. If you opt-out then eBay will not use your Account to recover amounts that you owe due to an eBay claim that you lost. This opt-out will not affect other amounts that you pay to eBay using your Account (such as your eBay fees).

LA 51789241v1

10.2 Reimbursement for Your Liability. In the event that you are liable for any amounts owed to PayPal, PayPal may immediately remove such amounts from your Balance. If you do not have a Balance that is sufficient to cover your liability, your remaining Balance (if any) will be removed, your Account will have negative Balance up to the amount of your liability, and you will be required to immediately add funds to your Balance to eliminate the negative Balance. If you do not do so, PayPal may engage in collection efforts to recover such amounts from you.

10.3 Actions by PayPal - Restricted Activities. If PayPal, in its sole discretion, believes that you may have engaged in any Restricted Activities, we may take various actions to protect PayPal, eBay, other Users, other third parties, or you from Reversals, Chargebacks, Claims, fees, fines, penalties and any other liability. The actions we may take include but are not limited to the following:

   a. We may close, suspend, or limit your access to your Account or the PayPal Services (such as limiting access to any of your Payment Methods, and/or your ability to send money, make withdrawals, or remove financial information). Use the Report Form link to request information in connection with an account limitation, hold or reserve – to access the Report Form, go to https://www.paypal.com/us/webapps/helpcenter/helphub/home/?dwf=neg_infollimit

   b. We may contact Users who have purchased goods or services from you, contact your bank or credit card issuer, and/or warn other Users, law enforcement, or impacted third parties of your actions.

   c. We may update inaccurate information you provided us;

   d. We may refuse to provide the PayPal Services to you in the future;

   e. We may hold your Balance for up to 180 Days if reasonably needed to protect against the risk of liability or if you have violated our Acceptable Use Policy.

   f. We may take legal action against you; and

   g. If you violate the PayPal Acceptable Use Policy, then in addition to the above actions you will be liable to PayPal for the amount of PayPal's damages caused by your violation of the Acceptable Use Policy. You acknowledge and agree that $2,500.00 USD per violation of the Acceptable Use Policy is presently a reasonable minimum estimate of PayPal's actual damages considering all currently existing circumstances, including the relationship of the sum to the range of harm to PayPal that reasonably could be anticipated because, due to the nature of the violations of the Acceptable Use Policy, actual damages would be impractical or extremely difficult to calculate. PayPal may deduct such damages directly from any existing Balance in the offending Account or any other Account you control.

   h. PayPal, in its sole discretion, reserves the right to terminate this Agreement, access to its website, or access to the PayPal Services for any reason and at any time upon notice to you and payment to you of any unrestricted funds held in your Balance.

10.4 Actions by PayPal - Court Orders or Other Legal Process.

PayPal, in its sole discretion, may take various actions including placing a hold, Reserve, or other limitation on your Account or the funds in it and/or releasing any or all of your funds in the event it receives notice of a court order or other legal process that restricts the use of or access to your funds or requires their release. PayPal will give notice of a hold, Reserve, or limitation if required to comply with a court order or other legal process, unless the court order or other process directs that PayPal not provide you notice, in which case the court order or other process supersedes any notice obligation PayPal has undertaken or agreed to under the terms of this Agreement. PayPal has no obligation to contest or appeal any such court order or legal process. Holds, Reserves, or limitations on your account that are placed in response to a court order or other legal process may be maintained longer than 180 Days. PayPal will decide in its sole discretion the appropriate scope of a hold, Reserve, and/or limitation to assure compliance with a court order or other legal process.

Additionally, in the event PayPal receives notice of a garnishment or equivalent legal process directing the restraint of funds in your Account or directing payment of funds from your Account to the court or another third party, PayPal may limit your Account and hold the funds in it for up to 180 days, and may disburse funds from your Account as needed, for the purpose of resolving any Dispute, Claim, Chargeback, or Reversal.

10.5 Actions by PayPal - Holds.

a. Risk-Based Holds. PayPal, in its sole discretion, may place a hold on any or all of the payments you receive when PayPal believes there may be a high level of risk associated with you, your Account, or any or all of your transactions. PayPal's determination may be based on a number of different factors and PayPal may rely on information it receives from its third party partners such as eBay. If PayPal places a hold on a payment, the funds will appear in your "Pending Balance" and the payment status will show as "Completed - Funds not yet available". If PayPal places a hold on any or all of the payments you receive PayPal will provide you with notice of our actions. PayPal will release the hold on any payment after 21 Days from the date the payment was received into your Account unless you receive a Dispute, Claim, Chargeback, or Reversal or PayPal has taken another action permitted under this Section 10. PayPal, in its sole discretion, may release the hold earlier under certain circumstances, for example PayPal may release the hold earlier if you have uploaded tracking information. If you receive a Dispute, Claim, Chargeback, or Reversal, PayPal may continue holding the payment in your Account until the matter is resolved pursuant to this Agreement.

b. Disputed Transaction Holds. If a User files a Dispute, Claim, Chargeback or Reversal on a payment you received, PayPal may place a temporary hold on the funds in your Account to cover the amount of the liability. If you win the dispute or the transaction is eligible for PayPal Seller protection, PayPal will lift the temporary hold. If you lose the dispute, PayPal will remove the funds from your Account. This process also applies to claims that a buyer files directly with eBay through the eBay resolution process if your Account is your reimbursement method for buyer claims.

10.6 Actions by PayPal - Reserves.

PayPal, in its sole discretion, may place a Reserve on funds held in your Premier or Business Account when PayPal believes there may be a high level of risk associated with your Account. If PayPal places a Reserve on funds in your Account, they will be shown as "pending" in your PayPal Balance. If your Account is subject to a Reserve, PayPal will provide you with notice specifying the terms of the Reserve. The terms may require that a certain percentage of the amounts received into your Account are held for a certain period of time, or that a certain amount of money is held in reserve, or anything else that PayPal determines is necessary to protect against the risk associated with your Account. PayPal may change the terms of the Reserve at any time by providing you with notice of the new terms.

# Exhibit H – Current User Agreement

**10.7 Actions by PayPal - Account Closure, Termination of Service, Limited Account Access; Confidential Criteria** If we close your Account or terminate your use of the PayPal Services for any reason, we will provide you with notice of our actions. Except as expressly provided otherwise in this Agreement, if we limit access to your Account, including through a Reserve or hold, we will provide you with notice of our actions; we will also provide you with an opportunity to request restoration of access if in our sole discretion, we deem it appropriate. Further, you acknowledge that PayPal's decision to take certain actions, including limiting access to your Account by placing holds or imposing Reserves, may be based on confidential criteria that are essential to our management of risk and the security of Users' Accounts and the PayPal system. You agree that PayPal is under no obligation to disclose the details of its risk management or security procedures to you.

Back to top

11. Protection for Sellers

### 11.1 PayPal Seller Protection.
PayPal Seller protection is protection we provide Sellers from Claims, Chargebacks, or Reversals that are based on

- Unauthorized Transaction or
- Item Not Received

PayPal Seller protection is available for eligible payments from buyers in any country. When a U.S. seller sells an item to a U.K. buyer, the U.K. buyer protection rules will apply to that transaction.

### 11.2 Scope of Protection.

PayPal will protect you for the full amount of the eligible payment and waive the Chargeback Fee, if applicable. There is no limit on the number of payments for which you can receive coverage.

### 11.3 Eligibility Requirements.

To be eligible for PayPal Seller protection, you must meet all of the basic requirements listed below under (a) Basic Requirements. To be covered for Item Not Received protection, you must meet both the Basic Requirements and the Item Not Received Additional Requirements listed below under (b). To be covered for Unauthorized Transaction protection, you must meet both the Basic Requirements and the Unauthorized Transactions Additional Requirements listed below under (c).

a. **Basic Requirements:**

- You must ship the item to the shipping address on the Transaction Details Page.
- You must respond to PayPal's requests for documentation and other information in a timely manner.
- The item must be a physical, tangible good that can be shipped.
- Your primary residence, as listed in your Account, must be in the United States.

b. **Item Not Received Additional Requirements:**

- For Chargebacks, the payment must be marked 'eligible' or 'partially eligible' for PayPal Seller protection on the Transaction Details Page.
- You must provide Proof of Delivery as described below in Section 11.4
- If the payment is for pre-ordered or made-to-order goods, shipment is required within the timeframe specified in your item listing. Otherwise, it is recommended that you ship all items within 7 Days after receipt of payment.

c. **Unauthorized Transactions Additional Requirements:**

- The payment must be marked 'eligible' for PayPal Seller protection on the Transaction Details Page
- You must provide Proof of Shipment or Proof of Delivery.

### 11.4 Proof of Shipment, Proof of Delivery and Signature Confirmation Requirements.
"Proof of Shipment" is online or physical documentation from a shipping company that includes all of the following:

- The date the item is shipped
- The recipient's address matches the shipping address provided on the Transaction Details Page.
- The recipient's address, showing at least the city & state, or city & country, or zip/postal code (or international equivalent)

"Proof of Delivery" is online documentation from a shipping company that includes all of the following:

LA 51789241v1

# Exhibit H – Current User Agreement

- The item's status as delivered.
- The date the item is delivered.
- The recipient address is the same as in the shipping address section on the Transaction Details Page.
- The recipient's address, showing at least the city & state, or city & country, or zip/postal code (or international equivalent).
- Signature Confirmation as described below if the full amount of the payment including shipping and taxes is $750 USD or more or its foreign currency equivalent provided below:

| | |
|---|---|
| 950 Australian Dollar (AUD) | 950 New Zealand Dollar (NZD) |
| 1,750 Brazilian Real (BRL) | 4,995 Norwegian Krone (NOK) |
| 910 Canadian Dollar (CAD) | 31,000 Philippine Peso (PHP) |
| 15,000 Czech Republic Koruna (CZK) | 2,300 Polish New Zloty (PLN) |
| 4,100 Danish Krone (DKK) | 450 Pound Sterling – United Kingdom (GBP) |
| 550 Euro (EUR) | 950 Singaporean Dollar (SGD) |
| 6,000 Hong Kong Dollar (HKD) | 4,950 Swedish Krona (SEK) |
| 170,000 Hungarian Forint (HUF) | 765 Swiss Franc (CHF) |
| 2,700 Israeli Shekel (ILS) | 23,000 Taiwan New Dollar (TWD) |
| 77,000 Japanese Yen (JPY) | 24,900 Thai Baht (THB) |
| 10,000 Mexican New Peso (MXN) | |

"Signature Confirmation" is online documentation that can be viewed at the shipping company's website and indicates that the item was signed for on delivery.

**11.5 Items/transactions not eligible for PayPal Seller protection.** The following are examples of items/transactions not eligible for PayPal Seller protection:

Claims or Chargebacks for Significantly Not as Described

Items that you deliver in person, including in connection with In-Store Checkout.

Intangible items, including Digital Goods, and services

PayPal Direct Payments.

Virtual Terminal Payments.

PayPal Business Payments.

Items that are not shipped to the recipient's shipping address on the Transaction Details Page. If you originally ship the item to the recipient's shipping address on the Transaction Details Page but the item is later redirected to a different address, you will not be eligible for PayPal Seller protection. We therefore recommend not using a shipping service that is arranged by the buyer, so that you will be able to provide valid proof of shipping and delivery.

