# EXHIBIT 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., et al.,<br><br>Defendants. | Case No. 10-CV-02500 SBA (JCS)<br><br>**DECLARATION OF HONORABLE EDWARD A. INFANTE (RET.) IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL**<br><br>Action Filed: June 7, 2010<br><br>[Related Action: Fernando v. PayPal, Inc., Case No. 10-CV-01668 SBA] |

I, Edward A. Infante, declare as follows:

1. I am the former Chief Magistrate Judge of the United States District Court, Northern District of California. I currently serve as a mediator with JAMS, the nation's largest private provider of alternative dispute resolution services. As a U.S. Magistrate Judge and with JAMS, I have over 30 years of dispute resolution experience and have conducted over 3,000 settlement conferences in all types of litigation, including antitrust, consumer, securities fraud and shareholder class actions.

2. The parties in the above-captioned action approached me to mediate settlement negotiations in the above-entitled actions, and I agreed.

3. The parties engaged in two full-day mediation sessions on March 24 and June 9, 2014. Both parties were well represented by experienced and capable counsel. Plaintiffs and Defendants PayPal, Inc. ("PayPal") and eBay Inc. ("eBay") (together, "Defendants") submitted lengthy mediation statements setting forth the factual, legal, and procedural issues in the case. The mediation briefs focused on whether the parties' prior settlement agreement, which was not approved by the Court, needed to be modified, and if so, how.

4. At all times, the negotiations were at arms' length, non-collusive and contentious.

5. Plaintiffs' counsel demonstrated tenacity and creativity in arguing for significant monetary relief for class members who had holds, reserves or other limitations placed on their accounts. Defendants zealously advocated the significant benefits of the prior settlement and stressed the weaknesses of Plaintiffs' claims and the Court's prior ruling on PayPal's motion to dismiss.

6. In my opinion, the result achieved by Plaintiffs' counsel in the settlement is fair and reasonable and an excellent result for all settlement class members.

7. I am available to provide additional information about events related to the mediation sessions in this case upon the request of the Court.

///

///

- 2 -

1   I declare under penalty of perjury under the laws of the United States and the State of
2   California that the foregoing is true and correct. Executed this 14 day of August 2014.

_____
Edward A. Infante

DECLARATION OF HON. EDWARD A. INFANTE (RET.)
Case No. 10-CV-02500 SBA (JCS)

LA 51787435