# EXHIBIT 5

Courts have recognized that the lawyers who work at **QUANTUM LEGAL LLC** have "extensive experience in litigating complex cases and in serving as class counsel in class actions." *Abelesz et al. vs. Magyar Nemzeti Bank*, 2013 WL 4525399 (N.D. Ill., Aug. 20, 2013).  The lawyers who work at **QUANTUM LEGAL**  have been at the forefront of significant plaintiff class action lawsuits and complex litigation for the last fifteen years.  Senior District Judge John Kane of the District of Colorado recently described one of the settlements negotiated by **QUANTUM LEGAL** attorneys as "remarkable given the scope and difficulty of Plaintiffs' case and the nature of the relief obtained." *Tennille v. Western Union*, Case No. 09-cv-00938-JLK-KMT (D. Colo. July 8, 2014).

The lawyers at **QUANTUM LEGAL** ARE particularly recognized for their success in shepherding multi-state consumer class actions to class certification under the laws of numerous states, a qualification particularly important for this case which has been brought under the laws of more than 20 states.  The lawyers who work at **QUANTUM LEGAL** ACHIEVED what was, until last month, the only two consumer class action cases where multistate certification was approved of by the United States Court of Appeals for the Seventh Circuit.  See *Pella Corp. v. Saltzman, et al.*, 606 F.3d 391 (7th Cir. 2010), *cert. denied*, 131 S.Ct. 998 (2011) and *Butler, et al. v. Sears, Roebuck and Co.*, 702 F.3d 359 (7th Cir. 2012), cert. *petition granted, judgment vacated* 133 S.Ct. 2768 (2013), *judgment reinstated* 727 F.3d 796 (7th Cir. 2013).  **QUANTUM LEGAL**  has regularly been appointed lead or co-lead counsel in class actions pending in the District of New Jersey

The lawyers who work at **QUANTUM LEGAL** HAVE prosecuted the following notable cases (in addition to those discussed above):

> ➢ *Florida Online Tax Litigation*. The lawyers who work at **QUANTUM LEGAL** OBTAINED an excellent result for a county government client in litigation brought by Monroe County, Florida against Online Travel Companies (Expedia, Orbitz, Travelocity, and Hotwire) involving unpaid taxes. This Online Travel case was certified as a class action with lawyers who work at **QUANTUM LEGAL**  selected as one of Class Counsel representing over 30 Florida municipalities, *The County of Monroe, Florida v.*

<mark>Case 4:10-cv-02500-SBA   Document 275-6   Filed 09/09/15   Page 3 of 6</mark>

<mark>Case 4:10-cv-02500-SBA   Document 275-6   Filed 09/09/15   Page 3 of 6</mark>

*Priceline.Com, Inc., et al.*, 265 F.R.D. 659 (S.D. Fla. 2010). A settlement valued at over $6 million received final approval on January 6, 2011 which permitted the Online Travel Companies to receive 100% of the taxes owed.

➢ *Cell Phone Early Termination Fee Litigation.* Litigation against the major cellular carriers for charging unlawful early termination fees was consolidated before Judge Linares in the District of New Jersey. Lawyers who now work at **QUANTUM LEGAL** were appointed to leadership in the following cases that were part of the consolidated proceedings:

- *Cingular / AT&T Early Termination Fee Litigation.* This Case ultimately settled for over $18 million as part of the consolidated settlement of Early Termination Fee ("ETF") litigation against AT&T Corp. and Cingular Wireless pending before Judge Linares. *Larson v. AT&T Mobility, et al.,* 07-05325-JLL (D.N.J. 2008).

- *T-Mobile Early Termination Fee Litigation.* $14 million settlement reached in case that challenged T-Mobile's imposition of Early Termination Fees in cell phone contracts. In 2011 the settlement was granted final approved by the United States District Court, District of New Jersey. *Millron, et al. v. T-Mobile USA, Inc.,* No. 08-cv-4149-JLL (D.N.J.).

- *Sprint Early Termination Fee Litigation.* $17.5 million settlement was granted final approval by the United States District Court, District of New Jersey. *Larson, et al. v. Sprint Nextel, et al.*, No. 07-cv-05325-JLL (D.N.J.) in 2012.

➢ *HERC Loss Damage Waiver Litigation.* Lawyers who work at **QUANTUM LEGAL WERE** appointed Rule 23(g) Co-Lead Class Counsel in a certified, national class action that challenged HERC's Loss Damage Waiver ("LDW"). The District Court certified a national class, applying HERC's New Jersey choice of law clause, and the Third Circuit Court of Appeals denied HERC's request for Rule 23(f) interlocutory review, *Pro v. Hertz*

*Equipment Rental Corp.*, 2008 WL 5218267 (D.N.J. Dec. 11, 2008), *appeal denied* (3rd Cir. 08-8063) (Apr. 14, 2009). The case settled in 2013 for over $50 million in benefits to the class.

➢ *Sprint Picture Mail Litigation*. Lawyers who work at **QUANTUM LEGAL** were appointed Rule 23(g) Co-Lead Class Counsel in a case challenging Sprint's practice of charging for picture messaging despite the fact that these customers subscribed to the "Everything Messaging" Plan which was supposed to include unlimited picture, text, and video messaging. In December 2012, the Court granted final approval of a settlement valued at $19 million. *Eoff v. Sprint Nextel Corp.,* No. 10-cv-01190 (D.N.J.).

