

RECEIVED

JAN 25 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

January 20, 2016

FILED
JAN 25 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

case name- Zepeda v. Paypal
case number-10-CV02500-SBA

name-Larry A. Guess
address- 135 Newman St. Hollywood Alabama 35752
phone number-1-256-259-2779
e-mail address associated with paypal account-mkglag@yahoo.com

Dear Sir,

I am a Settlement Class Member since I did and still do have an active Paypal account during the time period mentioned . I would like to take this opportunity to OBJECT to the settlement.

The reason that I disagree with the settlement is because I do not think there should be a time limit { from ? Date until ? Date} placed on the settlement.

I had a hold placed on my Paypal account just 13 days after the ending date of Nov. 5th. 2015. This was after Paypal had approved release of the funds to me. Since I left the money in the account, a buyer on E-Bay ,who in my opinion had buyers remorse , was able to open a claim and freeze my account . In my case ,I dont think Paypal should have approved the funds for release to me if there was any question on the transaction being finished. Fortunately , I only use this account to sell on E-Bay and keep very little cash in the account .I can see where this practice could potentially cost some people much stress and loss of business.

I was angered by having my account frozen, my online transactions were completely shut down since I use Paypal exclusively for online purchases. I was then very strongly coerced into settling the disagreement in favor of the buyer, and returned 100% of the money for the item purchased in order to get my account reopened. The item was listed -AS-IS with NO RETURNS.

Concerning the settlement and my involvement in it as a Settlement Member, I believe that if Paypal has committed a crime or has used bad business practices that such things should be CORRECTED for every person whether they happen to be rich or poor. There are NOT any deadlines on right and wrong. If Paypal along with E-Bay ,who I am sure make billions yearly, have done wrong punish them for everybody, not just the few who fall within certain dates, or who can afford to hire attorneys .

Thank You,
Larry A. Guess

*Larry A. Guess* (signature)