USPS Certified Mail Return Receipt: _____7015 1730 0000 1817 9387_____



February 17, 2016

Frank Phillips
PO Box 392
Ocean City, NJ 08226

Clerk of the Court
US District Court
California – Northern District
1301 Clay Street
Oakland, CA 94612

Dear Clerk of the Court:

    I received an email from Paypal on February 01st notifying me that I may potentially qualify for a payment in a possible upcoming settlement regarding Zepeda vs Paypal & eBay, and to refer to the following web site for directions: www.accountholdsettlement.com.

    My email address on file with paypal where I received the email about being a member of the class action settlement is kranklebird@gmail.com.

    I have reviewed the information at the web site. While it is generally helpful, the site does not help me to determine which class I may or may not fall into. From this standpoint, the site is insufficient, because the Court does not appear to have put in place an unbiased function to proactively identify the individuals who fall into each category. I may be misunderstanding something though so please correct me if I am wrong.

    Unless people were part of the few that initiated the suit, it appears that the only way for people to know which class they might fall into, is to contact PayPal and/or eBay to ask for an account history dating the full period in question between April 19, 2006 and November 5, 2015. So the question I would like to ask the Court is: is this unbiased/adequate and is this what people are expected to do?

    In addition, I did call PayPal yesterday to ask how am I to determine what class I may be in. The representative referred me to the followng web site: www.manager.paypal.com  This web site does not exist or is not active.

    At www.accountholdsettlement.com it is stated that my options are: Submit a Claim, Exclude Myself, Object, Go to a Hearing, or Do Nothing. Based on this at least, it appears that I am subtly objecting to the fairness of the how the procedure is set up.

What I am questioning is:

A) What is it about my account history that was used to determine that I should receive the email notifying me that I am a member of the Settlement Class?

B) Have unbiased controls and an unbiased process been put in place for customers (including me) to receive their account histories across the span of time in question, November 05, 2015 going back to April 19, 2006?

C) Alternatively, are there similar controls in place within the Claim processing process itself at www.accountholdsettlement.com where it is unbiased, namely processed by someone other than the defendants (PayPal & eBay, who I believe are now even separate companies according to a Customer Service greeting I heard a month ago when calling in to one of them)? If the Claim handling at the web site is in fact unbiased, in a context like this where I am writing to you faithfully in order to determine whether I fall into a particular class, but am unsure since I do not remember my account history going back nine years, should I just submit a Claim and answer yes to the questions, and then allow the claim to be processed as a function to determine where I may or may not stand? There doesn't seem to be another way set up yet for me to fairly arrive at this, or is there?

I appreciate the opportunity to make these points, ask the Court these questions, and look forward to an amicable resolution.

Frank Phillips