February 20, 2016

RECEIVED
FEB 29 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Steve Schroeder  Re: Zepeda v. PayPal, Case Number 10-cv-02500-SBA
PO Box 7712
Phoenix, AZ 85011
480-678-0530  copperstateporperties@yahoo.com

FILED
FEB 29 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court for the Northern District of California - Class Action Clerk
1301 Clay Street,
Oakland, CA 94612

Dear Honorable United States District Court for the Northern District of California:

I am writing in objection to the proposed settlement for Zepeda v. PayPal, Case Number 10-cv-02500-SBA. I declare under penalty of perjury that I have submitted a claim as a class action settlement member - filing number 7BU5ZQMF on February 20, 2016. Pay Pals actions of "holding", "freezing" or otherwise making account holders funds unavailable to them seemed to be nothing more than a sugar coated scam or extortion scheme where Pay Pal made it virtually impossible for account holders to contact Pay Pal and resolve issues where account funds were held/frozen. By virtue of time cost/benefit analysis, Pay Pal made it especially difficult for account holders with small sums of money frozen to continue protracted attempts to get their money back - as after hours and hours of trying to resolve the issue, one had to ask: "Is this worth my time?". Therefore, Pay Pal was able to in essence, "extort" money from account holders by freezing their accounts and stonewalling them (accountholders) in their attempts to contact Pay Pal and resolve the issue. The average person would soon realize that their attempts to get their money back might prove futile and give up due to the time investment required to possibly get back their money.

The proposed settlement amounts to nothing more than a slap on the wrist for Pay Pal. The real victims of this scam virtually get nothing for all the time, hassle, inconvenience, etc. they had to endure. For myself, I was never able to get my money out of my Pay Pal account and according to settlement documents I would be offered less than the amount Pay Pay kept in my account as a settlement. So how does that make sense? I get less back than my money that was in my account that Pa Pal froze and never gave back to me???? Even if I got back the money Pay Pal kept and the proposed settlement amount it comes nothing close to the time I spent trying to resolve the issue. Pay Pal wins, we lose.

I respect the efforts of the attorneys and the courts in trying to hold Pay Pal accountable at some level, however the attorneys will make millions, Pay Pal will be slapped on the wrist and have no disincentive to do the same thing in the future, and all the customers that had their accounts frozen will get a mere pittance of remedy for all their time and hassle. This seems to indicative of what is wrong in the world today.

Thank you for considering this request to not allow a settlement that seems extremely unjust for the actual plaintiffs.

Best regards,

Steve Schroeder