MARK N. TODZO (State Bar No. 168389)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, California 94117
Telephone: 415.913.7800
Facsimile: 415.759.4112
Email: mtodzo@lexlawgroup.com

JEFFREY A. LEON (admitted *Pro Hac Vice*)
QUANTUM LEGAL LLC, LLC
513 Central Avenue Suite 300
Highland Park, IL 60035
Telephone: 847.433.4500
Facsimile: 847.433.2500
Email: jeff@QULegal.com

Attorneys for Plaintiff
MOISES ZEPEDA, et. al.
and All Others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PAYPAL, INC., E-BAY INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 10-cv-02500 SBA<br><br>**DECLARATION OF MARK N. TODZO IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, AND REIMBURSEMENT FOR COSTS AND SERVICE AWARDS**<br><br>Date: July 13, 2016<br>Time: 1:00 p.m.<br>Place: Courtroom 1 |

1  I, Mark N. Todzo, declare as follows:

2      1.    I am a partner at the Lexington Law Group ("LLG") and we represent Plaintiffs ("Plaintiffs") in this action against PayPal, Inc. ("PayPal"). I am one of the attorneys who has been principally involved in the prosecution of this litigation and the negotiations which culminated in the Amended Settlement Agreement (the "Settlement") [Dkt. No. 131]. I have personal knowledge of the matters set forth herein and, if called upon, I would and could testify competently thereto.

**LLG's Lodestar**

    2.    LLG is a public interest law firm specializing in complex consumer class actions. LLG has significant experience representing aggrieved consumers in class action cases. LLG presently has seven attorneys on staff with a combined total of over 90 years of litigation experience. A true and correct copy of LLG's firm resume was previously submitted to the Court with Plaintiffs' motion for preliminary approval of the Settlement [Dkt. No. 275-5].

    3.    LLG was required to spend a considerable amount of time and resources investigating, developing, filing, litigating and settling this action. This work was performed on a pure contingency basis with no guarantee of success or ever being paid. Throughout the litigation I coordinated with members of my firm to divide up work in an efficient and cost effective manner, thereby ensuring that all work was performed without unnecessary duplication.

    4.    Based on my firm's contemporaneous time records, LLG has spent 563.3 hours litigating this case resulting in a lodestar of $337,899. This lodestar includes time spent by the following timekeepers:

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---:|---:|---:|
| Mark N. Todzo | (P) | 314.9 | $750 | $236,175 |
| Eric S. Somers | (P) | 5.1 | $770 | $3,927 |
| Howard Hirsch | (P) | 53.8 | $650 | $34,970 |
| Donna Solen | (A) | 0.2 | $590 | $118 |
| Joseph Mann | (A) | 0.2 | $570 | $114 |
| Lisa Burger | (A) | 25.3 | $460 | $11,638 |

| | | | | | |
|---|---|---|---|---|---|
| Lucas Williams | (A) | 54.2 | $430 | | $23,306 |
| Abigail Blodgett | (A) | 0.2 | $400 | | $80 |
| Jennie Romer | (A) | 16.6 | $400 | | $6,640 |
| John Banister | (PL) | 43.6 | $235 | | $10,246 |
| Casey Fisher | (PL) | 38.2 | $225 | | $8,595 |
| Patrick Carey | (PL) | 11 | $190 | | $2,090 |
| **TOTAL:** | | **563.3** | | | **$337,899** |

(P) Partner, (A) Associate, (PL) Paralegal

5. In order to facilitate the review and determination as to the reasonableness of the attorneys' fees incurred in this matter, we have also reviewed and categorized by general task descriptions all of the time spent by members of my firm on this case. Although this categorization is not an exact science, it reflects our best professional judgment to allocate each time entry to a specific task category. Pursuant to this procedure, which I personally helped develop and implement, we allocated each time entry to one of the following four task categories:

      a.    Case Development;

      b.    Pleadings and law and motion;

      c.    Settlement; and

      d.    Case management and litigation strategy;

