# Exhibit 1

# LEXINGTON LAW GROUP'S OUT-OF-POCKET LITIGATION EXPENSES

| Date | Description | Amount |
|---|---|---|
| 5/12/2010 | Initial Case Filing Fee: Osman v. Paypal | $350.00 |
| 5/12/2010 | Filing Delivery Charge 05/10/10 | $55.00 |
| 6/22/2010 | Pro hac vice motion re: PayPal | $210.00 |
| 6/23/2010 | Godspeed delivery Paypal | $120.00 |
| 6/30/2010 | June 2010 Postage Charges | $9.37 |
| 6/30/2010 | June 2010 Copy Charges | $13.11 |
| 6/30/2010 | June 2010 Telecom Charges | $14.11 |
| 6/30/2010 | June 2010 Westlaw Charges | $14.73 |
| 7/27/2010 | One Legal 6/24/10 6720328 Paypal, Ebay, Inc., Complaint USDC ND CA | $50.00 |
| 7/27/2010 | One Legal 6/24/10 6720327 Paypal Complaint  USDC ND CA | $99.00 |
| 7/31/2010 | July 2010 Telecom Charges | $13.92 |
| 7/31/2010 | July 2010 Postage Charges | $3.52 |
| 7/31/2010 | July 2010 Copy Charges | $9.68 |
| 7/31/2010 | July 2010 Westlaw Charges | $77.51 |
| 8/31/2010 | August 2010 Westlaw Charges | $16.74 |
| 8/31/2010 | August 2010 Postage Charges | $6.51 |
| 8/31/2010 | August 2010 Copy Charges | $19.36 |
| 8/31/2010 | August 2010 Telecom Charges | $24.76 |
| 10/31/2010 | October 2010 Copy Charges | $23.49 |
| 10/31/2010 | October 2010 Westlaw Charges | $158.11 |
| 10/31/2010 | October 2010 Telecom Charges | $86.80 |
| 10/31/2010 | October 2010 Postage Charges | $20.30 |
| 11/4/2010 | Pacer Research Pay Pay | $1.12 |
| 11/30/2010 | November 2010 Copy Charges | $98.46 |
| 11/30/2010 | FedEx, USDC No. District, San Jose (Paypal-Lead Counsel) 10/21/10 | $13.59 |
| 11/30/2010 | FedEx, USDC No. District, San Jose (Paypall) 11/2/10 | $49.10 |
| 11/30/2010 | November 2010 Postage Charges | $41.92 |
| 11/30/2010 | November 2010 Telecom Charges | $97.70 |
| 11/30/2010 | November 2010 Westlaw Charges | $262.72 |
| 12/30/2010 | FedEx, USDC No. District, San Jose (Paypall) 11/22/10 | $13.65 |
| 12/31/2010 | December 2010 Westlaw Charges | $6.84 |
| 12/31/2010 | December 2010 Copy Charges | $17.22 |
| 12/31/2010 | December 2010 Telecom Charges | $28.65 |
| 12/31/2010 | December 2010 Telecom Charges | $20.21 |
| 1/21/2011 | Sobrato Organization San Jose 1/21/11 Paypal | ($12.50) |
| 1/21/2011 | Sobrato Organizatin San Jose 1/21/11 Paypal | $25.00 |
| 1/31/2011 | January 2011 Telecom Charges | $45.97 |
| 1/31/2011 | FedeEx, USDC No. District, San Jose (Paypall) 1/10/11 | $14.40 |
| 1/31/2011 | January 2011 Postage Charges | $3.05 |
| 1/31/2011 | January 2011 Copy Charges | $25.81 |
| 2/3/2011 | Pacer Research Pay Pal | $16.40 |
| 2/28/2011 | February 2011 Copy Charges | $42.52 |
| 2/28/2011 | February 2011 Postage Charges | $17.28 |
| 2/28/2011 | February 2011 Telecom Charges | $59.94 |
| 2/28/2011 | February 2011 Westlaw Charges | $9.96 |
| 3/31/2011 | March 2011 Postage Charges | $13.54 |
| 3/31/2011 | March 2011 Copy Charges | $18.80 |
| 3/31/2011 | March 2011 Telecom Charges | $33.47 |
| 4/7/2011 | Freed  & Weiss, Pay Pal Mediation 5/16/11 (LLG Portion) Wulff to co-counsel | $1,500.00 |

