1 | MARK N. TODZO (State Bar No. 168389)
LEXINGTON LAW GROUP
2 | 503 Divisadero Street
San Francisco, California 94117
3 | Telephone: 415.913.7800
Facsimile: 415.759.4112
4 | Email: mtodzo@lexlawgroup.com

5 | JEFFREY A. LEON (admitted *Pro Hac Vice*)
QUANTUM LEGAL LLC, LLC
6 | 513 Central Avenue Suite 300
Highland Park, IL 60035
7 | Telephone: 847.433.4500
Facsimile: 847.433.2500
8 | Email: jeff@QULegal.com

9 | Attorneys for Plaintiff
MOISES ZEPEDA, et. al.
10 | and All Others Similarly Situated

11 | **UNITED STATES DISTRICT COURT**

12 | **NORTHERN DISTRICT OF CALIFORNIA**

13 | **OAKLAND DIVISION**

14 | MOISES ZEPEDA, MICHAEL SPEAR,
RONYA OSMAN, BRIAN PATTEE, CASEY
15 | CHING, DENAE ZAMORA, MICHAEL
LAVANGA, and GARY MILLER, on behalf
16 | of themselves and all others similarly situated,

17 | Plaintiffs,

18 | vs.

19 | PAYPAL, INC., E-BAY INC., and DOES 1
through 10, inclusive,
20 |
Defendants.
21 |

Case No. 10-cv-02500 SBA

**DECLARATION OF JEFFREY A. LEON
IN SUPPORT OF MOTION FOR
AWARD OF ATTORNEYS' FEES, AND
REIMBURSEMENT FOR COSTS AND
SERVICE AWARDS**

Date:  July 13, 2016
Time: 1:00 p.m.
Place: Courtroom 1

I, Jeffrey A. Leon, declare as follows:

1.      I am a partner at the Quantum Legal LLC ("QU") and we represent Plaintiffs ("Plaintiffs") in this action against PayPal, Inc. ("PayPal").  I am one of the attorneys who has been principally involved in the prosecution of this litigation and the negotiations which culminated in the Amended Settlement Agreement (the "Settlement") [Dkt. No. 131].  I have personal knowledge of the matters set forth herein and, if called upon, I would and could testify competently thereto.

**QU's Lodestar**

2.      QU is a law firm specializing in complex consumer class actions.  QU has significant experience representing aggrieved consumers in class action cases.  QU presently has seven attorneys on staff with a combined total of over 90 years of litigation experience.  A true and correct copy of QU's firm resume was previously submitted to the Court with Plaintiffs' motion for preliminary approval of the Settlement [Dkt. No. 275-6].

3.      Plaintiffs' counsel were required to spend a considerable amount of time and resources investigating, developing, filing, litigating and settling this action.  This work was performed on a pure contingency basis with no guarantee of success or ever being paid.  Throughout the litigation I coordinated with members of my firm to divide up work in an efficient and cost effective manner, thereby ensuring that all work was performed without unnecessary duplication.

4.      Based on my firm's contemporaneous time records, QU has spent 1504.3 hours litigating this case resulting in a lodestar of $636,796.50.  This lodestar includes time spent by the following timekeepers:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Jeffrey A. Leon | (P) | 258 | $  760.00 | $ 196,080.00 |
| Jamie S. Weiss | (P) | 3.2 | $  745.00 | $    2,384.00 |
| Grant Y. Lee | (P) | 34.8 | $  700.00 | $   24,360.00 |
| Angela N. Aineros | (A) | 64.7 | $  350.00 | $   22,645.00 |
| George K. Lang | (A) | 3.8 | $  635.00 | $    2,413.00 |

