# Exhibit 1

**Seeger Weiss LLP Lodestar as of March 11, 2016**
**PayPal (16035)**

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Jonathan Shub | (P) | 25 | $ 750.00 | $ 18,750.00 |
| Scott A. George | (OC) | 0.8 | $ 725.00 | $ 580.00 |
| Kristin Wickline | (PL) | 1.2 | $ 215.00 | $ 258.00 |
| **TOTAL:** | | **27** | | **$ 19,588.00** |

**Seeger Weiss LLP Lodestar By General Category - PayPal (16035)**

| Category | Description | Hours | Lodestar |
|---|---|---|---|
| 1 | **Case Development** (*e.g.* legal and factual research to support potential claims, communicating with potential class members) | 0 | $ - |
| 2 | **Pleadings and law and motion** (*e.g.*, preparing complaints, drafting and responding to pleadings and law and motion matters, preparing for and appearing at hearings, legal research) | 2 | $ 838.00 |
| 3 | **Settlement** (*e.g.*, reviewing and exchanging relevant information with defense counsel to facilitate case evaluation and settlement, preparing mediation briefs and attending mediations, preparing and reviewing proposed settlement agreements, negotiating settlement terms, preparing supporting documents for settlement, communicating with Claim Administrator and defense counsel regarding notice to the Class and claims process, preparing preliminary approval and fee motion) | 25 | $ 18,750.00 |
| 4 | **Case management and litigation strategy** (*e.g.*, meetings with defense counsel regarding case management and scheduling issues, drafting case management statements, internal strategy meetings, administrative motion practice) | 0 | $ - |
| **TOTAL:** | | **27** | **$ 19,588.00** |

**Total SW Expenses $54.55 (Breakdown on separate tab)**

**Seeger Weiss LLP Expenses - PayPal (16035)**

| Expense Type | Amount |
|---|---:|
| Legal Research | 43.51 |
| Telephone/Conference Calls | 7.04 |
| Travel Expenses | 4.00 |
| **Total** | **$ 54.55** |