# Exhibit 2

| Date | User | Explanation | Time | Hourly Rate | Total |
|---|---|---|---|---|---|
| 6/21/2016 | Seth Lehrman | Conference call w/Steve Jaffe re stip for extension | 0.1 | $650.00 | $65.00 |
| 3/28/2011 | Mark Fistos | Call to G. Lang on who's drafting amended complaint. | 0.1 | $650.00 | $65.00 |
| 12/27/2010 | Steve Jaffe | Receipt and Review stip to extend deadlines.  Email Weiss for Info. | 0.2 | $700.00 | $140.00 |
| 12/27/2010 | Steve Jaffe | Receipt and reveiew RESPONSE in Support re [26] MOTION to Dismiss For Failure to State a Claim and For Failure to Plead Fraud with Particularity filed byPaypal, Inc.. (Strickland, Julia) (Filed on 12/15/2010) | 0.7 | $700.00 | $490.00 |
| 10/11/2010 | Seth Lehrman | Conference with Steve Jaffe to outline our responsabilities. | 0.2 | $650.00 | $130.00 |
| 10/11/2010 | Steve Jaffe | Conference with Seth Lehrman to outline our responsabilities.  Receipt and review deadlines and outline | 0.3 | $700.00 | $210.00 |
| 10/7/2010 | Seth Lehrman | Email to SRJ and MSR re Firm's briefing assignment on motion to dismiss | 0.2 | $650.00 | $130.00 |
| 10/7/2010 | Seth Lehrman | Conference call w/co-counsel re motion to dismiss==briefing opposition to motion, internal deadlines for same, substantive issues related to the motin and the anticipated oppposition | 0.4 | $650.00 | $260.00 |
| 10/4/2010 | Paralegal | Receipt, review and docket of Notice of CMC. | 0.3 | $150.00 | $45.00 |
| 10/1/2010 | Steve Jaffe | Receipt and Review 23g draft provided edits and then emails. Discussed same w/team | 1 | $700.00 | $700.00 |
| 10/1/2010 | Steve Jaffe | Conference call w/ George Azadian of Stroock re briefing schedule for the motion to dismiss | 0.4 | $700.00 | $280.00 |
| 10/1/2010 | Steve Jaffe | Receipt and review cert of interested parties. Receipt and Revie defendant motion to dismiss...hearing for 1/13/11 | 0.3 | $700.00 | $210.00 |
| 9/28/2010 | Paralegal | Edits to 23g Motion | 0.8 | $150.00 | $120.00 |
| 9/28/2010 | Steve Jaffe | Edits to 23g Motion.  Email to co-counsel re same | 0.5 | $700.00 | $350.00 |
| 8/25/2010 | Paralegal | Receipt and Review of Retunr of service Summons; filed same on CM/ECF | 0.6 | $150.00 | $90.00 |
| 8/13/2010 | Paralegal | Review 1st amended complaint | 0.6 | $150.00 | $90.00 |
| 8/10/2010 | Steve Jaffe | Receipt and Review 1st Amended Complaint.  Conference call w/big group to discuss same | 1.5 | $700.00 | $1,050.00 |
| 7/19/2010 | Seth Lehrman | Reviewed email and attachments re drafting consolidated amended complaint. | 0.3 | $650.00 | $195.00 |
| 7/19/2010 | Steve Jaffe | Conference re consolidated complaint, and strategies re same | 1.2 | $700.00 | $840.00 |
| 7/19/2010 | Steve Jaffe | Gave Seth Lehrman job re draft Consolodated amended complaint | 0.5 | $700.00 | $350.00 |

