# Exhibit 3

# EXHIBIT 3

### Quantum Legal LLC Costs

| Expense Description | Cumulative Expenses |
|---|---:|
| Computer Research | $4,162.09 |
| Court Fees | $0.00 |
| Photocopying in/out | $1,532.30 |
| Postage/Express | $1.32 |
| Mediation Fees | $19,200.00 |
| Telephone/Fax/E-Mail | $253.31 |
| Travel | $7,907.41 |
| Meals | $568.86 |
| **TOTAL EXPENSES** | **$33,625.29** |