# Exhibit 4



**Zepeda v PayPal**
**Weekly Administration Report**

| Week Ending | 2/12/2016 | 2/19/2016 | 2/26/2016 | 3/4/2016 | Cumulative |
|---|---|---|---|---|---|
| **Opt Outs** **Deadline: May 10, 2016** | | | | | |
| Total Opt Outs Received | 10 | 7 | 9 | 3 | 46 |
| Complete | 7 | 3 | 6 | 1 | 28 |
| Incomplete | 3 | 2 | 3 | 1 | 12 |
| Duplicate | - | 1 | - | - | 1 |
| Late | - | - | - | - | 0 |
| **Objections** **Deadline: May 10, 2016** | | | | | |
| Total Objections Received | - | - | - | - | 0 |
| Timely | - | - | - | - | 0 |
| Late | - | - | - | - | 0 |
| **Claim Forms** **Filing Deadline: May 10, 2016** | | | | | |
| Total Received | 51,646 | 21,697 | 13,203 | 5,740 | 252,587 |
| Withdrawn | - | 2 | - | - | 5 |
| **Correspondence** | | | | | |
| **Correspondence (Received)** | 58 | 56 | 33 | 10 | 250 |
| **Correspondence (Sent)** | 9 | 68 | 76 | 28 | 181 |
| **Call Center Support**   877-854-4514   Launch Date 01/08/2016 | | | | | |
| IVR - Total Calls | 1,861 | 987 | 756 | 314 | 7,306 |
| IVR - Total Minutes | 4,578 | 2,381 | 1,861 | 702 | 17,561 |
| Average Length per Phone Call | 2.09 | 2.41 | 2.39 | 2.59 | |
| **Website**   www.AccountHoldSettlement.com   Launch Date 01/08/2016 | | | | | |
| Page Hits | 1,245,057 | 563,080 | 360,598 | 129,944 | 6,221,006 |
| Sessions | 376,324 | 168,034 | 110,629 | 38,729 | 1,858,954 |
| Users | 318,291 | 140,574 | 92,979 | 32,408 | 1,589,766 |