David Hicks, Calif. SBN 053750
David Hicks, APLC
P.O. Box 562
Dunsmuir, CA 96025
(530) 235-0235 (telephone)
(530) 239-4301 (facsimile)

Attorney for Fernando Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA -OAKLAND BRANCH

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br>　　　　Plaintiffs,<br>v.<br>PAYPAL, INC., a Delaware corporation<br>　　　　Defendant<br><br>DEVINDA FERNANDO, VADIM TSIGEL, MICHAIL ZINGER, AMY RICKEL, FRED RICKEL, IRA GILMAN, LACY REINTSMA, and SHAUL BEHR on behalf of themselves and all others similarly situated and on behalf of the general public of the United States,<br>　　　　Plaintiffs,<br>v.<br><br>PAYPAL, INC., a Delaware corporation<br><br>　　　　Defendants. | Civil Action No. 10-cv-02500 SBA<br>Civil Action No. 10-CV-01668 SBA<br><br>**ERRATA SHEET TO MEMORANDUM OF POINTS & AUTHORITIES BY LOCAL COUNSEL [DOC. 295-1];**<br><br>**[PROPOSED] ORDER STRIKING PORTION OF FOOTNOTE.**<br><br>Action Filed June 7, 2010<br>Date: July 13, 2016<br>Time: 1 p.m.<br>Courtroom 1 |

Page 1

Comes now David Hicks, local counsel in the above entitled action(s) and submits the following correction to Document 295-1 (Memorandum of Points & Authorities).

CORRECTION: Footnote 3 of document 295-1 contains a statement in brackets that is incorrect, that was not intended to be left in the final draft of said document, and was an oversight resulting from the press of time and need for hospital care of spouse. The statement sought to be stricken is incorrect and is hereby withdrawn by counsel.

Dated: March 18, 2016.

Respectfully submitted,

David Hicks, local counsel in Fernando case.

[PROPOSED] ORDER

The request to strike the bracketed information in footnote 3 of document 295-1 is granted.

IT IS SO ORDERED.

DATED: _____.    _____
The Honorable Saundra Brown Armstrong
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday, March 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

David Hicks