David Hicks, Calif. SBN 053750
David Hicks, APLC
P.O. Box 562
Dunsmuir, CA 96025
(530) 235-0235 (telephone)
(530) 239-4301 (facsimile)

Attorney for Fernando Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA -OAKLAND BRANCH

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br>v.<br>PAYPAL, INC., a Delaware corporation<br>    Defendant<br><br>DEVINDA FERNANDO, VADIM TSIGEL, MICHAIL ZINGER, AMY RICKEL, FRED RICKEL, IRA GILMAN, LACY REINTSMA, and SHAUL BEHR on behalf of themselves and all others similarly situated and on behalf of the general public of the United States,<br>    Plaintiffs,<br>v.<br>PAYPAL, INC., a Delaware corporation<br><br>    Defendants. | Civil Action No. 10-cv-02500 SBA<br>Civil Action No. 10-CV-01668 SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' COUNSELS' MOTIONS FOR AWARD OF ATTORNEYS' FEES, AND REIMBURSEMENT FOR COSTS AND SERVICE AWARDS**<br><br>Action Filed June 7, 2010<br>Date: July 13, 2016<br>Time: 1 p.m.<br>Courtroom 1 |

The Court has received three separate fee applications in two conjointly settled cases. In Civil Action No. 10-cv-02500 SBA, Zepeda Plaintiffs filed a Motion for Award of Attorneys' Fees and Reimbursement of Costs and Service Awards. In Civil Action No. 10-CV-01668 SBA, Fernando Plaintiffs moved for Attorney Fees and Costs within the parameters prescribed by their agreement with defendants [Doc. 295-4]. Local counsel David Hicks and New York counsel Marina Trubitsky filed separate fee applications as expressly provided for in Trubitsky's Fee Agreement Exhibit [Doc. 296-2].

Having considered the papers filed by the parties in connection with these fee applications, the parties' arguments at the hearing on this matter, and other matters of which the Court may properly take judicial notice,

IT IS HEREBY ORDERED that the Motion is GRANTED as follows: The Court hereby awards Zepeda Class Counsel attorney fees and litigation expenses in the amount of $940,000. The Court also grants service awards to each of the class representatives in the amount of $2,500. The Court awards Fernando Class Counsel attorney fees to Local Counsel David Hicks (who waived costs) $_____, and separately awards fees of $_____ and costs of $_____ to Marina Trubitsky.

IT IS SO ORDERED.

DATED: _____.                     _____
                                          The Honorable Saundra Brown Armstrong
                                          United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday, March 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

/s/ *David Hicks*
David Hicks, attorney at law.