1    STROOCK & STROOCK & LAVAN LLP
     JULIA B. STRICKLAND (State Bar No. 083013)
2    DAVID W. MOON (State Bar No. 197711)
     2029 Century Park East, Suite 1800
3    Los Angeles, CA  90067-3086
     Telephone: 310-556-5800
4    Facsimile: 310-556-5959
     Email: *lacalendar@stroock.com*
5
     Attorneys for Defendants
6       PAYPAL, INC. and EBAY INC.

7
                        **UNITED STATES DISTRICT COURT**
8
                      **NORTHERN DISTRICT OF CALIFORNIA**
9
                             **OAKLAND DIVISION**
10

11   MOISES ZEPEDA, MICHAEL SPEAR,          )   Case No. 10-CV-02500 SBA
     RONYA OSMAN, BRIAN PATTEE,             )
12   CASEY CHING, DENAE ZAMORA,             )   Related to : Case No. 10-CV-1668 SBA
     MICHAEL LAVANGA, and GARY              )
13   MILLER, on behalf of themselves and all others )   **DEFENDANTS' RESPONSE TO**
     similarly situated,                    )   **FERNANDO COUNSEL'S MOTIONS**
14                                          )   **FOR ATTORNEYS FEES' AND COSTS**
                        Plaintiffs,         )
15        v.                                )   Date:      July 13, 2016
                                            )   Time:      1:00 p.m.
16   PAYPAL, INC., et al.,                  )   Dept.:     Courtroom 1
                                            )
17                      Defendants.         )
                                            )
18   _____)   Case No. 10-CV-1668 SBA
     DEVINDA FERNANDO, VADIM TSIGEL,        )
19   MICHAIL ZINGER, AMY RICKEL, FRED       )   Related to : Case No. 10-CV-02500 SBA
     RICKEL, IRA GILMAN, LACY REINTSMA,     )
20   and SHAUL BEHR on behalf of themselves and )   **DEFENDANTS' RESPONSE TO**
     all others similarly situated,         )   **FERNANDO COUNSEL'S MOTIONS**
21                                          )   **FOR ATTORNEYS FEES' AND COSTS**
                        Plaintiffs,         )
22                                          )   Date:      July 13, 2016
          v.                                )   Time:      1:00 p.m.
23                                          )   Dept.:     Courtroom 1
     PAYPAL, INC., a Delaware Corporation,  )
24                                          )
                        Defendant.          )
25   _____)

26

27

28

---

DEFENDANTS' RESPONSE TO FERNANDO COUNSEL'S MOTIONS FOR ATTORNEYS' FEES AND COSTS
                                                       CASE NO. 10-CV-02500 SBA

LA 51978368

## I.   INTRODUCTION

Defendants PayPal, Inc. and eBay Inc. ("Defendants") hereby respond to the Motion for Attorney Fees of <u>Fernando</u> Local Putative Class Counsel David Hicks (the "Hicks Motion") (ECF No. 295) and the Motion for Attorney's Fees and Reimbursement of Expenses (the "Trubitsky Motion") (ECF No. 296).  Defendants take no position respecting the allocation of any award of fees and costs between <u>Fernando</u> Counsel[1] or among <u>Fernando</u> Counsel and Class Counsel.[2]  Defendants submit this Response solely to make clear that any award of fees and costs to <u>Fernando</u> Counsel may not exceed the total amount of $212,500 in the aggregate and must be paid out of the total award of fees and costs to Class Counsel (which, together with any service awards, may not exceed $960,000), as expressly provided by the Settlement Agreement between Defendants and the <u>Zepeda</u> Plaintiffs[3] and as acknowledged in their respective motions by both <u>Fernando</u> Counsel and Class Counsel.

## II.   DISCUSSION

Under the express terms of the Settlement Agreement, which this Court preliminarily approved on November 5, 2015 (<u>see</u> Order Granting Plaintiffs' Motion for Preliminary Approval of Amended Class Action Settlement Agreement, ECF No. 281), Class Counsel may apply for a total of up to $960,000 for attorneys' fees, costs and service awards (30% of the $3,200,000 settlement fund).  In addition, <u>Fernando</u> Counsel may apply separately for attorneys' fees and costs of up to $212,500 in the aggregate, with any award to <u>Fernando</u> Counsel being paid from the award of fees and costs to Class Counsel.  The Settlement Agreement provides, in pertinent part:

> 6.1     <u>Attorneys' Fees and Service Awards</u>.  Class Counsel may apply to the Court for reasonable attorneys' fees and costs and service awards for the named class representatives in an amount of up to 30% of the Settlement Fund for all plaintiffs'

---

[1] As used herein, and as defined in the Settlement Agreement (ECF No. 275-2), "<u>Fernando</u> Counsel" refers to Marina Trubitsky of Marina Trubitsky & Associates, PLLC ("Trubitsky") and David Hicks of David Hicks, A.P.L.C. ("Hicks").  (<u>See</u> ECF No. 275-2 at 3 ¶ 1.14.)

[2] As used herein, and as defined in the Settlement Agreement, "Class Counsel" refers to Jeffrey A. Leon and Julie D. Miller of Quantum Legal LLC; Mark N. Todzo and Howard Hirsch of Lexington Law Group; Steven R. Jaffe, Mark S. Fistos and Seth M. Lehrman of Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.; and Jonathan Shub of Seeger Weiss LLP.  (<u>See</u> <u>id.</u> at 2 ¶ 1.8.)

