UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES ZEPEDA, and others,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAYPAL, INC., and others,<br><br>    Defendants.<br><br>DEVINDA FERNANDO, and others,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAYPAL, INC.,<br><br>    Defendants. | Case No. 10-cv-02500 SBA<br><br>Case No. 10-cv-01668 SBA<br><br>**ORDER TERMINATING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 100 |

    This Court long ago ordered attorney Marina Trubitsky and the plaintiffs in the *Fernando* action to show cause why they should not be sanctioned for their failure to appear at the second day of a Court-ordered settlement conference. Dkt. No. 100. The Court's order was motivated in part by concern about two potential conflicts: (1) conflicts between the class and class counsel in *Fernando* and two other cases, *Zepeda v. Paypal* and *Dunkel v. eBay, Inc.*, No. 12-cv-01452 EJD; and (2) conflicts between Trubitsky and local counsel David Hicks, who attended both days of the conference.

Case Nos. 10-cv-02500 and 10-cv-01668 SBA

The Court's concerns about the first conflict have been ameliorated by subsequent events. In *Zepeda*, the Court preliminarily approved settlement of class-wide claims. Dkt. No. 281. In *Dunkel*, the Court granted defendant's motion to dismiss. Dkt. No. 101. There is no longer the same need to protect the class members in *Zepeda* and *Dunkel*.

As to any conflict between colleagues Trubitsky and Hicks, that conflict can best be resolved through the pending motions for attorneys' fees at docket numbers 295, 296 and 297 in *Zepeda*.

The Court determines that the Order to Show Cause has been satisfied by Trubitsky's response. She declared that her failure to appear was due to a family emergency caused by an illness to two family members. Dkt. Nos. 106, 106-1. The Court therefore finds that her failure was not willful or in bad faith. Her failure to appear did put her co-counsel David Hicks into a challenging position and caused expenses to be incurred by defendants and counsel. But under the circumstances, the Court finds that a sanction is not warranted.

**IT IS SO ORDERED.**

Dated: March 28, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge