

March 25, 2016

Administrator,

I **object to** this Class Action suit against PayPal. If a person has a ligitamate problem with someone, they should settle it, or as a last resort, go to court individually. There is **NO** reason to involve thousands of people who have had no problems with the defendants.

C - 10 - 2500 - SBA

Our sue-happy culture is one of the primary causes of the downfall of America. The lawyers are the only ones making any money from these. People don't realize how much of every dollar they spend goes to liability insurance to protect against frivilious law suits like this. And people wonder why our healthcare cost have risen sky high? Yet juries and judges continue to award unbelievable sums to plaintiffs who shouldn't be in a court of law in the first place.

People today are only interested in getting something for nothing and the best way to get that is to sue. We should have complete Tort reform in this country and stop costly suits like this one.

This is the 6th class action suit in which I have been notified I could become a plaintiff. I have objected to all of them, because I have never had a problem I needed to be compensated for. The worst one was a class action suit against Skechers because their curved sole shoes didn't really help firm up your butt like the advertisements said they would. Ridiculous!!!!!

So take my name off this suit, and register my **objection.**

Paula Leach

152 Itawa Trl

Vonore,Tn,37885