1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br> PAYPAL, INC., et al., <br><br> Defendants. | Case No. 10-CV-02500 SBA <br><br> Related to : Case No. 10-CV-1668 SBA <br><br> **[PROPOSED] ORDER GRANTING JOINT EMERGENCY MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 AND THE ALL WRITS ACT** |

# [PROPOSED] ORDER

Having considered the parties' Joint Emergency Motion for Administrative Relief Pursuant to Local Rule 7-11 and the All Writs Act (the "Motion"), the Declaration of David W. Moon and Exhibits filed in support thereof, and the pleadings and papers filed in this action, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, as follows:

1. GoDaddy.com, LLC and its parents, subsidiaries and affiliates are hereby **ORDERED** to take all necessary steps to remove or disable access to the website titled "Paycoin c. PayPal Settlement [sic]," located at http://claim02500paypal.us, and the website form located at http://forms.zohopublic.com/lader255/form/ClientDetails/formperma/D1F9k3M1015G6EgC72g5H33DF.

2. GoDaddy.com, LLC and its parents, subsidiaries and affiliates are hereby **ORDERED** to preserve any and all data or other information related to the foregoing website and website form pending further order of the Court.

**IT IS SO ORDERED**.

Dated:  April 8, 2016

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge