Regina Gonzales

P.O Box 1533 Dallas, Texas 75313

214-402-9582

Reginagonzales183@gmail.com



# NOTICE OF INTENTION

*I Regina Gonzales Settlement Class Member. In the case of (Zepeda v. PayPal, Case Number10-cv-02500-SBA). Has the intention on appearing at court hearing, to speak in behalf of myself. With a current user of a active PayPal account between the date April 19,2006 and November 5, 2015 allege that PayPal improperly handled disputed transactions on PayPal accounts and improperly placed holds and reserves on accounts or closed or suspended accounts. Also Pay Pal failed to provide annual error- resolution notices and monthly account statements. And corrupted the system by allowing me to fall out agreement with them, and conjunctively fouled me.*

*Regina Gonzales*

*P.O.Box 1533*

*Dallas, Texas 75313*

*Regina Gonzales* (signature)