STEPHANIE O. SPARKS – BAR NO. 218438
stephanie.sparks@hogefenton.com
ALLISON A. MANOV – BAR NO. 274081
allison.manov@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

Attorneys for Third Party ZOHO CORPORATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situatied<br><br>        Plaintiffs,<br><br>  vs.<br><br>PAYPAL, INC., et al.,<br><br>        Defendants. | No. 10-CV-02500 SBA<br><br>Related to : Case No. 10-CV-1668 SBA<br><br>STIPULATION AND ORDER AMENDING THE ORDER GRANTING JOINT EMERGENCY MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 AND THE ALL WRITS ACT (DKT. NO. 307) |

      Third Party ZOHO CORPORATION ("Zoho"), by and through its attorneys, Stephanie O. Sparks and Allison A. Manov of the Hoge Fenton law firm in San Jose, submits this stipulated request for an order amending the Order Granting Joint Emergency Motion for Administrative Relief Pursuant to Local Rule 7-11 and the All Writs Act (Dkt. No. 307) ("Order").  By and through their respective attorneys of record, Mark N. Todzo for Plaintiffs and David Wesley Moon for Defendants, the Parties hereby stipulate to the request to amend the Order as set forth below. GoDaddy.com, LLC ("GoDaddy"), by and through in-house counsel, Nicholas Beizer, has agreed to

-1-

comply with the Order, as amended below.

    1.    GoDaddy shall unlock the <zohopublic.com> domain and restore the DNS so that its customer Zoho can access and operate the domain.

    2.    Zoho Corporation shall immediately take all steps necessary to remove or disable access to the content located at

http://forms.zohopublic.com/lader255/form/ClientDetails/formperma/D1F9k3M1015G6EgC72g5H33DF

IT IS SO STIPULATED.

DATED: April 15, 2016

    HOGE, FENTON, JONES & APPEL, INC.

By /Stephanie O. Sparks/
    Stephanie O. Sparks CA Bar No. 218438
    Allison A. Manov
    Attorneys for Third Party ZOHO CORPORATION

DATED: April 15, 2016

    STROOCK & STROOCK & LAVAN LLP

By _____
    David Wesley Moon
    Attorneys for Defendants

DATED: April 15, 2016

    LEXINGTON LAW GROUP, LLP

By _____
    Mark N. Todzo
    Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __4/15/16_____    _____
    SAUNDRA BROWN ARMSTRONG
    Senior United States District Court Judge