STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
DAVID W. MOON (State Bar No. 197711)
2029 Century Park East, Suite 1800
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
   PAYPAL, INC. and EBAY INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>   v.<br><br>PAYPAL, INC., et al.,<br><br>          Defendants. | Case No. 10-CV-02500 SBA<br><br>Related to : Case No. 10-CV-1668 SBA<br><br>**DEFENDANTS' RESPONSE TO NON-PARTY'S PETITION FOR RELIEF [ECF NO. 308]** |

1   Defendants PayPal, Inc. and eBay Inc. ("Defendants") respectfully submit this Response to
2   the Petition for Relief filed by Dale J. Schubert on April 11, 2016 (the "Petition") (ECF No. 308).
3   Counsel for Defendants have been advised that counsel for Plaintiffs[1] have conferred with Mr.
4   Schubert regarding the concerns raised in his Petition, that Mr. Shubert has been provided with a
5   paper claim form as requested, and that Mr. Schubert has agreed to withdraw his Petition.

6   In the event Mr. Shubert fails to withdraw the Petition, Defendants oppose the Petition on
7   the grounds that Mr. Shubert is not a party to this case and therefore the Petition should be treated
8   as an objection to the proposed settlement.  As such, Defendants are reviewing the substance of the
9   objection and will respond by the June 13, 2016 deadline to respond to objections.

Dated:  April 25, 2016

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
DAVID W. MOON

By: /s/ David W. Moon
    David W. Moon

Attorneys for Defendants
  PAYPAL, INC. and EBAY INC.

---

[1] Plaintiffs are Moises Zepeda, Michael Spear, Ronya Osman, Brian Pattee, Casey Ching, Denae Zamora, Michael Lavanga and Gary Miller.

- 1 -

DEFENDANTS' RESPONSE TO NON-PARTY'S PETITION FOR RELIEF [ECF NO. 308]
CASE NO. 10-CV-02500 SBA

LA 51961466V3

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 25, 2016, a copy of the foregoing **DEFENDANTS' RESPONSE TO NON-PARTY'S PETITION FOR RELIEF [ECF NO. 308]** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

*/s/ David W. Moon*
David W. Moon

DEFENDANTS' RESPONSE TO NON-PARTY'S PETITION FOR RELIEF [ECF NO. 308]
CASE NO. 10-CV-02500 SBA

LA 51961466V3