MARK N. TODZO (State Bar No. 168389)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, California  94117
Telephone:   415.913.7800
Facsimile:    415.759.4112
Email: mtodzo@lexlawgroup.com

JEFFREY A. LEON
QUANTUM LEGAL LLC, LLC
513 Central Avenue Suite 300
Highland Park, IL 60035
Telephone:   847.433.4500
Facsimile:    847.433.2500
Email: jeff@QULegal.com

Attorneys for Plaintiff
MOISES ZEPEDA, et. al.
and All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>PAYPAL, INC., a Delaware Corporation,<br><br>          Defendant. | Case No.  10-CV-02500 SBA<br><br>**PLAINTIFFS' RESPONSE TO SCHUBERT PETITION FOR RELIEF [DKT. NO. 308]** |

1. Plaintiffs respectfully submit this response to the Petition for Relief filed by Dale J. Schubert on April 11, 2016 (the "Petition") [Dkt. No. 308].  Plaintiffs' counsel have conferred with Mr. Schubert regarding the concerns raised in his Petition, and Mr. Schubert has agreed to withdraw his Petition.  Declaration of Mark N. Todzo In Support of Plaintiffs' Response to Schubert Petition ("Todzo Decl.") ¶¶ 2-4.  Plaintiffs submit this response to reserve their right to file an opposition to the Petition should Mr. Schubert fail to withdraw it.

2. The Petition requests that: (1) the parties determine why Mr. Schubert purportedly did not receive notification regarding the Settlement in this action; (2) the Settlement Administrator provide him with a paper claim form; and (3) the Court be made aware of the settlement in *In re PayPal Litigation (Comb)*, No. CV-02-01227-JF (PVT) (N.D. Cal.).  Upon receiving the Petition, Plaintiffs' counsel contacted Mr. Schubert in order to address his concerns.  Todzo Decl. ¶ 2.  Plaintiffs explained that the Court is fully aware of the *Comb* settlement and that the Settlement in this action does not release any of the class's claims with respect to alleged violations of the *Comb* settlement.  *Id.*  In addition, Plaintiffs provided Mr. Schubert with a paper claim form.  *Id.* ¶ 3.  As a result, Mr. Schubert agreed to withdraw the Petition.  *Id.* ¶ 4.  Should Mr. Schubert fail to withdraw his Petition, Plaintiffs reserve the right to file an opposition thereto.

DATED: April 25, 2016

Respectfully submitted,

LEXINGTON LAW GROUP

By: /s/ Mark N. Todzo
Mark N. Todzo
Attorneys for Plaintiffs
MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on Behalf of Themselves and All Others Similarly Situated