MARK N. TODZO (State Bar No. 168389)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, California 94117
Telephone: 415.913.7800
Facsimile: 415.759.4112
Email: mtodzo@lexlawgroup.com

JEFFREY A. LEON (admitted *Pro Hac Vice*)
QUANTUM LEGAL LLC, LLC
513 Central Avenue Suite 300
Highland Park, IL 60035
Telephone: 847.433.4500
Facsimile: 847.433.2500
Email: jeff@QULegal.com

Attorneys for Plaintiff
MOISES ZEPEDA, et. al.
and All Others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PAYPAL, INC., E-BAY INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 10-cv-02500 SBA<br><br>**DECLARATION OF MARK N. TODZO IN SUPPORT OF PLAINTIFFS' RESPONSE TO SCHUBERT PETITION [DKT. NO. 308]** |

I, Mark N. Todzo, declare as follows:

1. I am a partner at the Lexington Law Group ("LLG") and I represent Plaintiffs in this action against PayPal, Inc. ("PayPal"). I am one of the attorneys who has been principally involved in the prosecution of this litigation and the negotiations which culminated in the Amended Settlement Agreement (the "Settlement") [Dkt. No. 131]. I have personal knowledge of the matters set forth herein and, if called upon, I would and could testify competently thereto.

2. On April 20, 2016, I spoke by telephone with Dale J. Schubert regarding his Petition for Relief [Dkt. No. 308]. I explained to Mr. Schubert that the Court is fully aware of the settlement in *In re PayPal Litigation (Comb)*, No. CV-02-01227-JF (PVT) (N.D. Cal.) and that the Settlement in this action does not release any of the class's claims with respect to alleged violations of the *Comb* settlement. I also agreed to provide Mr. Schubert with paper copies of the Settlement and Settlement claim form in this action.

3. On April 21, 2016, my office sent by overnight mail a paper copy of the Settlement and Settlement claim form to Mr. Schubert.

4. As a result of these communications, Mr. Schubert agreed to withdraw his Petition.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on this 25th day of April, 2016.

/s/ Mark N. Todzo_____
Mark N. Todzo