UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION



RE: Zepeda v. PayPal          Case No.  :  10-CV-02500 SBA

---



WITHDRAWL OF PETITION FOR RELIEF

PETITIONER, Dale J. Schubert, respectfully requests that his "Petition for Relief" dated April 5, 2016, in above entitled action, be withdrawn.

Respectfully submitted,

Dale J. Schubert

DATED: April 26, 2016