UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., a Delaware Corporation, Defendant. | Case No: C 10-2500 SBA<br><br>**ORDER STRIKING OBJECTION FILED BY SAM A. MIORELLI**<br><br>Related to:<br>No. C 10-1668 SBA<br><br>Docket 318 |

Sam A. Miorelli, an attorney acting pro se, has filed a nineteen page objection to the proposed class action settlement. Dkt. 318. The Court's Standing Order, which counsel should have reviewed before submitting his filing, clearly state that briefs (other than those relating to summary judgment motions) are limited to fifteen pages. The objection also is untimely. See Dkt. 290. Papers filed in violation of this Court's rules and orders need not be considered and may be stricken. Tri-Valley CARES v. U.S. Dept. of Energy, 671 F.3d 1113, 1131 (9th Cir. 2012) ("Denial of a motion as the result of a failure to comply with local rules is well within a district court's discretion."); Ready Transp., Inc. v. AAR Mfg., Inc., 627 F.3d 402, 404 (9th Cir. 2010) (recognizing that the district court has "the power to strike items from the docket as a sanction for litigation conduct"). Accordingly,

IT IS HEREBY ORDERED THAT the Objection to Class Action Settlement of Sam A. Miorelli (Dkt. 318) shall be STRICKEN from the record.

IT IS SO ORDERED.

Dated: May 13, 2016

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge