UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., a Delaware Corporation,<br>Defendant. | Case No: C 10-2500 SBA<br><br>**ORDER DENYING REQUEST TO APPEAR AT FINAL APPROVAL HEARING**<br><br>Related to:<br>No. C 10-1668 SBA<br><br>Docket 318 |

Putative class member Regina Gonzales of Dallas, Texas, filed a pro se "Notice of Intention," which the Court liberally construes as a request to appear and present argument at the final approval hearing. Dkt. 309. The Court's Order Setting Final Approval Hearing Schedule clearly states that: "Any Settlement Class Member who fails to timely and properly file and serve any written objection as required by this paragraph will not be permitted to be heard at the hearing or otherwise to contest approval of the Settlement or to appeal from any orders or judgments of the Court." Dkt. 290 at 4. The Court has no record of any written objection having been filed by Ms. Gonzales, and the deadline to submit an objection has now passed. Accordingly,

IT IS HEREBY ORDERED THAT the request of Regina Gonzales to appear at the final approval hearing is DENIED.

IT IS SO ORDERED.

Dated: May 17, 2016

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge