STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
DAVID W. MOON (State Bar No. 197711)
2029 Century Park East, Suite 1800
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
   PAYPAL, INC. and EBAY INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br>     v.<br><br>PAYPAL, INC., et al.,<br><br>             Defendants. | Case No. 10-CV-02500 SBA<br><br>Related to : Case No. 10-CV-1668 SBA<br><br>**STIPULATION VACATING FINAL APPROVAL HEARING DATE AND BRIEFING SCHEDULE** |

---

STIPULATION VACATING FINAL APPROVAL HEARING DATE AND BRIEFING SCHEDULE
CASE NO. 10-CV-02500 SBA

LA 51994457

1  Plaintiffs Moises Zepeda, Michael Spear, Ronya Osman, Brian Pattee, Casey Ching, Denae
2  Zamora, Michael Lavagna and Gary Miller (together, "Plaintiffs") and defendants PayPal, Inc.
3  ("PayPal") and eBay Inc. (together, "Defendants"), through their undersigned counsel of record,
4  stipulate as follows:

5  WHEREAS, on November 5, 2015, this Court entered an Order Granting Plaintiffs' Motion
6  for Preliminary Approval of Amended Class Action Settlement Agreement (ECF No. 281) and, on
7  January 28, 2016, entered an Order Setting Final Approval Schedule (the "Scheduling Order")
8  (ECF No. 290);

9  WHEREAS, pursuant to the Scheduling Order, any responses to objections to the parties'
10 Settlement Agreement (ECF No. 275-2) and any papers in support of final approval thereof must be
11 filed on or before June 13, 2016, and the Final Approval Hearing is scheduled to take place on July
12 13, 2016 at 1:00 PM;

13 WHEREAS, the Scheduling Order provides, in pertinent part, that: "[t]he Final Approval
14 Hearing may be postponed, adjourned, or continued by order of the Court without further notice to
15 the Settlement Class";

16 WHEREAS, counsel for Defendants have advised counsel for Plaintiffs that PayPal recently
17 learned that not all members of the Settlement Class were provided notice of the settlement and the
18 Final Approval Hearing, and that Defendants are evaluating how to provide notice to those
19 members of the Settlement Class that were not provided notice and require additional time to
20 complete this evaluation and for the settlement administrator to provide notice;

21 WHEREAS, the parties hereby respectfully request that the Court vacate the July 13, 2016
22 date for the Final Approval Hearing and the June 13, 2016 date for submitting responses to
23 objections and papers in support of final approval, so that the foregoing notice may be provided;
24 and

25 WHEREAS, the parties will meet and confer and, as soon as practicable, propose a new
26 schedule for the Final Approval Hearing and all related dates;

27 IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their
28

- 1 -
STIPULATION VACATING FINAL APPROVAL HEARING DATE AND BRIEFING SCHEDULE
CASE NO. 10-CV-02500 SBA

LA 51994457

respective counsel of record, as follows:

    1.    The July 13, 2016 date for the Final Approval Hearing and the June 13, 2016 date for submitting responses to objections and papers in support of final approval shall be vacated; and

    2.    The parties shall meet and confer and, as soon as practicable, jointly propose a revised schedule for the Final Approval Hearing and all related dates.

Dated: June 6, 2016

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP

By: /s/ David W. Moon
        David W. Moon

Attorneys for Defendants
PAYPAL, INC. and EBAY INC.

Dated: June 6, 2016

LEXINGTON LAW GROUP

By: /s/ Mark Todzo
        Mark Todzo

Attorneys for Plaintiffs
MOISES ZEPEDA, MICHAEL SPEAR,
RONYA OSMAN, BRIAN PATTEE,
CASEY CHING, DENAE ZAMORA,
MICHAEL LAVANG and
GARY MILLER

### [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED*

Dated: June 10, 2016

*signature*
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

*The parties shall submit their proposed, revised schedule for the Final Approval Hearing and related dates and deadlines within 14 days of the date this Order is filed.

LA 51994457

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 6, 2016, a copy of the foregoing **STIPULATION VACATING FINAL APPROVAL HEARING DATE AND BRIEFING SCHEDULE** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ David W. Moon*
David W. Moon

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

JOINT EMERGENCY MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. 10-CV-02500 SBA

LA 51994457