UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., E-BAY INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No:  C 10-2500 SBA<br><br>Related to:<br>No. C 10-1668 SBA<br><br>**ORDER MODIFYING BRIEFING SCHEDULE REGARDING AMENDED OBJECTIONS FILED BY SAM MIORELLI** |

Class member and attorney Sam Miorelli ("Miorelli") has refiled his pro se objections to the settlement.  Dkt. 333.  The response to Miorelli's objections shall be in accordance with the schedule set forth in the Stipulation and Order Setting Final Approval Hearing Date and Briefing Schedule, filed July 6, 2016 (Dkt. 329), not Civil Local Rule 7-3 as previously specified in the Court's Order Granting Motion for Reconsideration (Dkt. 331).

IT IS SO ORDERED.

Dated:  8/2/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOISES ZEPEDA, et al.,

        Plaintiffs,

    v.

PAYPAL, INC., et al.,

        Defendants.

Case No.  4:10-cv-02500-SBA   (DMR)

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 8/2/2016, I SERVED a true and correct copy(ies) of the Order Modifying Briefing Schedule Regarding Amended Objections filed by Sam Miorelli, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sam A. Miorelli, E.I., Esq.
764 Ellwood Avenue
Orlando, FL 92804

Dated: 8/2/2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU