MARK N. TODZO (State Bar No. 168389)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, California 94117
Telephone: 415.913.7800
Facsimile: 415.759.4112
Email: mtodzo@lexlawgroup.com

JEFFREY A. LEON
QUANTUM LEGAL LLC, LLC
513 Central Avenue Suite 300
Highland Park, IL 60035
Telephone: 847.433.4500
Facsimile: 847.433.2500
Email: jeff@QULegal.com

Attorneys for Plaintiff
MOISES ZEPEDA, et. al.
and All Others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH**

MOISES ZEPEDA, MICHAEL SPEAR, RONYA OSMAN, BRIAN PATTEE, CASEY CHING, DENAE ZAMORA, MICHAEL LAVANGA, and GARY MILLER, on behalf of themselves and all others similarly situated,

**Plaintiffs,**

**v.**

**PAYPAL, INC., a Delaware Corporation,**

**Defendant.**

**Case No. 10-CV-02500 SBA**

**DECLARATION OF CHARLES MARR REGARDING NOTICE**

Action Filed: June 7, 2010

Date: December 14, 2016
Time: 1:00 p.m.
Ctrm.: 1

**<u>DECLARATION OF CHARLES MARR REGARDING NOTICE</u>**

I, Charles Marr, Esq., hereby declare and state as follows:

1. I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. (“Epiq”), the Settlement Administrator, for the above captioned case. I am a licensed attorney in

Oregon and Washington. Prior to joining the Settlement Administrator, I was engaged in private practice for five years. I received my Juris Doctorate from the Northwestern School of Law of Lewis and Clark College and my Bachelor of Arts degree from the University of Nebraska-Lincoln. I have earned the Project Management Professional (PMP) credential. I am fully familiar with the actions taken by Epiq with respect to the Settlement as described below, and am competent to testify about them if called upon to do so.

2. Epiq was established in 1968 as a client services and data processing company. Epiq has been administering bankruptcies since 1985 and settlements since 1993, including settlements of class actions, mass tort litigations, Securities and Exchange Commission enforcement actions, Federal Trade Commission disgorgement actions, insurance disputes, bankruptcies, and other major litigation. Epiq has administered more than 1,000 settlements, including some of the largest and most complex cases ever settled. Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment and implementation of notice fulfillment services, coordination with the United States Postal Service ("USPS"), notice website development and maintenance, dedicated phone lines with recorded information and/or live operators, receipt and processing of opt-outs, claims database management, claim adjudication, funds management, and award calculations and distribution services. Epiq works with the settling parties, the Court, and the Class Members in a neutral facilitation role to implement settlement administration services based on the negotiated terms of a settlement.

**A. OVERVIEW OF EPIQ'S RESPONSIBILITIES**

3. The Court appointed Epiq as the Settlement Administrator in its November 5, 2015, Order preliminarily approving the proposed Settlement. Epiq's responsibilities to date include:

a. Identifying Class Members names and mailing addresses by performing data analysis and research on the data provided by the parties;

b. Searching the National Change of Address ("NCOA") database for a more current address for each Class Member;

c. Printing the Court-approved Postcard Notice to be sent to Class Members;

d. Mailing the Postcard Notice, and when required, re-mailing the Postcard Notice, by first-class U.S. Mail, postage prepaid, to Class Members;

e. Mailing Claim Forms upon request, and when required, re-mailing Claim Forms, by first-class U.S. Mail, postage prepaid;

f. Establishing and maintaining a Settlement website to provide information regarding the case to Class Members and to accept claims submitted electronically;

g. Providing a post-office box to receive any Objections, Opt-Outs, and other communications;

h. Receiving, logging, and processing any Objections, Opt-Outs, and other communications from Class Members; and

i. Establishing and maintaining a toll-free number with a Voice Response Unit ("VRU"), providing an automated message with information regarding the case for Class Members.

**B. MAILING OF THE SETTLEMENT CLASS NOTICE**

4. On April 8, 2016, Epiq mailed the Postcard Notice to the most current known addresses of 258 potential Class Members. A copy of the notice is attached as Exhibit A**.** On September 14, 2016, Epiq mailed the Postcard Notice to the most current known addresses of an additional 8,837 potential Class Members. As of November 4, 2016, the USPS has returned 1,355

Postcard Notices to Epiq as undeliverable. Epiq submitted these addresses for research against the LexisNexis database and re-mailed to 32 updated addresses.

