December 23, 2017



Clerk to Judge Saundra Brown Armstrong
United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, California
                94612


RE: Zepeda v. PayPal    C-10-2500-SBA


Dear sir or madam,

Yesterday, I received a letter from the Settlement Administrator denying my claim in referenced matter. I'm dumbfounded.

The Settlement Administrator's denial letter contains only boiler plate regarding why my claim was denied. As information, then, please be aware that I submitted 20+ exhibits with my claim (that totalled over 60 pages) as well as a 9-page cover letter detailing my claim. Accordingly, I think I'm entitled to something more than a simple denial; I think I'm entitled to an explanation.

Further, since the Settlement Administrator must have relied on some evidence provided by PayPal to refute my evidence and argument, I think I'm entitled to see what that evidence was. In short, the Settlement Administrator could not (or should not) have accepted PayPal's assertion without significant countervailing documentation to refute the substantial and competent evidence I provided.

As information, I previously consulted with Judge Armstrong's clerk's office regarding this case, prior to receiving the Settlement Administrator's denial letter. As a result of that conversation I was instructed to contact Jeffrey A. Leon in Highland Park, Illinois [who is apparently the attorney representing class members], which I did.

Although I wrote to Mr. Leon more than 2 weeks ago I have yet to receive a reply. Accordingly, I am copying Mr. Leon on this correspondence.

In any event, until this matter is resolved I would ask the Court to withhold payment of any attorney fees awarded in this matter as well as any fees to be paid to the Settlement Administrator.

Finally, the Court should be made aware that the Settlement Administrator does not have a phone that is monitored by a live person; the published number only provides pre-recorded information. In my view, the Settlement Administrator should be willing to field verbal inquiries from Class Members, particularly since there are long delays (7 weeks in my case) in receiving written replies from the Settlement Administrator.

If you have questions regarding this matter please don't hesitate to contact me. Thank you.

Respectfully,

*[signature: D.J. Schubert]*

Dale J. Schubert
P.O. Box 1602
Midland, Michigan
           48641


PHONE:  989-631-2236