**Back to top**

# Exhibit H – Current User Agreement

## 12 Resolution Procedures for Unauthorized Transactions, Remittance Transfer Errors and Other Errors.
**(Previously called the Electronic Funds Transfer Rights and Error Resolution Policy)**

**12.1 Protection for Unauthorized Transactions and Other Errors.** When an Unauthorized Transaction or Other Error occurs in your Account, including Unauthorized Transactions that occur because your PayPal Debit Card or PayPal Mobile-activated phone has been lost or stolen, PayPal will cover you for the full amount of every eligible Unauthorized Transaction or Other Error as long as you follow the procedures discussed below in Section 12.2. If you add a Closed Loop gift card to your Account, but the card does not act as a funding source in your Account, then any use of this card is not considered a transaction in your Account. Accordingly, any Unauthorized Transaction, Other Error, or Remittance Transfer Error on this gift card is not PayPal's responsibility and you are not covered under any PayPal protection programs.

An **"Unauthorized Transaction"** is a type of error that occurs when money is sent from your Account that you did not authorize and that did not benefit you. For example, if someone steals your password, uses the password to access your Account, and sends a payment from your Account, an Unauthorized Transaction has occurred. If you give someone access to your Account (by giving them your login information) and they conduct transactions without your knowledge or permission, you are responsible for any resulting use. Such transactions are not considered Unauthorized Transactions and are not covered under any PayPal protection programs.

In addition, **"Other Errors"** occur when money is either incorrectly taken from your Account or incorrectly placed into your Account, or when transactions are incorrectly recorded in your Account. Other Errors that are covered by PayPal are limited to the following events: if you send a payment and it is incorrectly debited from your Account of an incorrect amount is credited to your Account, if a transaction is missing from or not properly identified in your Account statement, if you receive an incorrect amount of money at an ATM, and if there is a computational or mathematical error by PayPal. Unauthorized Transactions and Other Errors do not include Disputes, Claims, Chargebacks, and Reversals. You agree that PayPal is authorized to handle Disputes, Claims, Chargebacks, and Reversals as set forth in this Agreement, and that no determination made by PayPal or a card issuer with respect to a Dispute, Claim, Chargeback or Reversal will be considered an Unauthorized Transaction or Other Error. Routine inquiries about your Account balance or the status of a pending transfer into or out of your Account are not considered Unauthorized Transactions or Other Errors unless you expressly notify us of an Unauthorized Transaction or Other Error in connection with the transfer. Requests for information for tax or other recordkeeping purposes and requests for duplicate documentation also are not deemed to be Unauthorized Transactions or Other Errors.

PayPal also covers you for Remittance Transfer Errors as long as you follow the procedures discussed below in Section 12.5.

You may request documentation or information regarding your Account or transaction to determine whether an Unauthorized Transaction, Other Error or a Remittance Transfer Error exists by contacting us through the Contact Us link at the bottom of each page of the PayPal website.

## 12.2 Notification Requirements.

a. You should immediately notify PayPal if you believe:

   a. there has been an Unauthorized Transaction, unauthorized access to your Account, or the occurrence of an Other Error;

   b. there is an error in your Account statement (you can access your Account statement by logging into your Account or your transaction confirmation sent to you by email;

   c. your password or PayPal Mobile PIN has been compromised;

   d. your PayPal Debit Card or PayPal Mobile-activated phone has been lost, stolen or deactivated; or

   e. you need more information about a transaction listed on the statement or transaction confirmation.

b. To be eligible for 100% protection for Unauthorized Transactions or Other Errors in your Account, you must notify us within 60 Days after any Unauthorized Transaction or Other Error first appears in your Account statement. We will extend the 60 Day time period if a good reason, such as a hospital stay, kept you from notifying us within 60 Days.

You should regularly log into your Account and review your Account statement to ensure that there has not been an Unauthorized Transaction or Other Error. PayPal will also send an email to the primary email address you have provided in order to notify you of each transaction from your Account, unless you have opted out of receiving certain notifications. You should also review these transaction confirmations to ensure that each transaction was authorized and is accurate.

For Unauthorized Transactions or Other Errors involving your PayPal Debit Card, notify us as follows.

a. Log into your Account, go to the "Account Overview" page, select the transaction details for the transaction you wish to dispute and then follow the directions. Please print and sign the completed form, then mail it to us (PayPal, Attn: PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950) or send it by fax to (503) 395-2855⊗; or

b. Telephone PayPal Customer Service at (402) 935-7733⊗.

For Unauthorized Transactions or Other Errors in your Account, notify us as follows

a. **Use this form** to file an error report in the PayPal Resolution Center; or

b. Write to PayPal, Attn. Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950; or

c. Telephone PayPal Customer Service at (402) 935-7733⊗.

# Exhibit H – Current User Agreement

When you notify us, provide us with all of the following information

 a. Your name and email address registered to your Account;
 b. A description of any suspected Unauthorized Transaction or Other Error and an explanation as to why you believe it is incorrect or why you need more information to identify the transaction; and
 c. The dollar amount of any suspected Unauthorized Transaction or Other Error.

If you notify us orally, we may require that you send us your complaint or question in writing within 10 Business Days. During the course of our investigation, we may request additional information from you.

**12.3 PayPal Actions after Receipt of Your Notification.** Once you notify us of any suspected Unauthorized Transaction or Other Error, or we otherwise learn of one, we will do the following:

- We will conduct an investigation to determine whether there has been an Unauthorized Transaction or Other Error that is eligible for protection.

- We will complete our investigation within 10 Business Days of the date we received your notification of the suspected Unauthorized Transaction or Other Error. If your Account is new (the first transaction from your Account was less than 30 Business Days from the date you notify us), we may take up to 20 Business Days to complete the investigation. If we need more time, we may take up to 45 Days to complete our investigation (or up to 90 Days for new Accounts, or if your transaction was at a point of sale where you were physically present, or a foreign-initiated transaction).

  If we decide that we need more time to complete our investigation, we will provisionally credit your Account for the amount of the suspected error. You will receive the provisional credit within 10 Business Days of the date we received your notice (or 20 Business Days for new Accounts). This will allow you to have use of the money until we complete the investigation. We will notify you of the provisional credit within 2 Business Days of the crediting. If we ask you to put your complaint or question in writing and we do not receive it within 10 Business Days (or 20 Business Days for new Accounts), we will not provisionally credit your Account.

- We will inform you of our decision within 3 Business Days after completing our investigation.

  If we determine that there was an error, we will promptly credit the full amount of the error into your Account within 1 Business Day of our determination. Or, if you have already received a provisional credit, you will be allowed to retain those amounts.

  If we decide that there was not an error, we will include an explanation of our decision in our email to you. If you received a provisional credit, we will remove it from your Account and notify you of the date and amount of the debit. You may request copies of the documents that we used in our investigation.

**12.4 PayPal Processing Errors.** We will rectify any processing error that we discover. If the error results in your receipt of less than the correct amount to which you are entitled, PayPal will credit your Account for the difference. If the error results in your receipt of more than the correct amount to which you are entitled, PayPal will debit the extra funds from your Account. If the error resulted in our not completing a transaction on time or in the correct amount, we will be liable for your losses or damages directly caused by this failure, unless: (a) through no fault of ours, you did not have enough available funds to complete the transaction, (b) our system was not working properly and you knew about the breakdown when you started the transaction, or (c) circumstances beyond our control (such as fire, flood or loss of Internet connection) prevented the transaction, despite our reasonable precautions.

**12.5 Protection for Remittance to Recipients with PayPal Accounts Outside of the United States**

Protection for Remittance Transfer Errors.

When you send a Remittance Transfer and a Remittance Transfer Error occurs in your Account, you may have the right to certain remedies, as long as you follow the procedures discussed below. A "Remittance Transfer" must meet the following requirements:

 1. A payment sent from a PayPal Personal or Premier account where the sender is not a commercial entity and has not accepted the Commercial Entity Agreement
 2. A payment sent to a recipient with an Account in a country outside of the US.
 3. The sender sends the payment for personal, family or household purposes.
 4. The payment sent is more than $15 USD or more than $15 USD equivalent (not including fees or taxes charged to the sender) in the currency in which the transaction is funded
 5. Sender received a Remittance Receipt which states that they have up to 180 days to report a Remittance Transfer Error.
 6. The payment is sent later than 10.27.2013.

Payments that you make at a merchant website or location by selecting PayPal as a payment option are not "Remittance Transfers."

# Exhibit H -- Current User Agreement

A "Remittance Transfer Error" occurs if

1. You paid an incorrect amount to send the Remittance Transfer, for example, you were charged more than the total shown on the Remittance Receipt you received.
2. PayPal made a computational or bookkeeping error, such as a miscalculation of the amount the recipient received.
3. The amount stated in the Remittance Receipt was not made available to the recipient, unless:
   a. we stated in the Remittance Receipt that we used estimates and the difference in the amount received and the amount stated in the Remittance Receipt was a result of such estimation; or
   b. the problem was caused by extraordinary circumstances outside our control.
4. Funds were available to the recipient later than the date of availability that was disclosed to you on the Remittance Receipt or were not delivered, unless:
   a. extraordinary circumstances outside our control caused the delay;
   b. delays resulted from fraud screenings, or were caused by requirements of the Office of Foreign Assets Controls or similar requirements.
   c. you (or someone assisting you) made the transfer with fraudulent intent.

You can also request for certain documentation or information concerning the Remittance Transfer, such as clarification required to determine if a Remittance Transfer Error occurred.

The scope of this section is limited to the Remittance Transfer Errors described above. For Unauthorized Transactions and Other Errors, please see Section 12.1 to 12.4

### Notification Requirements.

1. To report one of the Remittance Transfer Errors listed above, you must notify PayPal within 180 Days of the funds availability date that was disclosed to you on the Remittance Receipt. You must also request for any additional documentation related to a Remittance Transfer Error within these 180 Days.
2. Notify us of a Remittance Transfer Errors by doing one of the following:
   a. Log in to your Account at paypal.com and go to the Resolution Center and dispute a Transaction.
   b. Write to PayPal, Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950; or
   c. Telephone PayPal Customer Service at (402) 935-7733.
3. When you notify us of a Remittance Transfer Error, you must provide us with the following information:
   a. Your name, and telephone number or email address registered to your Account;
   b. Recipient's name, and to the extent you know it, their telephone number, or address
   c. Transaction ID number or other information that enables us to identify the applicable Remittance Transfer;
   d. An explanation of why you think the error exists, including (to the extent possible) the type, date and the amount of error

### PayPal Actions after Receipt of Your Notification.

Once you notify us of a Remittance Transfer Error, we will do the following.