➢ *LG Energy Star Litigation*. Lawyers who work at **QUANTUM LEGAL** were appointed Rule 23(g) Co-Lead Class Counsel in a case that challenged LG's alleged fraudulent labeling of its high-end French Door style refrigerators as being in compliance with federal "Energy Star" ratings when in fact the refrigerators consumer far more energy. *Walsh, et al. v. LG USA*, No. 10-cv-4499-DMC-JAD (D.N.J.) In 2011, the New Jersey federal district court granted final approval to a settlement valued at over $30 million.

➢ *Effexor Pay For Delay Antitrust Litigation*. **QUANTUM LEGAL** is currently serving as a court-appointed executive committee member on behalf of end-payor purchasers of Effexor in this antitrust class action currently pending before Judge Sheridan. *In re Effexor XR Antitrust Litigation*, No. 11-cv-5590-JAP (D.N.J). The Effexor suit challenges the way Effexor's manufacturer Wyeth used patents to attempt to delay the entry of generic competition.

➢ *In re NationsRent Rental Fee/Loss Damage Waiver Litigation*. Lawyers who work at **QUANTUM LEGAL WERE** appointed Co-Lead Rule 23(g) Class Counsel in a case that challenged improper "environmental" fees assessed by a rental company. *In re: NationsRent Rental Fee Litigation,* No. 06-60924-CIV-Brown (S.D. FL.) The District Court certified a national "unjust enrichment" class, *see* 2009 WL 636188 (S.D. Fla. Feb. 24, 2009), and this order was denied review by the United States Appellate Court for the Eleventh Circuit. *In re:*

*Nationsrent, Inc.* Petitioner, No. 09-90008-H (11th Cir. Apr. 24, 2009). A settlement was granted final approval in 2010.

➢ *Nationwide Insurance Company UCR Litigation.* Lawyers who work at QUANTUM LEGAL SERVED as Co-Lead Class Counsel in lawsuit challenging Nationwide Insurance Company and outside vendor Mitchell Medical's auditing of medical bills and use of allegedly biased Mitchell "Decision Point" software to chisel reimbursement payments to medical providers and insured persons. The Court granted final approval of a settlement in December 2012 valued at over $3 million as compensation to the medical providers and insured individuals. *K. Roche, D.C. v. Nationwide Ins. Co.*, No. 11-cv-894 (N.D. Ohio)

➢ *Sirius / XM Radio Inc. Merger Litigation.* Lawyers who work at QUANTUM LEGAL WERE Class Counsel in an action that challenged the legality of Sirius' merger with competitor XM. *Blessing, et al., v. Sirius XM Radio, Inc.,* No. 09-cv-10035-HB (S.D.N.Y.) In August 2011, the Court granted final approval to a settlement valued at over $180 million. The United States Court of Appeal for the Second Circuit affirmed the settlement in January 2013.

➢ *CorVel Silent PPO Insurance Litigation.* Lawyers who work at QUANTUM LEGAL SERVED as Lead Counsel in a case that challenged CorVel Corporation's Preferred Provider Organization ("PPO") network and discounts taken by CorVel and its insurance company/payor clients. The case settled in January 2011 for $2.1 million, with checks being mailed directly to medical providers / class members. *Kathleen Roche, D.C. v. CorVel Corp.,* No. 05 L 101 (Illinois Circuit Court, 20th Judicial Circuit).

➢ *AOL Unauthorized Charges Litigation.* Lawyers who work at QUANTUM LEGAL SERVED as Co-Lead Class Counsel in a lawsuit that challenged AOL's imposition of unauthorized charges on AOL account holders. The case settled for over $50 million consisting of cash and direct account credits. *O'Leary et al v. America Online, Inc., et al.,* No. 03 L 491 (Illinois Circuit Court, 20th Judicial District).

➢ *Genocide Victims of Krajina, L3/MPRI Litigation*. QUANTUM LEGAL is proposed Co-Lead Counsel in actions against L-3 Communications Corp. and its wholly owned private military contractor Military Professional Resources, Inc. for its role in facilitating and aiding and abetting the massacre of tens of thousands of civilians in the Krajina region of Croatia in 1994. No. 10-5197 (N.D. Ill. 2010). In August 2011, Northern District of Illinois federal judge Ruben Castillo denied L3's motion to transfer venue.

➢ *Hungarian "Holocaust" Litigation*. QUANTUM LEGAL is currently serving as Co-Lead Counsel in actions against various Hungarian Banks and the national railroad of Hungary on behalf of Jewish victims and survivors of the Holocaust. The action against the Hungarian banks alleges that the defendants breached their fiduciary duty to their Jewish depositors and aided and abetted in depriving the Jewish community of their assets. The Plaintiffs seek a full accounting, disclosure, disgorgement and restitution by the banks. *Holocaust Victims of Bank Theft v. Magyar Nemzeti Bank et al.,* No. 10-cv-01884 (N.D. Ill.) ("Hungarian Banks"). The action against the Hungarian Railroad alleges that the defendant aided and abetted the Nazi genocide of 1944 and looted Jewish passengers of their possessions. The Plaintiffs seek compensation, restitution, reparations and damages. *Victims of the Hungarian Holocaust v. The Hungarian State Railways (MAV),* No. 10-cv-00868 (N.D. Ill.) ("Hungarian Railways"). The United States Court of Appeal for the Seventh Circuit issued a series of opinions that affirmed, in large part, the district court's opinions allowing the case to proceed in the United States. *Abelesz v. Erste Group Bank AG*, 695 F.3d 655 (7th Cir. 2012) and *Abelesz v. Magyar Nemzeti Bank*, 692 F.3d 661 (7th Cir. 2012).