The following is a chart summarizing the time spent by LLG (through January 31, 2016) by general category of tasks performed:

| LLG LODESTAR BY GENERAL CATEGORY | | | |
|---|---|---|---|
| Category | Description | Hours | Lodestar |
| 1 | **Case Development** (*e.g.* legal and factual research to support potential claims, communicating with potential class members) | 5.1 | $3,265 |
| 2 | **Pleadings and law and motion** (*e.g.*, preparing complaints, drafting and responding to pleadings and law and motion matters, preparing for and appearing at hearings, legal research) | 318.5 | $189,945.50 |

| | | | |
|---|---|---|---|
| 3 | **Settlement** (*e.g.*, reviewing and exchanging relevant information with defense counsel to facilitate case evaluation and settlement, preparing mediation briefs and attending mediations, preparing and reviewing proposed settlement agreements, negotiating settlement terms, preparing supporting documents for settlement, communicating with Claim Administrator and defense counsel regarding notice to the Class and claims process, preparing preliminary approval and fee motion) | 184.6 | $113,245 |
| 4 | **Case management and litigation strategy** (*e.g.*, meetings with defense counsel regarding case management and scheduling issues, drafting case management statements, internal strategy meetings, administrative motion practice) | 55.1 | $31,443.50 |
| **TOTAL:** | | 563.3 | $337,899 |

**LLG's Hourly Rates**

6. Through my practice in consumer protection actions, my review of attorneys' fee awards by other California courts in my own consumer protection cases and in other consumer protection cases, and my review of the declaratory evidence submitted in support of those awards, I am aware of the market rates charged by other firms for attorneys with similar levels of experience. The billing rates of my firm's attorneys are commensurate with prevailing market rates for attorneys of similar skill and experience in the San Francisco Bay Area, as detailed below. My firm's billing rates have been consistently approved by federal and state courts in the scores of settlement approval and other motions regarding attorneys' fees we have filed, including the following cases:

- *Brown v. Hain Celestial Group, Inc.,* 3:11-CV-03082-LB, 2016 WL 631880, at *7-9 (N.D. Cal. Feb. 17, 2016), Order Approving Class-Action Settlement, Dismissing Case and Entering Final Judgment (awarding attorneys' fees based on Lexington Law Group's current rates).

- *Golloher v. Todd Christopher International, Inc. dba Vogue International*, Case No. 12-cv-06002 RS (N.D. Cal. April 25, 2014), Order and Final Judgment Approving Class Action Settlement, Awarding Attorneys' Fees and Expenses, and Awarding Class Representative Service Awards (awarding attorneys' fees based

on LLG's 2014 rates);

- *In re: Comcast Corporation Peer-to-Peer (P2p) Transmission Contract Litigation*, MDL No. 1992, Case No. 2:08-MD-1992-LDD (E.D. Penn. 2010), Order Granting Motion for Approval of Attorneys' Fees (entered June 29, 2010) (awarding attorneys' fees based on LLG's 2010 rates);

- *Center for Environmental Health v. Food Market Management, Inc.*, San Francisco County Superior Court, Case No. CGC-12-526395, Order re: Discovery Issues (entered June 24, 2015) (awarding attorneys fees' based on LLG's 2015 rates);

- *Center for Environmental Health v. Space Jam Juice LLC*, Alameda County Superior Court, Case No. RG15770932, Order Granting Plaintiff's Motion for Court Approval and Entry of Consent Judgments (entered October 6, 2015) (awarding attorneys' fees based on LLG's 2015 rates).

7. I often compare LLG's rates to those of other San Francisco and California firms that do similar work. LLG's rates are in line with such other firms' rates. Indeed, my comparison is supported by recent decisions by courts in this District:

- In *Wynn v. Chanos*, 14-CV-04329-WHO, 2015 WL 3832561, at *2 (N.D. Cal. June 19, 2015), on a motion for attorneys' fees following a successful anti-SLAPP motion, the court found reasonable hourly rates of (among others) $920/875 for partners with 20 years of experience, $710/645 for associates with 6 years of experience and $170 for litigation support staff and paralegals.