**LEXINGTON LAW GROUP'S OUT-OF-POCKET LITIGATION EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 4/30/2011 | April 2011 Telecom Charges | $14.52 |
| 4/30/2011 | April 2011 Copy Charges | $8.80 |
| 4/30/2011 | April 2011 Westlaw Charges | $17.31 |
| 4/30/2011 | April 2011 Postage Charges | $2.47 |
| 4/30/2011 | FedEx 3/17/11 USDC No Dist San Jose Pay Pal | $14.66 |
| 5/5/2011 | Pacer Research Pay Pay | $16.16 |
| 5/31/2011 | May 2011 Westlaw Charges | $12.09 |
| 5/31/2011 | FedEx,5/5/11 USDC San Jose | $13.24 |
| 5/31/2011 | May 2011 Copy Charges | $15.07 |
| 5/31/2011 | May 2011 Telecom Charges | $15.93 |
| 5/31/2011 | May 2011 Postage Charges | $8.11 |
| 6/30/2011 | FedEx, 6/14/11 USDC San Jose (Paypal) | $15.39 |
| 6/30/2011 | FedEx,5/18/11 USDC San Jose (Paypal) | $17.86 |
| 12/16/2011 | FedEx,11/21/11 USDC, Oakland | $13.06 |
| 6/15/2012 | 5/25/12 - FedEx to USDC, Oakland | $13.97 |
| 8/3/2012 | Pacer | $0.20 |
| 8/24/2012 | 7/26/12 - FedEx to USDC, Oakland | $13.66 |
| 9/21/2012 | 9/13/12 - FedEx to USDC, Oakland | $13.60 |
| 2/7/2013 | Cafe Regent #1 - Paypal | $10.04 |
| 2/7/2013 | SFMTA - Paypal | $21.00 |
| 2/28/2013 | 2012-Q4 Pacer Charges | $9.04 |
| 4/30/2013 | April 2013 Westlaw Charges | $7.34 |
| 5/31/2013 | May 2013 Copy Charges | $15.02 |
| 5/31/2013 | May 2013 Telecom Charges | $16.11 |
| 5/31/2013 | May 2013 Postage Charges | $9.03 |
| 5/31/2013 | 2013-Q1 Pacer Charges | $15.28 |
| 6/21/2013 | 5/31/13 - FedEx to USDC, Oakland | $18.73 |
| 6/30/2013 | June 2013 Westlaw Charges | $20.54 |
| 7/31/2013 | 2013-Q2 Pacer Charges | $57.10 |
| 11/30/2013 | Q3 2013 Pacer Charges | $0.90 |
| 2/28/2014 | 2013-Q4 Pacer Charges | $5.60 |
| 3/24/2014 | 3/24/14 - Parking Fees (Pay Pal) | $33.00 |
| 3/31/2014 | March 2014 Westlaw Charges | $23.18 |
| 5/31/2014 | 2014 Q1 Pacer Charges | $0.60 |
| 6/9/2014 | 6/9/14 - Parking Fees (Pay Pal Mediation) | $33.00 |
| 8/28/2014 | USDC, Northern District, Pro hac vice admittance for Jeffrey Leon | $305.00 |
| 8/31/2014 | Q2 2014 Pacer Charges | $7.60 |
| 8/31/2014 | August 2014 Westlaw Charges | $20.96 |
| 11/30/2014 | Q3 2014 Pacer Charges | $5.60 |
| 8/31/2015 | August 2015 Westlaw Charges | $3.01 |
| 9/30/2015 | September 2015 Telecom Charges | $17.69 |
| 9/30/2015 | September 2015 Postage Charges | $13.44 |
| 9/30/2015 | September 2015 Copy Charges | $24.34 |
| 10/1/2015 | Godspeed Delivery (USDC - Oakland) | $58.00 |
| **Total:** | | **$4,838.09** |