DOCUMENT PREPARED
ON RECYCLED PAPER

**DECLARATION OF JEFFREY A. LEON**

| | | | | |
|---|---|---|---|---|
| Julie D. Miller | (A) | 278.1 | $ 570.00 | $ 158,517.00 |
| Paul Y. Cho | (A) | 3.5 | $ 555.00 | $ 1,942.50 |
| Rebecca E. Duggan | (A) | 10.5 | $ 425.00 | $ 4,462.50 |
| Ross N. Alexander | (A) | 56 | $ 535.00 | $ 29,960.00 |
| Zachary A. Jacobs | (A) | 5.6 | $ 570.00 | $ 3,192.00 |
| Paul M. Weiss | (OC) | 88.4 | $ 720.00 | $ 63,648.00 |
| Tom McClurg | (PL) | 5.1 | $ 255.00 | $ 1,300.50 |
| Leo Aguilar | (PL) | 117.6 | $ 160.00 | $ 18,816.00 |
| Anthony C. Ball | (PL) | 8 | $ 130.00 | $ 1,040.00 |
| Deborah Y. Searls | (PL) | 76.9 | $ 180.00 | $ 13,842.00 |
| Georgiana M. Tieman | (PL) | 0.7 | $ 160.00 | $ 112.00 |
| Greg E. Mueller | (PL) | 22.6 | $ 290.00 | $ 6,554.00 |
| Jane F. Kennedy | (PL) | 2.8 | $ 200.00 | $ 560.00 |
| Sherrie J. Hall | (PL) | 2.1 | $ 220.00 | $ 462.00 |
| Vincent R. Francone | (PL) | 449.5 | $ 180.00 | $ 80,910.00 |
| David Sorensen | (PL) | 12.4 | $ 290.00 | $ 3,596.00 |
| **TOTAL:** | | **1504.3** | | **$ 636,796.50** |

(P) Partner, (A) Associate, (PL) Paralegal

5.      In order to facilitate the review and determination as to the reasonableness of the attorneys' fees incurred in this matter, we have also reviewed and categorized by general task descriptions all of the time spent by members of my firm on this case.  Although this categorization is not an exact science, it reflects our best professional judgment to allocate each time entry to a specific task category.  Pursuant to this procedure, which I personally helped develop and implement, we allocated each time entry to one of the following four task categories:

a.      Case Development;

b.      Pleadings and law and motion;

c.      Settlement; and

d.      Case management and litigation strategy;

The following is a chart summarizing the time spent by QU (through January 31, 2016) by general category of tasks performed:

- 2 -

Case No. 10-cv-02500 SBA

**DECLARATION OF JEFFREY A. LEON**

| Category | Description | Hours | Lodestar |
|:---:|:---|:---:|:---:|
| 1 | **Case Development** (*e.g.* legal and factual research to support potential claims, communicating with potential class members) | 106.3 | $ 28,009.00 |
| 2 | **Pleadings and law and motion** (*e.g.*, preparing complaints, drafting and responding to pleadings and law and motion matters, preparing for and appearing at hearings, legal research, mediations, mediation statements) | 1043.9 | $394,467.50 |
| 3 | **Settlement** (*e.g.*, reviewing and exchanging relevant information with defense counsel to facilitate case evaluation and settlement, preparing mediation briefs and attending mediations, preparing and reviewing proposed settlement agreements, negotiating settlement terms, preparing supporting documents for settlement, communicating with Claim Administrator and defense counsel regarding notice to the Class and claims process, preparing preliminary approval and fee motion) | 209.1 | $121,964.00 |
| 4 | **Case management and litigation strategy** (*e.g.*, meetings with defense counsel regarding case management and scheduling issues, drafting case management statements, internal strategy meetings, administrative motion practice) | 145 | $ 92,356.00 |
| **TOTAL:** | | **1504.3** | **$636,796.50** |

**DECLARATION OF JEFFREY A. LEON**

DOCUMENT PREPARED ON RECYCLED PAPER

**QU's Hourly Rates**

6.      Through my practice in consumer protection actions, my review of attorneys' fee awards by other California courts in my own consumer protection cases and in other consumer protection cases, and my review of the declaratory evidence submitted in support of those awards, I am aware of the market rates charged by other firms for attorneys with similar levels of experience.  The billing rates of my firm's attorneys are commensurate with prevailing market rates for attorneys of similar skill and experience in the San Francisco Bay Area, as detailed below.  My firm's billing rates have been consistently approved by federal and state courts in the scores of settlement approval and other motions regarding attorneys' fees we have filed.  Our hourly rates have in fact never been found to be unreasonably by any court in the seventeen years QU has been in existence.