| Date | Person | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/16/2010 | Paralegal | Receipt and Review Notice of voluntary dismissal by Michael Spear (Shub. Jonathan, filed on 7/16/10) | 0.5 | $150.00 | $75.00 |
| 7/16/2010 | Steve Jaffe | Receipt and Review Notice of voluntary dismissal by Michael Spear (Shub. Jonathan, filed on 7/16/10) | 0.2 | $700.00 | $140.00 |
| 7/9/2010 | Steve Jaffe | Conference call to set up admin of case.  Agree on transfer | 0.5 | $700.00 | $350.00 |
| 7/8/2010 | Steve Jaffe | Conference w/client (Spear) | 0.5 | $700.00 | $350.00 |
| 6/30/2010 | Paralegal | Draft and sent CLRA letter to eBay and Paypal | 1 | $150.00 | $150.00 |
| 6/29/2010 | Steve Jaffe | Conference w/class members re case status | 2 | $700.00 | $1,400.00 |
| 6/29/2010 | Steve Jaffe | Legal research. | 1.7 | $700.00 | $1,190.00 |
| 6/29/2010 | Steve Jaffe | Tel Conference w/counsel re venue issue | 0.3 | $700.00 | $210.00 |
| 6/29/2010 | Steve Jaffe | Emails back and forth dealing with Pro hac Vice Motion | 0.3 | $700.00 | $210.00 |
| 6/25/2010 | Mark Fistos | Received Email from Steve Jaffe w/the venue document (from Leif) | 0.1 | $650.00 | $65.00 |
| 6/25/2010 | Steve Jaffe | Call w/Leif and our group to discuss a marriage.  Email Mark Fistos the venue document that Leif says contols . | 0.7 | $700.00 | $490.00 |
| 6/25/2010 | Steve Jaffe | Receipt and Review draft motion.  Forward same to Shub for comments | 0.3 | $700.00 | $210.00 |
| 6/24/2010 | Paralegal | Receipt and Review of affidaviot of service on eBay and Paypal;  Memo to process server re originals | 0.4 | $150.00 | $60.00 |
| 6/24/2010 | Steve Jaffe | Tele Conference w/client.  Receipt and review motion to consolidate | 1 | $700.00 | $700.00 |
| 6/22/2010 | Paralegal | Receipt and review scheduling order and voluminous documents received from the Court | 2 | $150.00 | $300.00 |
| 6/22/2010 | Steve Jaffe | Receipt and Review scheduling order from the court. Emailed group re file motion to consolidate with earlier filed case.  SML to draft same. | 0.5 | $700.00 | $350.00 |
| 6/21/2010 | Mark Fistos | Conference call w/Steve Jaffe re stip for extension | 0.1 | $650.00 | $65.00 |
| 6/21/2010 | Steve Jaffe | Confrerence w/Mark Fistos and then w/Seth Lehrman.  Email to defendant attorney re stip for extension | 0.3 | $700.00 | $210.00 |
| 6/9/2010 | Paralegal | Edited Complaint.  Conference call w/court reportres;  draft demand letters | 2 | $150.00 | $300.00 |
| 6/9/2010 | Steve Jaffe | File review and conference with client. | 1.4 | $700.00 | $980.00 |
| 6/9/2010 | Steve Jaffe | Email to group re Paypal release of funds of the client.  Demand Preped | 0.4 | $700.00 | $280.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/8/2010 | Paralegal | Draft complaint; receipt and revieww of vaious emails, conference with attorney, draft affidavit of client | 3 | $150.00 | $450.00 |
| 6/4/2010 | Paralegal | Finalize complaint, summons and civil cover sheet | 3.5 | $150.00 | $525.00 |
| 6/3/2010 | Seth Lehrman | Reviewed local rules and administratuve orders concerning filing new cases | 0.5 | $650.00 | $325.00 |
| 6/1/2010 | Seth Lehrman | Reviewed draft complaint.  Drafted count for injunctive relief.  Researched California causes of action pled in Complaint concerning conditions precedent to filing suit and seeking damages.  Discussed same with Steven Jaffe | 2.5 | $650.00 | $1,625.00 |
| 6/1/2010 | Steve Jaffe | Working w/client on revisions to the complaint and his affidavit. | 1.2 | $700.00 | $840.00 |
| 6/1/2010 | Steve Jaffe | File prep., prep complaint various phone conference w/client and co-counsel | 4.2 | $700.00 | $2,940.00 |
| 6/1/2010 | Steve Jaffe | Discussed w/Seth Lehrman his research | 0.5 | $700.00 | $350.00 |
| | | | **41.8** | | **$20,950.00** |

| Attorney        | Hours | Rate     | Lodestar    |
|-----------------|-------|----------|-------------|
| Paralegal (PL)  | 14.7  | $150.00  | $2,205.00   |
| Mark Fistos (P) | 0.3   | $650.00  | $195.00     |
| Seth Lehrman (P)| 4.2   | $650.00  | $2,730.00   |
| Steve Jaffe (P) | 22.6  | $700.00  | $15,820.00  |
|                 | **41.8** |       | **$20,950.00** |

| Paralegal | MSF | SML | SRJ |
|---|---|---|---|
| 0.3 | 0.1 | 0.2 | 0.2 |
| 0.8 | 0.1 | 0.2 | 0.7 |
| 0.6 | 0.1 | 0.4 | 0.3 |
| 0.6 | **0.3** | 0.3 | 1 |
| 0.5 |  | 0.1 | 0.4 |
| 1 |  | 0.5 | 0.3 |
| 0.4 |  | 2.5 | 0.5 |
| 2 |  | **4.2** | 1.5 |
| 2 |  |  | 1.2 |
| 3 |  |  | 0.5 |
| 3.5 |  |  | 0.2 |
| **14.7** |  |  | 0.5 |
|  |  |  | 0.5 |
|  |  |  | 2 |
|  |  |  | 1.7 |
|  |  |  | 0.3 |
|  |  |  | 0.3 |
|  |  |  | 0.7 |
|  |  |  | 0.3 |
|  |  |  | 1 |
|  |  |  | 0.5 |
|  |  |  | 0.3 |
|  |  |  | 1.4 |
|  |  |  | 0.4 |
|  |  |  | 1.2 |
|  |  |  | 4.2 |
|  |  |  | 0.5 |
|  |  |  | **22.6** |

| Date | Num | Source Name | Account | Amount |
|---|---|---|---|---|
| **Spear, Michael** | | | | |
| 6/3/2010 | 1521 | Clerk, U.S. District Court | 506 · Filing Fees | -350 |
| 6/30/2010 | 19 | | 515 · Research | -2.95 |
| 6/30/2010 | 19 | | 515 · Research | -3.76 |
| 3/60/10 | | Postage | | -13.16 |
| 8/26/2010 | 1828 | OJF Services, Inc. | 517 · Service | -120 |
| 8/26/2010 | 1828 | OJF Services, Inc. | 517 · Service | -196 |
| | | | **TOTAL COST** | **-685.87** |