[3] The <u>Zepeda</u> Plaintiffs are Moises Zepeda, Michael Spear, Ronya Osman, Brian Pattee, Casey Ching, Denae Zamora, Michael Lavanga and Gary Miller.

LA 51978368

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1  counsel and class representatives in the aggregate, with all amounts paid exclusively
   from the Settlement Fund.  Fernando Counsel may, by the deadline for Class
2  Counsel to petition the Court, also petition the Court separately for their attorneys'
   fees and costs in an amount of up to two hundred twelve thousand five hundred
3  dollars ($212,500).  Any award of attorneys' fees and costs to Fernando Counsel
   will be paid out of the total award of fees and costs to Class Counsel.  The award of
4  fees and costs to Class Counsel, including any fee award to Fernando Counsel, and
   any service awards for the named class representatives, shall not exceed 30% of the
5  Settlement Fund.

6  (ECF No. 275-2 at 62 ¶ 6.1.)[4]

7       The Hicks Motion and the Trubitsky Motion each seek attorneys' fees and costs of up to

8  $212,500.  (See ECF No. 295-1 at 3; ECF No. 296 at 5.)[5]  Although Hicks and Trubitsky disagree

9  how any award should be divided between them, they both acknowledge in their accompanying

10  declarations that $212,500 is the maximum that may be awarded to Fernando Counsel in the

11  aggregate, not to each of them individually.  (See Decl. of David Hicks, ECF No. 295-2 at 2 ("The

12  fee award sought herein will not affect the class one way or another as defendants agreed to add to

13  the settlement a sum to be determined by the Court as fees to your applicant and/or to Ms.

14  Trubitasky [sic], not to exceed a total of $212,500."); Decl. of Marina Trubitsky, ECF No. 296-1 at

15  8 ¶ 44 (seeking $212,500 in the aggregate and stating that the Court should award Hicks "33% of

16  the fee obtained by Fernando Lead Counsel").)  Class Counsel also agree that any award of

17  attorneys' fees and costs to Fernando Counsel is capped at $212,500 and that any such award

18  would be payable out of any fee award to Class Counsel.  (See ECF No. 297 at 13 ("The

19  Agreement allows the *Fernando* Plaintiffs to apply for up to $212,500 in attorneys' fees and costs,

20  which, if granted, would be payable out of any fee award to Class Counsel.  Thus, any fees and

21  costs awarded to the *Fernando* Plaintiffs are entirely within the discretion of the Court and will

22  serve to reduce Class Counsel's recovery.").)

23

24

_____

25  [4] The "Settlement Fund" is defined as "the sum of three million two hundred thousand dollars
    ($3,200,000) to be used to establish the Settlement Fund . . . ."  (ECF No. 275-2 at 54 ¶ 1.34.)

26  [5] The Hicks Motion seeks an award of attorneys' fees and costs of up to $212,500 based on a
    lodestar of $167,772 and a multiplier of 1.266 (stated elsewhere as 1.267) or, alternatively, 25% of
27  $425,000 to be divided between Hicks and Trubitsky.  (See ECF No. 295-1 at 3 & n.3.)  The
    Trubitsky Motion seeks an award of attorneys' fees in the amount of $212,500.  (See ECF No. 296
28  at 1.)

DEFENDANTS' RESPONSE TO FERNANDO COUNSEL'S MOTIONS FOR ATTORNEYS' FEES AND COSTS
CASE NO. 10-CV-02500 SBA

LA 51978368

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1     Accordingly, pursuant to the terms of the Settlement Agreement, and as acknowledged by

2  both <u>Fernando</u> Counsel and Class Counsel, any award of fees and costs to <u>Fernando</u> Counsel may

3  not exceed the total amount of $212,500 in the aggregate and must be paid out of the total award of

4  fees and costs to Class Counsel.

5  Dated:  March 25, 2016                        Respectfully submitted,

6                                                STROOCK & STROOCK & LAVAN LLP
                                                 JULIA B. STRICKLAND
7                                                DAVID W. MOON

8

9                                                By:  _____*/s/ David W. Moon*_____
                                                          David W. Moon

10                                               Attorneys for Defendants
11                                                   PAYPAL, INC. and EBAY INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' RESPONSE TO <u>FERNANDO</u> COUNSEL'S MOTIONS FOR ATTORNEYS' FEES AND COSTS
CASE NO. 10-CV-02500 SBA

LA 51978368

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 25, 2016, a copy of the foregoing **DEFENDANTS'**

**RESPONSE TO** <u>**FERNANDO**</u> **COUNSEL'S MOTIONS FOR ATTORNEYS' FEES AND**

**COSTS** was filed electronically and served by U.S. Mail on anyone unable to accept electronic

filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic

filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice

of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

_____
                    */s/ David W. Moon*
                    David W. Moon

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

DEFENDANTS' RESPONSE TO <u>FERNANDO</u> COUNSEL'S MOTIONS FOR ATTORNEYS' FEES AND COSTS
CASE NO. 10-CV-02500 SBA

LA 51978368