**C. CLAIM FORMS, REQUESTS FOR EXCLUSION, AND OBJECTIONS RECEIVED**

5. Epiq established a post-office box to receive communications from Class Members at the following address: Zepeda v. PayPal Settlement Administrator, PO Box 4259, Portland, OR 97208- 4259. The post-office box address was included in the Postcard Notice.

6. Epiq has received and continues to receive mail at this post-office box, including claim forms and correspondence.

7. As of November 4, 2016, Epiq has received a total of seventy-five (75) complete Opt-Outs and nine (9) objections from the class. Epiq has not received any notices of intent to appear at the Final Approval Hearing. A list of the individuals who completed Opt-Outs is attached hereto as Exhibit B.

8. As of November 4, 2016, Epiq has received a total of 392,191 claims, comprised of 12,448 Alternate Claims submitted electronically via the Settlement Website, 379,720 Basic Claims submitted electronically via the Settlement Website, and 23 Claims submitted via the paper claim form available upon request by mail.

**D. CLASS ACTION SETTLEMENT INFORMATION WEBSITE**

9. Epiq established a website to provide information to Class Members and others seeking information about the case. The website address reserved for this matter is www.AccountHoldSettlement.com. The Website went live on January 8, 2016, and remains fully operational to this day.

10. The Website provides Class Members with frequently asked questions and answers, the Long-Form Notice, Settlement Agreement, Amendment to Settlement Agreement, Order Granting Plaintiff's Motion for Preliminary Approval of Amended Class Action Settlement

Agreement, Order Setting Final Approval Schedule, and the Stipulation and Order Setting Final Approval Hearing Date and Briefing Schedule. It also provides information about important dates, including the Class Period, the Objection Deadline, the Opt-Out Deadline, and the date of the Final Approval Hearing. The Website also enabled Class Members to file claims electronically. Class Counsel and Counsel for the Defendants approved all of the content used on the Website.

11. As of November 4, 2016, the website had recorded 2,815,560 visits and 9,190,005 page views.

**E. CLASS ACTION INFORMATION CENTER AND TELEPHONE SUPPORT**

12. Epiq established a Voice Response Unit ("VRU") to provide information to Class Members and others seeking information about the case. The toll-free number reserved for this matter is 877-854-4514. The VRU went live on January 8, 2016 and remains fully operational to this day.

13. Callers to the VRU are connected to a message that provides a brief description of the case and answers to frequently asked questions. Class Counsel and Counsel for the Defendant approved all of the content for this message.

14. As of November 4, 2016, the VRU has received 12,915 calls representing 31,204 total minutes of use.

I declare under penalty of perjury under the laws of the United States and the State of Oregon that the foregoing is true and correct and that this declaration was executed on November 14, 2016 in Beaverton, Oregon.

/s/ Charles Marr, Esq.
Charles Marr, Esq.
Project Manager
Epiq Class Action & Claim Solutions, Inc.

# Exhibit A

You have been identified as a Settlement Class Member who had a hold or reserve placed on your account, and/or the account was closed or suspended by PayPal, and you may be eligible to receive a payment. To receive a payment, you must complete a Claim Form on the Settlement Website, www.AccountHoldSettlement.com. If you do not submit a claim, you will be ineligible to receive a payment.

Plaintiffs in this case allege, among other things, that PayPal improperly handled disputed transactions on PayPal accounts, and improperly placed holds and reserves on accounts or closed or suspended accounts. Plaintiffs also allege that PayPal failed to provide annual error-resolution notices and monthly account statements under the Electronic Fund Transfer Act. PayPal denies all allegations of wrongdoing and liability, and there has been no finding that PayPal violated any law.

If you do not want to be legally bound by the Settlement, you must exclude yourself by **May 10, 2016**. If you do not exclude yourself, you will release your claims against PayPal. If you have a pending lawsuit, speak to your lawyer in that case immediately. You may object to the Settlement by **May 10, 2016**. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no Settlement payments will be sent out, and the lawsuit will continue. A more detailed notice, available on the website, explains how to exclude yourself or object.