1. Conduct an investigation to determine whether a Remittance Transfer Error has occurred.
2. Complete our investigation within 90 Days of the date we received your notice of the Remittance Transfer Error and respond to you within 3 Business Days after we complete the investigation
3. If you request additional documentation or information to determine if there was a Remittance Transfer Error, you may report the Remittance Transfer Error within the later of 180 Days of the date of availability disclosed on the Remittance Receipt or 60 Days after we provide you with the documentation or information
4. If we find that no Remittance Transfer Error has occurred, we will provide you with a written explanation of the results of the investigation. In this case, you will have the right to request any documentation we relied on to make our determination.
5. If we find that a Remittance Transfer Error has occurred, we will provide you with a list of available remedies. You will have 10 Days to notify us of your preferred remedy via email. If you do not let us know your preferred remedy within 10 Days after we notify you of the available remedies, we will refund you the amount appropriate to resolve the error. The remedies available are as follows:
   a. If we determine that you were charged more than what the Remittance Receipt stated, or there was a computational or bookkeeping error, or the designated recipient did not receive the amount stated on the Remittance Receipt, you will have the option of seeking a refund or a redelivery of the amount appropriate to resolve the Remittance Transfer Error
   b. If we determine that the recipient received the funds later than the date of availability disclosed on your Remittance Receipt, we will refund you any fees you paid to us for the transaction
   c. If we determine that the funds were not delivered, we will not only refund you any fees or taxes you paid for the Remittance Transfer, but we will also provide you the option of a refund or a redelivery of the amount appropriate to resolve the Remittance Transfer Error.

After you notify us about your preferred remedy or 10 Days after we have notified you of the available remedies, whichever period is shorter, we will correct the Remittance Transfer Error within 1 Business Day or as soon as reasonably practical.

Back to top

## Exhibit H – Current User Agreement

13  Protection for Buyers.

13.1 **Types of Problems Covered.** PayPal Purchase Protection (also known as PayPal Buyer Protection) helps you if you encounter either of these problems:

- You did not receive the item you paid for with PayPal – 'Item Not Received' (INR); or

- You received an item you paid for with PayPal but it is 'Significantly Not as Described' (SNAD) (as described below)

If your problem is a transaction that you did not authorize, please **use this form** to report the unauthorized transaction

An item is 'Significantly Not as Described' if it is materially different from what the Seller described in the item listing. Here are some examples.

- You received a completely different item. For example, you purchased a book and received a DVD or an empty box.
- The condition of the item was misrepresented. For example, the description when you bought the item said 'new' and the item was used.
- The item was advertised as authentic but is not authentic.
- The item was missing major parts or features which were not disclosed in its description when you bought the item.
- You purchased three items from a Seller but only received two.
- The item was damaged during shipment.

An item is **not** Significantly Not as Described if it is materially similar to the Seller's item listing description. Here are some examples.

- The defect in the item was correctly described by the Seller.
- The item was properly described but you didn't want it after you received it.
- The item was properly described but did not meet your expectations.
- The item has minor scratches and was listed as used condition.

13.2 **Eligibility Requirements.**

a.  To be eligible for PayPal Purchase Protection you must meet all of the following requirements:

- Pay for the eligible item from your Account

- Pay for the full amount of the item with one payment. Items purchased with multiple payments – like a deposit followed by a final payment – are not eligible

- Send the payment to the Seller through

- the eBay 'Pay Now' button or the eBay invoice; or

- the 'Send Money' button of your Account by selecting 'eBay Item' and entering your eBay User ID and the eBay item number for purchases on eBay website; or

- the Send Money tab on the PayPal website, by clicking the 'Purchase' tab  or by selecting the 'Checkout with PayPal' button or otherwise selecting PayPal as part of a Seller's checkout flow

- Open a Dispute within 45 Days of the date you sent the payment, then follow the online dispute resolution process described below under Dispute Resolution. For Pay After Delivery transactions you must open your Dispute within 45 Days of the date of your transaction

- Have an Account in good standing

b.  For items purchased on eBay look for  either a PayPal or eBay purchase or buyer protection message in the eBay listing. If you see a message and you meet the eligibility requirements, then your purchase is covered by PayPal Purchase Protection. The purchase or buyer protection message will vary based on the eBay website. The message must appear on the top part of the listing and not under the 'Description' or 'Shipping and Payments' tabs. If the listing does not include the purchase or buyer protection message, then it is not eligible for PayPal Purchase Protection

## Exhibit H – Current User Agreement

**13.3 Ineligible Items.** PayPal Purchase Protection only applies to PayPal payments for certain tangible, physical goods. Payments for the following are not eligible for reimbursement under PayPal Purchase Protection:

- Intangible items, including Digital Goods
- Services
- Real estate, including residential property
- Businesses
- Vehicles, including motor vehicles, motorcycles, caravans, aircraft and boats
- Custom-made items
- Travel tickets, including airline flight tickets
- Items prohibited by the **PayPal Acceptable Use Policy**
- Items which you collect in person or arrange to be collected on your behalf, including items bought through In-Store Checkout at the retail point of sale
- Items that violate **eBay's Prohibited or Restricted Items Policy**
- Industrial machinery used in manufacturing
- Items equivalent to cash, including prepaid or gift cards
- PayPal Direct Payments
- Virtual Terminal Payments
- Personal Payments

Even if your payment is not eligible for PayPal Purchase Protection, you can file a Dispute and try to resolve the issue directly with the Seller; however, PayPal will generally not find in your favor if you escalate a Dispute to a Claim for an item which is not eligible for PayPal Purchase Protection.

**13.4 Coverage Amount.** If you are eligible for PayPal Purchase Protection and PayPal finds in your favor on your Claim, PayPal will reimburse you for the full purchase price of the item and original shipping costs – with no cap on coverage.

PayPal will not reimburse you for the return shipping costs that you incur to return a Significantly Not As Described item to the Seller or other party, specified by PayPal, if the Seller presents evidence that they delivered the goods to your address. PayPal may find in favor of the Seller for an item Not Received claim even if you did not receive the goods.

**13.5 Dispute Resolution.** If you are unable to resolve a problem directly with a Seller, you can go to the **Resolution Center** and follow this process:

- **Open a Dispute.** Open a Dispute within **45 Days** of the date you made the payment (or the date of the transaction if using Pay After Delivery) for the item you would like to dispute to negotiate with the Seller for resolution of the Dispute. We will place a hold on all funds related to the transaction in the Seller's Account until the Dispute is resolved or closed.
- **Escalate the Dispute to a Claim.** If you and the Seller are unable to come to an agreement, you can escalate the Dispute to a Claim within **20 Days** after opening the Dispute.

  You must wait at least 7 Days from the date of payment to escalate a Dispute for an Item Not Received (INR), unless the Dispute is for the equivalent of $2,500 U.S. Dollars or more (or currency equivalents). If you do not escalate the Dispute to a Claim within 20 Days, PayPal will close the Dispute.
- **Respond to PayPal's requests for information in a timely manner.** During the Claim process, PayPal may require you to provide documentation to support your position. You may be asked to provide receipts, third party evaluations, police reports, or anything else that PayPal specifies.
- **Comply with PayPal's shipping requests in a timely manner.** For Significantly Not as Described (SNAD) Claims, PayPal may require you, at your expense, to ship the item back to the Seller, PayPal, or a third party and to provide proof of delivery.

  For transactions that total less than $750, proof of delivery is confirmation that can be viewed online and includes the delivery address showing at least city/state or zip, delivery date, and the URL to the shipping company's website if you've selected "Other" in the shipping drop down menu. For transactions that total $750 or more, you must get signature confirmation of delivery.
- **Claim Resolution Process.** Once a Dispute has been escalated to a Claim, PayPal will make a final decision in favor of the buyer or the Seller. You may be asked to provide receipts, third party evaluations, police reports, or anything else that PayPal specifies. PayPal retains full discretion to make a final decision in favor of the buyer or the Seller based on any criteria PayPal deems appropriate. In the event that PayPal makes a final decision in favor of the buyer or Seller, each party must comply with PayPal's decision. PayPal will generally require the buyer to ship an item that the buyer claims is SNAD back to the Seller (at the buyer's expense), and PayPal will generally require a Seller to accept the item back and refund the buyer the full purchase price plus original shipping costs. In the event a Seller loses a Claim, the Seller will not receive a refund on his or her PayPal or eBay fees associated with the transaction. If you lose a SNAD Claim because the item you sold is counterfeit, you will be required to provide a full refund to the buyer and you will not receive the item back (it will be destroyed).

# Exhibit H – Current User Agreement

**13.6 Digital Goods Micropayment Disputes and Claims.** If you file a Dispute for a Digital Goods purchase of up to the amounts in the table below, PayPal may, at our discretion, reverse the transaction without requiring you to escalate the Dispute to a Claim.

| Currency | Amount | Currency | Amount |
|----------|--------|----------|--------|
| Australian Dollar | $9.99 AUD | New Zealand Dollar | $9.99 NZD |
| Brazilian Real | 7.99 BRL | Norwegian Krone | 29.99 NOK |
| Canadian Dollar | $3.99 CAD | Philippine Peso | 499.99 PHP |
| Czech Koruna | 99.99 CZK | Polish Zlotych | 16.99 PLN |
| Danish Krone | 24.99 DKK | Singapore Dollar | $9.99 SGD |
| Euro | 4.99 EUR | Swedish Krona | 34.99 SEK |
| Hong Kong Dollar | $49.99 HKD | Swiss Franc | 4.99 CHF |
| Hungarian Forint | 899 HUF | Taiwan New Dollar | 240.00 TWD |
| Israeli Shekel | 15.99 ILS | Thai Baht | 249.00 THB |
| Japanese Yen | ¥999 JPY | U.K. Pounds Sterling | £3.99 GBP |
| Mexican Peso | $39.99 MXN | U.S. Dollar | $3.99 USD |

PayPal may limit the number of automatic reversals that you benefit from. If these are limited, you will still be able to follow PayPal's standard dispute resolution processes described in this Section 13 to attempt to resolve the issue with the Seller directly.

**13.7 Relationship between PayPal's protection programs and Chargebacks.** Credit card Chargeback rights, if they apply, are broader than PayPal's protection programs. Chargebacks may be filed more than 45 Days after the payment, may cover unsatisfactory items even if they do not qualify as SNAD, and may cover intangible items. You may pursue a Dispute/Claim with PayPal, or you may contact your credit card company and pursue your Chargeback rights. You may not pursue both at the same time or seek a double recovery. If you have an open Dispute or Claim with PayPal, and you also file a Chargeback with your credit card company, PayPal will close your Dispute or Claim, and you will have to rely on your Chargeback rights.

If PayPal does not make a final decision on your Claim until after your credit card issuer's deadline for filing a Chargeback, and because of our delay you recover less than the full amount you would have been entitled to recover from the credit card issuer, we will reimburse you for the remainder of your loss (minus any amount you have already recovered from the Seller).

Before contacting your card issuer or filing a Dispute with PayPal, you should contact the Seller to resolve your issue in accordance with the Seller's return policy as stated on their auction or website.

**13.8 No Double Recovery.** You may not file a Dispute/Claim, or receive a recovery, for a purchase under PayPal Purchase Protection if you have already received a recovery for that purchase directly from eBay, the seller, or another third party, or if you have already filed a case for that purchase with eBay, the seller, or another third party.