- In *O'Bannon v. Natl. Collegiate Athletic Assn.*, 09-CV-03329-CW (NC), 2015 WL 4274370, at *3 (N.D. Cal. July 13, 2015), an antitrust action, the court approved hourly rates of (among others) $610/510 for partners with 15 years of experience, $490 for associates with 7 years of experience, $370 for associates with 3 years of experience and $300-320 for paralegals.

- In *Gutierrez v. Wells Fargo Bank, N.A.*, C 07-05923 WHA, 2015 WL 2438274, at

*5 (N.D. Cal. May 21, 2015), a consumer class action against a bank for unfair practices, the court approved hourly rates of (among others) $700-$850 for partners with 17 years of experience, $300-$490 for associates with 2 to 12 years of experience, and $150-$430 for litigation support and paralegals;

- In *G. F. v. Contra Costa County*, 13-CV-03667-MEJ, 2015 WL 7571789, at *13 (N.D. Cal. Nov. 25, 2015), a class action discrimination action, the court approved hourly rates of $975 to $325 for attorneys who graduated from law school between 1961 and 2012.

8. The principal LLG attorneys working on this matter are my partners Howard Hirsch and Eric S. Somers, associates Lisa Burger and Lucas Williams, and myself. I graduated from Hastings College of Law and was admitted to the California Bar in 1993. I have been practicing law for 22 years. Since joining LLG in 1998, my practice has been devoted exclusively to representing plaintiffs in complex consumer protection class actions and environmental litigation. My current hourly rate is $750.

9. My partner Howard Hirsch graduated from Boalt Hall School of Law in 1996, and was admitted to the Massachusetts Bar in 1996 and the California Bar in 2001. Mr. Hirsch has practiced law for over nineteen years, almost the entirety of which has been spent exclusively representing plaintiffs in environmental and consumer protection litigation. Before joining LLG in 2003, Mr. Hirsch worked for five years at a national, non-profit environmental law firm prosecuting citizen suits under federal environmental statutes, and for two years prior to that as a litigation associate at a nationally recognized law firm based in Boston. Mr. Hirsch's current hourly rate is $650 an hour.

10. My partner Eric S. Somers graduated from Hastings College of the Law in 1988, was admitted to the California Bar in 1989, and has been practicing law for over twenty-six years. Upon admission, Mr. Somers worked for several years at a large nationally recognized San Francisco law firm. In 1996, Mr. Somers founded LLG, and since then has specialized in representing public entities, non-profit organizations, and individual plaintiffs in environmental and consumer protection litigation. Mr. Somers has presented and taught at numerous law

conferences and seminars. Mr. Somers current hourly rate is $770.

11. Lisa Burger is an associate who graduated from Notre Dame Law School in 2005, and was admitted to the California Bar that same year. Ms. Burger has practiced law for ten years, all of which have been spent exclusively representing plaintiffs in civil rights, environmental and consumer protection litigation. Before joining LLG, Ms. Burger was a litigation fellow with Disability Rights Advocates, a non-profit law center in Berkeley, California, that specializes in class action litigation on behalf of people with disabilities. Ms. Burger's current hourly rate is $460 an hour.

12. Lucas Williams is an associate who graduated from Golden Gate University School of Law in 2008, and was admitted to the California Bar in 2009. Mr. Williams has practice law for over 6 years. Before joining LLG in January 2011, Mr. Williams was an attorney with a nonprofit environmental law clinic, where he specialized in enforcing air quality and clean energy laws on behalf of low-income communities of color. Mr. Williams' work as an environmental justice advocate included significant experience securing and defending attorneys' fee awards for non-profit environmental organizations. Mr. Williams' current hourly rate is $430.

**LLG's Out-of-Pocket Litigation Expenses**

13. Based on my firm's contemporaneously maintained expense records, LLG has incurred $4,838 in costs in this matter as of January 31, 2016. LLG's costs include the following expenses: court filings, Westlaw and Pacer research, mediations, telecommunications, copying, postage, express deliveries, and local travel. A true and correct copy of LLG's expense report through January 31, 2016 is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on this 11th day of March, 2016.

/s/ Mark N. Todzo_____
Mark N. Todzo