7.      I often compare QU's rates to those of other San Francisco and California firms that do similar work, as well as to those firms in other major metropolitan areas as the practice of class actions is a national practice.  QU's rates are in line with such other firms' rates.  Indeed, my comparison is supported by recent decisions by courts in this District:

- In *Wynn v. Chanos*, 14-CV-04329-WHO, 2015 WL 3832561, at *2 (N.D. Cal. June 19, 2015), on a motion for attorneys' fees following a successful anti-SLAPP motion, the court found reasonable hourly rates of (among others) $920/875 for partners with 20 years of experience, $710/645 for associates with 6 years of experience and $170 for litigation support staff and paralegals.

- In *O'Bannon v. Natl. Collegiate Athletic Assn.*, 09-CV-03329-CW (NC), 2015 WL 4274370, at *3 (N.D. Cal. July 13, 2015), an antitrust action, the court approved hourly rates of (among others) $610/510 for partners with 15 years of experience, $490 for associates with 7 years of experience, $370 for associates with 3 years of experience and $300-320 for paralegals.

- In *Gutierrez v. Wells Fargo Bank, N.A.*, C 07-05923 WHA, 2015 WL 2438274, at *5 (N.D. Cal. May 21, 2015), a consumer class action against a bank for unfair practices, the court approved hourly rates of (among others) $700-$850 for

**DECLARATION OF JEFFREY A. LEON**

DOCUMENT PREPARED
ON RECYCLED PAPER

partners with 17 years of experience, $300-$490 for associates with 2 to 12 years

of experience, and $150-$430 for litigation support and paralegals;

- In *G. F. v. Contra Costa County*, 13-CV-03667-MEJ, 2015 WL 7571789, at *13

(N.D. Cal. Nov. 25, 2015), a class action discrimination action, the court approved

hourly rates of $975 to $325 for attorneys who graduated from law school between

1961 and 2012.

8.    I was the principal QU attorney working on this matter.  I graduated from the

Indiana University School of Law, summa cum laude, and was admitted to the Illinois Bar in

1991.  I have been practicing law for 24 years.  Since joining QU in 2009, my practice has been

almost exclusively devoted to representing plaintiffs in complex consumer protection class

actions and environmental litigation.  My current hourly rate is $760.  The rates of my partners,

associates and paralegals that have worked on this case are commensurate with their experience

and are rates in line with those charged by other national class action firms.

9.    Two other firms assisted in the investigation and early stages of litigation of this

case: Seeger Weiss LLP and Farmer, Jaffe Weissing, Edwards, Fistos & Lehrman, P.L.  Attached

as **Exhibit 1** is a true and correct summary of the lodestar incurred by Seeger Weiss LLP.

Attached as **Exhibit 2** is a true and correct copy of the lodestar incurred by Jaffe Weissing,

Edwards, Fistos & Lehrman, P.L.  The combined total of the lodestar incurred by these two firms

is $40,538.

## QU's Out-of-Pocket Litigation Expenses

10.   Based on my firm's contemporaneously maintained expense records, QU has

incurred $33,625.29  in costs in this matter as of January 31, 2016.  QU's costs include the

following expenses: court filings, Westlaw and Pacer research, mediations, telecommunications,

copying, postage, express deliveries, and travel.  A true and correct copy of QU's expense report

through January 31, 2016 is attached hereto as **Exhibit 3**.

## Claims Data to Date

11.   One of my duties as Class Counsel is to work closely with the Claims

Administrator to ensure that the claims and administration of the Agreement operates smoothly

and properly.  To that end, I obtained the most recent claims statistics.  As of March 4, 2016, over 250,000 claims have been submitted and only 28 completed requests for exclusion have been received.  Attached as **Exhibit 4** is a true and correct copy of the Weekly Summary Report for March 4, 2016 from Epiq Systems, which serves as the Clams Administrator for the Agreement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on this 11th day of March, 2016.

/s/ Jeffrey A. Leon_____

Jeffrey A. Leon

**DECLARATION OF JEFFREY A. LEON**

DOCUMENT PREPARED
ON RECYCLED PAPER