The Court will hold a hearing at the United States District Court, Northern District of California, 1301 Clay Street, Oakland, CA 94612, Courtroom 1, on **July 13, 2016** at 1:00 p.m. PT to consider whether to approve the Settlement and award attorneys' fees, costs, and service awards, as requested, in an amount not to exceed $960,000. You or your lawyer may ask to appear and speak at your own expense, but you do not have to.

This Notice summarizes the proposed Settlement. For the precise terms and conditions, please see the Settlement Agreement available at www.AccountHoldSettlement.com or visit the office of the Clerk of the Court for the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

*Zepeda v. PayPal, Inc. and eBay, Inc.*, N.D. Cal. Case No. 10-CV-02500-SBA.

Zepeda v. PayPal Settlement Administrator
PO Box 4259
Portland, OR 97208-4259

PRESORTED
FIRST-CLASS
MAIL
US POSTAGE
**PAID**
CITY, ST
PERMIT #000

**PayPal's records show that you had a PayPal account between April 19, 2006 and November 5, 2015 and that you may be entitled to payment under a class action Settlement.**

***THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.***

This is an official court notice from the United States District Court for the Northern District of California.

O4852 v.04 03.24.2016

<<Recipient Name>>
<<Address 1>>
<<City, State ZIP>>

**Barcode No Print Zone**

# Exhibit B

**Zepeda v. PayPal**
**Opt-Out Report**

| First Name | Last Name | Business Name |
|---|---|---|
| YEN | NGUYEN | |
| BRENNA | GUARNEROS | |
| STEFANIE | NELSON | |
| CHARLES | LOWRANCE III | |
| DANIEL | WONG | |
| NATHAN | STOLL | |
| MELODY | SAMUEL-BOUTROS | |
| RICHARD | DAVIS | |
| THEO | CHEN | |
| DANIEL | CEPERO | |
| MARY | BURSIC | |
| KIM | NGUYEN | |
| TOM | SCHISSEL | |
| STANLEY | GODLEWSKI | |
| KEVIN | STOCKWELL | |
| ROBERT | TYSON III | |
| ENOCH | ARHINFUL | |
| JAMIE | FISHER | |
| MATHIAS | KANT | |
| EMMANUEL | ASIEGBU | |
| KEVIN | PETROVIC | |
| NORBERTO | GIL | |
| ROBERT | WIGNOT | |
| PAULA | CHOATE | |
| BORIS | SHPITALNIK | |
| ANGELA | KRESS | |
| THEODORE | ALLEN | |
| MOHAMED | ASIAD | |
| NORMAN | CASSIL | |
| KATHRYN | BRUGIONI | |
| RYAN | PARRISH | |
| JEREMY | ZUBA | |
| MUSTAFA | YUKSEK | |
| KIMBERLY | DAVIS | |
| GARY | LORIO | |
| WILLIS | JOHNSON | |
| MARIO | GUTIERREZ | |
| CRISTINA | WILLIAMS | |
| ERIC | REITZ | |
| STEVEN | COLLOTON | |
| TARYN | WEITZMAN | |
| VIKAS | CHOKSI | |
| WILLIAM | PENNY | |
| GRICELDA | PALMA | |
| BRIAN | KRIEGER | |
| FRANCIS | JANCIK | |
| NICOLE | JONES | |
| JOHN | HAMISD | |
| GARY | GEORGE | |
| NICOLE | PITTELOUD | |
| ANDREW | CUTTER | |
| KIMBERLE | BUNCH | |
| EUGENE | COBB | |
| EDGAR | AMIRKHANYAN | |
| DONALD | OFFIELD | |
| NIKITA | OFFIELD | |
| MAYKUKI | CHICKYAN | |
| STEVEN | DAVIS | |
| JAYANT | RATTI | TECHJECT INC |
| VALENT | AGAFOOW | |
| RICHARD | DAME | |
| ROBERT | GONZALEZ | MICHEAL CRESSSWELL |
| ROB | RAWSON | |
| EVGENIA | JANSEN | |
| DAN | JANSEN | |
| THOMAS | PICCIRILLO | |
| HISHAM | ALDOURI | |
| JULIAN | DENISON | |
| PHILIP | PELLA | |
| NATALIE | HARRIS | |
| BRYAN | GRAVES | |
| DEBORAH | RAYMOND | |
| LAWRENCE | FELDMAN | |
| SHIRLEY | JOHN | |
| TODD | FRANKE | |