**Back to top**

# Exhibit H – Current User Agreement

**14 Disputes with PayPal**

You and PayPal agree that any claim or dispute at law or equity that has arisen or may arise between us will be resolved in accordance with the provisions set forth in this Section (Section 14: Disputes with PayPal). Please read this Section carefully. It affects your rights and will impact how claims you and we have against each other are resolved.

**14.1 Contact PayPal First.** If a dispute arises between you and PayPal, our goal is to learn about and address your concerns and, if we are unable to do so to your satisfaction, to provide you with a neutral and cost effective means of resolving the dispute quickly. Disputes between you and PayPal regarding the PayPal Services may be reported to Customer Service online through the **PayPal Help Center** at any time, or by calling (402) 935-2050(ξ) from 6 AM to midnight, Central Time.

**14.2 Applicable Law.** You agree that the laws of the State of Delaware, without regard to principles of conflict of laws, will govern this User Agreement and any claim or dispute that has arisen or may arise between you and PayPal, except as otherwise stated in this User Agreement.

**14.3 Agreement to Arbitrate.** You and PayPal each agree that all disputes or claims that have arisen or may arise between you and PayPal shall be resolved exclusively through final and binding arbitration, rather than in court, except that you may assert claims in small claims court, if your claims qualify. The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate.

  a. Prohibition of Class and Representative Actions and Non-Individualized Relief.

  YOU AND PAYPAL AGREE THAT EACH OF US MAY BRING CLAIMS AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE ACTION OR PROCEEDING. UNLESS BOTH YOU AND PAYPAL AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE OR JOIN MORE THAN ONE PERSON'S OR PARTY'S CLAIMS AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A CONSOLIDATED, REPRESENTATIVE, OR CLASS PROCEEDING. ALSO, THE ARBITRATOR MAY AWARD RELIEF (INCLUDING MONETARY, INJUNCTIVE, AND DECLARATORY RELIEF) ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF NECESSITATED BY THAT PARTY'S INDIVIDUAL CLAIM(S). ANY RELIEF AWARDED CANNOT AFFECT OTHER PAYPAL USERS.

  b. Arbitration Procedures.

  Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, and court review of an arbitration award is very limited. However, an arbitrator can award the same damages and relief on an individual basis that a court can award to an individual. An arbitrator also must follow the terms of this User Agreement as a court would.

  The arbitration will be conducted by the American Arbitration Association ("AAA") under its rules and procedures, including the AAA's Supplementary Procedures for Consumer-Related Disputes (as applicable), as modified by this Agreement to Arbitrate. The AAA's rules are available at www.adr.org. A form for initiating arbitration proceedings is available on the AAA's website at http://www.adr.org.

  The arbitration shall be held in the county in which you reside or at another mutually agreed location. If the value of the relief sought is $10,000 or less, you or PayPal may elect to have the arbitration conducted by telephone or based solely on written submissions, which election shall be binding on you and PayPal subject to the arbitrator's discretion to require an in-person hearing, if the circumstances warrant. Attendance at an in-person hearing may be made by telephone by you and/or PayPal, unless the arbitrator requires otherwise.

  The arbitrator will decide the substance of all claims in accordance with the laws of the State of Delaware, including recognized principles of equity, and will honor all claims of privilege recognized by law. The arbitrator shall not be bound by rulings in prior arbitrations involving different PayPal users, but is bound by rulings in prior arbitrations involving the same PayPal user to the extent required by applicable law. The arbitrator's award shall be final and binding, and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

  c. Costs of Arbitration.

  Payment of all filing, administration, and arbitrator fees will be governed by the AAA's rules, unless otherwise stated in this Agreement to Arbitrate. If the value of the relief sought is $10,000 or less, at your request, PayPal will pay all filing, administration, and arbitrator fees associated with the arbitration. Any request for payment of fees by PayPal should be submitted by mail to the AAA along with your Demand for Arbitration and PayPal will make arrangements to pay all necessary fees directly to the AAA. If the value of the relief sought is more than $10,000 and you are able to demonstrate that the costs of arbitration will be prohibitive as compared to the costs of litigation, PayPal will pay as much of the filing, administration, and arbitrator fees as the arbitrator deems necessary to prevent the arbitration from being cost prohibitive. In the event the arbitrator determines the claim(s) you assert in the arbitration to be frivolous, you agree to reimburse PayPal for all fees associated with the arbitration paid by PayPal on your behalf that you otherwise would be obligated to pay under the AAA's rules.

  d. Severability.

  With the exception of any of the provisions in subsection (a) of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non-Individualized Relief"), if a court decides that any part of this Agreement to Arbitrate is invalid or unenforceable, the other parts of this Agreement to Arbitrate shall still apply. If a court decides that any of the provisions in subsection (a) of this Agreement to Arbitrate ("Prohibition of Class and Representative Actions and Non-Individualized Relief") is invalid or unenforceable, then the entirety of this Agreement to Arbitrate shall be null and void. The remainder of the User Agreement, including all other provisions of Section 14 (Disputes with PayPal), will continue to apply.

# Exhibit H – Current User Agreement

e. **Opt-Out Procedure.**

You can choose to reject this Agreement to Arbitrate ("opt-out") by mailing us a written opt-out notice ("Opt-Out Notice"). For new PayPal users, the Opt-Out Notice must be postmarked no later than 30 Days after the date you accept the User Agreement for the first time. If you are already a current PayPal user and previously accepted the User Agreement prior to the introduction of this Agreement to Arbitrate, the Opt-Out Notice must be postmarked no later than December 1, 2012. You must mail the Opt-Out Notice to PayPal, Inc., Attn: Litigation Department, 2211 North First Street, San Jose, CA 95131.

The Opt-Out Notice must state that you do not agree to this Agreement to Arbitrate and must include your name, address, phone number, and the email address(es) used to log in to the PayPal account(s) to which the opt-out applies. You must sign the Opt-Out Notice for it to be effective. This procedure is the only way you can opt out of the Agreement to Arbitrate. If you opt out of the Agreement to Arbitrate, all other parts of the User Agreement, including all other provisions of Section 14 (Disputes with PayPal), will continue to apply. Opting out of this Agreement to Arbitrate has no effect on any previous, other, or future arbitration agreements that you may have with us.

f. **Future Changes to the Agreement to Arbitrate.**

Notwithstanding any provision in the User Agreement to the contrary, you and we agree that if we make any change to this Agreement to Arbitrate (other than a change to any notice address or website link provided herein) in the future, that change shall not apply to any claim that was filed in a legal proceeding against PayPal prior to the effective date of the change. Moreover, if we seek to terminate the Agreement to Arbitrate as included in the User Agreement, any such termination shall not be effective until 30 days after the version of the User Agreement not containing the Agreement to Arbitrate is posted to http://www.paypal.com, and shall not be effective as to any claim that was filed in a legal proceeding against PayPal prior to the effective date of termination.

**14.4 Insolvency Proceedings.** If any proceeding by or against you is commenced under any provision of the United States Bankruptcy Code, as amended, or under any other bankruptcy or insolvency law, PayPal will be entitled to recover all reasonable costs or expenses (including reasonable attorneys' fees and expenses) incurred in connection with the enforcement of this Agreement.

**14.5 No Waiver.** Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches.

**14.6 Indemnification.** You agree to defend, indemnify and hold PayPal, our parent, Affiliates and the officers, directors, agents, joint venturers, employees and suppliers of PayPal, our parent, or our Affiliates, harmless from any claim or demand (including attorneys' fees) made or incurred by any third party due to or arising out of your breach of this Agreement, your inappropriate use of the PayPal Services, and/or your violation of any law or the rights of a third party.

**14.7 Assumption of Rights.** If PayPal pays out a Claim, Reversal or Chargeback that you file against a recipient of your payment, you agree that PayPal assumes your rights against the recipient and third parties related to the payment, and may pursue those rights directly or on your behalf, at PayPal's discretion.

**14.8 Release of PayPal.** If you have a dispute with one or more Users, you release PayPal (and our parent, our Affiliates, and our and their respective officers, directors, agents, joint venturers, employees and suppliers) from any and all Claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, arising out of or in any way connected with such disputes. In entering into this release you expressly waive any protections (whether statutory or otherwise – e.g., California Civil Code § 1542) that would otherwise limit the coverage of this release to include only those claims which you may know or suspect to exist in your favor at the time of agreeing to this release.

**14.9 State Agencies.** In addition to reporting complaints against PayPal directly to PayPal as described above, if you are a California resident, you may report complaints to the California Department of Financial Institutions at its toll-free telephone number, 1-800-622-0620, by e-mail at consumer.complaint@dfi.ca.gov, or by mail at Department of Financial Institutions, Consumer Services, 1810 13th Street, Sacramento, CA 95811. Florida residents may contact the Florida Department of Financial Services in writing at 200 East Gaines Street, Tallahassee, Florida, 32399, or by telephone at 1-800-342-2762. If you are a California resident, you have a right to receive the information listed in Section 1.7 (Notices to You) by email. To make such a request, send a letter to PayPal at the address listed in Section 1.2 (Notices to PayPal), include your email address, and request the information provided in Section 1.7.

**Back to top**

# Exhibit H – Current User Agreement

## 15 General Provisions.

**15.1 Limitations of Liability.** IN NO EVENT SHALL WE, OUR PARENT AND AFFILIATES, AND THE OFFICERS, DIRECTORS, AGENTS, JOINT VENTURERS, EMPLOYEES AND SUPPLIERS OF PAYPAL, OUR PARENT OR OUR AFFILIATES BE LIABLE FOR LOST PROFITS OR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH OUR WEBSITE, THE PAYPAL SERVICES, OR THIS AGREEMENT (HOWEVER ARISING, INCLUDING NEGLIGENCE). (Some states do not allow the exclusion or limitation of incidental or consequential damages so the above limitation or exclusion may not apply to you. OUR LIABILITY, AND THE LIABILITY OF OUR PARENT AND AFFILIATES, AND OUR AND THEIR RESPECTIVE OFFICERS, DIRECTORS, AGENTS, JOINT VENTURERS, EMPLOYEES AND SUPPLIERS, TO YOU OR ANY THIRD PARTIES IN ANY CIRCUMSTANCE IS LIMITED TO THE ACTUAL AMOUNT OF DIRECT DAMAGES. IN ADDITION, TO THE EXTENT PERMITTED BY APPLICABLE LAW, PAYPAL, OUR PARENT AND AFFILIATES, AND THEIR RESPECTIVE OFFICERS, DIRECTORS, AGENTS, JOINT VENTURERS, EMPLOYEES AND SUPPLIERS ARE NOT LIABLE, AND YOU AGREE NOT TO HOLD THESE PARTIES RESPONSIBLE, FOR ANY DAMAGES OR LOSSES (INCLUDING, BUT NOT LIMITED TO, LOSS OF MONEY, GOODWILL, OR REPUTATION, PROFITS, OR OTHER INTANGIBLE LOSSES OR ANY SPECIAL, INDIRECT, OR CONSEQUENTIAL DAMAGES) RESULTING DIRECTLY OR INDIRECTLY FROM: (1) YOUR USE OF OR YOUR INABILITY TO USE PAYPAL'S SITES AND SERVICES, (2) DELAYS OR DISRUPTIONS IN PAYPAL'S SITES AND SERVICES, (3) VIRUSES OR OTHER MALICIOUS SOFTWARE OBTAINED BY ACCESSING PAYPAL'S SITES OR SERVICES OR ANY SITE OR SERVICE LINKED TO PAYPAL'S SITES OR SERVICES, (4) GLITCHES, BUGS, ERRORS, OR INACCURACIES OF ANY KIND IN PAYPAL'S SITES OR SERVICES OR IN THE INFORMATION AND GRAPHICS OBTAINED FROM THEM, (5) THE CONTENT, ACTIONS, OR INACTIONS OF THIRD PARTIES, (6) A SUSPENSION OR OTHER ACTION TAKEN WITH RESPECT TO YOUR ACCOUNT, (7) YOUR NEED TO MODIFY PRACTICES, CONTENT, OR BEHAVIOR, OR YOUR LOSS OF OR INABILITY TO DO BUSINESS, AS A RESULT OF CHANGES TO THIS USER AGREEMENT OR PAYPAL'S POLICIES. PAYPAL RESERVES THE RIGHT TO MODIFY ITS POLICIES AND THIS USER AGREEMENT AT ANY TIME CONSISTENT WITH THE PROVISIONS OUTLINED HEREIN.

**15.2 No Warranty.** THE PAYPAL SERVICES ARE PROVIDED "AS IS" AND WITHOUT ANY REPRESENTATION OR WARRANTY, WHETHER EXPRESS, IMPLIED OR STATUTORY. PAYPAL, OUR PARENT AND AFFILIATES, AND THE OFFICERS, DIRECTORS, AGENTS, JOINT VENTURERS, EMPLOYEES AND SUPPLIERS OF PAYPAL, OUR PARENT OR OUR AFFILIATES, SPECIFICALLY DISCLAIM ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. PayPal does not have any control over the products or services that are paid for with the PayPal Services and PayPal cannot ensure that a buyer or a Seller you are dealing with will actually complete the transaction or is authorized to do so. PayPal does not guarantee continuous uninterrupted or secure access to any part of the PayPal Services, and operation of our site may be interfered with by numerous factors outside of our control. PayPal will make reasonable efforts to ensure that requests for electronic debits and credits involving bank accounts, credit cards, and check issuances are processed in a timely manner but PayPal makes no representations or warranties regarding the amount of time needed to complete processing because the PayPal Services are dependent upon many factors outside of our control, such as delays in the banking system or the U.S. or international mail service. Certain PayPal Services may not be available to you based on residency, geographic location or other eligibility criteria. Some states do not allow the disclaimer of implied warranties, so the foregoing disclaimers may not apply to you. This paragraph gives you specific legal rights and you may also have other legal rights that vary from state to state.

**15.3 PayPal Shopping.** PayPal Shopping is part of the PayPal website that features Merchants' offers and enables product search. PayPal does not warrant that product descriptions, pricing, search results, User ratings and reviews or any other content on PayPal Shopping is accurate, complete, reliable or current. PayPal Shopping is provided for informational purposes only and does not constitute an endorsement by PayPal of any product, service or Merchant.

**15.4 License Grant.** If you are using PayPal software such as an API, developer's toolkit or other software application that you have downloaded to your computer, device or other platform, then PayPal grants you a revocable, non-exclusive, non-transferable license to use PayPal's software in accordance with the documentation. This license grant includes the software and all updates, upgrades, new versions and replacement software for your personal use only. You may not rent, lease or otherwise transfer your rights in the software to a third party. You must comply with the implementation and use requirements contained in all PayPal documentation accompanying the PayPal Services. If you do not comply with PayPal's implementation and use requirements you will be liable for all resulting damages suffered by you, PayPal and third parties. PayPal may change or discontinue any APIs upon notice to you. You agree not to alter, reproduce, adapt, distribute, display, publish, reverse engineer, translate, disassemble, decompile or otherwise attempt to create any source code that is derived from the software. You acknowledge that all rights, title and interest to PayPal's software are owned by PayPal. Any third party software application you use on the PayPal website is subject to the license you agreed to with the third party that provides you with this software. PayPal does not own, control nor have any responsibility or liability for any third party software application you elect to use on the PayPal website and/or in connection with the PayPal Services. If you are using the PayPal Services on the PayPal website or other website or platform hosted by PayPal or a third party, and are not downloading PayPal software or using third party software applications on the PayPal website, then this section does not apply to your use of the hosted PayPal Services.

**15.5 License Grant from You to PayPal; IP Warranties.** Subject to section 15 U. when providing PayPal with content or posting content using PayPal Services, you grant us a non-exclusive, worldwide, perpetual, irrevocable, royalty-free, transferable, and sublicensable (through multiple tiers) right to exercise any and all copyright, publicity, trademarks, database rights and intellectual property rights you have in the content, in any media known now or in the future. Further, to the fullest extent permitted under applicable law, you waive your moral rights and promise not to assert such rights against PayPal, its sublicensees or its assignees. You represent and warrant that none of the following infringe any intellectual property or publicity right: your provision of content to PayPal, your posting of content using the PayPal Services, and PayPal's use of such content (including of works derived from it) in connection with the PayPal Services."

# Exhibit H – Current User Agreement

**15.6 License Grant from Merchants to PayPal.** Section 15.6 notwithstanding, if you are a Merchant using PayPal Merchant services, you hereby grant us a worldwide, non-exclusive, transferable, sublicensable (through multiple tiers), and royalty-free right to use and display publicly, during the term of this Agreement, your trademark(s) (including but not limited to registered and unregistered trademarks, trade names, service marks, logos, domain names and other designations owned, licensed to or used by you) for the purpose of (1) identifying you as a merchant that accepts a PayPal service as a payment form, and (2) any other use to which you specifically consent.

**15.7 Complete Agreement.** This Agreement, along with any applicable policies and agreements on the **Legal Agreements** page on the PayPal website, sets forth the entire understanding between you and PayPal with respect to the PayPal Services. Sections 1 (Our Relationship with You), 7 (Closing Your Account), 9 (Fees), 10 (Your Funds), Actions We May Take), 14 (Disputes with PayPal), 15 (General Provisions), and 16 (Definitions), as well as any other terms which by their nature should survive, will survive the termination of this Agreement. Unless stated otherwise in this Agreement. If any provision of this Agreement is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced.

**15.8 Translated Agreement.** Any translation of this Agreement is provided solely for your convenience and is not intended to modify the terms of this Agreement. In the event of a conflict between the English version of this Agreement and a version in a language other than English, the English version shall apply.

**Back to top**

## 16  Definitions

"**ACH**" means the Automated Clearing House network.

"**Account**" means a Personal, Business or Premier PayPal account.

"**Account Profile**" means the location on our website where you can, after logging in, view and manage your profile, including your personal information, Payment Method details, preapproved payment authorizations, your selling tools, and your Account settings including your notification preferences and API Access permissions.

"**Add Funds**" means your ability to add money into your Account through a PayPal hosted flow (and not from a third party website).

"**Affiliate**", "**Affiliated Company**" or "**Family of Companies**" are companies that are direct or indirect subsidiaries of PayPal, Inc. or eBay Inc. or are otherwise related to PayPal through common ownership or control. For more information on our Corporate Family, please visit **http://www.ebayprivacycenter.com/about-us/corporate-family**.

"**Agreement**" means this agreement including all subsequent amendments.

"**Approved Shipper**" means a shipping provider offering services that meet PayPal's standards needed for Viewable Online Proof of Delivery and Viewable Online Signature Confirmation. Approved Shippers include USPS (United States Postal Service), UPS (United Parcel Service) and FedEx. For additional Approved Shippers see PayPal's online **Security and Protection** page.

"**Authorize**" or "**Authorization**" means a buyer's express authorization to a Merchant to collect a payment from the buyer's Account.

"**Balance**" means any amount of funds that you have in your Account, which could be a negative amount if buyers have initiated chargebacks against your Account or if you otherwise owe PayPal money. The terms "money" and "funds" are used interchangeably in this Agreement. A PayPal balance represents an unsecured claim against PayPal and is not insured by the FDIC.

"**Business Account**" and "**Premier Account**" means an Account that is established primarily for business purposes and not for personal, family, or household purposes.

"**Business Days**" means Monday through Friday, excluding Holidays.

"**Commercial Entity Agreement**" means the agreement that commercial entities are required to enter into directly with PayPal's payment processor(s).

"**Communications**" means any Account, PayPal Funds account, or transaction information that PayPal provides to you, including: any agreements and policies you agree to, including updates to these agreements or policies; annual disclosures, including prospectuses and reports for PayPal Funds; transaction receipts or confirmations; Account statements and history; and federal and state tax statements we are required to make available to you.

# Exhibit H – Current User Agreement

"**Chargeback**" means a request that a buyer files directly with his or her debit or credit card company or debit or credit card issuing bank to invalidate a payment.

"**Check**" is defined in Section 3.11 (PayPal Mobile Check Capture).

"**Check Processor**" means a third party bank or bank-affiliated entity that processes Check images transmitted through PayPal Mobile Check Capture.

"**Claim**" means a challenge to a payment that a User files directly with PayPal in the **Online Resolution Center** pursuant to Section 13 (Protection for Buyers) of this Agreement.

"**Closed Loop**" gift card means branded stored value or branded prepaid physical or digital card, or other electronic or digital debit payment mechanism or electronic promise, number, or payment code providing prepaid access to funds or the value of funds that can be used only for goods or services in transactions involving a defined merchant or location (or set of locations), such as a specific retailer or retail chain, a college campus or a subway system.

"**Confirmed Address**" means an address that has been reviewed by PayPal and found highly likely to be that of the User to which it is associated.

"**Customer Service**" is PayPal's customer support which can be accessed online through the **PayPal Help Center** at any time, or by calling (402) 935-2050 from 6 AM to midnight Central Time.

"**Days**" means calendar days.

"**Default Payment Methods**" means the order in which PayPal uses your Payment Methods to fund a transaction if you do not select a Preferred Payment Method.

"**Digital Goods**" means goods that are delivered and used in an electronic format.

"**Dispute**" means a dispute filed by a User directly with PayPal in the **Online Resolution Center** pursuant to Section 13 of this Agreement.

"**eBay**" means eBay Inc.

"**eBay Gift Card**" means an eBay branded physical gift card that is issued by PayPal.

"**eCheck**" means a payment funded using a sender's bank account Payment Method that is held pending and not received by the recipient until it clears. When you send money using eCheck it will usually be held pending for 3-4 Business Days. The amount of time that it is held pending will increase if the payment is sent from a bank account outside the United States.

"**Family of Companies**" has the same meaning as Affiliate.

"**Fees**" means those amounts stated in Section 8 (Fees) of this Agreement.

"**Holidays**" means New Year's Day (January 1), Birthday of Martin Luther King, Jr. (the third Monday in January), Washington's Birthday (the third Monday in February), Memorial Day (the last Monday in May), Independence Day (July 4), Labor Day (the first Monday in September), Columbus Day (the second Monday in October), Veterans Day (November 11), Thanksgiving Day (the fourth Thursday in November) and Christmas Day (December 25). If a Holiday falls on a Saturday, PayPal shall observe the Holiday on the prior Friday. If the Holiday falls on a Sunday, PayPal shall observe the Holiday on the following Monday.

"**In-Store Checkout**" means the use of PayPal for a transaction that occurs in a Seller's physical location, rather than online, using an access device authorized by us (such as the PayPal Payment Card or a confirmed mobile phone number). In-Store Checkout definition includes Mobile In-Store Payments.

"**Information**" means any confidential and/or personally identifiable information or other information related to an Account or User, including but not limited to the following: name, email address, date of birth, tax identification number, billing/shipping address, phone number and financial information.

# Exhibit H – Current User Agreement

"**Instant Transfer**" means a payment funded using the sender's bank account Payment Method in which PayPal credits the recipient instantly.

"**Item Not Received**" means a challenge to a payment from a User claiming that the item purchased was not received.

"**Mass Payments**" means the ability to send multiple payments at the same time.

"**Merchant**" and "**Seller**" are used interchangeably and mean a User who is selling goods and/or services and using the PayPal Services to receive payment.

"**Merchant Processing Delay**" means a delay between the time you Authorize a payment and the time the Merchant processes your payment.

"**Merchant Specific Promotional Balance**" is a separate Balance in your PayPal Account that is funded by either PayPal or a Merchant, that can only be used at a specific Merchant, and that may expire after a specified period of time.

"**Micropayments for Digital Goods**" means the PayPal Service offered to certain qualifying Merchants who sell Digital Goods which, among other things, offers micropayments pricing and integrated website tools. All Micropayments for Digital Goods are Purchase Payments.

"**Mobile In-Store Payments**" means using the check-in function in the PayPal mobile application to pay with PayPal based on the sender's proximity to the recipient's location. Mobile In-Store Payments include Payment Code payments.

"**No Log-In Payment**" means a PayPal payment that is made to a User without the sender having to log into his/her Account.

"**Other Errors**" has the definition provided in Section 13 (Resolution Procedures for Unauthorized Transactions and Other Errors) of this Agreement.

"**Pay After Delivery**" or "PAD" means the PayPal Pay After Delivery service described in Section 3.15.

"**Payment Code**" means a code generated by PayPal on a mobile device that can be used by a buyer to pay by scanning or key-entering the value at a Merchant physical location. A Payment Code may be valid for a limited duration for one or more transactions in one or more Merchant locations.

"**Payment Review**" means the process described in Section 4 (Receiving Money) of this Agreement.

"**Payment Method**" means the payment method used to fund a transaction. The following payment methods may be used to fund a transaction: Balance, Instant Transfer, eCheck, PayPal Credit, PayPal Cards, credit card, debit card, eBay Gift Card and Redemption Codes. You may also select to remove a Payment Method from your Account.

"**PayPal,**" "**we,**" "**us**" or "**our**" means PayPal, Inc. and its subsidiaries and affiliates or an agent acting on their behalf.

"**PayPal Business Payments**" means payments made through certain third parties' products or services where the sender must fund their payment exclusively using certain (or both) their Balance or eCheck and for which the PayPal Business Payment Fee applies. The PayPal Business Payment Fee is currently being offered as a pilot and only through third parties' products or services that by PayPal directly) in limited product lines.

"**PayPal Cards**" means PayPal Smart Connect (formerly PayPal Buyer Credit), PayPal Extras MasterCard (formerly the PayPal Plus Card), eBay MasterCard.

"**PayPal Credit**" means the payment system serviced by PayPal Credit, Inc. which allows consumers to pay for purchases by using a revolving line of credit issued by a third-party chartered financial institution.

"**PayPal Debit Card**" means a PayPal branded debit card that is accepted anywhere that accepts MasterCard.

"**PayPal Direct Payment**" means a payment processed by PayPal that is funded directly by a credit or debit card and not through an Account, such as payments made through PayPal Payments Advanced and PayPal Payments Pro, but excluding payments made using guest checkout.

"**PayPal Mobile**" means a PayPal Service that allows you to send and receive payments through your mobile phone.

# Exhibit H – Current User Agreement

**"PayPal Mobile Check Capture"** means the PayPal Service accessed through a PayPal mobile phone application that allows you to add funds to your Balance to make payments by photographing checks written to you using your mobile phone and transmitting the images to a Check Processor through the PayPal Mobile phone application. Upon receipt, the Check Processor processes and clears your check and sends the cleared funds to your Balance.

**"PayPal Payment Card"** means the PayPal payment card provided to you by PayPal for use with In-Store Checkout.

**"PayPal Purchase Protection"** (also known as PayPal Buyer Protection) means the protection program PayPal offers Buyers as described in Section 13 (PayPal Purchase Protection) of this Agreement.

**"PayPal Services"** means all our products and services and any other features, technologies and/or functionalities offered by us on our website or through any other means.

**"Personal Account"** means an Account established primarily for personal, family, or household purposes.

**"Personal Payment"** means amounts sent between two individuals (not to or from a business) without a purchase. Examples of Personal Payments include sending a gift to a friend or paying a friend back for your share of a lunch bill.

**"Policy"** or **"Policies"** means any Policy or other agreement between you and PayPal that you entered into on the PayPal website or in connection with your use of the PayPal Services.

**"Preapproved Payment"** means a payment in which the recipient is provided advance Authorization to debit the sender's Account directly on a one-time, regular, or sporadic basis in accordance with the recipient's agreement with the sender. Preapproved Payments are sometimes called "subscriptions", "automatic payments", "automatic billing" or "recurring payments."

**"Preferred Payment Method"** (also called "Backup Payment Method") means a Payment Method that you select to fund a payment instead of using the Default Payment Methods.

**"Purchase Payment"** means a payment received for any of the following:

- A payment for the sale of goods or services;
- A payment you received after using the "Request Money" tab on the PayPal website;
- A payment you received for a donation;
- A Macropayment for Digital Goods; or
- A payment that is sent to, or received by, a business or other commercial or non-profit entity.

A PayPal Business Payment is not a Purchase Payment even if it meets any of the descriptions above.

**"Redemption Code"** means the sequence of letters, numbers, and/or symbols placed on gift certificates, promotional coupons or other promotional offers and used to obtain a benefit.

**"Remittance Receipt"** means the receipt that is displayed on the screen and/or emailed to the sender after the sender submits the payment for the remittance.

**"Remittance Transfer"** has the definition provided in Section 12 (Protections for Remittances to Recipients with PayPal Accounts Outside of the United States) of this Agreement.

**"Reserve"** means a percentage of the funds received into your Account that we hold in order to protect against the risk of Reversals, Chargebacks, Claims or any other liability related to your Account and/or use of the PayPal Services.

**"Restricted Activities"** means those activities described in Section 9 (Restricted Activities) of this Agreement.

**"Reversal"** means PayPal reverses a payment you received because (a) it is invalidated by the sender's bank, (b) it was sent to you in error by PayPal, its parent, or Affiliates, (c) the sender of the payment did not have authorization to send the payment (for example, the sender used a credit card that did not belong to the sender), (d) you received the payment for activities that violated this Agreement, the PayPal Acceptable Use Policy, or any other PayPal agreement, or (e) PayPal or eBay decided a Claim against you.

**"Seller"** and **"Merchant"** are used interchangeably and mean a User who is selling goods and/or services and using the PayPal Services to receive payment.

## Exhibit H – Current User Agreement

"**Send Money**" means your ability to send money though the PayPal Services including in connection with a purchase of goods or services or as a Personal Payment.

"**Significantly Not as Described**" has the definition provided in Section 13 (Protection for Buyers) of this Agreement.

"**Substantial Change**" means a change to the terms of this Agreement that reduces your rights or increases your responsibilities.

"**Transaction Details Page**" means the page on the PayPal website titled "Transaction Details" that displays information about the transaction. This page is accessible from the "Details" link on the "Overview" and "History" subtabs of the "My Account" tab on the PayPal website.

"**Verified Account**" means an Account status that reflects that PayPal is reasonably sure that an Account holder has legal control of one or more of his or her Payment Methods. This verification may take place by way of a random deposit(s) of less than one dollar ($1.00) by PayPal to the User's bank account. In the case of such random deposit, PayPal will remove (debit) the deposited amount from the User's bank account soon afterwards. A Verified Account status does not constitute an endorsement or a User or a guarantee of a User's business practices.

"**Virtual Terminal Payment**" means a payment processed by PayPal through the Virtual Terminal flows that is funded directly by a Card and not through an Account.

"**Viewable Online Proof of Delivery**" means documentation that can be viewed online at the Approved Shipper's website and includes the address to which the package was delivered.

"**Viewable Online Signature Confirmation**" means documentation that can be viewed online at the Approved Shipper's website and includes the signature of the person who received the package.

"**Unauthorized Transaction**" has the definition provided in Section 12 (Resolution Procedures for Unauthorized Transactions and Other Errors) of this Agreement.

"**User**" means any person or entity using the PayPal Services including you.

Back to top

LA 51789241v1

Exhibit I – Text for Response to Request for Information

"For additional information or to contact us, visit www.paypal.com/contactus or simply click Contact Us at the bottom of any PayPal web page."

**Security**

## Problems accessing funds.

There are three circumstances in which some or all of your funds may not be available to you:

1. Your account has been **limited** ("frozen" or "locked")
2. We've placed a hold on funds for a specified amount of time
3. We've placed a **reserve** on your account

### Account Limitations

Account limitations prevent you from completing certain actions with your account, such as withdrawing, sending, or receiving money. These limitations are implemented when we see unusual or suspicious activity to help protect both PayPal buyers and sellers. Limitations also help us collect information necessary for keeping your account open, and they help ensure our customers are protected.

- **More about account limitations**
- **Help prevent account limitations**
- **Nonprofits and limitations**

### Funds Availability (Holds)

Funds Availability is when we delay the availability of funds for a specified amount of time – usually 21 days or less. This is a common industry practice that we implement to help ensure a safe environment for both buyers and sellers. This helps make sure there is money in your account to resolve any problems with your orders, if they arise. The money still belongs to you. It's just unavailable for withdrawal temporarily until we are sure your buyer received the item they ordered in the condition promised.

- **More about funds availability**

### Account Reserves

A reserve is an amount of money that is held in your PayPal account that is used when we are unable to collect on your past due balances from: chargebacks, claims, debit transactions with insufficient funds in the account, and fees. PayPal uses 2 types of reserves: rolling reserves and minimum reserves.

- **More about reserves**
- **Presell Policy & Reserves**
- **Tickets & reserves**
- **Frequently Asked Questions**

# Help prevent limitations

## Key Facts

- Account limitations help us protect users against fraud. One way to avoid fraudsters is to exercise caution when using the Web

- In some cases, PayPal implements these limitations to comply with regulatory requirements and they can't be avoided

- Poor seller performance is another issue that can lead to account limitations. Communicating with buyers and keeping them informed will help to avoid performance issues.

- In order to lift limitations, you need to provide information to PayPal. Start by logging in to your account to get the specifics about why your account has been limited.

## Account Limitations: What To Do, and Can They be Avoided?

Account limitations prevent you from completing certain actions with your account such as withdrawing, sending, or receiving money. These limitations are implemented to help protect both buyers and sellers. In some cases, PayPal implements these limitations to comply with federal and state laws and they can't be avoided. In other cases, account limitations help protect against fraud or could be instituted because of seller performance. With that in mind, let's take a look at ways you can help avoid these limitations and how to lift limitations already on your account.

## Guard your information

As mentioned, account limitations help us protect users against fraud. If we have reason to believe someone is using your account without your permission or if your financial institution alerts us that your debit or credit card is being used without your knowledge, we'll limit your account to prevent fraudulent activity. Protecting yourself against these types of fraud will help you avoid PayPal limitations.

One way to do this is to exercise caution when using the Web. For instance, be especially careful about clicking on links within emails. Fraudsters often develop official-looking emails with links that supposedly lead to a familiar institution's website. They do this in an effort to get you to share personal information. Reliable institutions won't ask you to share sensitive information in this way, so don't follow the links. It's a good idea to report these types of emails to the mimicked company. If you receive one of these spoof emails from someone pretending to be PayPal, report it by forwarding the email to **spoof@paypal.com**.

Elsewhere, use strong passwords for online accounts (including your PayPal account). Passwords should be long and contain a combination of numbers, letters, and symbols. Once you have a strong password, don't share it with others, and don't cut corners by using the same password for multiple accounts. Mix it up to guard yourself.

Protecting your computer with anti-malware software will also help protect you by keeping viruses and spyware from infecting your machine. Offline, you should shred any personal documents before throwing them away and keep items such as your Social Security card in a safe place (not your wallet) to prevent physical theft.

## Regulatory compliance and Acceptable Use Policy

Your account could be limited in order to comply with federal and state laws. For example, adding a debit card to your account could trigger a limitation due to the CIP (Customer Identification Program) check that is done as part of federal law.

You should also ensure that items you sell are in compliance with PayPal's **Acceptable Use Policy**. For example, PayPal doesn't allow the sale of guns or prescription drugs.

## Improve seller performance

Receiving an elevated number of claims and chargebacks from your buyers is an indication of poor seller performance, which can lead to

Exhibit J – Screenshots of FAQ web pages on holds, reserves and limitations

account limitations. Following some simple guidelines can help you improve your performance and reduce the likelihood of limitations. Overall, communication and information are key. You should:

- Provide photos and detailed product descriptions.
- Be upfront about policies such as shipping and returns.
- Ship orders promptly and track shipments.
- Respond quickly to any messages from buyers.
- Work to amicably resolve any problems.
- Ship to the address provided in the transaction details page.
- Use quality shipping materials to prevent damage.

Following these guidelines will help reduce the number of chargebacks, disputes, and unhappy customers, which will in turn reduce the chances of account limitations.


What to do about limitations

In order to lift limitations, you need to provide information to PayPal. Start by reviewing the email we sent to you informing you that your account was limited and logging in to your account to get the specifics about why your account has been limited. Take a look at the details about the limitation and provide any requested information quickly. Once you've done this, PayPal will review the information and will usually respond within 24 to 72 hours. If we request more information, continue to respond promptly to speed up the resolution process. And sometimes the limitations can even be lifted without a review. For instance, you may simply need to change your security question and password. In either case, log into your account for details.

## Security

# Account Limitations.

Account limitations prevent you from completing certain actions with your account, such as withdrawing, sending, or receiving money. These limitations are implemented when we see unusual or suspicious activity to help protect both PayPal buyers and sellers. Limitations also help us collect information necessary for keeping your account open, and they help ensure our customers are protected.

Let's take a closer look at limitations by exploring what might prompt them and how they could affect you.

**What might cause a limitation?**

There are a number of reasons why your account could be limited. For instance, if we suspect someone could be using your account without your knowledge, we'll limit it for your protection and look into the detected fraudulent activity. We'll also limit your account if your debit or credit card issuer alerts us that someone has used your card without your permission. Similarly, if your bank lets us know that there have been unauthorized transfers between your PayPal account and your bank account, your PayPal account will be limited.

In other cases, your account could be limited in order to comply with regulatory requirements. For example, requesting certain products, like a debit card, can trigger federal and state laws, and we may limit your account while we work together to satisfy those requirements. Likewise, if you're not in compliance with our **Acceptable Use Policy**, you'll find that your account has been limited. Selling banned items such as prescription drugs or guns is an example of a violation of the Acceptable Use Policy.

Another reason why your account could be limited is seller performance indicating your account is high risk. For example, receiving an elevated number of claims and chargebacks from your buyers is an indication of poor seller performance. If you start selling an entirely new type of product, such as a higher-cost item like jewelry, or if your typical sales volume increases rapidly, your account may be limited while we do a review.

**How does the limitation impact your account?**

If your account is limited, you'll most likely be unable to send or withdraw money, and you might find that you can't accept payments or add money to the account. In some cases, you might get a warning via email or on the account overview page before a limitation goes into effect. If you log in to PayPal and address this warning when prompted, you may be able to prevent the limitation.

**What to do if your account is limited**

To lift a limitation, you usually need to provide information to PayPal. We'll email you and ask you to go to the Resolution Center to learn exactly why your account has been limited. Take a look at the details about the limitation and provide any requested information quickly. PayPal will review the information and will usually respond within 24 to 72 hours. If we request more information, continue to respond promptly to speed up the resolution process. Some limitations can even be lifted without a review. For instance, you may simply need to change your security questions and password.

**Why did PayPal ask me for this information to remove my limitation?**

| What is needed? | How information is used |
|---|---|
| Invoices with your supplier's contact information | We use this information to validate that you have the items that you're selling in stock and to determine the source of your inventory. |
| Information about your payments | We use this information to verify your payments when you don't have an invoice. We'll review the following information:<br>• The item or service that was sold.<br>• The buyer's name and shipping address.<br>• Proof of shipment to verify that an order was delivered. |
| Shipping or Tracking information | We use this information to verify that you are delivering customer orders. |
| Proof of address such as bank statement or utility bill | We use this information to verify your identity when there is unusual account activity or to comply with federal regulations. |
| Proof of identity such as passport or driver's license | We use this information to verify your identity when there is unusual account activity or we need the information to comply with federal regulations. |

For more information about limitations in general, read our article on **preventing and resolving limitations**

**Account Limitations Key Facts**

- Limitations are implemented to help protect both buyers and sellers
- If your account is limited, you may be unable to send or withdraw money, or you might find you can't accept payments or add money to the account.
- If we suspect someone could be using your account without your knowledge, we'll limit it for your protection and look into the detected fraudulent activity.
- Your account could be limited in order to comply with regulatory requirements
- An account could be limited due to seller performance.

Exhibit J -- Screenshots of FAQ web pages on holds, reserves and limitations

- If you find that your account has been limited, log in to your account for details about your situation and how to resolve the limitation.

**Security**

# Funds Availability.

Availability is when we delay the availability of funds for a specified amount of time -- usually 21 days or less. This is a common industry practice that we implement to help ensure a safe environment for both buyers and sellers. This helps make sure there is money in your account to resolve any problems with your orders, if they arise. The money still belongs to you. It's just unavailable for withdrawal temporarily until we are sure your buyer received the item they ordered in the condition promised.

In this article, we will explain the different reasons why funds are temporarily unavailable, how you can access funds sooner, and how you can work to prevent delays in funds availability in the future. Let's start with the reasons funds might be delayed.

**Why could your funds be temporarily unavailable?**

Your funds may be unavailable when we associate a high level of risk with your account. There are three main reasons causing us to believe this:

1. **You're a new seller with PayPal.**

   It takes time for new sellers to build up enough history to demonstrate a pattern of positive buyer-seller exchanges. The good news is that you can usually move out of delayed funds availability by confirming your identity and building up a history of sales and happy customers

2. **Your customers indicate issues about your selling performance.**

   Performance is based on your percentage of refunds, disputes, and chargebacks compared to your sales on your PayPal account. Having performance issues increases the likelihood of your funds being temporarily unavailable. Working to prevent and resolve these problems quickly will help you avoid the delay of available funds.

3. **There's a higher than average risk associated with your sales activity.**

   If there is some other indication that a high level of risk is present, your money could be temporarily unavailable. You may be selling what we consider high-risk items. High-risk items include tickets, gift cards, consumer electronics, computers, and travel packages. Another example of higher risk sales activity is a recent spike in sales or historical change in average selling price or type of item being sold. "High risk" could also mean your account has suspicious account behavior or is more likely to have disputes, claims, buyer chargebacks, or other reversals.

Apart from these three main reasons, it is also possible for your payment to be put in your pending balance temporarily while we resolve an issue with your account or if we've identified a problem with a buyer's payment that requires a review. We usually finish this review within 24 hours. During the review period, we'll ask you not to ship the item.

In addition, if you're involved in a PayPal dispute or claim, or if the buyer has filed a chargeback or reversal with their bank, your payment may be temporarily unavailable until the issue is resolved.

**When will you have access to your money?**

If there aren't any problems with the order you fulfilled, such as your customer filing a dispute, you'll be able to withdraw the money within 21 days of receipt. You may access your funds sooner if you fulfill the order as quickly as possible and provide information about the transaction. Let's cover that next.

**How to access your money faster?**

You can work to expedite the release of temporarily unavailable funds by simply processing your sales quickly and then providing the fulfillment details. Here are three ways you can get your money faster:

- If the order requires shipping, send it to the buyer's shipping address and be sure to mark the item as shipped. When we know that the buyer has received it and is happy with the item, we'll release the payment within seven days. OR

- Ship directly using USPS, UPS, or FedEx, or pay for shipping and print labels on PayPal. You can upload shipping information to PayPal and we will automatically verify the delivery. Once we know that the item was delivered, we'll release the payment within three days. OR

- If your product or service does not need to be shipped, mark the order as processed. We'll calculate the expected delivery date and release the payment within seven days of that date.

**How can you prevent the delay of available funds?**

There are three main things you can do to help prevent delay of available funds in the future:

1. **Review the email we send and the alert in your account overview.**

   If a buyer pays you and the payment isn't immediately available, we'll notify you via an email titled "An important message about your PayPal balance" or via an alert in your Account Overview page. This email or alert will be the best source of information about why your payment isn't available and what you may be able to do to prevent the delay of available funds in the future.

2. **Improve your performance by following the steps listed below.**

   Set yourself up for success by posting actual photos and detailed, accurate descriptions of items, so buyers know exactly what they're getting. This will help cut down on buyer disappointments and disputes.

# Exhibit J – Screenshots of FAQ web pages on holds, reserves and limitations

- Be clear about shipping and handling time, costs, and methods; process orders promptly to avoid delays.

- Be sure to pack items carefully with appropriate, quality packing material, so customers receive the items in good condition.

- Track packages you've shipped to cut down on the amount of time money is temporarily unavailable. Use a shipping method that provides tracking information, such as USPS, UPS, or FedEx and upload this information, so buyers know when to expect a package and so PayPal can confirm delivery.

- Clearly define your return policy up front to avoid problems later.

3. **Communicate and work with your customers.**

When customers contact you, do your best to be responsive and helpful. Working with customers early on can prevent a minor issue from ballooning into a much larger problem, and following the guidelines listed previously will help to reduce the number of buyer disputes, claims, and chargebacks. If you are involved in a buyer dispute, start working to resolve it right away. Frequent, honest, and open communication with the buyer via the Resolution Center will help clear up any misunderstanding.

4. Also, setting up a customer service message in the Resolution Center may help to prevent disputes. For example, if shipments will be delayed because of a hurricane in your region, letting the buyer know may answer their question and make a dispute unnecessary.

**Selling on eBay**

If you sell on eBay, take a look at these **eBay-specific tips** for improving your Detailed Seller Ratings (DSRs).

## Security

# Account Reserves.

A reserve is an amount of money that is held in your PayPal account that is used when we are unable to collect on your past due balances from: chargebacks, claims, debit transactions with insufficient funds in the account, and fees. PayPal uses 2 types of reserves: rolling reserves and minimum reserves.

A **rolling reserve** is a reserve where a percentage of transaction(s) you receive each day is held and then released later on a scheduled basis. For example, your reserve could be set at 10% and held for a 90-day rolling period – meaning 10% of the money you receive on day 1 is held and then released on day 91, and another 10% of the money you receive on day 2 is held until day 92, etc. Rolling reserves are the most common type of reserve.

A **minimum reserve** is a specific minimum amount of money that you're required to keep in your reserve balance at all times. The minimum reserve is either taken as an upfront amount deposited all at once or a percentage of money is held until a certain amount has been reached.

For example, 5% of daily transactions are held until a balance of $5,000 is reached or a one-time amount of $5,000 is taken from the available balance and deposited in the reserve balance.

An account can have both a minimum and a rolling reserve at the same time.

### Why does PayPal have reserves?

Reserves are a common industry practice and are used to minimize losses and to create a safer shopping experience. If you would go out of business or would be otherwise incapable of covering your financial obligations, we would still need to pay back the buyer. If a buyer contacts PayPal or their financial institution because they didn't receive what they ordered, we're responsible for making things right.

### Why was a reserve placed on my account, and how can I remove it?

Account reserves are placed and evaluated on a case-by-case basis. A reserve may be placed on your account if there is a high level of risk associated with your account. In making a decision about reserves, we may consider:

- How long you've been in business.
- Whether your industry has a higher likelihood of chargebacks, refunds, or fraud
- Whether your account has had a higher than average number of customer disputes, claims, chargebacks, bank reversals, or refunds
- Whether you're selling products or services in advance (preselling orders).
- Your processing history with PayPal and other providers.
- Your business and/or personal credit history.
- Your delivery time frames - whether there are extended delivery timeframes.
- If there have been significant changes in your business such as: large increase in daily or monthly sales, increase in your average sale price, increase in your dispute, claim, chargeback, or refund rates.

If your account has a reserve, PayPal will re-evaluate your account periodically to determine whether the reserve should be changed. Preventing reserves isn't always possible, and depending on your industry, credit history and other factors, you might never be able to fully remove a reserve from your account.

An account is eligible for a review once every 180 days based on the following criteria:

- Minimum of 3 consecutive months of improvement in the areas that were identified as risk issues and
- No other new risk issues and
- Dispute, claim, chargeback, and refund rates are at established acceptable levels.

### How do I prevent reserves from being placed on my account?

Preventing reserves isn't always possible, and depending on your industry, credit history, and other factors, you might never be able to fully remove a reserve from your account. However, you can reduce the likelihood of having a reserve and improve your customer service in the process by following these Seller Best Practices.

Seller Best Practices

- Ship promptly and give your customers valid tracking information through PayPal, so they can keep tabs on their purchases and know when to expect delivery.
- Communicate early and often with your buyers and let them know about any changes, delays, or other important information.
- Avoid long refund times, which can lead to complaints from unsatisfied customers.
- Review your orders for fraud.
- Be aware of common scams.
- Monitor your buyer complaint rates regularly and try to keep complaint rates below 1% of your sales.
- When possible, don't accept the payment until you can ship the merchandise or provide your services.

Exhibit J – Screenshots of FAQ web pages on holds, reserves and limitations

A customer who receives good service and gets what they ordered when they expected it will be less likely to file complaints or make returns in the future – and more likely to buy from you again

**Account Reserve Key Facts**

- An account reserve is a pool of money set aside in your PayPal account to act as a cushion in the event of payment issues

- A rolling reserve holds a percentage of the money you take in each day and then releases it on a scheduled basis

- A minimum reserve is a specific amount of money that you're required to have available in your PayPal account at all times, taken either up front or established on a rolling basis

- Account reserves may be placed if you operate in a high-risk industry or if you have elevated numbers of payment issues (chargebacks, claims, disputes, etc.)

- In some cases, reserves are unavoidable for certain industries or higher-risk credit attributes

# Account Reserves: FAQs

**Are you making interest off of the reserves in my account?**

No, PayPal does not collect interest on money that is held in a reserve account. We place the money from the reserves in a non-interest bearing account.

Reserves are in place to minimize losses and to create a safer shopping experience. Sometimes merchants don't deliver what they sold due to unexpected problems. If a merchant is unable to deliver what they promised, it's our responsibility to ensure customers can receive a refund.

**I've had an account for years, why is my account being reviewed now?**

It may have been time for a routine account review or changes in your account may have prompted the review. Examples of account changes could include: processing significantly higher sales volumes, an increase in your selling price, or an increase in buyer dispute, claim, chargeback, or refund rates.

**Why do I need to send you more information about my business or my financials?**

We need to verify that your business will be able to deliver what the customer ordered.

| What is needed? | How information is used |
|---|---|
| Business information | Time in business |
| | We use this information to determine how much experience you have in this industry. For example, are you a new or existing business? |
| • Time in business | |
| • Industry | Industry |
| • Number of employees | We use this information to evaluate if you're operating in a high or low risk industry. Presale items such as events, travel, tickets, and furniture are considered high risk. |
| • Website | |
| | Number of employees |
| | We use this information to assess your company's ability to deliver products or services. |
| | Website |
| | We use this information to review your policies and checkout pages to determine what information your buyers receive. We're interested in your return policy, customer service information, shipping time, presale listing, product, and service descriptions. |
| Processing history | We use your processing history to determine what products you have been selling, how long you've been |

processing these types of transactions, and what types of customer problems you've experienced.

| | |
|---|---|
| **Supplier information** | We use your supplier information to verify your supplier is legitimate. |
| **Financials statements** | We use your financial statements to assess the strength of your business, your ability to pay your suppliers, and deliver the product or service. |
| **Business credit** | We use your business credit information to assess your current and past ability to pay creditors. |
| **Personal credit** | We use your credit information to assess your current and past ability to pay creditors. Consumer credit may be used if your business has minimal or no historical business credit. |
| **Business model:** | **Product/Service Offering:** |
| • **Product** <br> • **Price:** <br> • **Delivery** <br> • **Promotion:** | We review the types of products you are selling, how the products are manufactured, and who your suppliers are. Certain products, services, and suppliers carry a higher risk. We also need to validate that you are able to deliver the product or service to the customer's satisfaction (product quality and on time delivery). <br><br> **Price:** <br><br> Evaluate if your volume significantly increased because of a change in price or new product offering. <br><br> **Delivery/Shipping:** <br><br> We review your shipping processes and delivery timelines. <br><br> **Promotion:** <br><br> We may ask you if you've had any recent sales which might have caused a large increase in your volume. |
| **Fraud prevention/detection** | We want to make sure you have adequate controls in place to detect |

# Exhibit J – Screenshots of FAQ web pages on holds, reserves and limitations

processes or tools      fraud.

⊂ **I sent in the information you requested. How long do I have to wait to see what type of reserves will be on my account?**
If we received all the information we requested, we will typically contact you within 3 business days.

⊂ **When will I receive my money?**
The terms of your reserve are outlined in your account, and it depends on what type of reserve you have. For example, if you have a rolling reserve, the money will be released after a certain number of days. For example, if you have a 90 day rolling reserve, funds from Day 1 sales will be available on Day 91. Even though you will receive day 1 sales on day 91, we will continue to capture new reserves on an ongoing basis. So, you'll always have the last 90 days of payments in reserve at any given time.

⊂ **What is the maximum amount of time you can hold my money in a reserve?**
Typically, we can hold your money up to 180 days.

⊂ **If I close my account, how long will it take for me to get the money that was held in a reserve back?**
You will typically receive your money 180 days after your account is closed. In some cases, it can take more than 180 days.

⊂ **Will the money you are holding be used if I receive a chargeback?**
No, money from your available balance will be used to cover any chargebacks that you receive. A reserve is an amount of money that is held in your PayPal account that is used when we are unable to collect on your past due balances from: chargebacks, claims, debit transactions with insufficient funds in the account, and fees.

⊂ **Am I selling a product that is in a high risk category?**
Certain goods are associated with a high level of risk such as tickets, furniture, gift cards, consumer electronics, computers, commodities, and travel packages. These items tend to have high refund rates, fluctuating values, or long delivery lead times. Presale items are also considered as high risk.

⊂ **Will you automatically review my account for consideration of removing the reserve or do I have to keep calling you?**
Reserves may be eligible for review every 180 days on a case-by-case basis. If you haven't been reviewed in the last 180 days and there has been improved business performance and/or improved credit attributes, your account can be reviewed to see if your reserve can be removed or reduced. In some cases a reserve will be a requirement throughout your time with PayPal.

If it has been 180 days since your last review and your business has improved and you would like an account review, please contact us to request an account review.

⊂ **I've never had a problem with claims or chargebacks, why are you holding my money in case these things happen?**
Claims and chargebacks are one factor we consider when reviewing an account for a reserve. Other factors may be reviewed as well, including:

- How long you've been in business.
- Whether your industry has a higher likelihood of chargebacks, returns, or fraud.
- Processing history with PayPal and other providers.
- Whether your account has an elevated number of customer disputes, claims, chargebacks, bank reversals, or returns.
- Financial stability of your business.
- Your business and/or personal credit risk.
- Your delivery time frames (how many days it takes for the customer to receive their order).
- If your selling products or services in advance (presale items).
- There have been significant changes in your business.

⊂ **What appeared on my credit report that caused you to place a reserve?**
We do not make reserve decisions solely on your credit information. If you would like specifics regarding your credit reports, please contact the respective credit bureaus below to review your history.

# Exhibit J – Screenshots of FAQ web pages on holds, reserves and limitations

| Credit Bureau Name | Phone |
|---|---|
| Equifax | 1-800-727-8495 |
| Dun and Bradstreet | 1-800-234-3867 |
| Experian | 1- 888-808-8242 |

Other factors may have been considered in the decision, including:

- How long you've been in business.

- Whether your industry has a higher likelihood of customer chargebacks, returns, or fraud.

- Processing history with PayPal and other providers.

- Whether your account has an elevated number of customer disputes, claims, chargebacks, bank reversals, or returns.

- Financial stability of your business.

- Your business and/or personal credit risk.

- Your delivery time frames (for example, how many days it takes for the customer to receive their order).

- Whether you are preselling orders (for example, charging customers before you have the product within you're control/inventory).

- There have been significant changes in your business (for example, increase in your sales or product price).